**2024-1346**

# United States Court of Appeals for the Federal Circuit

CORCEPT THERAPEUTICS, INC.,

*Plaintiff-Appellant,*

— v. —

TEVA PHARMACEUTICALS USA, INC.,

*Defendant-Appellee.*

*On Appeal from the United States District Court for the District of New Jersey in No. 1:18-cv-03632-RMB-LDW, Honorable Renée Marie Bumb, Chief Judge*

## BRIEF FOR PLAINTIFF-APPELLANT

F. Dominic Cerrito
Eric Stops
Evangeline Shih
William B. Adams
Daniel C. Wiesner
Quinn Emanuel Urquhart
  & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
williamadams@quinnemanuel.com
danielwiesner@quinnemanuel.com

*Counsel for Plaintiff-Appellant
Corcept Therapeutics, Inc.*

MARCH 11, 2024

CP COUNSEL PRESS     (800) 4-APPEAL • (327113)

# PATENT CLAIMS AT ISSUE

## Claims 10-13 of U.S. Patent No. 10,195,214

**10**.  A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome who is taking an original once-daily dose of 1200 mg or 900 mg per day of mifepristone, comprising the steps of:

reducing the original once-daily dose to an adjusted once-daily dose of 600 mg mifepristone,

administering the adjusted once-daily dose of 600 mg mifepristone and a strong CYP3A inhibitor to the patient,

wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole.

**11**.  The method of claim 10, wherein said CYP3A inhibitor is ketoconazole.

**12**.  The method of claim 10, wherein said CYP3A inhibitor is itraconazole.

**13**.  The method of claim 10, wherein said CYP3A inhibitor is clarithromycin.

Appx86-87.

## Claims 1, 6, 7, and 9 of U.S. Patent No. 10,842,800

**1**.  A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking an original once-daily dose

of 1200 mg per day of mifepristone, the method comprising the steps of:

reducing the original once-daily dose to an adjusted once-daily dose of 900 milligrams (mg) per day of mifepristone, and

administering the adjusted once-daily dose of 900 mg per day of mifepristone and a strong CYP3A inhibitor to the patient,

wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, boceprevir, clarithromycin, conivaptan, lopinavir, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, and paritaprevir.

**6.**  A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking a strong CYP3A inhibitor selected from ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole, the method comprising administering to the patient a once-daily dose of mifepristone of 900 milligrams (mg) per day.

**7.**  The method of claim 6, wherein said CYP3A inhibitor is ketoconazole.

**9.**  The method of claim 6, wherein said CYP3A inhibitor is itraconazole.

Appx128.

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 24-1346 |
| **Short Case Caption** | Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc. |
| **Filing Party/Entity** | Corcept Therapeutics, Inc. |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/25/2024

Signature: /s/ Eric C. Stops

Name: Eric C. Stops

| **1. Represented Entities.**<br>Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.**<br>Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.**<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Corcept Therapeutics, Inc. | | BlackRock, Inc.<br>(10% or more stock owner) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
March 2023

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable               ☐    Additional pages attached

| | | |
|---|---|---|
| John P. Galanek<br>Quinn Emanuel Urquhart & Sullivan, LLP | William C. Baton<br>Saul Ewing LLP | |
| Nicholas A. LoCastro<br>Quinn Emanuel Urquhart & Sullivan, LLP | Sarah A. Sullivan<br>Saul Ewing LLP | |
| Charles M. Lizza<br>Saul Ewing LLP | Alexander L. Callo<br>Saul Ewing LLP | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)     ☐  No     ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable               ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF CONTENTS

TABLE OF CONTENTS.............................................................................vi

STATEMENT OF RELATED CASES ..................................................xi

PRELIMINARY STATEMENT ...........................................................1

JURISDICTIONAL STATEMENT ......................................................6

STATEMENT OF ISSUES ..................................................................6

STATEMENT OF THE CASE...............................................................7

    A.    Corcept Developed Mifepristone To Treat Cushing's Syndrome ........7

    B.    Doctors "Desired" To Co-Administer Mifepristone With Strong CYP3A Inhibitors................................................................................8

    C.    Development Of The Claimed Inventions ...........................................9

    D.    The Patents-In-Suit................................................................................10

    E.    Today, Co-Administration of Mifepristone And A Strong CYP3A Inhibitor Is "Often The Best Choice" For Patients ...............12

    F.    The 2019 Revised Korlym® Label Provides Dosing Instructions For Co-Administration .......................................................................15

    G.    Teva's ANDA Product And The Parties' Disputes ............................19

    H.    The Evidence At Trial And The District Court's Decision ................20

SUMMARY OF ARGUMENT ............................................................21

STANDARD OF REVIEW ..................................................................28

ARGUMENT .......................................................................................29

I.    THE DISTRICT COURT LEGALLY ERRED IN FINDING NO DIRECT INFRINGEMENT ...........................................................29

    A.    The ANDA Label Is The Required Starting Point And Here Is Dispositive Under The District Court's Own Factual Findings..........29

1. The Label Analysis In *Vanda* Is Dispositive ............................30

2. Teva's Label Alone Shows That Teva Will Likely Market An Infringing Product ..................................32

B. The District Court Applied The Wrong Standard In Assessing The Evidence Outside Of Teva's ANDA.............................38

1. The Undisputed Real-World Evidence Shows That Teva "Will Likely Market An Infringing Product" ..........................38

2. The District Court Erroneously Required Proof Of Past Infringing Acts And Of Infringement Prevalence ...................41

3. The District Court Misread *Genentech* and *Takeda* ................42

C. The District Court's Three Bases For Finding No Direct Infringement Are Legally Irrelevant ....................................47

II. THE DISTRICT COURT LEGALLY ERRED IN NOT FINDING INDUCEMENT ........................................................................52

A. The District Court Wrongly Required That The Accused Label Encourage Whether To Use The Drug *In The First Place* .................53

B. The District Court Wrongly Relied On Supposed Non-Infringing Alternatives And Disregarded Its Own Construction Of Claim 6 ..........................................................59

CONCLUSION ......................................................................64

# TABLE OF AUTHORITIES

**Page**

## Cases

*Abbott Labs. v. Sandoz*,
    566 F.3d 1282 (Fed. Cir. 2009) .......................................................48

*Abbott Labs. v. TorPharm*,
    300 F.3d 1367 (Fed. Cir. 2002) .......................................................36

*Amarin Pharma v. W.-Ward Pharms.*,
    407 F. Supp. 3d 1103 (D. Nev. 2019).........................................57, 58

*AstraZeneca AB v. Mylan Pharms.*,
    19 F.4th 1325 (Fed. Cir. 2021) .......................................................28

*AstraZeneca LP v. Apotex, Inc.*,
    633 F.3d 1042 (Fed. Cir. 2010) ...............................................*passim*

*Braintree Labs. v. Breckenridge Pharm.*,
    688 F. App'x 905 (Fed. Cir. 2017).............................................53, 54

*In re Brimonidine Pat. Litig.*,
    643 F.3d 1366 (Fed. Cir. 2011) .................................................35, 36

*Commonwealth Sci. & Indus. Rsch. Org. v. Cisco Sys.*,
    809 F.3d 1295 (Fed. Cir. 2015) .......................................................28

*Corcept Therapeutics, v. Teva Pharms. USA*,
    No. 18-03632, 2023 WL 9017081 (D.N.J. Dec. 29, 2023) ...............21

*Eli Lilly v. Teva Parenteral Medicines*,
    845 F.3d 1357 (Fed. Cir. 2017) ...............................................*passim*

*Embrex v. Serv. Eng'g Corp.*,
    216 F.3d 1343 (Fed. Cir. 2000) (Rader, J., concurring) ...................48

*Ferring B.V. v. Watson Labs., Inc.*,
    764 F.3d 1401 (Fed. Cir. 2014) .........................................36, 37, 38

*Galderma Labs., v. Teva Pharms. USA*,
    799 F. App'x 838 (Fed. Cir. 2020) ..................................................28

viii

*Genentech, Inc. v. Sandoz Inc.*,
   55 F.4th 1368 (Fed. Cir. 2022) ...................................................*passim*

*Glaxo, Inc. v. Novopharm, Ltd.*,
   110 F.3d 1562 (Fed. Cir. 1997) ............................................36, 37, 38

*GlaxoSmithKline LLC v. Teva Pharms. USA, Inc.*,
   7 F.4th 1320 (Fed. Cir. 2021) .....................................................*passim*

*H. Lundbeck A/S v. Lupin*,
   87 F.4th 1361 (Fed. Cir. 2023) .......................................................53, 58

*HZNP Medicines LLC v. Actavis Laboratories UT, Inc.*,
   940 F.3d 680 (Fed. Cir. 2019) ........................................26, 56, 57, 58

*Lucent Techs. v. Gateway*,
   580 F.3d 1301 (Fed. Cir. 2009) .........................................................48

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster*,
   545 U.S. 913 (2005).............................................................................53

*Par Pharm. v. Eagle Pharms.*,
   44 F.4th 1379 (Fed. Cir. 2022) ............................................36, 37, 38

*Sanofi v. Watson Labs.*,
   875 F.3d 636 (Fed. Cir. 2017) ............................................29, 49, 59

*Sunovion Pharms., v. Teva Pharms. USA*,
   731 F.3d 1271 (Fed. Cir. 2013) .......................................................36

*Takeda Pharmaceuticals U.S.A., Inc. v. West-Ward Pharmaceutical
   Corp.*,
   785 F.4th 625 (Fed. Cir. 2015) ....................................................*passim*

*Terry v. California State Bd. of Pharmacy*,
   395 F. Supp. 94 (N.D. Cal. 1975), *aff'd*, 426 U.S. 913 (1976)..........................55

*Teva Pharmaceuticals USA, Inc. v. Corcept Therapeutics, Inc.*,
   18 F.4th 1377 (Fed. Cir. 2021) ....................................................*passim*

*Teva Pharms. USA v. Corcept Therapeutics*,
   PGR2019-00048, 2020 WL 6809812 (P.T.A.B. Nov. 18, 2020) .......................20

*Univ. of Colorado Found., v. Am. Cyanamid Co.*,
  196 F.3d 1366 (Fed. Cir. 1999) ............................................................28

*Vanda Pharms. v. Roxane Labs.*,
  203 F. Supp. 3d 412 (D. Del. 2016)........................................................31

*Vanda Pharms. v. W.-Ward Pharms.*,
  887 F.3d 1117 (Fed. Cir. 2018) .....................................................*passim*

*W.L. Gore & Assocs., v. Garlock, Inc.*,
  721 F.2d 1540 (Fed. Cir. 1983) ............................................................28

*Warner-Lambert Co. v. Apotex Corp.*,
  316 F.3d 1348 (Fed. Cir. 2003) ............................................................59

## <u>Statutes</u>

28 U.S.C. § 1295(a)(1) ................................................................................6

28 U.S.C. §§ 1331, 1338(a), 2201 and 2202 ............................................6

35 U.S.C. § 271(b) ...........................................................................*passim*

35 U.S.C. § 271(c) ....................................................................................59

35 U.S.C. § 271(e)(2)............................................................................4, 29

## STATEMENT OF RELATED CASES

This is an appeal following a bench trial in *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*, No. 1:18-cv-03632-RMB-LDW (D.N.J.).

A previous decision of this Court, *Teva Pharmaceuticals USA, Inc. v. Corcept Therapeutics, Inc.*, 18 F.4th 1377 (Fed. Cir. 2021), involved the same parties and some of the patent claims at issue in this appeal (claims 10-13 of U.S. Patent No. 10,195,214).

Counsel is aware of no pending case in this or any other court that would directly affect or be directly affected by the outcome of this appeal.

## PRELIMINARY STATEMENT

This is an appeal of a final judgment of the U.S. District Court for the District of New Jersey (Bumb, J.), after a bench trial finding that Corcept Therapeutics, Inc. ("Corcept") failed to prove, under the Hatch-Waxman Act, that Teva Pharmaceuticals USA Inc ("Teva") will infringe U.S. Patent Nos. 10,195,214 ("the '214 patent") and 10,842,800 ("the '800 patent") by marketing a generic version of Corcept's Korlym® (mifepristone) drug product.  That judgment should be reversed.

Cushing's syndrome is an extremely rare and debilitating endocrine disorder caused by overproduction of the hormone cortisol.  It is often caused by a tumor, and surgery to remove the tumor is the first-line treatment option.  Unfortunately, surgery is sometimes not possible or is not successful, in which case, doctors treat patients using medications such as mifepristone, which works by blocking the effects of excess cortisol in the body.

Patients with Cushing's syndrome, however, are often so ill that that they need to take other medications along with mifepristone either to treat their excess cortisol or to treat other diseases and conditions that patients with Cushing syndrome are especially susceptible to, such as life-threatening fungal infections.  Many of these other medications belong to a large class of compounds known as "strong CYP3A inhibitors"—compounds that inhibit certain enzymes responsible for metabolizing drugs, including mifepristone.  Despite an undisputed "desire" by doctors to co-

administer mifepristone with strong CYP3A inhibitors, when the FDA originally approved Korlym® in 2012, the medical consensus was that co-administration would be dangerous.  Because of this perceived danger, the original Korlym® package insert limited mifepristone to its lowest dose when co-administered with strong CYP3A inhibitors and noted that "the clinical impact of this interaction has ***not*** been studied."

Subsequently, Corcept, led by CEO Dr. Joseph Belanoff, ran several clinical trials to assess the "clinical impact" of the ***combination*** of mifepristone and strong CYP3A inhibitors.  Those trials surprisingly showed that the combination could safely be dosed with up to 900 mg of mifepristone, which would help the sickest of patients.  Corcept obtained patents on the safe dosing regimens, and in 2019 the FDA added the clinical data and dosing regimens to the Korlym® label to help those patients for whom combination therapy was medically necessary.  Corcept's inventions have withstood validity challenges in post-grant review, and this Court affirmed the PTAB's decision that Corcept's combination therapy inventions would not have been obvious.  *Teva Pharm. v. Corcept Therapeutics*, 18 F.4th 1377 (Fed. Cir. 2021).

Teva is a generic drug manufacturer that seeks to use the Abbreviated New Drug Application ("ANDA") process to introduce a generic version of mifepristone.  Teva's label is the same in all material respects as Corcept's 2019 label, with the

same dosing regimens for combination therapy of mifepristone with strong CYP3A inhibitors. Corcept sued Teva under the Hatch-Waxman Act for patent infringement. Unlike typical infringement suits, an ANDA lawsuit is hypothetical because the generic drug is not yet released. A court thus must determine what will happen if such a labeled drug were released into the market.

In this case, the evidence is undisputed. As the district court found, doctors "desired" to, and have, administered the combination of mifepristone and a strong CYP3A inhibitor to their sickest patients. Indeed, the district court determined that the record "undisputedly reveals" combination therapy has occurred for a cohort of patients. And Teva's label is straightforward: it provides patients for whom co-administration is "medically necessary" the precise dosage regimens reflected in Corcept's patents. Thus, when a doctor deems a patient appropriate to receive both mifepristone and a strong CYP3A inhibitor—which the evidence shows can and will happen—following the instructions in Teva's label will lead to infringement because the only labeled dosing instructions reflect the steps of the patent claims.

In ruling that Corcept had not met its burden to prove induced infringement, the district court legally erred as to both direct infringement and inducement.

*First*, the district court erroneously failed to consider Teva's ANDA as the first step in its direct infringement analysis. The court instead went immediately outside the ANDA to physicians' general practices, treating them as the "starting

point to its analysis," and then erroneously faulted Corcept for not presenting evidence of past infringement by prescribers of the NDA-approved drug. Under this Court's precedent in actions originating under 35 U.S.C. § 271(e)(2), the district court should have begun its infringement analysis with the accused label's instructions to perform the patented methods. And, under the district court's own factual findings, Teva's ANDA label instructions alone were sufficient for Corcept to prove direct infringement. To the extent evidence regarding physicians' general practices with Korlym® are relevant at all, the undisputed evidence adduced at trial only further supports infringement. The district court found that "the record undisputedly reveals that physicians have co-administered mifepristone with a strong CYP3A inhibitor in rare cases." And in those cases, Teva's label provides infringing dosing instructions for doctors to follow.

*Second*, with respect to Teva's specific intent to induce, the district court disregarded its own dispositive findings that the label "provides instructions *how* to co-administer the substances to achieve an efficacious result," when the physician "determines that it is medically necessary to prescribe mifepristone and a strong CYP3A inhibitor together." Instead, the district court applied a legally erroneous standard in determining that Teva's label does not induce physicians "whether" to administer the drugs together in the first place. This Court has never required evidence that an accused label induce "whether" to administer a drug "in the first

4

place"—the correct question and standard is whether the accused label instructs or recommends an infringing use once a doctor has decided to use the drug at issue. As the district court noted during trial, "the only reason you're going to look at the label is because the physician has deemed it necessary to give the combination."

The district court further erred in finding no inducement by relying on alleged non-infringing alternatives, while also disregarding its own construction of claim 6 of the '800 patent, which only requires the administration of 900 mg of mifepristone to a Cushing's patient already taking a strong CYP3A inhibitor. That doctors prescribe mifepristone outside of combination therapy does not undermine Teva's specific intent that doctors follow the patented dosing regimen when prescribing mifepristone to the cohort of patients for whom mifepristone and a strong CYP3A inhibitor is determined to be medically necessary. The district court's own factual finding that the label "instruct[s] *how* to engage in an infringing use" should have been the beginning and end of its inducement inquiry.

***

The patent laws, including the Hatch-Waxman Act, provide incentives to invest in research—exactly as Corcept did here. These incentives are important for patients suffering from rare diseases such as Cushing's syndrome and are especially important for the subset of vulnerable patients with Cushing's syndrome for whom optimal care requires treatment with combination therapy. The district court's focus

5

on proving past infringement and requiring inevitable infringement for all patient populations sets a bar that no innovator company can clear, thereby undermining the incentives to develop innovative treatments. The judgment below should be reversed.

## JURISDICTIONAL STATEMENT

The district court had jurisdiction over this Hatch-Waxman patent infringement action pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202. The district court entered final judgement on December 29, 2023. Appx48-49. Corcept timely filed its notice of appeal on January 8, 2024. Appx4930. This Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

## STATEMENT OF ISSUES

1.     Whether Corcept satisfied its burden to prove direct infringement, where the district court found that (a) the accused label provides instructions to perform the patented methods when co-administering mifepristone with strong CYP3A inhibitors and (b) doctors had "undisputedly" co-administered mifepristone with a strong CYP3A inhibitor in the past when medically necessary.

2.     Whether (a) Corcept satisfied its burden to prove inducement of all asserted claims by establishing that the accused label instructs *how* to engage in an infringing use, without need to further establish that the accused label encourages use of the combination therapy *in the first place*, or, alternatively, (b) whether

6

Corcept satisfied its burden to prove inducement of claim 6 of the '800 patent, where the district court erred by crediting alleged non-infringing alternatives, and by disregarding its own construction of that claim.

## STATEMENT OF THE CASE

### A.    Corcept Developed Mifepristone To Treat Cushing's Syndrome

Cushing's syndrome is a "rare and debilitating endocrine disorder."  Appx8. The disease is typically caused by tumors that cause an overabundance of the hormone cortisol, an imbalance known as "hypercortisolism."    Appx9. Hypercortisolism results in high blood sugar, high blood pressure, obesity, suppressed immune response and a myriad of other life-threatening problems. Appx9.  Doctors often treat the disease through surgery to remove the tumor.  Appx9. But, sometimes, surgery is not possible or is not successful, and medicinal therapies are needed.  Appx9.

Corcept's Korlym® product with the active ingredient mifepristone was the first FDA-approved therapy for Cushing's syndrome.  Appx10-12.  Mifepristone does not reduce cortisol levels.  Appx11.  Rather, it works by preventing excess cortisol from binding to the body's cortisol receptors, thereby reducing the effects of hypercortisolism.  Appx11; Appx1061; *Teva Pharms.*, 18 F.4th at 1379.  Because of the extreme rarity of Cushing's syndrome, the FDA has classified Korlym® as an Orphan Drug.  Appx13.  It is only prescribed to about 1,500 patients.  Appx13.

### B.    Doctors "Desired" To Co-Administer Mifepristone With Strong CYP3A Inhibitors

When Korlym® is administered as a monotherapy (*i.e.*, without any other medication), its package insert recommends physicians initiate treatment at 300 mg (*i.e.*, a single Korlym® tablet) and then titrate the dose upward, in increments of 300 mg, one tablet at a time, based on the patient's clinical response, to a maximum dose of 1200 mg.  Appx4214; Appx4237.  Whether the final dose achieved is 1200 mg, 900 mg, 600 mg or 300 mg, there is ***only one appropriate mifepristone dose for each patient***.  Appx1164-65.

Patients with Cushing's syndrome are often so ill that they need to take another medication along with mifepristone either to directly treat their excess cortisol or to treat other conditions associated with the excess cortisol.  Appx1148-49.  Many of the other medications used to treat patients with Cushing's syndrome belong to a class of compounds known as "strong CYP3A inhibitors."  Appx10.  A "CYP3A inhibitor" is a substance that prevents CYP3A enzymes from functioning.  Appx10.  CYP3A enzymes metabolize many drugs, including mifepristone.  Appx1145-46.  Because strong CYP3A inhibitors prevent CYP3A enzymes from working, there was an expectation in 2012 (when the FDA first approved Korlym®) that co-administration of mifepristone with strong CYP3A inhibitors might cause the levels of mifepristone in a patient to rise to potentially unsafe levels.  Appx1149-50; Appx4466; Appx4300; Appx13.   The original 2012 Korlym® label thus

8

recommended that the mifepristone dose be limited to its lowest 300 mg dose in instances of co-administration and advised that "extreme" caution be exercised when co-administering. *Teva Pharms.*, 18 F.4th at 1379; Appx1164; Appx4212-34.

Despite that warning, the FDA "anticipated that co-administration with strong CYP3A4 inhibitors may be necessary." Appx4300; Appx1156. In particular, the FDA noted the "high potential of [the] concomitant use" of mifepristone and the CYP3A inhibitor ketoconazole. Appx4450. This is because mifepristone and ketoconazole both treat Cushing's syndrome, but through complementary (and therefore synergistic) mechanisms of action: mifepristone blocks the effect of cortisol at its receptor, while ketoconazole inhibits cortisol production. Appx1060-1061. As the undisputed evidence at trial showed, "the combination of mifepristone with ketoconazole is a logical choice and may have added benefit for the treatment of Cushing's syndrome." Appx4444.

According to the district court, under the original 2012 package insert, "doctors **desired** to coadminister the drugs but avoided doing so, unless medically necessary, due to safety concerns." Appx13-14; Appx1229-30.

## C.    Development Of The Claimed Inventions

While the understanding in 2012 was that co-administering high doses of mifepristone (*i.e.* above 300 mg) with a strong CYP3A inhibitor might cause mifepristone's concentration to rise to unsafe levels, the FDA and Corcept

determined that it was in patients' best interests, following Korlym®'s approval, to conduct studies of the co-administration of mifepristone and strong CYP3A inhibitors. *Teva Pharms.*, 18 F.4th at 1379. As a result, Corcept, led by Dr. Belanoff, designed and conducted several clinical trials evaluating the safety of mifepristone and strong CYP3A co-administration. Appx15; Appx1151-54. Surprisingly, these studies showed only a small increase in mifepristone blood levels in the presence of strong CYP3A inhibitors, which led to Dr. Belanoff's discovery that it was safe to co-administer up to 900 mg of mifepristone with strong CYP3A inhibitors—***triple*** the previously-thought limit—if dosed according to the claimed methods. Appx1154. Indeed, the district court recognized the importance of Dr. Belanoff's inventions, characterizing them as a "breakthrough." Appx43. As the district court found, "Corcept discovered that mifepristone blood levels only increased marginally and that a physician could prescribe up to 900 mg of mifepristone with a strong CYP3A inhibitor if dosed appropriately." Appx15.

### D.     The Patents-In-Suit

In March 2017, following Corcept's successful clinical trials, Dr. Belanoff filed the application that would lead to both the '214 and '800 patents. Appx15.

In May 2019, Teva challenged the validity of Corcept's patents in post-grant review proceedings. The PTAB ruled against Teva and this Court affirmed the PTAB's finding that Dr. Belanoff's inventions would not have been obvious to those

of skill in the art, holding , among other findings, that there was no error in the PTAB's finding that "the evidence support[ed] that [a skilled artisan] would have had *no expectation* as to whether co-administering dosages of mifepristone above the 300 mg/day threshold set forth in the Korlym label would be successful" [and] "[b]ecause there was no expectation of success for any dosage over 300 mg per day, there was no expectation of success for the specific 600 mg per day dosage." *Teva Pharms.*, 18 F.4th at 1381 (quoting PTAB decision) (emphasis original)).

The trial in the case below therefore concerned only matters of infringement. At trial, Corcept asserted claims 10-13 of the '214 patent. The only asserted independent claim for this patent (claim 10) is reproduced below and involves the co-administration of 600 mg mifepristone with strong CYP3A inhibitors, including ketoconazole:

> **10**. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome who is taking an original once-daily dose of 1200 mg or 900 mg per day of mifepristone, comprising the steps of:
>
> reducing the original once-daily dose to an adjusted once-daily dose of 600 mg mifepristone,
>
> administering the adjusted once-daily dose of 600 mg mifepristone and a strong CYP3A inhibitor to the patient,
>
> wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole.

11

Appx86; Appx19.

The '800 patent issued as a continuation of the '214 patent. Corcept asserted two independent claims (claims 1 and 6) from the '800 patent. Claim 1 is similar to claim 10 of the '214 patent but requires the concomitant administration of 900 mg mifepristone with a strong CYP3A inhibitor. Appx19. Claim 6 (reproduced below) is different. Whereas the other asserted independent claims require that a strong CYP3A inhibitor be administered to a patient already receiving mifepristone, claim 6 is practiced when 900 mg mifepristone is administered to a patient *already receiving* a strong CYP3A inhibitor. Appx20.

> **6**. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking a strong CYP3A inhibitor selected from ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole, the method comprising administering to the patient a once-daily dose of mifepristone of 900 milligrams (mg) per day.

Appx128.

### E. Today, Co-Administration of Mifepristone And A Strong CYP3A Inhibitor Is "Often The Best Choice" For Patients

The trial record showed there are patients so sickened by their Cushing's syndrome (and its comorbidities) that combination therapy with mifepristone and a

CYP3A inhibitor is necessary and is "the best choice." Appx1149. Specifically, the district court found that:

> CYP3A inhibitors are a broad therapeutic class of drugs that target multiple different diseases, often addressing specific manifestations of Cushing's syndrome. . . . CYP3A inhibitors, such as ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, and clarithromycin, are often the "***best choice***" for addressing a particular manifestation of Cushing's syndrome.

Appx10.[1]  As inventor Dr. Belanoff further explained:

> [i]deally, you would use only a single medication. . . . But there are some patients for whom that's just not going to get it done.  And they're really the sickest patients, the most likely to have side effects, the most problematic patients to treat.  That's where [two drugs] might actually end up getting combined.

Appx1158-59.  The trial testimony from both sides supported this point.

Teva's own expert, Dr. Dobs, testified that for some seriously ill patients, "it may be necessary to take advantage of mifepristone and ketoconazole's dual mechanisms of action." Appx1061.  Indeed, Dr. Dobs testified that in approximately ***half*** of the patients she treated with mifepristone, it was necessary to co-administer ketoconazole.  Appx1059-60.  Dr. Dobs explained these were "extremely ill" patients and combination therapy was the "best choice for them."  Appx1060.

Corcept's expert, Dr. Carroll, agreed, explaining that:

---

[1]  All emphasis has been added unless otherwise indicated.

13

> there are times when patients need more treatment than just one medication.  So [they] need dual therapy.  And in the case of ketoconazole and mifepristone, we have a medication, ketoconazole, that blocks the production of cortisol.  And then we have mifepristone, a medication which blocks the effects.  So we've lowered the levels with ketoconazole, and what's left around, we're blocking with mifepristone.  So we have two different ways to get at the problem of too much cortisol activity.

Appx1256-57.

Following the approval of Korlym®, the "high potential" for concomitant use anticipated by the FDA had been realized in clinical practice.  As Dr. Carroll summarized, combination therapy is necessary in these instances because:

> these are patients that are very, very sick.  They need treatment.  And in these instances, we're talking about somebody that just can't have efficacious therapy with one medication.  They failed surgery.  And we need to do everything that we can to treat those patients, and adding a synergistic medication would be … logical.

Appx1259.

Trial evidence also showed that co-administration could be used to treat fungal infections because patients with Cushing's syndrome are immunosuppressed and often develop potentially deadly opportunistic infections, for which strong CYP3A inhibitors covered by Dr. Belanoff's inventions are the preferred, "first-line" treatments.  Appx1253-54; Appx37; Appx1247-56; Appx1497.  In addition, several of the claimed strong CYP3A inhibitors are medications that treat common conditions related to a patient's Cushing's syndrome, such as depression, HIV,

14

hepatitis, and fungal and bacterial infections. Appx1147-49; Appx1229; Appx1441.

The evidence shows that extremely ill patients have required, and will continue to

require, combination therapy with CYP3A inhibitors and mifepristone. Appx1059-

60; Appx1250-56; Appx1259; Appx1262-63; Appx1505-06; Appx4667-68. In fact,

Corcept introduced so much evidence of co-administration that the district court

eventually sustained an objection to the introduction of additional case reports as

"cumulative." Appx1507-08.

### F. The 2019 Revised Korlym® Label Provides Dosing Instructions For Co-Administration

After Corcept's clinical trials demonstrated the safety of the claimed co-

administration, the FDA updated the Korlym® package insert in November 2019 to

instruct doctors of the method of safely co-administering Korlym® with strong

CYP3A inhibitors that Dr. Belanoff had discovered. Appx15; Appx1173;

Appx4235-56. As a result, there are several key differences between the original

2012 Korlym® package insert and the updated 2019 Korlym® package insert.

Indeed, the district court explained that "there are meaningful differences between

the 2012 label and the 2019 label based on [Dr. Belanoff's] breakthrough." Appx43.

*First*, the updated 2019 Korlym® package insert includes a new Section 2.5,

titled "Concomitant Administration with CYP3A Inhibitors." This section contains

FDA-approved dosing instructions for the safe co-administration of mifepristone

with "ketoconazole and other strong inhibitors of CYP3A," and states as follows:

15

**2.5  Concomitant Administration with CYP3A Inhibitors**

Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole may increase exposure to mifepristone. KORLYM should be used in combination with strong CYP3A inhibitors only when necessary. *[See Warnings and Precautions (5.6), Drug Interactions (7.2)]*

*Administration of KORLYM to patients already being treated with strong CYP3A inhibitors:*
• Start at a dose of 300 mg.  If clinically indicated, titrate to a maximum of 900 mg.

*Administration of strong CYP3A inhibitors to patients already being treated with KORLYM:*
• Adjust the dose of KORLYM according to Table 1.

**Table 1. Dose adjustment of KORLYM when strong CYP3A inhibitor is added**

| Current dose of KORLYM | Adjustment to dose of KORLYM if adding a strong CYP3A inhibitor |
|---|---|
| 300 mg | No change |
| 600 mg | Reduce dose to 300 mg. If clinically indicated, titrate to a maximum of 600 mg |
| 900 mg | Reduce dose to 600 mg. If clinically indicated, titrate to a maximum of 900 mg |
| 1200 mg | Reduce dose to 900 mg |

Appx4238; Appx1171; Appx16.

*Second*, the Clinical Pharmacology Section of the 2019 Korlym® package insert was updated to include data from drug-drug interaction studies underlying the patents-in-suit, showing that mifepristone can be safely administered with CYP3A inhibitors ketoconazole and itraconazole at doses up to 900 mg.  *Compare* Appx4250-51, *with* Appx4225.  Table 3 of the package insert now reads in relevant part:

16

**Table 3.  Summary Table of KORLYM Drug-Drug Interaction Effects**

| Dosing of Mifepristone | Coadministered Drug | Dosing of Coadministered Drug | Geometric Mean Ratio (analyte ratio with/without drug coadministration) | | |
|---|---|---|---|---|---|
| | | | Analyte | AUC | Cmax |
| **Effect of Coadministered Drug on KORLYM** | | | | | |
| **Dose adjustment required** | | | | | |
| 600 mg once daily for 17 days | ketoconazole | 200 mg bid on days 13-17 | mifepristone<br>Metabolite 1†<br>Metabolite 2†<br>Metabolite 3† | 1.38<br>1.02<br>1.67<br>0.95 | 1.28<br>1.06<br>1.69<br>0.96 |
| 900 mg once daily for 14 days | itraconazole | 200 mg daily for 14 days | mifepristone<br>Metabolite 1†<br>Metabolite 2†<br>Metabolite 3† | 1.10<br>1.04<br>1.23<br>0.97 | 1.20<br>1.00<br>1.19<br>0.94 |

Appx4250-51.  Dr. Carroll testified that the clinical trial results reported in Table 3 led the FDA to approve the dosing instructions set forth in Section 2.5, which, because they carry the FDA's imprimatur, teach healthcare professionals that those dosing instructions are safe.  Appx1234-35; Appx1265.  Teva's expert Dr. Snyder further testified that the language "Dose adjustment required" in Table 3 would direct doctors to Section 2.5 of the label to know how to adjust the dose.  Appx1484.

*Third*, Section 5.6 of the 2019 Korlym® package insert no longer recommends "extreme" caution, and instead simply recommends limiting the mifepristone dose to 900 mg per day when co-administering.  *Compare* Appx4240, *with* Appx4217; *see also* Appx1169-1172.  As the district court explained, "the 2019 label recommended 'caution' instead of 'extreme caution' and indicated that the allowable dose of mifepristone was 900 mg instead of 300 mg of mifepristone, among other relevant changes."  Appx43.

17

*Fourth*, Section 7.2 of the original 2012 Korlym® package insert stated that "***extreme*** caution should be used" when "[k]etoconazole and other strong inhibitors of CYP3A" are "prescribed in combination with Korlym" and that the "clinical impact" has not been studied. Appx4220-21. Consistent with that "extreme" caution, Section 7.2 of the original 2012 Korlym® package insert limited the mifepristone dose to 300 mg if co-administered with ketoconazole or any other strong CYP3A inhibitor. Appx4220-21. In contrast, consistent with Corcept's "breakthrough" clinical studies, Section 7.2 of the updated 2019 Korlym® package insert does not recommend "extreme" caution, and instead simply instructs that the "dose of KORLYM should be limited to 900 mg" in accordance with the claimed inventions. The changes to Section 7.2 are shown in the table below:

| 2012 Package Insert | 2019 Package Insert |
|---|---|
| **7.2 CYP3A Inhibitors** | **7.2 CYP3A Inhibitors** |
| Ketoconazole and other strong inhibitors of CYP3A … may increase exposure to mifepristone ***significantly***. The clinical impact of this interaction has not been studied. Therefore, ***extreme*** caution should be used when these drugs are prescribed in combination with Korlym. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. The dose of Korlym should be limited to 300 mg and used only when necessary. | Ketoconazole and other strong inhibitors of CYP3A … may increase exposure to mifepristone. Caution should be used when strong CYP3A inhibitors are prescribed in combination with KORLYM. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. The dose of KORLYM should be limited to 900 mg, and strong inhibitors of CYP3A should be used only when necessary. |

*Compare* Appx4220-21, *with* Appx4245; *see also* Appx1169-72.

Taken together, the changes to the revised 2019 Korlym® package insert instruct medical professionals how to safely co-administer mifepristone and strong CYP3A inhibitors to patients who previously could not be given combination therapy due to the restrictions in the older 2012 package insert.

### G.     Teva's ANDA Product And The Parties' Disputes

In December 2017, Teva filed an ANDA seeking FDA approval to market, make, use, offer to sell, sell, and/or import a generic version of Korlym®.  Appx20. Corcept filed suit against Teva in the district court in 2018 based on Teva's ANDA filing.  Appx164-176.  The FDA approved Teva's ANDA in August 2020.  Appx21. Teva's current package insert for its generic mifepristone product "is identical in all material respects to Corcept's 2019 Korlym® label."  Appx20; Appx4040-58.

In May 2019, Teva filed a Petition for Post Grant Review ("PGR") against the '214 patent.  In arguing that the claims of the '214 patent were obvious, Teva repeatedly argued to the PTAB that co-administration of mifepristone and strong CYP3A inhibitors was common.  As Teva admitted in its petition, "since ketoconazole is being used in the management of Cushing's disease, *there is a high potential of its concomitant use with mifepristone*."  Appx807 (emphasis original) (internal quotations omitted).

19

The PTAB found that Teva failed to establish that "a POSA would have had a reasonable expectation of success in safely administering more than 300 mg/day of mifepristone with a strong CYP3A inhibitor when treating patients as recited in the challenged claims." *Teva Pharms. USA, v. Corcept Therapeutics,* PGR2019-00048, 2020 WL 6809812, *16 (P.T.A.B. Nov. 18, 2020). This Court affirmed the PTAB decision, holding that "Teva failed to show that a skilled artisan would have had a reasonable expectation of success for safe co-administration of more than 300 mg of mifepristone with a strong CYP3A inhibitor." *Teva Pharms.*, 18 F.4th at 1380.

Since validity had been decided, the proceedings before the district court focused on infringement. In its pretrial brief, Teva switched from its position at the PTAB—where it argued that "there is a high potential of its concomitant use with mifepristone"—and asserted that combination therapy would be exceeding rare. As such, before trial, Corcept moved to estop Teva from raising its new defense. Appx754-58. Although the district court recognized that there were clear inconsistencies in Teva's positions and "Teva seeks to have it both ways – 'talks out of both sides,'" it denied Corcept's estoppel motion in an oral ruling following the first day of trial. Appx1107-10.

## H.    The Evidence At Trial And The District Court's Decision

The parties proceeded to a three-day bench trial in September 2023. At trial, the record evidence overwhelmingly showed that the accused Teva label

recommends an infringing use. This was ***not*** a case that required resolution of conflicting expert testimony or other credibility determinations. Rather, both parties' experts testified that Teva's label recommends physicians perform the claimed steps when co-administering mifepristone with a strong CYP3A inhibitor. Appx1241-42; Appx1246; Appx1264; Appx1469-71.

Based on the experts' trial testimony, the district court found that the label "provides instructions *how* to co-administer the substances to achieve an efficacious result *if* a physician determines that it is medically necessary," Appx41 (emphasis original), and provides infringing "dosing instructions if a physician independently determines that it is medically necessary to prescribe mifepristone and a strong CYP3A inhibitor together," Appx35. These findings should have been dispositive of the infringement issues. The district court, however, ruled for Teva on both direct infringement and intent. *Corcept Therapeutics, v. Teva Pharms. USA,* No. 18-03632, 2023 WL 9017081 (D.N.J. Dec. 29, 2023).

## <u>SUMMARY OF ARGUMENT</u>

This Court has previously confirmed the validity of Corcept's patents. *Teva*, 18 F.4th at 1377. Accordingly, the only issue remaining for the trial court was infringement. Here, based on the district court's own findings and the undisputed record, Corcept has proven by a preponderance of the evidence that Teva will induce direct infringement by releasing a product copying Corcept's FDA-approved label.

21

The district court found no infringement only by misapplying the law to its own findings.

### *Direct Infringement*

Teva's ANDA label is sufficient to show that direct infringement is likely. The district court found that Teva's label "provides instructions *how* to co-administer the substances to achieve an efficacious result *if* a physician determines that it is medically necessary." Appx41 (emphasis original). Similarly, the district court found that Teva's label "provid[es] dosing instructions if a physician independently determines that it is medically necessary to prescribe mifepristone and a strong CYP3A inhibitor together." Appx35. And both sides' experts agreed that Teva's label instructs physicians to perform the claimed steps when co-administering mifepristone with strong CYP3A inhibitors in the relevant patient populations. Appx1237-46; Appx1264; Appx1469-71. Because Teva's "proposed label 'recommends' that physicians perform the claimed steps," a finding of "direct infringement by physicians [i]s proper." *Vanda Pharms. v. W.-Ward Pharms.*, 887 F.3d 1117, 1130 (Fed. Cir. 2018).

While Teva's label is sufficient by itself to show a likelihood of direct infringement, the district court's own findings and undisputed trial evidence ***outside*** Teva's ANDA also independently show that direct infringement is likely. The district court found that: (1) CYP3A inhibitors are the "best choice" for many

22

patients with Cushing's syndrome; (2) doctors "desired" to co-administer mifepristone with strong CYP3A inhibitors; (3) doctors actually have co-administered mifepristone with strong CYP3A inhibitors; and (4) for some patients, the single appropriate dose of mifepristone is 900 or 1200 mg. Based on these findings, Corcept has shown that the evidence outside of Teva's ANDA confirms that Teva "will likely market an infringing product." Thus, Corcept satisfied its burden of proving direct infringement through both Teva's ANDA label and through evidence outside Teva's ANDA.

The district court's finding of no direct infringement was based on legal error.

*First*, the district court erroneously started its analysis by looking ***outside*** Teva's ANDA as the "starting point to its analysis." Appx28. This Court has consistently held that the ANDA product label is the beginning (and almost always the end) of the direct infringement analysis. *Vanda*, 887 F.3d at 1130. Even in the two cases that the district court relied upon, *Genentech, Inc. v. Sandoz Inc.*, 55 F.4th 1368 (Fed. Cir. 2022) and *Takeda Pharmaceuticals U.S.A., Inc. v. West-Ward Pharmaceutical Corp.*, 785 F.4th 625 (Fed. Cir. 2015), the Court started with the ANDA product labels and looked beyond the ANDAs only because the labels specifically instructed against infringement. In those cases, the labels stated that "concomitant use '***should be avoided*** if possible'" (*Takeda*, 785 F.3d at 634) and concomitant use "***should be discontinued***" "***and avoided***" (*Genentech*, 55 F.4th at

23

1375). No such language exists in Teva's label that would justify reaching beyond Teva's ANDA.

*Second*, the district court erroneously required Corcept to prove actual instances of past infringement. Specifically, the district court required "record evidence that [doctors have] practiced the asserted claims" (Appx28); "specific evidence where a physician practiced the patented methods" (Appx29); and "instances in which a physician practiced the claimed method" (Appx38). This Court, however, has made clear that "patentees in Hatch-Waxman litigations asserting method patents do ***not*** have to prove that prior use of the NDA-approved drug satisfies the limitations of the asserted claims." *Vanda*, 887 F.3d at 1130. Again, *Genentech* and *Takeda* are inapposite. In each of those cases, the evidence outside the accused ANDA showed that no physician had ***ever*** co-administered the drugs at issue. *Genentech*, 55 F.4th at 1380 (crediting "testimony from physicians that, in their decades of treating IPF patients, they had never prescribed pirfenidone to an IPF patient taking fluvoxamine"); *Takeda*, 785 F.3d at 635 ("physician experts declared that they try to and can easily avoid concomitant administration of the drugs"). Here the evidence of co-administration was undisputed.

*Third*, the district court erroneously required Corcept to prove the prevalence of direct infringement. Specifically, the district court held that "Corcept has not persuaded this Court that today ***most*** patients who receive a strong CYP3A inhibitor

are already taking at least 900 mg of Korlym® or that patients who are already

receive a strong CYP3A inhibitor will be prescribed at least 900 mg of Korlym®."

Appx37.    But this Court has never "required evidence regarding the general

prevalence of the induced activity" in a Hatch-Waxman case, and it was error to do

so here. *Eli Lilly v. Teva Parenteral Medicines*, 845 F.3d 1357, 1368 (Fed. Cir.

2017).

### Specific Intent To Induce Infringement

Teva's label is also sufficient to show that Teva possessed the specific intent

to induce infringement. "[W]hen a product is sold with an infringing label or an

infringing instruction manual, such a label is evidence of intent to induce

infringement." *GlaxoSmithKline LLC v. Teva Pharms. USA, Inc.*, 7 F.4th 1320,

1334 (Fed. Cir. 2021). Here, the district court found that Teva's label "provides

instructions ***how*** to co-administer the substances to achieve an efficacious result if a

physician determines that it is medically necessary" (Appx41) and provides

infringing "dosing instructions if a physician independently determines that it is

medically necessary to prescribe mifepristone and a strong CYP3A inhibitor

together" (Appx35). These findings are sufficient for Corcept to have met its burden

on inducement. *GlaxoSmithKline*, 7 F.4th at 1333-34 ("instructing ***how*** to engage

in an infringing use, show an affirmative intent that the product be used to infringe").

The district court committed legal error by ignoring its own findings that Teva's ANDA product label provided instructions "how" to engage in an infringing use, but instead required Corcept to prove that Teva's label instructed doctors "whether" to infringe in the first place. Specifically, the district court adopted Teva's argument that "an instruction *how* to do something is not an instruction *whether* to do it in the first place." Appx39 (emphasis original). The district court based its finding of no inducement on an erroneous reading of *HZNP Medicines LLC v. Actavis Laboratories UT, Inc.*, 940 F.3d 680 (Fed. Cir. 2019). Contrary to the district court's reading of *HZNP*, the case does not create a "whether to prescribe in the first place" standard. Rather, that decision concerns a label with an optional step (that is entirely up to a patient's discretion) whereas the patent requires the step be mandatory. *See* 940 F.3d at 702. Here, for each of the relevant patient populations, the combination dosage instructions in Teva's ANDA product label are mandatory— i.e., infringing—and not optional as in *HZNP*.

Moreover, even if inducement here required evidence that the accused label promotes, recommends, or encourages **whether** mifepristone should be used in combination with a strong CYP3A inhibitor in the first place, the district court erred in failing to find that Corcept proved intent under that standard. *First*, the district court erred in ruling that Corcept failed to prove inducement because "Teva's label does not provide exclusively infringing instructions." Appx44. Non-infringing

alternatives are legally irrelevant to induced infringement under 35 U.S.C. § 271(b). *Vanda*, 887 F.3d at 1133 ("[A] person can be liable for inducing an infringing use of a product even if the product has substantial noninfringing uses."). *Second*, the district court erred in finding no inducement as to claim 6 of the '800 patent because (in the court's view) there was no "trigger here that is likely to convince a physician to coadminister mifepristone and a strong CYP3A inhibitor." Appx42. As the district court itself found, however, to infringe claim 6, a physician merely needs to prescribe 900 mg mifepristone to a patient with Cushing's syndrome who is ***already taking*** a strong CYP3A inhibitor. Appx20; Appx35-36. There is no dispute that for some patients on strong CYP3A inhibitors, the appropriate mifepristone dose will be 900 mg, and the label explicitly instructs doctors to titrate up to 900 mg for who show up to the doctor's office already taking a strong CYP3A inhibitor. Appx1164-1165. Accordingly, Teva's label necessarily instructs infringement of claim 6 with respect to at least some patients.

In sum, the district court's findings of no direct infringement and no specific intent to induce infringement rest on a misreading of the case law, and the district court's own findings show by a preponderance of the evidence that Teva will likely market an infringing product.

27

## STANDARD OF REVIEW

"This court reviews a district court's judgment following a bench trial for errors of law and clearly erroneous findings of fact." *Commonwealth Sci. & Indus. Rsch. Org. v. Cisco Sys.*, 809 F.3d 1295, 1300 (Fed. Cir. 2015) (citation omitted); *AstraZeneca AB v. Mylan Pharms.*, 19 F.4th 1325, 1335 (Fed. Cir. 2021). "Infringement is a question of fact that, after a bench trial, [is] review[ed] for clear error." *Eli Lilly*, 845 F.3d at 1364. Factual findings "that rest on an erroneous view of the law may be set aside on that basis." *W.L. Gore & Assocs. v. Garlock*, 721 F.2d 1540, 1547 (Fed. Cir. 1983) (cleaned up); *see Galderma Labs., v. Teva Pharms. USA*, 799 F. App'x 838, 842 (Fed. Cir. 2020) ("If the trial court bases its findings upon a mistaken impression of applicable legal principles, the reviewing court is not bound by the clearly erroneous standard." (cleaned up)). Further, "[t]his court reviews a bench trial de novo for errors of law." *Univ. of Colorado Found., v. Am. Cyanamid Co.*, 196 F.3d 1366, 1370 (Fed. Cir. 1999).

"Whoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b). To establish induced infringement, a patentee must prove (1) direct infringement and (2) the defendant's specific intent to induce. *Vanda*, 887 F.3d at 1129.

Under these standards, the judgment should be reversed.

28

**ARGUMENT**

## I.    THE DISTRICT COURT LEGALLY ERRED IN FINDING NO DIRECT INFRINGEMENT

The district court's threshold error was not looking to the label to determine whether infringement was likely to occur in the future, but "starting" its analysis by seeking to determine whether "any physician has ever practiced the asserted claims" in the past and faulting Corcept for failing to "present the Court with any specific evidence where a physician practiced the patented methods." Appx28-29. There is no requirement to prove past instances of infringement, and under this Court's precedent, the infringement inquiry begins with the label.

### A.    The ANDA Label Is The Required Starting Point And Here Is Dispositive Under The District Court's Own Factual Findings

In cases such as this, under 35 U.S.C. § 271(e)(2)(A), this Court's precedent has consistently looked to the accused package insert as the initial and primary source of evidence for direct infringement. *Vanda*, 887 F.3d at 1130 (citing *Sanofi v. Watson Labs.*, 875 F.3d 636, 643 (Fed. Cir. 2017); *Eli Lilly*, 845 F.3d at 1368; and *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1057 (Fed. Cir. 2010)). The direct infringement inquiry in Hatch-Waxman actions is "*hypothetical* because the allegedly infringing product has not yet been marketed." *Vanda*, 887 F.3d at 1130 (emphasis original). This Court has made clear that "patentees in Hatch-Waxman litigations asserting method patents do ***not*** have to prove that prior use of the NDA-approved drug satisfies the limitations of the asserted claims." *Vanda*, 887 F.3d at

1130.  Instead, because infringement in an ANDA case concerns an accused product that is not yet on the market and is thus a forward-looking inquiry, a patentee can "satisfy its burden to prove the predicate direct infringement by showing that if the proposed ANDA product were marketed, it would infringe the [asserted] patent[s]." *Id*.  This necessarily entails an "analysis of ***the proposed label*** to assess potential direct infringement by physicians." *Id.*  Where "the proposed label 'recommends' that physicians perform the claimed steps," a finding of "direct infringement by physicians [i]s proper under [this Court's] precedent." *Id.* at 1129-1130 (rejecting the argument that "the language of the label itself cannot constitute direct infringement of the asserted method claims" in a Hatch-Waxman case).

### 1.     The Label Analysis In *Vanda* Is Dispositive

The facts and analysis of *Vanda* bear directly on this case.  In *Vanda*, this Court affirmed infringement in a very similar action.  At issue there was the administration of a drug (iloperidone) that is metabolized in the body by the CYP2D6 enzyme.  One problem confronting users of iloperidone is that a small cohort of patients are "poor metabolizers" of that drug because they do not have functioning CYP2D6 enzymes.  The patent's method of treatment instructed the steps of obtaining a patient's blood sample and conducting a test to determine whether the patient is a CYP2D6 poor metabolizer and, if so, providing specific alternate iloperidone dosage instructions. *Vanda*, 887 F.3d at 1122.  Just like Teva

30

in this case, the generic manufacturer in *Vanda* sought to copy the branded product's FDA-approved label.

The label in *Vanda* provided the proof of infringement.  The *Vanda* label warned that: "[c]aution is warranted when prescribing iloperidone ... in patients with reduced activity of CYP2D6." *Vanda Pharms. v. Roxane Labs.,* 203 F. Supp. 3d 412, 433 (D. Del. 2016).  The label continues: "PMs [Poor Metabolizers] should have their dose reduced by one-half.  Laboratory tests are available to identify CYP2D6 PMs." *Vanda*, 887 F.3d at 1122.  This Court found that the label's language satisfied the direct infringement inquiry because it matched the patent claims, which required testing patients for CYP2D6 poor metabolism and then adjusting the dosage.  Indeed, this Court in *Vanda* explicitly **rejected** the challenger's argument that "the language of the label itself cannot constitute direct infringement of the asserted method claims," holding:

> We agree with Vanda that a patentee ***does not need to prove an actual past instance of direct infringement*** by a physician.

*Vanda* at 1129; *see also id.* at 1130 (holding the "analysis of the proposed label to assess potential direct infringement by physicians was proper under our precedent").  Evidence of physician practice was not necessary in *Vanda*, just as it is not necessary here.

### 2.    Teva's Label Alone Shows That Teva Will Likely Market An Infringing Product

As in *Vanda*, the district court should have found direct infringement based on Teva's ANDA label and the uniform expert testimony regarding it. There was no dispute at trial that the instructions in Teva's ANDA label instruct approved uses of the proposed generic product in a manner that meets the limitations of the asserted patent claims. As the district court found, Teva's ANDA label "provides instructions *how* to co-administer the substances to achieve an efficacious result if a physician determines that it is medically necessary," Appx41 (emphasis original), *i.e.,* "the benefit to the patient outweighs the risks," Appx43-44.[2] And both sides' experts agreed—Teva's label instructs physicians to perform the claimed steps when co-administering mifepristone with a strong CYP3A inhibitor in the relevant patient populations. Appx1237-42; Appx1243-46; Appx1264; Appx1469-71.

Corcept's expert, Dr. Carroll, testified that of the three asserted independent claims, two (claim 10 of the '214 patent and claim 1 of the '800 patent) have similar steps. Appx1237. Claim 10 requires administration of a reduced mifepristone dose (600 mg) to a patient who was taking an original mifepristone dose of 900 mg or

---

[2]    The "medically necessary" standard of the benefits outweighing the risks is, of course, the standard for the prescription of *every* prescription drug; both parties' experts ***agreed upon*** this at trial. Appx1240; Appx1274-1275; Appx1492-1493.

1200 mg with a strong CYP3A inhibitor. Appx1237; *see also* Appx86. Claim 1 requires administration of a reduced mifepristone dose (900 mg) to a patient who was taking an original mifepristone dose of 1200 mg with a strong CYP3A inhibitor. Appx1237; *see also* Appx128. The third asserted independent claim (claim 6 of the '800 patent) is structured differently and requires administering 900 mg of mifepristone to a patient who is "***already taking***" a strong CYP3A inhibitor. Appx1242-43; Appx128; Appx20. Dr. Carroll testified that Teva's label instructs physicians to carry out each step of the claimed methods when co-administering. Appx1237-1242 (claims 10 and 1); Appx1243-1246 (claim 6). He further testified that physicians would follow the infringing instructions:

- *Claim 10 of the '214 Patent and Claim 1 of the '800 Patent*: "**Q**. In your opinion, Doctor, in instances where medical professionals determine that it is necessary to co-administer mifepristone and a strong CYP3A inhibitor to a patient who is already taking 1,200 mgs or 900 mgs of mifepristone, would medical professionals follow the instructions in Teva's label? **A**. Yes, they would."

- *Claim 6 of the '800 Patent*: "**Q**. In your opinion, Doctor, in instances where medical professionals determine that it is medically necessary to co-administer 900 mgs mifepristone to a patient taking one of the strong CYP3A inhibitors set forth in the claims, would medical professionals follow the instructions in Teva's label? **A**. Yes, they would."

Appx1241-1242 (claims 10 and 1); Appx1246 (claim 6). Dr. Carroll's opinion was clear: "The package insert from Teva instructs or recommends medical professionals to practice those claimed elements when medically necessary." Appx1264; Appx1236.

33

Teva's expert, Dr. Snyder, **_agreed_** that Teva's label recommends that the infringing dosage instructions be followed when co-administering to the relevant patient populations:

- _Claim 10 of the '214 Patent_: "**Q**. When a strong CYP3A inhibitor is added to a patient already being treated with mifepristone tablets, Teva's package insert recommends to doctors to adjust the dose of mifepristone according to Section 2.5, correct?  **A**. The recommendations are in 2.5.  **Q**. In the circumstances where the mifepristone original dose is 900 milligrams, Teva's label instructs the physician to reduce the dose to 600 milligrams? **A**. Yes. That's what it says."

- _Claim 1 of the '800 Patent_: "**Q**. When a healthcare professional administers a strong CYP3A inhibitor to a patient taking 1,200 milligrams of mifepristone, Teva's package insert instructs medical professionals to reduce the mifepristone dose to 900 milligrams, correct? **A**. Yes.  **Q**. Teva's package insert recommends reducing a 1,200- milligram mifepristone dose to 900 milligrams when adding a strong CYP3A inhibitor, correct?  **A**. Yes."

- _Claim 6 of the '800 Patent_: "**Q**. In section 5.6, Teva's label recommends a maximal dose of 900 milligrams per day when mifepristone is used with strong CYP3A inhibitors, correct? **A**. I see that. **Q**. And you consider that a recommendation, correct?  **A**. Yes."

Appx1469-1470 (claims 10 and 1); Appx1471 (claim 6).

Under the proper standard, the district court should have found the direct infringement inquiry satisfied based on this uniform expert testimony regarding Teva's ANDA label. As this Court has held, where "the proposed label 'recommends' that physicians perform the claimed steps," a finding of "direct

34

infringement by physicians [i]s proper under our precedent." *Vanda*, 887 F.3d at 1130.

Rather than conduct the "relevant inquiry" demanded by this Court's precedent, the district court skipped past the text of the accused label and the uniform expert testimony concerning that label and instead started with how Korlym® had been used in the past—specifically, whether "anyone has ever practiced the claimed methods, including during the ten-year span since Korlym® was approved." Appx25.[3]  Instead of evaluating the text of the accused label, the district court assessed the prevalence of mifepristone dosing at or above 900 mg (i.e., the starting doses for the methods of claims 1 and 10).  Appx37 (assessing whether "***most*** patients who receive a strong CYP3A inhibitor are already taking at least 900 mg of Korlym®.").  But this Court has repeatedly found legal error where district courts focused on "information" outside of the ANDA in cases where, as here, the ANDA directly answers the infringement inquiry.  *In re Brimonidine Pat. Litig.*, 643 F.3d 1366, 1377 (Fed. Cir. 2011) ("[T]he district court erred by assuming that Exela

---

[3]  As explained further below, the district court's decision to search for prior instances of infringing use during a "ten-year span" was itself erroneous, as the package insert that recommends infringing uses (*i.e.*, the post-invention 2019 Korlym® package insert) did not become available until November 2019.  And because fact discovery had closed in October 2020, the actual "span" during which evidence of prior infringing acts could have been committed—and become part of the record—among the very few patients receiving Korlym® at all (i.e., 1,500) was only 11 months (November 2019 to October 2020).

would manufacture a drug outside of the parameters of the ANDA."); *Sunovion Pharms., v. Teva Pharms. USA*, 731 F.3d 1271, 1280 (Fed. Cir. 2013) ("[T]he [district] court erred in granting summary judgment of noninfringement" where the "ANDA specification defines a compound such that it meets the limitations of an asserted claim."). At bottom, "[i]f an ANDA specification defines [the accused product] such that it must meet a limitation of an asserted claim, then there will almost never be a genuine dispute of material fact that the claim is infringed with respect to that limitation." *Abbott Labs. v. TorPharm*., 300 F.3d 1367, 1373 (Fed. Cir. 2002); *see also Par Pharm. v. Eagle Pharms*., 44 F.4th 1379, 1383-84 (Fed. Cir. 2022) (where the ANDA "defin[es] a proposed generic drug in a manner that directly addresses the issue of infringement, [it] control[s] the infringement inquiry") (alteration in original) (citations omitted).

Disregarding these authorities, the district court relied on *Ferring B.V. v. Watson Labs., Inc.*, 764 F.3d 1401 (Fed. Cir. 2014), and *Glaxo, Inc. v. Novopharm, Ltd*., 110 F.3d 1562 (Fed. Cir. 1997). Not only did these cases arise outside of § 271(b), but they actually confirm that the direct infringement analysis should begin with the instructions on the accused ANDA label.

In *Glaxo*, the parties disputed whether an accused physical ANDA product contained an infringing crystalline salt form of ranitidine hydrochloride. *See* 110 F.3d at 1565. This Court held that because the infringement inquiry under §271(a)

36

concerned "a compound capable of existing in multiple crystalline forms, or mixtures thereof, the ultimate question of infringement is not so simple" and could not be answered by the act of filing of the ANDA alone. *Id.* at 1569. And because the act of filing could not answer the infringement inquiry, this Court held that "the district court properly considered the ANDA itself, the materials submitted by Novopharm to the FDA, and other pertinent evidence provided by the parties." *Id.* at 1570. The only "other pertinent evidence" that this Court looked to was testing of the ANDA product. *Id.* at 1569 ("Of course, this hypothetical inquiry is properly grounded in the ANDA application and the extensive materials typically submitted in its support."). This Court never looked beyond the ANDA and ANDA product.

*Ferring*—which relies on *Glaxo*—stands for the same proposition: "In cases in which the ANDA specification does not resolve the infringement question in the first instance, [this Court] ha[s] endorsed the district court's reference to relevant evidence." 764 F.3d at 1409. Thus, as part of the § 271(a) inquiry, this Court considered evidence regarding ***the ANDA product*** itself because the "ANDA specification d[id] not itself resolve the question of infringement." *Id.* But this Court was equally clear that "[i]n some cases, the ANDA specification directly resolves the infringement question because it defines a proposed generic product in a manner that either meets the limitations of an asserted patent claim or is outside the scope of such a claim." *Id.* at 1408. Only "[i]f the ANDA specification does not speak clearly

and directly to the question of infringement, courts may look to other relevant evidence." *Par*, 44 F.4th at 1384. *Thus,* as in *Glaxo*, the Court in *Ferring* did not look beyond the ANDA and ANDA product. And, as explained above, the undisputed record shows that Teva's ANDA is dispositive of infringement here.

## B.     The District Court Applied The Wrong Standard In Assessing The Evidence Outside Of Teva's ANDA

As discussed above, Teva's ANDA label fully answers the infringement question such that there is no need to look beyond the ANDA. While it is not required under any of this Court's precedent, even if this Court reaches evidence *outside* of Teva's ANDA, the district court's own findings and the undisputed evidence adduced at trial shows that Teva will likely market an infringing product.

### 1.     The Undisputed Real-World Evidence Shows That Teva "Will Likely Market An Infringing Product"

*First*, there is no dispute that strong CYP3A inhibitors can be the "best choice" for many patients to treat manifestations of their Cushing's syndrome. The district court specifically found that:

> CYP3A inhibitors, such as ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, and clarithromycin, are often the "***best choice***" for addressing a particular manifestation of Cushing's syndrome.

Appx10. Indeed, there is no dispute that the CYP3A inhibitor ketoconazole is the "most commonly used agent" for the treatment of Cushing's syndrome. Appx1258; Appx1495.

38

*Second*, there is no dispute that doctors have always "desired" to co-administer mifepristone with strong CYP3A inhibitors. The district court specifically found that even under the original 2012 package insert, "doctors ***desired*** to coadminister the drugs but avoided doing so, unless medically necessary, due to safety concerns." Appx13-14; Appx1229-30. Indeed, in approving Korlym®, the FDA found that there was a "high potential" of concomitant use and a "likelihood" that coadministration of mifepristone and ketoconazole may be "necessary" to treat difficult cases of Cushing's syndrome. Appx4450-51; Appx1161-62; Appx1261-62; Appx4300; Appx4468. At trial, Dr. Carroll explained that "there are times when patients need more treatment than just one medication.... [they] need dual therapy." Appx1256-57. In her practice today, Teva's expert Dr. Dobs explained for her "extremely ill" patients, combination therapy was the "best choice for them." Appx1060.

*Third*, there is no dispute that co-administration is happening. The district court found that "the record undisputedly reveals that physicians ***have*** coadministered mifepristone with a strong CYP3A inhibitor in rare cases." Appx29. Teva itself admitted to the PTAB that "it had been known for years that ketoconazole could treat Cushing's, and moreover that clinicians might need to use combination therapy involving mifepristone and ketoconazole to treat patients who have the disease." Appx780. The district court further found that Teva's expert Dr. Dobs

39

"indicated that she had combined ketoconazole [a strong CYP3A inhibitor] with mifepristone 'two or three times'" and that Corcept's expert Dr. Carroll introduced a "case report of patient who [required] both ketoconazole and mifepristone for treatment of Cushing's syndrome." Appx29.

*Fourth*, there is no dispute that at least some patients require 900 or 1200 mg of mifepristone. Dr. Belanoff testified that whether the final dose achieved is 1200 mg, 900 mg, 600 mg or 300 mg, there is ***only one appropriate mifepristone dose for each patient***. Appx1164-65. While the district court disputed whether the "most" patients receive 900 or 1200 mg of mifepristone (Appx36-37), there is no dispute that ***some*** patients receive each dose.[4]

Thus, (1) CYP3A inhibitors are the "best choice" for many patients with Cushing's syndrome; (2) doctors "desired" to co-administer mifepristone with strong CYP3A inhibitors; (3) doctors actually have co-administered mifepristone with strong CYP3A inhibitors; and (4) for some patients, the one appropriate dose of mifepristone is 900 mg or 1200 mg. The district court's own factual findings and the undisputed real-world evidence shows that Teva "will likely market an infringing product," and thus Corcept satisfied its burden of proving direct infringement.

---

[4] The district court noted both Dr. Belanoff and Dr. Carroll testified that the majority of patients in Corcept's pivotal SEISMIC study received either 900 mg or 1200 mg of mifepristone. Appx36; Appx1164-65; Appx1364-65; Appx4559.

## 2.    The District Court Erroneously Required Proof Of Past Infringing Acts And Of Infringement Prevalence

Instead of focusing its inquiry on whether Corcept has shown that Teva will likely market an infringing product, the district court erroneously required Corcept to provide proof of actual infringement and infringement prevalence. While the district court notes the correct standard out the outset of its analysis, quoting *Vanda* and stating that "a patentee does not need to prove an actual past instance of direct infringement" (Appx25), it proceeds to, in fact, require proof of actual past infringement:

- "[T]his Court finds the lack of record evidence that any physician has ever practiced the asserted claims to be persuasive—here, as a starting point to its analysis." Appx28.

- "While the record undisputedly reveals that physicians have coadministered mifepristone with a strong CYP3A inhibitor . . . Corcept did not present the Court with any specific evidence where a physician practiced the patented methods." Appx29.

- Finding that Corcept did not show "instances in which a physician practiced the claimed method." Appx38.

It was legal error for the district court to require proof of actual past infringement. As discussed above, Corcept showed that Teva will likely market an infringing product through Teva's label and the real-world evidence regarding mifepristone and strong CYP3A inhibitors. The Court legally erred in requiring otherwise.

Moreover, this Court has never "required evidence regarding the general prevalence of the induced activity." *Eli Lilly*, 845 F.3d at 1368. Despite this well-

settled precedent, the district court erroneously required Corcept to prove that "most" patients would infringe.  Appx37 ("Corcept has not persuaded this Court that today ***most*** patients who receive a strong CYP3A inhibitor are already taking at least 900 mg of Korlym® or that patients who are already receiving a strong CYP3A inhibitor will be prescribed at least 900 mg of Korlym®.").[5]  The district court's requirement of infringement prevalence data is an independent error requiring reversal.

### 3.    The District Court Misread *Genentech* and *Takeda*

The district court relied on *Genentech*, 55 F.4th 1368 and *Takeda*, 785 F.4th 625, but neither decision holds that consideration of past physician conduct (using the branded drug product) is necessary to assess likely future infringement using the accused (and not-yet-marketed) ANDA product.  Instead, both *Genentech* and *Takeda* stand for the much simpler proposition that where the ANDA label does not answer the direct infringement inquiry, then it is permissible to consider evidence outside of the ANDA.

---

[5]    The district court also disregarded that Dr. Dobs, the only doctor who testified about prevalence, explained that out of the 5-6 patients to whom she prescribed mifepristone, she gave it in combination with the strong CYP3A inhibitor ketoconazole 2-3 times.  Appx1059-60.  By simple math, that results in prevalence of 33%-60%.

In *Genentech*, the patented methods related to the co-administration of the drugs pirfenidone and fluvoxamine. *See* 55 F.4th at 1374. The accused ANDA label did *not* recommend co-administration of those drugs. To the contrary, the accused label in *Genentech* stated that "concomitant administration" is "***not recommended***" and the "[u]se of fluvoxamine ... should be ***discontinued*** prior to administration of pirfenidone and ***avoided*** during pirfenidone treatment." *Id.* at 1375. With the *Genentech* label explicitly "not recommend[ing]" co-administration and instead explicitly stating that it should be avoided, this Court considered evidence beyond the ANDA to ascertain whether physicians were in fact avoiding co-administration, ultimately agreeing with the district court that "Genentech had not shown that any patient would be prescribed both pirfenidone and fluvoxamine." *Id. Genentech* thus looked for evidence of co-administration generally, not for the specifically claimed dosing regimens, and only after concluding the ANDA label expressly instructed physicians to "avoid" co-administering the drugs.

*Takeda* is no different. There, the patents at issue concerned co-administration of the drug colchicine and certain CYP3A4 inhibitors. *See* 785 F.3d at 627. The accused label did *not* recommend co-administration, but instead explicitly stated "that concomitant use 'should be avoided.'" *Id.* at 634. As this Court explained, it was only after determining "that this label language failed to recommend or suggest to physicians that the patented DDI methods should be

followed," that the district court considered whether physicians were nonetheless co-administering (and found they were not). *Id.* Thus, as in *Genentech*, *Takeda* looked for evidence of co-administration generally, not for the specifically claimed dosing regimens, and only after analyzing the ANDA label.

*Genentech* and *Takeda* are inapposite. The accused Teva label does not state that co-administration should be avoided. Instead, it recognizes co-administration may be "necessary" and then **recommends** the patented dosage adjustments. Teva's own expert agrees. *See supra* at §I.A.2 (citing Appx1469-70 (claims 10 and 1); Appx1471 (claim 6)). Based upon the clarity and content of Teva's label, the label's infringing instructions should have been dispositive of direct infringement. *Vanda Pharms.*, 887 F.3d at 1130.

Moreover, neither *Genentech* nor *Takeda* required record evidence of co-administration at the specifically claimed dosing regimens; each found insufficient evidence of direct infringement because no physician had ever co-administered the branded product **at all**, and thus the patented co-administration regimen would not become relevant. *Takeda*, 785 F.3d at 635 ("physician experts declared that they try to and can easily avoid concomitant administration of the drugs"); *Genentech*, 55 F.4th at 1380 (crediting "testimony from physicians that, in their decades of treating IPF patients, they had never prescribed pirfenidone to an IPF patient taking fluvoxamine"). Those cases are inapposite here:

| Case | Label | Past Practice |
|------|-------|---------------|
| *Takeda* | "[C]oncomitant use 'should be avoided if possible.'"<br>785 F.3d at 634. | "[P]hysician experts declared that they try to and can easily avoid concomitant administration of the drugs."<br>785 F.3d at 635. |
| *Genentech* | "[U]se of fluvoxamine or other strong CYP1A2 inhibitors should be discontinued prior to administration of pirfenidone and avoided during pirfenidone treatment."<br>55 F.4th at 1375. | Multiple physicians testified that "in their decades of treating IPF patients, they had never prescribed pirfenidone to an IPF patient taking fluvoxamine."<br>55 F.4th at 1380. |
| *Corcept* | "Administration of mifepristone tablets to patients already being treated with strong CYP3A inhibitors:<br>• Start at a dose of 300 mg. If clinically indicated, titrate to a maximum of 900 mg.<br><br>Administration of strong CYP3A inhibitors to patients already being treated with mifepristone tablets:<br>• Adjust the dose of mifepristone tablets according to Table 1."<br>Appx4043. | "[T]he record undisputedly reveals that physicians have coadministerd mifepristone with a strong CYP3A inhibitor in rare cases."<br>Appx29. |

It was legal error for the district court to base its non-infringement finding on a lack of record evidence that any physician had ever co-administered *the claimed doses* where both (1) the accused label and (2) the real-world evidence are independently sufficient to find that Teva will likely market an infringing product. That is all that is required for direct infringement.

In ruling otherwise, the district court reasoned that looking to the content of the accused label alone to resolve direct infringement "would collapse the distinct elements of induced infringement into one inquiry focused exclusively on the language of the product label." Appx28. Relying solely on the *district court's* opinion in *Genentech*, the district court here concluded "[t]hat is not the law." Appx28. It is impossible, however, to square the district court's view with this Court's holding in *Vanda*, where a finding of direct infringement was predicated upon the undisputed language of the accused label. *See* 887 F.3d at 1130. When the ANDA label instructs an infringing use, the elements of induced infringement do "collapse" into "one inquiry focused exclusively on the language of the product label."

This legal framework makes perfect sense in the context of a Hatch-Waxman case. In an ANDA case, the generic product is not on the market, and thus it is not possible to find direct evidence of infringement by the ANDA label. Use of the branded label as a proxy for infringement also would be impractical, if not impossible, given that privacy laws protect doctor/patient treatment records. Moreover, in many cases, a branded label with infringing instructions is not on the market for a significant amount of time. So, too, here—the labeling that Teva copied is from November 2019. Fact discovery closed less than one year after issuance of that updated label, so the timeframe in which admissible instances of prior

46

infringement (using Korlym®) could have occurred was 11 months (not the 10-year window the district court used (Appx25)) and concerned a very small population of just 1500 patients. This 11-month snapshot does not speak to the infringement question here: because the patents-in-suit expire in 2037, the relevant question is whether a doctor will practice the patented methods any time over the next 13 years, not whether a doctor practiced those methods during the 11-month window. Nonetheless, while not accepted into evidence by the district court, Corcept submitted declarations from six medical professionals who have practiced the claimed methods in that time. Appx4854-4929. Such evidence has of course never been required because it is not necessary. Where an accused label recommends an infringing use, that has always been sufficient evidence on which a district court can conclude that future acts of direct infringement will occur. It was legal error for the district court to demand otherwise.

### C.    The District Court's Three Bases For Finding No Direct Infringement Are Legally Irrelevant

The district court made three factual findings (Appx30-37) to support its determination that "it is highly unlikely that physicians will practice the claimed methods." These findings are irrelevant under the correct legal standard.

*First*, the district court found (at Appx31) that "physicians generally avoid coadministering mifepristone and strong CYP3A inhibitors." But even if some physicians generally might seek to avoid co-administration, such avoidance is

47

legally irrelevant given the undisputed recommendation in Teva's label to infringe when co-administration is necessary.  *See Vanda,* F.3d at 1132 ("Even if not every practitioner will prescribe an infringing dose, that the target dose range 'instructs users to perform the patented method' is sufficient to 'provide evidence of [the defendant's] affirmative intent to induce infringement.'").  Indeed, the district court explicitly found that "physicians have coadministered mifepristone with a strong CYP3A inhibitor in rare cases." Appx29.  Rare infringement is still infringement—there is no *de minimis* exception.  *Lucent Techs., v. Gateway*, 580 F.3d 1301, 1318 (Fed. Cir. 2009); *Abbott Labs. v. Sandoz*, 566 F.3d 1282, 1299 (Fed. Cir. 2009) (noting that "*de minimis* infringement can still be infringement"); *Embrex v. Serv. Eng'g Corp.*, 216 F.3d 1343, 1352–53 (Fed. Cir. 2000) (Rader, J., concurring) ("[T]his court has not tolerated the notion that a little infringement—*de minimis* infringement—is acceptable infringement or not infringement at all.").

*Second*, the district court found (at Appx33) that "the existence of at least one non-infringing alternative treatment to mifepristone"—another medication, Isturisa®—"suggests that physicians are not likely to directly infringe the asserted claims in the future."  In so finding, the court relied on Teva's expert's preference for Isturisa® over Korlym®.  Appx33-34.  But the district court did not cite any authority—and Corcept is not aware of any—suggesting that the presence of another drug on the market to treat some of the same patient population (even if more popular

among experts) is relevant to direct infringement in a Hatch-Waxman case.[6]  Were that the law, it would eviscerate induced infringement of method claims whenever there is another drug—whether FDA-approved or not—that a physician thought could treat the same condition.[7]

*Third*, the district court found (at Appx35) that "even if a physician consults Teva's proposed label to coadminister mifepristone and a strong CYP3A inhibitor[,] … a physician could follow the instructions on Teva's label and not infringe the claims."  This finding is legally irrelevant—"a person can be liable for inducing an infringing use of a product even if the product has substantial noninfringing uses." *Vanda*, 887 F.3d at 1133 (quoting *Sanofi*, 875 F.3d at 646); *see*

---

[6]  In addition to being legally irrelevant to infringement, the district court's suggestion that Isturisa® is an "alternative treatment to mifepristone" was factually incorrect.  The drugs have different mechanisms of action and are not interchangeable.  Appx1060-61.  Korlym® blocks the activity of excess cortisol while Isturisa® reduces cortisol production.  Appx1428.  Neither Teva nor its expert presented any evidence indicating that a single Korlym® prescription has ever been lost to Isturisa®; indeed, Isturisa® is approved to treat only a subset of the patient population for which Korlym® is indicated.  Appx1518.  And the Isturisa® label instructs an even larger dose reduction when Isturisa® is co-administered with strong CYP3A inhibitors than Teva's label.  Appx1519-20.

[7]  This appears to be another instance of the district court's over-reading of *Genentech*.  In that case, the accused label instructed physicians to "avoid" co-administration, which physicians understood to be an instruction to seek alternative treatments when co-administering.  55 F.4th at 1375.  Here, by contrast, Teva's label instructs physicians that it is safe to co-administer mifepristone with strong CYP3A inhibitors pursuant to the specific patented dosage adjustments.  Appx1230-31.

*also GlaxoSmithKline*, 7 F.4th at 1329 (label's recommendation of both infringing and non-infringing uses does not obviate infringement).

Moreover, to the extent the district court implied that the label presents physicians with a choice between infringing and non-infringing options for any given patient, that finding would be clearly erroneous for any of the three patient populations covered by the claims.[8]  As an initial matter, as Dr. Belanoff testified without contradiction, there is only one appropriate dose of mifepristone for any given patient.  Appx1164-65.  Moreover, in any event, the undisputed evidence at trial showed that when co-administering to any of the three patient groups covered by the claims, the accused label ***only*** provides an infringing instruction.  For instance, for a patient already taking 900 mg mifepristone daily, the label ***only*** recommends an infringing 600 mg dose when co-administering.  Appx1238-39; Appx4043.  For a patient already taking 1200 mg mifepristone daily, the label ***only*** recommends an infringing 900 mg dose when co-administering.  Appx1238-39; Appx4043.  And for a patient already taking a strong CYP3A inhibitor, the label

---

[8]    As set forth above, the asserted claims cover three different patient populations.  Claim 10 of the '214 patent concerns the treatment of patients already taking 900 mg mifepristone daily.  Claim 1 of the '800 patent concerns the treatment of patients already taking 1200 mg mifepristone daily.  And claim 6 of the '800 patent concerns the treatment of patients already taking a strong CYP3A inhibitor.

*only* recommends titrating to an infringing 900 mg dose when co-administering. Appx1243-44; Appx1246; Appx4043.

The district court focused on testimony that "a physician who administers a strong CYP3A inhibitor to a patient who is already taking 300 mg or 600 mg of mifepristone *would not infringe* claim 10 of the '214 Patent or claim 1 of the '800 Patent." Appx36 (emphasis original). That is irrelevant, as the accused label indisputably provides only an infringing dosing instruction for patients who are already taking 900 mg or 1200 mg mifepristone. The fact that "not every practitioner will prescribe an infringing dose" does not negate the label's instructions to infringe. *Vanda*, 887 F.3d at 1132.

It cannot be the law that direct infringement is required for all patients who receive mifepristone. Just as in *Vanda*, where not every patient on iloperidone is a poor metabolizer, not every patient on mifepristone requires combination therapy at infringing doses. But infringement is infringement—even for a subset of patients. And just like in *Vanda*, under Teva's ANDA label there will be infringement for the cohort of patients for whom combination therapy is medically necessary. To affirm the district court's noninfringement finding below undercuts future incentives to invest in clinical trials for the sickest of patients, those who would benefit most from the incentives of the patent system. Based on the label, the judgment should be reversed.

## II.   THE DISTRICT COURT LEGALLY ERRED IN NOT FINDING INDUCEMENT

The district court also legally erred in finding that Corcept failed to establish Teva had the specific intent to induce infringement.  As *Vanda* sets forth, where "the proposed label instructs users to perform the patented method ... the proposed label may provide evidence of [the ANDA applicant's] affirmative intent to induce infringement." *Vanda*, 887 F.3d at 1129 (quoting *AstraZeneca*, 633 F.3d at 1060). "When proof of specific intent depends on the label accompanying the marketing of a drug inducing infringement by physicians … The contents of the label itself may permit the inference of specific intent to encourage, recommend, or promote infringement." *Id.*

This Court in *Vanda* found induced infringement, and the label at issue is again instructive for this case.  As noted above, the *Vanda* patent's method of treatment required (1) obtaining a patient sample, (2) conducting a genotyping test to determine if the patient was a CYP2D6 poor metabolizer and, (3) if so, then providing specific alternate iloperidone dosage instructions.  *Vanda*, 887 F.3d at 1121.  The label simply stated:  "PMs [Poor Metabolizers] should have their dose reduced by one-half.  Laboratory tests are available to identify CYP2D6 PMs." *Id.* at 1131.  In other words, the label in *Vanda* instructed that ***if*** a physician decided to treat a poor metabolizer, ***then*** the physician should reduce the iloperidone dose by half.  And this Court affirmed specific intent.  *Id.*

Similarly, Teva's ANDA label has the same if/then format as the *Vanda* label. If it is medically necessary to administer combination therapy, then the doctor should follow the dosage instructions on the label. Teva's proposed marketing of the drug with the label demonstrates specific intent that doctors will follow the instructions and co-administer the drugs in an infringing manner—the same as in *Vanda*.

## A.    The District Court Wrongly Required That The Accused Label Encourage Whether To Use The Drug *In The First Place*

In finding that Corcept failed to establish Teva had the specific intent to induce infringement, the district court erroneously adopted Teva's argument that "an instruction *how* to do something is not an instruction *whether* to do it in the first place." Appx39 (emphasis original). That is the wrong inquiry. This Court has never required evidence that an accused label encourages prescription of drugs in the first place.

This Court has repeatedly held that accused package inserts with language "instructing ***how*** to engage in an infringing use, show an affirmative intent that the product be used to infringe." *GlaxoSmithKline*, 7 F.4th at 1333-34 (quoting *Metro-Goldwyn-Mayer Studios Inc. v. Grokster*, 545 U.S. 913, 936 (2005)); *see also, e.g.*, *H. Lundbeck A/S v. Lupin*, 87 F.4th 1361, 1370 (Fed. Cir. 2023) ("Examples of active steps include 'advertising an infringing use or instructing ***how*** to engage in an infringing use.'"); *Braintree Labs. v. Breckenridge Pharm.*, 688 F. App'x 905, 910 (Fed. Cir. 2017) ("Because Breckenridge's ANDA label 'instructs ***how*** to engage in

53

an infringing use, it shows an affirmative intent that the product be used to infringe.'") (cleaned up). The pertinent question thus is not whether the label encourages a physician to prescribe the accused generic drug product in the first place; "[t]he pertinent question is whether the proposed label instructs users to perform the patented method." *GlaxoSmithKline*, 7 F.4th at 1334 (quoting *AstraZeneca*, 633 F.3d at 1060). "[W]hen a product is sold with an infringing label or an infringing instruction manual, such a label is evidence of intent to induce infringement." *Id.* (collecting cases).

This Court's induced infringement cases have always focused on the content of the accused label and considered both the clarity and optionality of the instructions. The law is clear that when an induced infringement claim relies on the content of a defendant's label, the Court must assess the "link between the proposed use described on the labeling and the patented use." *Eli Lilly*, 845 F.3d at 1369. That is, does the defendant's label provide "vague" instructions that do not amount to "clear enough instructions for the infringing use," or are the instructions "unambiguous on their face" in "encourag[ing] or recommend[ing] infringement"? *Id.*

Here, the district court found that Teva's label "provides instructions *how* to co-administer the substances to achieve an efficacious result if a physician determines that it is medically necessary," Appx41 (emphasis original), and provides

infringing "dosing instructions if a physician independently determines that it is medically necessary to prescribe mifepristone and a strong CYP3A inhibitor together," Appx35.   Of course, physicians prescribe a drug only when they independently determine that the treatment is medically necessary.  Appx1492-1493; *Terry v. California State Bd. of Pharmacy*, 395 F. Supp. 94, 102 (N.D. Cal. 1975), *aff'd*, 426 U.S. 913 (1976) ("Prescription drugs may only be purchased when medically necessary.  The consumer does not freely choose to buy the product; he is directed to do so by his physician.").  The infringing instructions here are clear and non-optional—Teva's label states that the infringing dosage adjustment steps are "required" when co-administering.    Appx4053; Appx1235-36; Appx1483-84.  Corcept is not aware of a single decision of this Court that has ever failed to find inducement where the accused label expressly "required" practice of the patented methods when treating a patient sub-population.[9]  Under the correct legal standard,

---

[9]    The district court also stated that "Teva's label does not affirmatively encourage the coadministration of mifepristone with a strong CYP3A inhibitor," because in the court's view, "Teva's label warns physicians *against* coadministration, advising the exercise of caution if they choose to do so." Appx42 (emphasis original).  The court relied on testimony from Teva's expert, Dr. Snyder, that "physicians would read Teva's label as a warning not to coadminister mifepristone and a strong CYP3A inhibitor, unless medically necessary." Appx43.  But that testimony is insufficient, as a matter of law, to find lack of inducement. Prescription drugs are always prescribed with caution and only if medically necessary. Appx1492-93.  A finding that a label contains an instruction to prescribe when "medically necessary" cannot somehow transform clear, non-optional, and "required" instructions into something else.  Moreover, the district court notes that "[T]here is a rather significant difference between a warning and an instruction. A

these findings are sufficient to establish that Teva will induce infringement of the asserted patents.

Indeed, it is unclear how a patentee could ever meet the district court's standard given that prescription decisions are always in the discretion of the healthcare professional. Moreover, in ANDA cases, the accused product is often not yet marketed by the time of trial. Thus, the induced infringement inquiry in the ANDA context has always asked whether the accused label instructs ***how*** or recommends an infringing use, assuming the drug (and its attendant label) were on the market.

The district court erroneously relied on this Court's decision in *HZNP*, 940 F.3d 680, as support for its "whether to prescribe in the first place" standard. *See* Appx39-41. *HZNP* endorsed no such standard. Rather, that decision stands for the unremarkable position that an ANDA label with optional instructions does not, by itself, recommend or encourage an infringing use. *See* 940 F.3d at 702.

In *HZNP*, the alleged "discovery" underlying the patented method of treatment was that one should wait for the topical medication diclofenac sodium to dry before the patient applies another ointment (such as sunscreen or moisturizing

---

warning provides information regarding a potential risk. It does not prescribe a course of action." Appx43. Here, Teva's label does more than simply warn of a potential risk of co-administration; it "prescribe[s] a course of action" for doctors to follow when co-administering–namely, the patented dosage adjustments.

lotion) to the treated area. *See* 940 F.3d at 685-86. This Court held there was insufficient evidence of intent to induce infringement based on the text of the accused label. The *HZNP* holding did not concern whether the accused label instructed infringement "in the first place." Instead, it rested on the label's instruction that two of the three patented steps were entirely ***optional*** and it was at the patient's sole discretion whether to apply another ointment on top of a diclofenac sodium treatment. *See id.* at 702 ("The instructions in Actavis's [accused] label, however, only require the first step of this method, nothing else.").

Here, in contrast, the Court may infer that Teva intends for physicians to prescribe mifepristone in an infringing manner when co-administering because: (i) Teva's label instructs there will be instances where it is "necessary" to co-administer (§ 2.5); (ii) the label instructs that adjusting the mifepristone dose is "required" when co-administering (Table 3); (iii) the only recommended dosing instructions for co-administration to the three patient populations at issue are infringing (§ 2.5); and (iv) the label contains clinical data indicating it is safe to co-administer when following the "required" dosage adjustments (Table 3). None of these factors was present in *HZNP*, let alone all of them. *See Amarin Pharma v. W.-Ward Pharms.*, 407 F. Supp. 3d 1103, 1112 n.4 (D. Nev. 2019) (finding induced infringement and distinguishing *HZNP*, noting the question of how "a doctor would look at the clinical studies portion of the labelling because of that doctor's medical

training and experience would not apply in the situation addressed in *HZNP*").

Indeed, unlike *HZNP*, here there was no finding (nor could there have been) that the

infringing instructions were "optional."[10]  In fact, the accused label expressly states

that the patented dose adjudgment steps are "required" when co-administering.  That

is sufficient to find intent under this Court's precedent, and it was legal error for the

district court to have found otherwise.  *Vanda*, 887 F.3d at 1131-32; *Eli Lilly*, 845

F.3d at 1369; *AstraZeneca*, 633 F.3d at 1060*; see also Lundbeck*, 87 F.4th at 1371

("If FDA requires, in order to protect patient safety, that the new method of use must

be included in the label, the ANDA label may induce infringement of the new safety

patents.").  Here, because the district court found that Teva's label "provides

instructions *how* to coadminister the substances to achieve an efficacious result *if* a

physician determines that it is medically necessary" *i.e.* "the benefit to the patient

outweighs the risks" (Appx41; Appx43-44)(emphasis original), Corcept has shown

that Teva's label will likely induce infringement.

---

[10]     Teva failed to produce any evidence that it did ***not*** intend for medical professionals to follow the instructions in the label.  Instead, Teva's corporate representative testified that "Teva ***intends*** for physicians to prescribe its mifepristone ANDA product in accordance with [its] package insert" and that "Teva's labeling reflects how Teva ***intends*** for physicians to use its mifepristone ANDA product."  Appx1075.

## B.     The District Court Wrongly Relied On Supposed Non-Infringing Alternatives And Disregarded Its Own Construction Of Claim 6

Even if inducement here required evidence that the accused label promotes, recommends, or encourages *whether* mifepristone should be used in combination with a strong CYP3A inhibitor in the first place, the district court committed two further legal errors in failing to find that Corcept proved intent under that standard.

*First*, the district court erred in ruling that Corcept failed to prove inducement because "Teva's label does not provide exclusively infringing instructions." Appx44 (citing *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1364-65 (Fed. Cir. 2003)). This Court's precedent could not be more clear: "[A] person can be liable for inducing an infringing use of a product even if the product has substantial noninfringing uses." *Vanda*, 887 F.3d at 1133. And the reason for that is simple. Whereas the contributory infringement statute (35 U.S.C. § 271(c)) has an exception for accused products with "substantial noninfringing uses," Congress provided no such exception in the induced infringement statute (35 U.S.C. § 271(b)). Thus, "there is no legal or logical basis for the suggested limitation on inducement." *Sanofi*, 875 F.3d at 646.

*Second*, the district court erred in finding no inducement as to claim 6 of '800 patent because (in the court's view) there was no "trigger here that is likely to convince a physician to coadminister mifepristone and a strong CYP3A inhibitor." Appx42. That finding conflicts with the court's construction that all claim 6 requires

59

is the administration of 900 mg of mifepristone to a patient who is already taking mifepristone.  Specifically, the district court found that:

> Independent claim 6 of the '800 Patent is practiced when 900 mg of mifepristone is administered to a patient who is ***already taking*** a strong CYP3A inhibitor.[11]

Appx20.  To infringe claim 6, a physician merely needs to prescribe 900 mg mifepristone to a patient with Cushing's syndrome.  The key to claim 6 is that Teva's label instructs physicians to titrate the dose of mifepristone to achieve efficacy, which will lead to a 900 mg dose for at least some patients who are already on strong CYP3A inhibitors.  Thus, for a patient who is already is already on ketoconazole or a different strong CYP3A inhibitor to treat a fungal infection (such as itraconazole or voriconazole) or depression (such as nefazadone) or any of the conditions that are treated with strong CYP3A inhibitors, the doctor need only prescribe mifepristone according to Teva's label.  There is no dispute that Teva's label provides infringing dosage instructions in these circumstances.  *See supra* at §I.A.2.  The table below compares Teva's label to claim 6 of the '800 patent:

---

[11]   The district court also found that "[a] physician infringes claim 6 only by administering 900 mg of mifepristone to a patient who is already taking a strong CYP3A inhibitor." Appx35-36 (citing Appx128).

## Claim 6 of '800 Patent

**6**. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking a strong CYP3A inhibitor selected from ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole, the method comprising administering to the patient a once-daily dose of mifepristone of 900 milligrams (mg) per day.

## Teva's Mifepristone Label

**1 INDICATIONS AND USAGE**

Mifepristone is a cortisol receptor blocker indicated to control hyperglycemia secondary to hypercortisolism in adult patients with endogenous Cushing's syndrome who have type 2 diabetes mellitus or glucose intolerance and have failed surgery or are not candidates for surgery.

**2.5 Concomitant Administration with CYP3A Inhibitors**

Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole may increase exposure to mifepristone. Mifepristone tablets should be used in combination with strong CYP3A inhibitors only when necessary *[see Warnings and Precautions (5.6), Drug Interactions (7.2)]*.

*Administration of mifepristone tablets to patients already being treated with strong CYP3A inhibitors:*
- Start at a dose of 300 mg. If clinically indicated, titrate to a maximum of 900 mg.

**5.6 Use of Strong CYP3A Inhibitors**

Mifepristone should be used with caution in patients taking ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole, as these could increase the concentration of mifepristone in the blood. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. Mifepristone should be used in combination with strong CYP3A inhibitors only when necessary, and in such cases the dose should be limited to 900 mg per day

**7.2 CYP3A Inhibitors**

Medications that inhibit CYP3A could increase plasma mifepristone concentrations and dose reduction of mifepristone may be required.

Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole may increase exposure to mifepristone. Caution should be used when strong CYP3A inhibitors are prescribed in combination with mifepristone. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. The dose of mifepristone should be limited to 900 mg, and strong inhibitors of CYP3A should be used only when necessary

Appx20; Appx24-25; Appx1243-46; Appx1471.  Additionally, Table 3 in Section

12.3 of Teva's label specifically shows the results of Corcept's clinical trial with the

strong CYP3A inhibitor itraconazole and 900 mg of mifepristone:

**Table 3. Summary Table of Mifepristone Drug-Drug Interaction Effects**

| Dosing of Mifepristone | Coadministered Drug | Dosing of Coadministered Drug | Geometric Mean Ratio (analyte ratio with/without drug coadministration) | | |
| --- | --- | --- | --- | --- | --- |
| | | | Analyte | AUC | C$_{max}$ |
| **Effect of Coadministered Drug on Mifepristone** | | | | | |
| **Dose adjustment required** | | | | | |
| 600 mg once daily for 17 days | ketoconazole | 200 mg bid on days 13 to 17 | mifepristone | 1.38 | 1.28 |
| | | | Metabolite[1][†] | 1.02 | 1.06 |
| | | | Metabolite[2][†] | 1.67 | 1.69 |
| | | | Metabolite[3][†] | 0.95 | 0.96 |
| 900 mg once daily for 14 days | itraconazole | 200 mg daily for 14 days | mifepristone | 1.10 | 1.20 |
| | | | Metabolite 1† | 1.04 | 1.00 |
| | | | Metabolite 2† | 1.23 | 1.19 |
| | | | Metabolite 3† | 0.97 | 0.94 |

Appx4053.  As noted above, there is no dispute that there is only one appropriate

mifepristone dose for any given patient.  Appx1164-65.  For those patients where

the appropriate dose is 900 mg, there will necessarily be infringement of claim 6.

The district court did not find to the contrary, or even addresses, this situation.

Indeed, the district court's non-infringement finding for claim 6 turned

***entirely*** on its conclusion that non-infringing alternative doses existed:

- "As Corcept's own expert, Dr. Carroll, acknowledged, administering ***300 mg*** of mifepristone to a patient who is already taking a strong CYP3A inhibitor would not infringe claim 6 of the '800 Patent." Appx35 (citing Appx1285-86).

- "Nor would administering ***600 mg*** of mifepristone."  Appx35.

- "For instance, as Corcept's own expert acknowledged, a physician could prescribe up to ***600 mg*** of mifepristone to a patient who is already taking a strong CYP3A inhibitor and not infringe any of the asserted claims."  Appx44.

- "Similarly, prescribing a strong CYP3A inhibitor and ***300 mg*** or ***600 mg*** of mifepristone to a patient would not infringe the asserted claims either." Appx44.

At bottom, the district court's non-infringement holding is that there are doses in Teva's label (300 mg and 600 mg) that would not infringe claim 6. This is entirely irrelevant (1) because non-infringing alternatives do not defeat infringement under 35 U.S.C. § 271(b); and (2) because there is no dispute that 900 mg is the only appropriate dose for some patients. A dose of 300 or 600 mg would not adequately treat their disease. For these patients, optimal care requires an infringing dose.

It does not matter that some Cushing's syndrome patients who are already on strong CYP3A inhibitors ***will not infringe*** claim 6 because there can be no dispute that there are some patients who ***will infringe*** claim 6. That is enough. *Vanda*, 887 F.3d 1117 at 1132 ("That the label also directs a medical provider to titrate the dosage does not negate its clear recommendations on ultimate dosage range and maximum amount.").

## **<u>CONCLUSION</u>**

The judgment should be reversed.

Respectfully submitted,

DATED: March 11, 2024

/s/ Eric C. Stops

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
William B. Adams
Daniel C. Wiesner
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
(212) 849-7000
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
williamadams@quinnemanuel.com
danielwiesner@quinnemanuel.com

*Attorneys for Appellant*
*Corcept Therapeutics, Inc.*

# Addendum

**United States Court of Appeals for the Federal Circuit**

*Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*, No. 24-1346

<u>Addendum Table of Contents</u>

| Date | Docket No. | Document Description | Page |
|------|------------|---------------------|------|
| 12/29/2023 | 301 | Opinion granting Judgment in Teva's favor as to Corcept's § 271(b) claim for inducement of patent infringement | Appx1 |
| 12/29/2023 | 302 | Order entering Judgment in Teva's favor as to Corcept's § 271(b) claim for inducement of patent infringement | Appx48 |
| 02/05/2019 | JTX-001 | U.S. Patent No. 10,195,214 | Appx50 |
| 11/24/2020 | JTX-003 | U.S. Patent No. 10,842,800 | Appx88 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| CORCEPT THERAPEUTICS, INC., | |
| Plaintiff, | Civil Action No. 18-03632 (RMB) (LDW) (consolidated) |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., | **OPINION** |
| Defendant. | |

**APPEARANCES:**

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426

F. Dominic Cerrito (*pro hac vice*)
Eric C. Stops (*pro hac vice*)
Evangeline Shih (*pro hac vice*)
Daniel C. Wiesner (*pro hac vice*)
John P. Galanek (*pro hac vice*)
Nicholas A. LoCastro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*On behalf of Plaintiff Corcept Therapeutics, Inc.*

Liza M. Walsh
Christina I. Gannon
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

J.C. Rozendaal (*pro hac vice*)
Uma N. Everett (*pro hac vice*)
William H. Milliken (*pro hac vice*)
Anna G. Phillips (*pro hac vice*)
Brady P. Gleason (*pro hac vice*)
Brooke N. McLain (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1101 K Street NW, 10th Floor
Washington, D.C. 20005

*On behalf of Defendant Teva Pharmaceuticals USA, Inc.*

2

**RENÉE MARIE BUMB, Chief United States District Judge:**

This is a "Hatch-Waxman Act" case for patent infringement brought by Plaintiff Corcept Therapeutics, Inc. ("**Corcept**") against Defendant Teva Pharmaceuticals USA, Inc. ("**Teva**") pursuant to 35 U.S.C. § 271(b) and 271(e)(2)(A). Teva seeks to market and sell a generic version of Corcept's 300 mg branded drug, Korlym® (mifepristone), prior to the expiration of certain Corcept patents. Following Teva's submission of Abbreviated New Drug Application No. 211436 to the United States Food and Drug Administration for commercial approval of its generic drug product, Corcept initiated this suit seeking, *inter alia*, a declaration of patent infringement and a permanent injunction restraining Teva from launching its generic mifepristone product prior to the expiration of the Patents-in-Suit (defined below).

On February 27, 2023, the Court denied the parties' cross-motions for summary judgment, observing that it was critical to hear "expert testimony regarding [Teva's] label's dosing regimens available when healthcare providers co-administer mifepristone with strong CYP3A inhibitors." [Docket No. 229.] This action proceeded to a three-day bench trial on September 26, 2023. [Transcript of Bench Trial, Docket Nos. 284, 285, 286 ("**Tr.**").] The sole issue presented to the Court was whether Teva induced infringement of claims 10–13 of United States Patent No. 10,195,214 ("**the '214 Patent**") and claims 1, 6, 7, and 9 of United States Patent No. 10,842,800 ("**the '800 Patent**") (the "**Patents-in-Suit**"). [*See generally* Def.'s Pretrial Br., Docket No. 269; Pl.'s Pretrial Br., Docket No. 270.] Claim 10 of the '214 Patent

Appx3

and claims 1 and 6 of the '800 Patent are the only independent claims asserted.  The Court heard evidence, including live testimony from the parties' respective expert witnesses,[1] and thereafter directed the submission of post-trial briefing.[2]

Having considered the parties' briefs, the evidence of record, and the applicable law, the Court concludes that Corcept has not met its burden of proof:  it has not demonstrated that there is a likelihood of direct infringement of the asserted claims in the future because it has not established that physicians are likely to coadminister mifepristone with a strong CYP3A inhibitor at an infringing sequence and/or dosage now or in the future.  Indeed, Corcept failed to introduce credible record evidence that anyone has ever previously infringed the asserted claims.  *See Genentech, Inc. v. Sandoz Inc.*, 55 F.4th 1368, 1380 (Fed. Cir. 2022).  Additionally, Corcept failed to demonstrate that Teva possesses the specific intent to encourage physicians to infringe the asserted claims because Teva's proposed product label does not clearly "encourage, recommend, or promote" infringement.  *See Takeda Pharms. U.S.A., Inc. v. West-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015).  Accordingly, the Court will enter

---

[1] The Court heard live testimony from Dr. Joseph Belanoff (co-founder, CEO, and President of Corcept, and the inventor associated with the Patents-in-Suit); Dr. Ty Carroll (Corcept's expert witness); and Dr. Peter Snyder (Teva's expert witness).  The Court also heard deposition testimony via video from Dr. Adrian Dobs, Mr. Gregg DeRosa, Mr. Craig Jones, Mr. Sean Maduck, and Dr. Andreas Moraitis.

[2] The parties submitted their briefs accordingly.  [Def.'s Post-Trial Br., Docket No. 288; Pl.'s Post-Trial Br., Docket No. 289; Def.'s Post-Trial Reply Br., Docket No. 294; Pl.'s Post-Trial Reply Br., Docket No. 295.]

judgment in Teva's favor.  This Opinion constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a).

## I.    BACKGROUND

### A.    The Parties, Standing, and Jurisdiction.

Corcept is a publicly traded corporation organized under the laws of the State of Delaware, with a principal place of business in Menlo Park, California.  [Final Pre-Trial Order ("**FPTO**"), Tab 2, Stipulated Facts ¶ 2, Docket No. 273.]  Teva is a corporation organized under the laws of the State of Delaware, with a principal place of business in Parsippany, New Jersey.  [*Id.* ¶ 1.]  (Teva's global headquarters is located in Tel Aviv, Israel.)

As the assignee of the Patents-in-Suit, [Tr. at 127:4–10 (Dr. Belanoff) (citing PTX-001, PTX-003)], Corcept has standing to maintain this litigation.  *See Enzo APA & Son, Inc. v. Geapag A.G.*, 134 F.3d 1090, 1093 (Fed. Cir. 1998) ("[A]n assignee is the patentee and has standing to bring suit for infringement in its own name.") (citing 35 U.S.C. § 100(d)).

Because this action arises under the patent laws of the United States, this Court exercises subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

### B.    The Hatch-Waxman Act.

Under the Federal Food, Drug, and Cosmetic Act ("**FDCA**"), 21 U.S.C. § 301, *et seq.*, the United States Food and Drug Administration ("**FDA**") must approve a new

Appx5

drug prior to its introduction on the market. 21 U.S.C. § 355(a). To secure the FDA's approval, a drug applicant may file a New Drug Application ("**NDA**") that includes certain specified information, including examples of the proposed label for the drug and any patents that claim the drug, or a method of using the drug, if an infringement claim could reasonably be asserted. *Id.* § 355(b)(1)(A)(vi), (viii). "The FDA publishes the names of approved drugs and their associated patent information in the *Approved Drug Products with Therapeutics Equivalence Evaluations* list, commonly referred to as the 'Orange Book.' " *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1045 (Fed. Cir. 2010).

Where a drug applicant seeks the FDA's approval to introduce a generic version of an approved drug, the drug applicant may file an Abbreviated New Drug Application ("**ANDA**"). 21 U.S.C. § 355(j). An ANDA is a more streamlined submission than an NDA, allowing the applicant to rely on the safety and efficacy information of a drug listed in the Orange Book if the applicant can demonstrate "bioequivalence." *See AstraZeneca*, 633 F.3d at 1045; *see also* 21 U.S.C. § 355(j)(2)(A). Congress permitted the submission of ANDAs, rather than full NDAs, under the Hatch-Waxman Act,[3] as part of a deliberate and carefully constructed scheme to balance competing policy priorities in the pharmaceuticals industry. On the one hand,

---

[3] The "Hatch-Waxman Act" is the more common referent for the Drug Price Competition and Patent Term Restoration Act of 1984, Pub. L. No. 98-417, 98 Stat. 1585 (codified at 21 U.S.C. §§ 355, 360(c), 35 U.S.C. §§ 156, 271, 282), as amended by the Medicare Prescription Drug Improvement and Modernization act of 2003, Pub. L. No. 108-173, 117 Stat. 2066. Sometimes the law is referred to as the "Hatch Waxman Amendments" to the FDCA. *See, e.g.*, *Andrx Pharms., Inc. v. Biovail Corp.*, 276 F.3d 1368, 1370–71 (Fed. Cir. 2002).

Appx6

Congress sought to encourage "pioneering research and development of new drugs," while on the other hand, "enabling competitors to bring low-cost, generic copies of those drugs to market." *Andrx Pharms., Inc. v. Biovail Corp.*, 276 F.3d 1368, 1371 (Fed. Cir. 2002); *see also Eli Lilly & Co. v. Medtronic, Inc.*, 496 U.S. 661, 676 (1990) (explaining that Congress authorized ANDAs, substantially shortening the time and effort needed to obtain marketing approval, to eliminate the *de facto* extension of a patent's term, and to enable new drugs to be marketed more quickly and cheaply).

Under a safe harbor provision, it is not an act of patent infringement to research, develop, test, and collect information for submission of a drug application to the FDA. *See* 35 U.S.C. § 271(e)(1) ("It shall not be an act of infringement to make, use, offer to sell, or sell within the United States or import into the United States a patented invention . . . solely for uses reasonably related to the development and submission of information under [applicable law]."); *Merck KGaA v. Integra Lifesciences I, Ltd.*, 545 U.S. 193, 202 (2005); *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1568 (Fed. Cir. 1997). Under § 271(e)(2)(A), however, it *is* an act of patent infringement for a generic drug applicant to file an ANDA seeking approval of a generic drug product claimed by a valid and unexpired patent. *Glaxo Grp. Ltd. v. Apotex, Inc.*, 376 F.3d 1339, 1351 (Fed. Cir. 2004); *Andrx Pharms.*, 276 F.3d at 1371. This provision, based on a somewhat "artificial" act of infringement, has been considered a "jurisdictional-conferring statute" invoked to establish a case or controversy in a declaratory judgment action. *Glaxo Grp.*, 376 F.3d at 1351 (citing *Allergan, Inc. v. Alcon Labs.*, 324 F.3d 1322,

1330 (Fed. Cir. 2003)); *see also Eli Lilly & Co.*, 496 U.S. at 676 (explaining that § 271(e)(2) is based on a "somewhat artificial[] act of infringement for a very limited and technical purpose").

As part of the approval process, an ANDA applicant must file one of four certifications concerning every patent that claims the listed drug that is the subject of the application, or a method of using the drug: (I) "that such patent information has not been filed," (II) "that such patent has expired," (III) "the date on which such patent will expire," or (IV) "that such patent is invalid or will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted." 21 U.S.C. § 355(j)(2)(A)(vii)(I)–(IV). An applicant who files a "Paragraph IV" certification must give notice to the holder of the patents at issue that an ANDA has been filed, and the applicant must state the basis for its belief that the patents are not valid or will not be infringed. *Id.* § 355(j)(2)(B)(i), (ii). The ANDA becomes effective 45 days thereafter unless the patentee commences suit. *Id.* § 355(c)(3)(C). Subject to certain exceptions, if a patent infringement suit is commenced, then the ANDA will not become effective until the expiration of an automatic 30-month stay. *Id.*; *see also Eli Lilly & Co.*, 496 U.S. at 677–78 (explaining certification process).

**C.    Cushing's Syndrome and Treatment.**

Relevant to the dispute before the Court is the rare and debilitating endocrine disorder, Cushing's syndrome. Endogenous Cushing's syndrome is characterized by excessive production of the adrenal hormone cortisol. [Tr. at 120:15–16 (Dr. Belanoff); Tr. at 382:1–3 (Dr. Snyder); *see also* Tr. at 52:18–53:2 (Dr. Dobs)

(differentiating endogenous and exogenous Cushing's syndrome, the latter signifying a cause outside of the body).]  Endogenous Cushing's syndrome often results from the presence of a tumor in the adrenal or pituitary glands that stimulates, either directly or indirectly, the overproduction of cortisol.  [Tr. at 120:16–19 (Dr. Belanoff); Tr. at 382:3–8 (Dr. Snyder).]  As Dr. Snyder put it, excess cortisol is "really bad."  [Tr. at 382:12.]  It can lead to hyperglycemia (*i.e.*, high blood sugar), hypertension, obesity, osteoporosis, depression, sexual dysfunction, menstrual disorders, and infertility, among other problems and complications.  [Tr. at 382:11–17 (Dr. Snyder); *see also, e.g.*, Rosario Pivonello *et al.*, *The Treatment of Cushing's Disease*, Endocrine Rev., Aug. 2015, at 385, 386 (describing manifestations of Cushing's syndrome) (PTX-015.01).]

The first-line treatment for a patient suffering from Cushing's syndrome is surgery.  [Tr. at 53:15–54:11 (Dr. Dobs); Tr. at 120:22–25 (Dr. Belanoff); Tr. at 382:21–24 (Dr. Snyder).]  Excising the "offending tumor" is preferred for multiple reasons, not least of which is that it is the most efficient option from a medical and financial "point of view."  [Tr. at 53:21–54:1 (Dr. Dobs); *see also* Tr. at 382:23–24 (Dr. Snyder).]  A majority of those who suffer from hypercortisolism undergo surgery and are cured.  [Tr. at 236:12–18 (Dr. Carroll); *see* Tr. at 120:24–121:4 (Dr. Belanoff) (explaining that surgery is only possible "about half the time").]  However, if surgical intervention is not an option for the patient or surgery has already yielded an unsuccessful result, physicians will consider medical therapies (*i.e.*, medication).  [Tr. at 382:25–383:3 (Dr. Snyder); Tr. at 54:22–55:3 (Dr. Dobs); *see also, e.g.*, Pivonello *et*

9

*al.*, *supra*, at 396 (Fig. 2) (depicting schematic algorithm for treating Cushing's disease, prioritizing surgery followed by medical therapy) (PTX-015.12).]

Today, there are a few medications available to treat Cushing's syndrome when surgery is not an option. [*See* Tr. at 55:24–56:2 (Dr. Dobs).] One group of medications that is often prescribed—called "CYP3A inhibitors"—impedes the synthesis of cortisol in the adrenal glands, thereby "blocking" excessive cortisol at its source. This group includes ketoconazole and metyrapone, among others. [Tr. at 383:6–12 (Dr. Snyder).] CYP3A inhibitors are a broad therapeutic class of drugs that target multiple different diseases, often addressing specific manifestations of Cushing's syndrome. [*See* Tr. at 129:6–131:6 (Dr. Belanoff) (explaining that CYP3A inhibitors, such as ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, and clarithromycin, are often the "best choice" for addressing a particular manifestation of Cushing's syndrome).] However, these medications also suppress the activity of CYP3A enzymes, which are the enzymes that metabolize most drugs. [*See* Tr. at 127:19–24 (Dr. Belanoff).] As a result, there is the potential for adverse drug-drug interactions. [*See* Tr. at 127–28 (Dr. Belanoff); *see also generally* Lynette K. Nieman, *Medical Therapy of Hypercortisolism (Cushing's Syndrome)*, UpToDate (last updated Aug. 29, 2022) [DTX-034]).]

Another medication is mifepristone, which "antagonizes the effects of cortisol," [Tr. at 121:5–6 (Dr. Belanoff)], by blocking cortisol from binding to a glucocorticoid receptor, [Tr. at 383:9–12 (Dr. Snyder); *see generally* Pivonello *et al.*, *supra*, at 455–58 (PTX-015.71–74)]. Unlike a CYP3A inhibitor that prevents production of cortisol, mifepristone manages cortisol's effects. [*See, e.g.*, Tr. at 121:5–6 (Dr. Belanoff).] The

10

major benefit of mifepristone is that it acts quickly and can be used to stabilize a very sick patient, while that patient waits for surgery, for instance.  [Tr. at 385:6–13 (Dr. Snyder); Tr. at 57:15–58–12 (Dr. Dobs).]  The major drawback, however, is inherent in mifepristone's function:  by blocking cortisol's "action," mifepristone does not actually inhibit cortisol production.  Cortisol levels can thus increase even though mifepristone is being used.  This can lead to dosing problems because a prescribing physician cannot use cortisol levels to determine the right dose.  [*See* Tr. at 385–86 (Dr. Snyder).]

Mifepristone is rarely, if ever, prescribed in combination with a strong CYP3A inhibitor, such as ketoconazole, to treat Cushing's syndrome.  [*See, e.g.*, Tr. at 58:19–25 (Dr. Dobs) (explaining generally that she has prescribed mifepristone with ketoconazole only "about two to three times" where a patient was "extremely ill"); Tr. at 410:9–22 (Dr. Snyder) (noting that he has never co-administered mifepristone with a strong CYP3A inhibitor and "can't think of any situation where it would be necessary," where the benefits would outweigh the risk).]  As will be discussed herein, co-administration can be risky because it can increase mifepristone levels in the blood and cause resulting health consequences, as strong CYP3A inhibitors block CYP3A enzymes from metabolizing mifepristone.  [Tr. at 212:1–7 (Dr. Carroll); Tr. at 127–28, 131 (Dr. Belanoff).]

In this regard, Dr. Snyder testified that a newer drug, osilodrostat, is now being used to treat Cushing's syndrome.  [Tr. at 384, 386, 393 (Dr. Snyder).]  It is a powerful drug that acts quickly by inhibiting the synthesis of cortisol.  [Tr. at 386 (Dr. Snyder).]

11

While osilodrostat's branded version (Isturisa®) is only indicated for the treatment of Cushing's disease, Dr. Snyder testified that it is now widely used off-label for the treatment of Cushing's syndrome. [Tr. at 474, 476 (Dr. Snyder).] Its principal advantage in this context is that physicians can rely on cortisol levels to determine the proper dose. [Tr. at 384, 386 (Dr. Snyder).]

### D.    Korlym® and Discovery of the Claimed Invention.

In the years after Corcept was founded (in 1998), Dr. Belanoff and the company focused on developing a treatment for psychotic depression. [Tr. at 117–120 (Dr. Belanoff).] Because of cortisol's systemic bodily effect, Dr. Belanoff was particularly interested in, and focused Corcept's research and development activities on, cortisol modulation. [Tr. at 120 (Dr. Belanoff).] Corcept became aware that researchers had reported the successful treatment of Cushing's syndrome with mifepristone—a drug that had been around since 1985—but that there was not an FDA-approved medication on the market. [Tr. at 120–21, 123, 157 (Dr. Belanoff).] In 2007, Corcept filed an Investigational New Drug Application to evaluate a mifepristone product for the treatment of Cushing's syndrome, and it soon designed a clinical study that produced "potent and positive" results. [Tr. at 122 (Dr. Belanoff).] Corcept named its efficacy study "SEISMIC." [Tr. at 121–22 (Dr. Belanoff).] These results supported Corcept's NDA No. 202107 for approval of its product. [Tr. at 122 (Dr. Belanoff).]

In 2012, the FDA approved Corcept's mifepristone product, Korlym®, for the following indication: "for the control of hyperglycemia secondary to hypercortisolism in adult patients with endogenous Cushing's syndrome who have type 2 diabetes

mellitus or glucose intolerance and have failed surgery or are not candidates for surgery." [FPTO, Tab 2, Stipulated Facts ¶¶ 31, 33; *see* Tr. at 123:9–12 (Dr. Belanoff); JTX-015.]  When the drug was approved, it qualified for orphan status, with an estimated market of 5,000 patients. [Tr. at 123:15–18 (Dr. Belanoff).]  More than ten years on, Korlym® is today prescribed to about 1,500 patients. [Tr. at 123:17–18 (Dr. Belanoff).]

In connection with the product's initial approval, the FDA required Corcept to conduct drug-drug interaction studies to determine the effect of coadministration of mifepristone with a strong CYP3A inhibitor.  [Tr. at 136–37 (Dr. Belanoff).]  The FDA's directive is reflected as a post-marketing requirement in its initial approval letter. [PTX-012.3 (approval letter).]  The FDA required post-marketing studies to be conducted because it recognized that ketoconazole (an exemplary CYP3A inhibitor) was widely used off-label to treat Cushing's syndrome and that increased exposure to mifepristone might result from coadministration, potentially leading to severe hypokalemia and adrenal insufficiency.  [Tr. at 136–39 (Dr. Belanoff); *see* PTX-012.3–4.]  Dr. Belanoff agreed with the FDA's directive to conduct "rigorous" and "robust" studies to quantify the effects of coadministration on mifepristone blood levels, as he was fearful that concomitant use could lead to severe effects, including death.  [Tr. at 131:20–25, 137:13–139:4.]  He also testified that there was an awareness at the time of approval that physicians were already administering mifepristone with a strong CYP3A inhibitor in very sick patients in isolated cases.  [Tr. at 132:6–11, 138:14–20; PTX-012.4.]    According to Dr. Belanoff and Dr. Carroll, doctors desired to

coadminister the drugs but avoided doing so, unless medically necessary, due to safety concerns.  [Tr. at 143:13–144:12, 146:8–22 (Dr. Belanoff); Tr. at 211:8–11, 211:21–212:7 (Dr. Carroll).]

Corcept's initial 2012 Korylm® label was approved with the following warnings regarding coadministration of mifepristone and strong CYP3A inhibitors:

- **Warnings & Precautions** – *Use of Strong CYP3A Inhibitors:* Concomitant use can increase mifepristone plasma levels significantly.  Use only when necessary and limit mifepristone dose to 300 mg (5.6).  [JTX-015.1.]

- **Drug Interactions** – CYP3A inhibitors: Caution should be used when Korlym is used with strong CYP3A inhibitors.  Limit mifepristone dose to 300 mg per day when used with strong CYP3A inhibitors. (5.6, 7.2).  [JTX-015.1.]

- **5.6 Use of Strong CYP3A Inhibitors** – Korlym should be used with extreme caution in patients taking ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, boceprevir, clarithromycin, conivaptan, lopinavir, nefazodone, posaconazole, ritonavir, saquinavir, telaprevir, telithromycin, or voriconazole, as these could substantially increase the concentration of mifepristone in the blood. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. Mifepristone should be used in combination with strong CYP3A inhibitors only when necessary, and in such cases the dose should be limited to 300 mg per day. [*See Warnings & Precautions (5.4), Drug Interactions (7.2), and Clinical Pharmacology (12.3).*]  [JTX-015.6.]

- **7.2 CYP3A Inhibitors** – Medications that inhibit CYP3A could increase plasma mifepristone concentrations and dose reduction of Korlym may be required. [¶] Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, boceprevir, clarithromycin, conivaptan, lopinavir, mibefradil, nefazodone, posaconazole, ritonavir, saquinavir, telaprevir, telithromycin, or voriconazole may increase exposure to mifepristone significantly. The clinical impact of this interaction has not been studied. Therefore, extreme caution should be used when these drugs are prescribed in

14

Appx14

combination with Korlym. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. The dose of Korlym should be limited to 300 mg and used only when necessary. [*See Warnings & Precautions (5.6)*]. [JTX-015.9–10.]

[JTX-015 (Corcept's 2012 Korlym® Label).] Dr. Belanoff testified that the 2012 label represented a "forceful[]" warning to physicians not to coadminister mifepristone with strong CYP3A inhibitors. [*See* Tr. at 145–48, 149–50 (Dr. Belanoff) (citing prior declaration to Patent Office, characterizing 2012 product label as "forcefully" warning that coadministration might be dangerous).]

In the years that followed, as required, Corcept conducted a series of clinical trials under a variety of conditions, hypothesizing that mifepristone blood levels would "skyrocket" if mifepristone and a strong CYP3A inhibitor were taken together. [Tr. at 128, 131 (Dr. Belanoff).] Rather, Corcept discovered that mifepristone blood levels only increased marginally and that a physician could prescribe up to 900 mg of mifepristone with a strong CYP3A inhibitor if dosed appropriately. [Tr. at 128–31, 151–55 (Dr. Belanoff).] Based on this discovery, Corcept filed a patent application in March 2017 that led to the issuance of the '214 Patent and '800 Patent. Corcept also asked the FDA to approve modifications to its original product label. [Tr. at 151 (Dr. Belanoff).] The current label, revised in November 2019, includes the following language regarding coadministration (with modifications noted in-line):

- **Warnings and Precautions** – *Use of Strong CYP3A Inhibitors:* Concomitant use can increase mifepristone plasma levels [~~significantly~~]. Use only when necessary and limit mifepristone dose to ***900 mg*** (5.6). [JTX-016.1 (Corcept's 2019 Korlym® Label) (strikethrough and emphasis added).]

15

- **Drug Interactions** – CYP3A inhibitors: Caution should be used when KORLYM is used with strong CYP3A inhibitors. Limit mifepristone dose to ***900 mg*** per day when used with strong CYP3A inhibitors (7.2). [JTX-016.1 (emphasis added).]

- **2.5 Concomitant Administration with CYP3A Inhibitors** – Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole may increase exposure to mifepristone. KORLYM should be used in combination with strong CYP3A inhibitors only when necessary. [*See Warnings and Precautions (5.6), Drug Interactions (7.2)*].

  *Administration of KORLYM to patients already being treated with strong CYP3A inhibitors:*
  - Start at a dose of 300 mg. If clinically indicated, titrate to a maximum of 900 mg.

  *Administration of strong CYP3A inhibitors to patients already being treated with KORLYM:*
  - Adjust the dose of KORLYM according to Table 1.

**Table 1. Dose adjustment of KORLYM when strong CYP3A inhibitor is added**

| Current dose of KORLYM | Adjustment to dose of KORLYM if adding a strong CYP3A inhibitor |
|---|---|
| 300 mg | No change |
| 600 mg | Reduce dose to 300 mg. If clinically indicated, titrate to a maximum of 600 mg |
| 900 mg | Reduce dose to 600 mg. If clinically indicated, titrate to a maximum of 900 mg |
| 1200 mg | Reduce dose to 900 mg |

[JTX-016.4 (new instruction regarding coadministration).]

- **5.6 Use of Strong CYP3A Inhibitors** – KORLYM should be used with [~~extreme~~] caution in patients taking ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole, as these could [~~substantially~~] increase the concentration of mifepristone in the blood. The benefit of concomitant use of these agents should be

16

Appx16

carefully weighed against the potential risks. KORLYM should be used in combination with strong CYP3A inhibitors only when necessary, and in such cases the dose should be limited to ***900 mg*** per day. [*See Warnings & Precautions (5.4), Drug Interactions (7.2), and Clinical Pharmacology (12.3)*].    [JTX-016.6 (strikethroughs and emphasis added).]

- **7.2 CYP3A Inhibitors** – Ketoconazole and other strong inhibitors of CYP3A, such as itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, or voriconazole may increase exposure to mifepristone [~~significantly~~]. [~~The clinical impact of this interaction has not been studied~~.] [~~Therefore, extreme~~] Caution should be used when strong CYP3A inhibitors are prescribed in combination with KORLYM. The benefit of concomitant use of these agents should be carefully weighed against the potential risks. The dose of KORLYM should be limited to ***900 mg***, and strong inhibitors of CYP3A should be used only when necessary. [*See Dosage and Administration (2.4), Warnings & Precautions (5.6), and Clinical Pharmacology (12.3)*].    [JTX-016.11 (strikethroughs and emphasis added).]

[JTX-016 (Corcept's 2019 Korlym® Label); *see also* Tr. at 151–55 (Dr. Belanoff) (describing changes to label).]    The Clinical Pharmacology section of the 2019 Korlym® label (Section 12.3) now includes data from Corcept's clinical trials reflecting the drug-drug interaction effects of coadministering mifepristone with a strong CYP3A inhibitor.    [JTX-016.16–17.]    Specifically, Table 3 lists the average ratios of blood concentrations of mifepristone with and without coadministration of a variety of drugs.    [Tr. at 403–04 (Dr. Snyder) (summarizing purpose of, and information contained in, table).]    Table 3 is reproduced in full below:

**Table 3. Summary Table of KORLYM Drug-Drug Interaction Effects**

| Dosing of Mifepristone | Coadministered Drug | Dosing of Coadministered Drug | Geometric Mean Ratio (analyte ratio with/without drug coadministration) | | |
|---|---|---|---|---|---|
| | | | Analyte | AUC | Cmax |
| **Effect of KORLYM on Coadministered Drug** | | | | | |
| **Contraindicated with mifepristone** *[See Contraindications (4)]* | | | | | |
| 1200 mg once daily for 10 days | simvastatin[1] | 80 mg single dose | simvastatin acid | 15.70 | 18.20 |
| | | | simvastatin | 10.40 | 7.02 |
| **Use lowest dose of coadministered drug,** based on clinical experience and/or use of therapeutic drug monitoring | | | | | |
| 1200 mg once daily for 10 days | alprazolam[2] | 1 mg single dose | alprazolam | 1.80 | 0.81 |
| | | | 4-hydroxy-alprazolam | 0.76 | 0.39 |
| 1200 mg once daily for 7 days | fluvastatin[3] | 40 mg single dose | fluvastatin | 3.57 | 1.76 |
| 1200 mg once daily for 10 days | digoxin[4] | 0.125 mg once daily | digoxin | 1.40 | 1.64 |
| **Effect of Coadministered Drug on KORLYM** | | | | | |
| **Dose adjustment required** | | | | | |
| 600 mg once daily for 17 days | ketoconazole | 200 mg bid on days 13-17 | mifepristone | 1.38 | 1.28 |
| | | | Metabolite 1† | 1.02 | 1.06 |
| | | | Metabolite 2† | 1.67 | 1.69 |
| | | | Metabolite 3† | 0.95 | 0.96 |
| 900 mg once daily for 14 days | itraconazole | 200 mg daily for 14 days | mifepristone | 1.10 | 1.20 |
| | | | Metabolite 1† | 1.04 | 1.00 |
| | | | Metabolite 2† | 1.23 | 1.19 |
| | | | Metabolite 3† | 0.97 | 0.94 |
| **Effect of Coadministered Drug on KORLYM** | | | | | |
| **No dosing adjustment required** | | | | | |
| 300 mg once daily for 14 days | cimetidine[5] | 800 mg once daily | mifepristone | 0.85* | 0.75 |

*No effect = 90% CI within range 0.80 – 1.25
†See Section 12.2 for the relative potencies of the three metabolites

[1] Simvastatin 40 mg dose used as reference for the comparison. Result could be representative of other oral drugs with CYP3A metabolism and high first pass effect: cyclosporine, midazolam, triazolam, pimozide, sildenafil, sirolimus, and tacrolimus
[2] Result could be representative of other oral drugs with CYP3A metabolism and low first pass effect. Clinical significance of any interaction will depend on the therapeutic margin of the drug.
[3] Result could be representative of other oral drugs with CYP2C8/C9 metabolism
[4] Plasma digoxin concentration should be measured after 1 to 2 weeks of concomitant use and following usual clinical practice at appropriate intervals thereafter.
[5] Result could be representative of other mild inhibitors of CYP3A

[JTX-016.16–17.]

18

Appx18

E.    **The Patents-in-Suit.**

There are two remaining patents in this litigation:  the '214 Patent and the '800

Patent.  Both involve methods of controlling hyperglycemia in certain patients who

have Cushing's syndrome.  [*See generally* JTX.001 ('214 Patent); JTX.003 ('800

Patent).]  The claims embodied in these patents are based on Corcept's findings

following the post-marketing studies that the FDA required, as summarized above.

The only asserted independent claim of the '214 Patent is claim 10, which

involves coadministering 600 mg of mifepristone with a strong CYP3A inhibitor, after

titrating down from 1200 mg or 900 mg of mifepristone:

> **10**. A method of controlling hyperglycemia secondary to
> hypercortisolism in a patient with endogenous Cushing's
> syndrome who is taking an original once-daily dose of 1200
> mg or 900 mg per day of mifepristone, comprising the steps
> of:
>     reducing the original once-daily dose to an adjusted
>       once-daily dose of 600 mg mifepristone,
>     administering the adjusted once-daily dose of 600 mg
>       mifepristone and a strong CYP3A inhibitor to the
>       patient,
>     wherein said strong CYP3A inhibitor is selected from the
>       group consisting of ketoconazole, itraconazole, nefa-
>       zodone, ritonavir, nelfmavir, indinavir, boceprevir,
>       clarithromycin, conivaptan, lopinavir, posaconazole,
>       saquinavir, telaprevir, cobicistat, troleandomycin, tip-
>       ranivir, paritaprevir and voriconazole.

[JTX-001.37 ('214 Patent, 68:47–63) (Claim 10).]  Claim 1 of the '800 Patent is nearly

identical to claim 10 of the '214 Patent, except that it requires concomitant

administration of 900 mg of mifepristone with a strong CYP3A inhibitor, after titrating

down from 1200 mg of mifepristone:

19

> **1.** A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking an original once-daily dose of 1200 mg per day of mifepristone, the method comprising the steps of:
>
> reducing the original once-daily dose to an adjusted once-daily dose of 900 milligrams (mg) per day of mifepristone, and
>
> administering the adjusted once-daily dose of 900 mg per day of mifepristone and a strong CYP3A inhibitor to the patient,
>
> wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, boceprevir, clarithromycin, conivaptan, lopinavir, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, and paritaprevir.

[JTX-003.41 ('800 Patent, 67:30–68:2) (Claim 1).]

Independent claim 6 of the '800 Patent is practiced when 900 mg of mifepristone is administered to a patient who is already taking a strong CYP3A inhibitor:

> **6.** A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking a strong CYP3A inhibitor selected from ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole, the method comprising administering to the patient a once-daily dose of mifepristone of 900 milligrams (mg) per day.

[JTX-003.41 ('800 Patent, 68:15–24) (Claim 6).]

**F.    Teva's ANDA and Generic Mifepristone Product.**

Teva filed ANDA No. 211436 with the FDA in December 2017 seeking FDA approval to market, make, use, offer to sell, sell, and/or import a generic version of Korlym® prior to the expiration of the '214 Patent and '800 Patent.  [FPTO, Tab 2, Stipulated Facts ¶ 37.]  Teva's proposed package insert is identical in all material respects to Corcept's 2019 Korlym® label.  [*Compare* JTX-016 (Corcept's 2019 label), *with* JTX-011 (Teva's proposed product label)], and Teva's generic product is

bioequivalent to Korlym®, [FPTO, Tab 2, Stipulated Facts ¶ 41].  On August 2, 2020, the FDA granted Teva's ANDA final approval.  [*Id.* ¶ 40.]  As of the date hereof, Teva has not yet launched its product.

## II.    LEGAL STANDARDS

Patent law provides that whoever actively induces infringement "shall be liable as an infringer."  35 U.S.C. § 271(b).  To prevail on a theory of induced infringement in the Hatch-Waxman context, a plaintiff must prove two elements: (1) direct infringement, *i.e.*, "if defendant's drug [were] 'put on the market, it would infringe the relevant patent' "; and (2) specific intent, *i.e.*, that the defendant "possessed the specific intent to encourage another's infringement."  *Genentech v. Sandoz Inc.*, 55 F.4th 1368, 1376 (Fed. Cir. 2022) (quoting *Vanda Pharms. Inc. v. West-Ward Pharms. Int'l Ltd.*, 887 F.3d 1117, 1129–30 (Fed. Cir. 2018)).[4]

In a Hatch-Waxman Act case involving a method-of-treatment patent, the "mere existence of direct infringement by physicians, while necessary to find liability for induced infringement, is not sufficient for inducement."  *Takeda Pharms. U.S.A., Inc. v. West-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015).  Rather, where it is alleged that the ANDA applicant's proposed label induces physicians to infringe, the label must "encourage, recommend, or promote infringement."  *Id.* (citations omitted);

---

[4] A patent is directly infringed when a person "without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent."  35 U.S.C. § 271(a).

Appx21

*see also Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1329 n.2 (Fed. Cir. 2009) ("The question is not . . . whether a user following the instructions may end up using the device in an infringing way. Rather, it is whether [the] instructions teach an infringing use of the device such that we are willing to infer from those instructions an affirmative intent to infringe the patent."). If the "proposed label instructs users to perform the patented method[,] . . . the proposed label may provide evidence of [the ANDA applicant's] affirmative intent to induce infringement." *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010).

The plaintiff, as patentee, bears the burden of proving induced infringement by a preponderance of the evidence. *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1366 (Fed. Cir. 2003) (citing *Bristol-Myers Squibb Co. v. Royce Lab'ys, Inc.*, 69 F.3d 1130, 1135 (Fed. Cir. 1995)); *SmithKline Diagnostics, Inc. v. Helena Lab'ys Corp.*, 859 F.2d 878, 889 (Fed. Cir. 1988).

## III. DISCUSSION

Before proceeding to its analysis, the Court summarizes the parties' arguments. Corcept argues that it has met its burden of establishing Teva's liability for induced infringement under 35 U.S.C. § 271(b). [*See* Pl.'s Post-Trial Br., Docket No. 289.] First, it contends that the expert testimony elicited at trial uniformly demonstrates that Teva's label instructs physicians to perform the patented method when coadministering mifepristone with a strong CYP3A inhibitor. [*Id.* at 2–5.] Corcept next claims that physicians have previously administered mifepristone and a strong

CYP3A inhibitor concomitantly for seriously ill Cushing's syndrome patients and that they are likely to do so in an infringing way in the future.  [*Id.* at 5–11.]  To this end, it characterizes Dr. Snyder's testimony concerning osilodrostat as a "red herring."  [*Id.* at 11–13.]

Second, Corcept argues that Teva's specific intent to induce is clear from Teva's label.  Claiming that *HZNP Medicines v. Actavis Laboratories UT, Inc.*, 940 F.3d 680 (Fed. Cir. 2019) is distinguishable, Corcept contends that Teva's label does not merely describe infringing activity in an "if/then" manner, but rather instructs physicians to perform the patented method when prescribing Teva's generic mifepristone product. [Pl.'s Post-Trial Br. at 13–17.]  It argues that Dr. Synder's opinions regarding encouragement are not credible and that the weight of the evidence supports a finding of intent to induce.  [*Id.* at 17–19.]  Corcept also submits that Teva's inducement argument does not apply to claim 6 of the '800 Patent because all a physician must do to practice the claim is administer 900 mg of mifepristone to a patient already taking a strong CYP3A inhibitor.  [*Id.* at 19–20.]  Finally, Corcept asserts that Teva's intent to induce is evidenced by its failure to seek approval of alternative labeling.  [*Id.* at 20.]

In opposition, Teva argues that Corcept has failed to meet its burden of demonstrating inducement.  [Def.'s Post-Trial Br., Docket No. 288.]  Teva contends that there is no record evidence that anyone has ever practiced the patented method, and that the weight of the evidence suggests that coadministration of mifepristone and a strong CYP3A inhibitor in the future is not likely.  [*Id.* at 2–9.]  In particular, Teva stresses that the introduction of osilodrostat, a recently approved drug that inhibits the

synthesis of cortisol, makes coadministration of mifepristone and strong CYP3A inhibitors obsolete. [*Id.* at 4–5.] Moreover, Teva maintains that its label does not actively induce performance of the patented methods because it discourages the concomitant use of mifepristone with a strong CYP3A inhibitor. [*Id.* at 9–14.] Teva contends that *HZNP* is dispositive of Corcept's inducement argument because Teva's label, like the generic label in *HZNP*, is permissive without encouraging the infringing activity. [*Id.* at 14–17.] Next, it devotes much of the remainder of its submission to distinguishing the cases on which Corcept relies. [*Id.* at 17–20.] In closing, Teva opposes Corcept's "carve-out" argument regarding alternative labeling. [*Id.* at 20.]

The Court discusses each of these arguments, to the extent relevant, below.

### A.     Direct Infringement.

The asserted claims of the '214 Patent and the '800 Patent are quite similar. Claim 10 of the '214 Patent has the following limitations: (1) it applies to a patient who is taking a once-daily dose of 1200 mg or 900 mg of mifepristone to treat endogenous Cushing's syndrome; (2) the patient's dose is reduced to 600 mg of mifepristone; and (3) the patient is simultaneously administered a strong CYP3A inhibitor. [*See* JTX-001.37.] Claim 1 of the '800 Patent has the following limitations: (1) it applies to a patient who is taking a once-daily dose of 1200 mg of mifepristone to treat endogenous Cushing's syndrome; (2) the patient's dose is reduced to 900 mg of mifepristone; and (3) the patient is simultaneously administered a strong CYP3A inhibitor. [*See* JTX-003.41.] Claim 6 of the '800 Patent has the following limitations:

(1) it applies to a patient who is taking a strong CYP3A inhibitor; and (2) the patient is simultaneously administered a once-daily dose of 900 mg of mifepristone.  [*See* JTX-003.41.]

As noted above, to prove direct infringement, Corcept must establish that, if Teva's mifepristone drug product were put on the market, it would infringe the asserted claims of the '214 Patent and the '800 Patent.  *See Vanda*, 887 F.3d at 1129–30 (explaining that the inquiry is hypothetical and asks whether the generic drug maker is likely to market an infringing product).  A court may consider all relevant evidence in this regard.  *See, e.g.*, *Ferring B.V. v. Watson Lab'ys, Inc.-Fla.*, 764 F.3d 1401, 1409 (Fed. Cir. 2014) ("The infringement determination is . . . based on consideration of all the relevant evidence[.]"); *Glaxo*, 110 F.3d at 1570 (noting that district court "properly considered the ANDA itself, the materials submitted by Novopharm to the FDA, and other pertinent evidence" in conducting its infringement analysis).  Though "a patentee does not need to prove an actual past instance of direct infringement" to establish liability for inducement, *Vanda*, 887 F.3d at 1129, 1129–30, "past conduct is relevant to what will happen in the future," *Genentech*, 55 F.4th at 1379, 1379–80.

### 1.    Evidence of Prior Infringement.

The Court begins with the lack of record evidence demonstrating that anyone has ever practiced the claimed methods, including during the ten-year span since Korlym® was approved.  Teva contends that *Genentech* "dismantles Corcept's infringement case" for this reason.  [Def.'s Post-Trial Br. at 8–9; *see also* Def.'s Pre-

Trial Br. 9–10.]  Corcept asserts that Teva's reliance on *Genentech* is misplaced because it did not "change[] the law" to "***require***" the Court to consider past conduct in determining whether infringement will likely occur in the future.  [Pl.'s Post-Trial Br. at 5–6; *see also* Pl.'s Pre-Trial Br. 27–30.]  The *Genentech* court looked outside of the generic manufacturer's proposed product label to prior physician conduct only because it found that the label did not recommend practice of the claimed methods, Corcept argues.  [Pl.'s Post-Trial Br. at 5; *see also* Pl.'s Post-Trial Reply Br. at 4.]

In *Genentech*, the Federal Circuit considered certain patented methods for avoiding adverse drug interactions between pirfenidone, a medication to treat idiopathic pulmonary fibrosis, and fluvoxamine, a strong CYP1A2 inhibitor.  55 F.4th at 1371, 1374.  The drug-drug interaction patents at issue involved administering pirfenidone to a patient already taking fluvoxamine by either discontinuing fluvoxamine or titrating the pirfenidone dose and continuing fluvoxamine.  *Id.* at 1374–75.  The generic manufacturer's proposed label warned about the drug-drug interactions, specifically stating that "concomitant administration" is "***not recommended***" and "[u]se of fluvoxamine . . . should be discontinued prior to administration of pirfenidone and avoided during pirfenidone treatment."  *Id.* at 1375 (emphasis added).  Still, the label permitted coadministration of the two agents when necessary and provided dosing instructions in such case.  *See id.* ("In the event that fluvoxamine or other strong CYP1A2 inhibitors are the only drug of choice, dosage reductions are recommended.  Monitor for adverse reactions and consider

26

discontinuation of pirfenidone as needed *[see Dosage and Administration (2.4)]*.")
(brackets and emphasis in original).

The district court determined that the patentee had not met its burden of
establishing direct infringement, and the Federal Circuit affirmed for two principal
reasons. *Id.* First, there was no record evidence that any physicians had ever practiced
the patented methods, and "past conduct is relevant to what will happen in the future."
*Id.* at 1379. Second, the generic manufacturer had presented evidence from physicians
who testified that "they had never prescribed pirfenidone to an [idiopathic pulmonary
fibrosis] patient taking fluvoxamine" and that they would prescribe a noninfringing
alternative (*i.e.*, nintedanib) if placed in that situation. *Id.* at 1380. "The court did not
clearly err by considering all relevant evidence, including Sandoz's proposed label and
physician practice." *Id.*

Here, Corcept's attempt to discredit *Genentech* is unavailing. Teva is not
claiming that a "split-panel decision" changed the law, as Corcept says [*see* Pl.'s Post-
Trial Br. at 5], nor that this Court **must** credit the lack of evidence of past infringement.
Rather, Teva correctly contends that such evidence is relevant. There is nothing new
about the proposition for which the case is cited. *See, e.g., Takeda*, 785 F.3d at 634
(affirming district court finding of no inducement based on insufficient evidence that
healthcare provider had actually practiced claimed methods and patentee had not
otherwise met threshold element of direct infringement) (citing *Ricoh Co. v. Quanta
Computer Inc.*, 550 F.3d 1325, 1341 (Fed. Cir. 2008)); *accord Limelight Networks, Inc. v.*

*Akamai Techs. Inc.*, 572 U.S. 915, 921–22 (2014) (explaining that inducement liability can arise "if, but only if, there is direct infringement") (citation omitted) (cleaned up). Moreover, the Federal Circuit in *Genentech* did not hold that evidence of physician practice is only relevant if the product label fails to recommend an infringing use. Corcept's reading of *Genentech* would collapse the distinct elements of induced infringement into one inquiry focused exclusively on the language of the product label. That is not the law.  As the trial court explained,

> The presence of language that "encourages, recommends or promotes" an infringing use on a proposed label, without any additional evidence showing such an infringing use will in fact occur, especially where there is evidence that an infringing use likely will not occur, is insufficient for a finding of induced infringement.

*Genentech, Inc. v. Sandoz, Inc.*, 592 F. Supp. 3d 355, 376 (D. Del.), *aff'd*, 55 F.4th 1368 (Fed. Cir. 2022).[5]

Just as the *Genentech* courts concluded, and mindful of Corcept's burden, this Court finds the lack of record evidence that any physician has ever practiced the asserted claims to be persuasive—here, as a starting point to its analysis.  Neither Dr. Carroll (Corcept's expert) nor Dr. Snyder (Teva's expert) has ever prescribed mifepristone with a strong CYP3A inhibitor to treat Cushing's syndrome.  [Tr. at 266:9–12, 266:18–23, 270:3–9, 273:17–19 (Dr. Carroll); Tr. at 410:9–22 (Dr. Snyder).] Though Dr. Carroll testified regarding other physicians' occasional coadministration

---

[5] The trial court did not reach the question whether the patentee had demonstrated specific intent to induce infringement because it concluded that the patentee had failed to prove direct infringement.

Appx28

of mifepristone with strong CYP3A inhibitors to treat especially ill patients, [*see, e.g.*, Tr. at 236:22–238:2 (referencing Dr. Hamrahian)], it is critical to note that Dr. Carroll did not provide evidence that any physician had ever prescribed the drugs together at an infringing sequence and/or dosage, [*see* Tr. at 270:20–23, 285:2–19.]  Dr. Snyder also did not identify any instances of past practice of the asserted claims.  [Tr. at 392:22–393:5.]    The parties' experts thus did not testify regarding prior direct infringement.

Similarly, the other Corcept (as well as Teva) witnesses did not provide testimony that they had ever practiced Corcept's patented methods.  Dr. Dobbs, for instance, indicated that she had combined ketoconazole with mifepristone "two to three times" in her career to take advantage of their "different mechanisms of action" for "extremely ill" patients, [Tr. at 58:16–25], but she did not provide testimony concerning the dosage or sequence employed.  The other witnesses are no different.  [*See, e.g.*, Tr. at 96:18–23, 97:23–98:15 (Dr. Moraitis indicating that he has never treated a Cushing's syndrome patient with a combination of mifepristone and ketoconazole and is not aware of any who have).]  While the record undisputedly reveals that physicians have coadministered mifepristone with a strong CYP3A inhibitor in rare cases, [*see, e.g.*, Tr. at 244:25–245:14 (Dr. Carroll crediting case report of patient who both ketoconazole and mifepristone for treatment of Cushing's syndrome)], Corcept did not present the Court with any specific evidence where a physician practiced the patented methods.  This is notwithstanding the fact that Korlym® has been commercially available since April 2012.  The absence of this

29

relevant information leads to the conclusion that future direct infringement is not likely. [6]  *See Genentech*, 55 F.4th at 1379–80; *Takeda*, 785 F.3d at 634.

## 2. Evidence of Future Infringement.

Next, the Court addresses whether Corcept has met its burden of proof that it is more likely than not that direct infringement of the asserted claims will occur in the future based on other record evidence.  Crediting Dr. Snyder's testimony, this Court

---

[6] On November 2, 2023, the Court observed in a Letter Order that Corcept had not pointed to record evidence of prior instances of coadministration at an infringing sequence or dosage.  [Docket No. 292, at 2.]  While not required, the Court emphasized that "the existence—or absence—of such prior infringement evidence" was important to its analysis.  [*Id.*]  The Court reminded Corcept that it had invited this evidence during and after trial.  [*Id.*]  In its Post-Trial Reply Brief, Corcept interpreted the Court's letter as an opportunity to reopen the trial record to include a set of belated declarations from medical professionals attesting, in summary fashion, that each has practiced one or more of the claimed methods in the past.  [Pl.'s Post-Trial Reply Br. at 5 & Exs. A–F, Docket No. 295.]  This is not what the Court invited, nor will the Court grant Corcept's request at this stage.  Courts have considerable discretion in deciding whether to reopen the trial record to permit additional evidence. *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 331 (1971).  In making this decision, courts consider several factors, including (1) the burden on the parties and their witnesses, (2) any undue prejudice that may result to the nonmoving party, and (3) the impact on judicial economy.  *See Rochez Bros., Inc. v. Rhoades*, 527 F.2d 891, 894 n.6 (3d Cir. 1975).  The trial record may be reopened when the failure to adduce sufficient evidence is based on a reasonable misunderstanding or when it is to ensure substantial justice.  *See id.* at 894–95.  Here, Corcept has had ample opportunity during this litigation to introduce specific evidence that physicians have practiced the patented methods.  Indeed, courts routinely consider this evidence when assessing whether a patentee has made a threshold showing that future direct infringement is likely.  *See, e.g.*, *Takeda*, 785 F.3d at 634.  It would be too prejudicial now to consider Corcept's hearsay declarations over Teva's objection, and it would be inappropriate and burdensome to delay resolution of this matter to further examine this issue.  Corcept has not persuaded the Court that its lack of prior infringement evidence stems from a reasonable misunderstanding, or that reopening the trial record is necessary to ensure substantial justice.  Therefore, Corcept's request must be denied.

finds that, while clinicians may exercise their medical judgment to coadminister mifepristone with a strong CYP3A inhibitor in isolated instances "when necessary," it is highly unlikely that physicians will practice the claimed methods.

First, the record evidence demonstrates that physicians generally avoid coadministering mifepristone and strong CYP3A inhibitors. They avoid doing so because of the challenges of dosing mifepristone and the dangers associated with coadministering the two substances.

The evidence established that mifepristone does not inhibit the production of cortisol, but rather blocks its effects. [Tr. at 121:5–6 (Dr. Belanoff); Tr. at 383:9–12 (Dr. Snyder).] As a result, mifepristone can cause a patient's cortisol blood concentrations to increase. [Tr. at 384:24–385:5 (Dr. Snyder).] Physicians thus cannot rely on circulating blood levels of ACTH and/or cortisol to reflect therapeutic efficacy of mifepristone when treating Cushing's syndrome patients. [*See* Tr. at 158:25–163:20 (Dr. Belanoff); *see also* James W. Chu *et al.*, *Successful Long-Term Treatment of Refractory Cushing's Disease with High-Dose Mifepristone (RU 486)*, 86 J. Clinical Endocrinology & Metabolism 3568, 3570, 3572 (2001) (explaining that difficulty in monitoring therapeutic efficacy of mifepristone stems from lack of objective measure of receptor activity) [DTX-043.0004].] This is mifepristone's principal disadvantage in this context. [*See* Tr. at 385:16–20 (Dr. Snyder) ("[T]he major drawback is that because it doesn't block the production of cortisol, one cannot use cortisol to determine if one is giving the right dose. So one doesn't know if one's giving the right dose or too much or too little.").]

Strong CYP3A inhibitors, such as ketoconazole, impede the synthesis of cortisol in the adrenal glands, thereby "blocking" excessive cortisol at its source. [Tr. at 383:6–12 (Dr. Snyder).] Because these medications suppress the activity of CYP3A enzymes, they can raise mifepristone blood concentrations and increase the chances of severe side effects when taken together. [Tr. at 127:19–24 (Dr. Belanoff); Tr. at 303:9–22 (Dr. Carroll); Tr. at 395:5–8 (Dr. Snyder).] Partly on this basis, Dr. Moraitis reported that he strongly prefers monotherapy because of the possibility of adverse drug-drug interactions. [*Cf.* Tr. at 96–97 (explaining that he avoids combining agents because combination usually fails and requires more aggressive intervention).]

Given this context, and opining on Teva's label, Dr. Snyder persuasively testified that physicians should "be very afraid" of coadministration, that it could cause a "problem." [*See* Tr. at 394:11, 397:22.] He explained that he would not likely use mifepristone today to treat Cushing's syndrome because of the dosing problem outlined above. [Tr. at 386:9–11.] And the problem is not without consequence: too little mifepristone, and the patient continues to have Cushing's syndrome, with all its attending consequences; too much mifepristone, and the patient's blood pressure could drop, even causing death. [Tr. at 385:21–25, 386:1–8 (Dr. Snyder).] "I am not aware of any authority in the area of Cushing's syndrome who *recommends* combining mifepristone with another medication." [Tr. at 413:10–12 (Dr. Snyder) (emphasis added).] The Court finds Dr. Snyder's testimony credible. It is significant that Dr. Lynette Nieman, a leading authority on the treatment of Cushing's syndrome, did not mention combining mifepristone with other drugs in a topic review of hers published

32

in UpToDate®, a medical periodical for which Dr. Snyder serves a co-editor-in-chief. [*See* Tr. at 413:21–418:20 (discussing Lynette K. Nieman, *Medical Therapy of Hypercortisolism (Cushing's Syndrome)*, UpToDate (last updated Aug. 29, 2022) [DTX-034]).[7]] Dr. Snyder suggests that the absence of any such discussion in sections of the topic review addressing combination therapy is telling, [*see* Tr. at 418:7–10], and this Court agrees. Indeed, Corcept had no real response.

Second, and relatedly, the existence of at least one non-infringing alternative treatment to mifepristone suggests that physicians are not likely to directly infringe the asserted claims in the future. As Dr. Snyder testified, the recent introduction of osilodrostat has "changed" the "landscape." [Tr. at 386:13–17.] Osilodrostat is a "powerful" and "effective" drug that "acts rapidly." [Tr. at 386:19–22.] Unlike mifepristone, osilodrostat blocks cortisol production, so physicians can use cortisol blood concentrations to determine effective dosage. [Tr. at 384:9–12, 386:17–22, 484:10–20.] Dr. Snyder opined that physicians are unlikely to coadminister mifepristone and strong CYP3A inhibitors in the future because osilodrostat is a better drug to treat Cushing's syndrome. [Tr. at 393:11–18; *see also* Tr. at 489:22–24 ("So it is safer to give osilodrostat than to give mifepristone, in spite of the fact that the blood

---

[7] Still, the Court notes that the article refers to the danger of combining ketoconazole with CYP3A4 substrates: "Ketoconazole is a strong inhibitor of CYP3A4. Coadministration of CYP3A4 substrates should be avoided if possible and may result in increased plasma concentrations of these drugs, with increased or prolonged therapeutic or adverse effects." Nieman, *supra*, at 4 (Initial Therapy – Ketoconazole) [DTX-034.0004].

concentration has changed more with osilodrostat."]  This is so even though, as Corcept elicited on cross-examination, osilodrostat is only indicated for the treatment of Cushing's disease.  [*See* Tr. at 474:2–15 (Dr. Snyder) (explaining that Isturisa®, or osilodrostat, while only FDA-approved for treatment of Cushing's disease, is widely used off-label for Cushing's syndrome); Tr. at 476:21–25 (Dr. Snyder) ("[I]t is, I'd say, even desirable to use osilodrostat for any form of Cushing's syndrome, and preferable to use it compared to mifepristone.  I think it's medically preferable.").]  In summary, Dr. Snyder concluded that in his personal experience, the benefits of coadministering mifepristone and ketoconazole never outweigh the risks, especially since the introduction of osilodrostat.  [Tr. at 410:9–14.]  The Court finds this testimony credible and persuasive.

Corcept's arguments are not to the contrary.  For instance, Corcept argues that Teva presented no evidence that "even a single prescription" of Korlym® has been lost to osilodrostat.  [Pl.'s Post-Trial Br. at 11, 11–12.]  Corcept points to Dr. Belanoff's testimony that since the FDA approved Isturisa® (osilodrostat) in 2020, Corcept has actually experienced increased sales.  [*See* Tr. at 123:23–124:3.]  He attributes the increase in sales to heightened visibility of hypercortisolism treatments and better screening by physicians.  [Tr. at 124:7–125:1.]  In other words, Dr. Belanoff claims that the introduction of a competing drug, with a different mechanism of action, has had a positive impact for the company.  [*See* Tr. at 124:21–125:1.]  While the Court has no reason to disbelieve that greater awareness about hypercortisolism has certain salubrious effects, Dr. Belanoff's explanation about increased sales was by no means

34

Appx34

a causal analysis. And Corcept failed to prove that the increase is ***because of*** the introduction of osilodrostat. Dr. Belanoff's testimony left more questions in the Court's mind than answers. [*See* Tr. at 412:20–21 (Dr. Synder stating that he was "puzzled" by the suggestion that osilodrostat has increased Corcept's sales of Korlym®).] Therefore, based on the evidence elicited at trial, the Court cannot conclude that osilodrostat will ***not*** be preferred to Korlym® in the future, as Dr. Snyder persuasively testified.

Third, Corcept has not met its burden of demonstrating that direct infringement is likely to occur even if a physician consults Teva's proposed label to coadminister mifepristone and a strong CYP3A inhibitor. As will be discussed further below, Teva's label does not induce physicians to administer the drugs together. Rather, the label cautions against coadministration, providing dosing instructions if a physician independently determines that it is medically necessary to prescribe mifepristone and a strong CYP3A inhibitor together. Corcept has maintained that physicians will infringe the asserted claims by following Teva's label because the label's instructions are not "optional." [Pl.'s Post-Trial Br. at 9–11, 13–17.] But this position ignores that a physician could follow the instructions on Teva's label and not infringe the claims. As Corcept's own expert, Dr. Carroll, acknowledged, administering 300 mg of mifepristone to a patient who is already taking a strong CYP3A inhibitor ***would not infringe*** claim 6 of the '800 Patent. [Tr. at 267:5–9, 268:5–12.] ***Nor would administering 600 mg of mifepristone***. A physician infringes claim 6 only by administering 900 mg of

35

mifepristone to a patient who is already taking a strong CYP3A inhibitor.   [JTX-003.41.]

Similarly, a physician who administers a strong CYP3A inhibitor to a patient who is already taking 300 mg or 600 mg of mifepristone ***would not infringe*** claim 10 of the '214 Patent or claim 1 of the '800 Patent.   [*See* Tr. at 261:14–264:8 (Dr. Carroll) (acknowledging that these scenarios, and others, fall outside the claimed methods).] Claim 10 is only practiced when a Cushing's patient is already taking 1200 mg or 900 mg of mifepristone, and the physician lowers the patient's dose to 600 mg of mifepristone and administers a strong CYP3A inhibitor.   [JTX-001.37.]   Claim 1 is only practiced when a Cushing's patient is already taking 1200 mg of mifepristone, and the physician lowers the patient's dose to 900 mg and administers a strong CYP3A inhibitor.   [JTX-003.41.]

Corcept largely ignores these non-infringing possibilities.   Instead, it contends that infringement will occur because most patients require 900 mg or 1200 mg of mifepristone to achieve an efficacious result.   [Pl.'s Post-Trial Br. at 9–10.]   The Court does not find this argument to be compelling.   First, the testimony elicited on this score from Dr. Belanoff and Dr. Carroll focused on the optimal dose reported in the SEISMIC study that supported the FDA's initial approval of Korlym® in 2012.   [*See* Tr. at 147:4–6 (Dr. Belanoff); Tr. at 320:23–321:2 (Dr. Carroll).]   Only 34 patients participated in this study.   [Tr. at 333:6–9 (Dr. Carroll).]   Despite years of discovery, Corcept did not introduce any evidence regarding the average dose of Korlym® that patients receive in practice, or the number of patients who have taken 300 mg, 600 mg,

36

Appx36

900 mg, or 1200 mg of Korlym®, or the number of patients who have taken Korlym® together with ketoconazole. The logical conclusion is that Corcept does not know this information. [*See* Tr. at 83:19–21, 81:19–82:3, 82:10–14 (Mr. Maduck, Corcept's Chief Commercial Officer).] As a result, Corcept has not persuaded this Court that today most patients who receive a strong CYP3A inhibitor are already taking at least 900 mg of Korlym® or that patients who are already receiving a strong CYP3A inhibitor will be prescribed at least 900 mg of Korlym®. Therefore, the Court concludes that physicians are not likely to titrate Cushing's syndrome patients' dosage of mifepristone in an infringing manner. Accordingly, Corcept has not demonstrated that physicians, following Teva's label, would necessarily infringe the asserted claims.

Corcept's other arguments fail to persuade the Court that direct infringement is likely. For instance, Corcept contends that physicians will infringe the asserted claims because ketoconazole remains the most commonly used medication to treat manifestations of Cushing's syndrome. [Pl.'s Post-Trial Br. at 7.] Corcept also argues that patients taking mifepristone may require ketoconazole if they develop an opportunistic infection, such as aspergillosis. [*Id.* at 8.] Even crediting the testimony on which Corcept's argument is based, [*see, e.g.*, Tr. at 229:18–234:16 (Dr. Carroll) (opining that it might be "medically necessary" to coadminister mifepristone with a strong CYP3A inhibitor where certain infections occur in a patient with Cushing's syndrome) (first citing J.K. Oosterhuis *et al.*, *Life-Threatening* Pneumocystis Jiroveci *Pneumonia Following Treatment of Severe Cushing's Syndrome*, 65 Netherlands J. Med. 215 (2007) [PTX-016]); then citing Pivonello *et al.*, *supra*), the Court does not find that

Appx37

infringement will likely result. As the Court has already explained, Dr. Carroll's testimony is not supported by any credible instances in which a physician practiced the claimed method, and a physician can faithfully follow Teva's label and avoid infringement. Given these reasons, and Dr. Snyder's testimony, the Court must reject Corcept's conclusion that infringement will occur.

Therefore, for the above reasons, the Court finds that Corcept has not met its burden of demonstrating that direct infringement of the '214 Patent and the '800 Patent is likely. *See Takeda*, 785 F.3d at 635 (finding that court permissibly concluded direct infringement was unlikely based on testimony from physicians that they try to avoid coadministration of drugs and lack of evidence that claimed method would actually be practiced).

## B.    Specific Intent.

Next, the Court addresses whether Teva's label "instructs users to perform the patented method." *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010). To answer the question, the Court asks whether the label "encourage[s], recommend[s], or promote[s] infringement." *Takeda*, 785 F.3d at 631. "[M]ere knowledge of possible infringement by others does not amount to inducement; specific intent and action to induce must be proven." *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1364 (Fed. Cir. 2003) (citation omitted). The Court reaches this question for the sake of completeness, even though it has concluded that Corcept has not shown a likelihood that Teva's generic product would directly infringe the asserted claims if

marketed.  *See Limelight Networks*, 572 U.S. at 921–22 (explaining that likelihood of direct infringement is a threshold requirement for inducement liability).

Corcept contends that Teva's intent to induce infringement can be inferred from Teva's product label.  [*See* Pl.'s Post-Trial Br. at 13–17.]  Corcept maintains that the label instructs physicians to follow dosage adjustment steps that infringe the asserted claims, and it submits that the appropriate test is not whether the label recommends coadministration, but whether the label recommends that physicians follow the claimed method once it has been decided to administer the drugs together. [*Id.*]  Relying on *HZNP*, 940 F.3d at 702, Teva counters that "an instruction *how* to do something is not an instruction *whether* to do it in the first place."  [Def.'s Post-Trial Br. at 10, 14–17.]

In *HZNP*, the Federal Circuit considered whether Horizon had met its burden of showing that Actavis's product label induced a use of Actavis's proposed product that would infringe Horizon's method-of-use patents.  940 F.3d at 699.  The product at issue was a topical solution for the treatment of osteoarthritis pain of the knees, and Horizon's patents addressed its method of application.  *Id.*  As the court summarized, the patented method required three steps:  (1) applying the topical solution; (2) waiting for the area to dry; and (3) applying sunscreen, insect repellant, or a second topical medication.  *Id.* at 702.  Actavis's proposed label, materially identical to Horizon's label for its branded product, recommended a specified dosage of the solution and instructed users to apply the solution to the clean, dry skin of the knee twice a day.  *Id.* at 699.  It also warned that users should wait until the treated area was completely dry

39

before covering with clothing, applying sunscreen, insect repellent, or other substances. *Id.* at 699–700.

Horizon argued that Actavis's label reflected its specific intent to induce infringement because it tracked, nearly exactly, Horizon's three-step, patented method of applying the topical solution. *Id.* at 701. Horizon contended that if a user sought to apply sunscreen, insect repellant, or another substance, then direct infringement would occur, as the user would follow the patented method and wait until the user's skin was dry before applying the other substance to the treated area. *Id.*

The Federal Circuit rejected Horizon's argument. It explained that Actavis's label, properly construed, only *required* step one, *i.e.*, application of the topical solution. *Id.* at 702. Post-product application of sunscreen or another substance was not required by the label. Rather, the label's warning operated in an " 'if/then' manner: *if* the user wants to cover the treated area with clothing or apply another substance over it, then the patient should wait until the area is dry." *Id.* This construction, the Federal Circuit explained, does not "encourage, recommend, or promote" infringement; the label "merely provided guidance to patients about what to do if the pat[i]ent desired to have anything come into contact with the knee after application of the medication." *Id.* While a user may infringe Horizon's method-of-use patents, the court reaffirmed that evidence of direct infringement is not sufficient to establish that a proposed label instructs the user to perform the patented method. *Id.*

*HZNP* is instructive here. Just as the product label in *HZNP* did not encourage, promote, or recommend the specified steps of the patented method because nothing

40

required post-product application of sunscreen or another substance, 940 F.3d at 702, Teva's label does not encourage physicians to practice the asserted claims because the label does not encourage coadministration of mifepristone and a strong CYP3A inhibitor. The label only provides instructions *how* to coadminister the substances to achieve an efficacious result *if* a physician determines that it is medically necessary. In this context, the label only provides "guidance" for physicians; it does not teach an infringing use "such that we are willing to infer from those instructions an affirmative intent to infringe the patent." *Vita-Mix*, 581 F.3d at 1329 n.2.

The Court thus rejects Corcept's attempts to distinguish *HZNP*. For instance, Corcept argued that a recent decision by another court in this District demonstrates why *HZNP* is distinguishable. [*See* Pl.'s Post-Trial Br. at 16–17 (discussing *Janssen Pharms., Inc. v. Mylan Labs. Ltd.*, 2023 WL 3605733 (D.N.J. May 23, 2023) (Padin, J.).] In *Janssen*, the court confronted a patented method for reinitiating treatment of schizophrenia in patients who had missed their last dose of a three-month paliperidone palmitate extended-release injectable medication within a four-to-nine-month window. 2023 WL 3605733, *5–7. The patent specifications described a "reinitiation dosing regimen." *Id.* at *7. The generic label at issue instructed clinicians to apply the regimen in the "inevitable" situation that a patient returns between four and nine months after a missed dose. *Id.* at *15–16. Rejecting the generic manufacturer's argument that its label did not induce infringement because a warning discouraged missing a dose, the court explained that the label does not "discourage or make optional the practice of the Asserted Claims (or any claimed steps) in the inevitable

41

situation that doses *are* missed."  *Id.* at *17.  The *Janssen* court also suggested that *HZNP* supported its finding of induced infringement because there "one of the claimed steps was optional."  *Id.* (citing *HZNP*, 940 F.3d at 702).

Here, Corcept has failed to demonstrate that a similarly "inevitable" situation is present.  Unlike the missed doses in *Janssen* that were likely to occur based on the credible record evidence that more than 50 percent of patients miss a dose, *see Janssen*, 2023 WL 3605733, at *15, there is no external trigger here that is likely to convince a physician to coadminister mifepristone and a strong CYP3A inhibitor.  The record evidence reveals that physicians are unlikely to coadminister the two substances, and even less likely to do so in an infringing manner.  Furthermore, contrary to *Janssen*, a physician here can faithfully follow Teva's label and not infringe the asserted claims.  There are non-infringing options available.  Therefore, Corcept's efforts to differentiate *HZNP* are unconvincing.

Two additional points bear emphasizing.  First, Teva's label does not affirmatively encourage the coadministration of mifepristone with a strong CYP3A inhibitor.  The label does not outline any benefits of coadministration or indicate the circumstances in which the agents should be coadministered.  [Tr. at 399:16–22 (Dr. Snyder).]  Rather, Teva's label warns physicians *against* coadministration, advising the exercise of caution if they choose to do so.[8]  [*See, e.g.*, JTX-011.1 (**WARNINGS AND**

---

[8] Dr. Belanoff acknowledged that Corcept's 2012 label represented a "forceful[]" warning against coadministration, that physicians were taught to avoid the use of mifepristone with a strong CYP3A inhibitor.  [JTX-005.682 (Dr. Belanoff Decl. to

**PRECAUTIONS** – "*Use of Strong CYP3A Inhibitors*: Concomitant use can increase mifepristone plasma levels. Use only when necessary and limit mifepristone dose to 900 mg (5.6)."); JTX-011.1 (**DRUG INTERACTIONS** – "CYP3A inhibitors: Caution should be used when mifepristone is used with strong CYP3A inhibitors."), JTX-011.4, § 2.5 & Tbl. 1 ("Mifepristone tablets should be used in combination with strong CYP3A inhibitors only when necessary."); JTX-011.5–6, § 5.6 ("The benefit of concomitant use of these agents should be carefully weighed against the potential risks."); JTX-011.9, § 7.2 ("Caution should be used when strong CYP3A inhibitors are prescribed in combination with mifepristone. The benefit of concomitant use of these agents should be carefully weighed against the potential risks.").] Dr. Snyder credibly testified that physicians would read Teva's label as a warning not to coadminister mifepristone and a strong CYP3A inhibitor, unless medically necessary (*i.e.*, unless the

---

Patent Office); Tr. at 169:24–170:12, 171:12–15 (Dr. Belanoff).] After additional study of mifepristone, Corcept discovered that coadministration did not raise the blood concentration of mifepristone as much as was previously believed. Accordingly, Corcept's label was revised in degree: the 2019 label recommended "caution" instead of "extreme caution" and indicated that the allowable dose of mifepristone was 900 mg instead of 300 mg of mifepristone, among other relevant changes. [*Compare* JTX-016.6, *with* JTX-015.6.] Though there are meaningful differences between the 2012 label and 2019 label based on this breakthrough, the current label still represents a warning against coadministration. Therefore, the label's history reinforces the Court's conclusion that Teva's label, like Corcept's 2019 label, does not encourage the coadministration of mifepristone and strong CYP3A inhibitors. *See United Therapeutics Corp. v. Sandoz, Inc.*, 2014 WL 4259153, at *18 (D.N.J. Aug. 29, 2014) ("[T]here is a rather significant difference between a warning and an instruction. A warning provides information regarding a potential risk. It does not prescribe a course of action.").

43

benefit to the patient outweighs the risks).   [*See* Tr. at 393:11–18, 394:18–395:8, 396:14–18, 397:7–22, 399:4–12.]

Second, in the unlikely event that a physician decides to coadminister mifepristone with a strong CYP3A inhibitor, Teva's label does not provide exclusively infringing instructions.   Said differently, Teva's label permits non-infringing options for coadministering the substances.   Infringement thus cannot be assumed.   *See Warner-Lambert Co.*, 316 F.3d at 1364–65 ("[T]he request to make and sell a drug labeled with a permissible (non-infringing) use cannot reasonably be interpreted as an act of infringement (induced or otherwise) with respect to a patent on an unapproved use, as the ANDA does not induce anyone to perform the unapproved acts required to infringe.").   For instance, as Corcept's own expert acknowledged, a physician could prescribe up to 600 mg of mifepristone to a patient who is already taking a strong CYP3A inhibitor and not infringe any of the asserted claims.   [*See* Tr. at 268:5–270:9 (Dr. Carroll) (describing the series of steps required over the course of months for a physician to infringe claim 6 of the '800 Patent); *see also* JTX-001.37 ('214 Patent, claim 10); JTX-003.41 ('800 Patent, claim 1); JTX-003.41 ('800 Patent, claim 6).]   Similarly, prescribing a strong CYP3A inhibitor and 300 mg or 600 mg of mifepristone to a patient would not infringe the asserted claims either.   [*See* Tr. at 271:18–272:17 (Dr. Carroll) (acknowledging that § 2.5 of Teva's label would not result in infringement if strong CYP3A inhibitor added where patient already taking 300 mg or 600 mg of mifepristone); *see also* JTX-001.37 ('214 Patent, claim 10); JTX-003.41 ('800 Patent, claim 1); JTX-003.41 ('800 Patent, claim 6).]   *See also supra* Section III.A.2 (pp. 35–36).

Accordingly, because Teva's label cautions physicians against coadministering mifepristone with a strong CYP3A inhibitor unless medically necessary and because infringement of Corcept's patented method is not guaranteed if a physician decides to coadminister the substances, the Court will not infer Teva's specific intent to induce infringement of the asserted claims. *See HZNP*, 940 F.3d at 702; *Vita-Mix*, 581 F.3d at 1329 n.2; *Takeda*, 785 F.3d at 631, 634–35.

Finally, Corcept's remaining arguments fail to persuade the Court to adopt a contrary conclusion. For example, Corcept submits that Teva's intent to induce is evidenced by its failure to seek alternative labeling given its position that coadministration is dangerous. "[H]ad Teva actually believed this, it could have petitioned the FDA to allow Teva to revert back to the original, more restrictive, 2012 Korlym label." [Pl.'s Post-Trial Br. at 20.] It cites this Court's disposition of *AstraZeneca LP v. Apotex, Inc.*, 623 F. Supp. 2d 615, 618 (D.N.J. 2009) (Bumb, J.). Corcept's argument is unconvincing. In *AstraZeneca*, Apotex's attempt to develop an alternative, non-infringing label was at the heart of the Court's analysis of specific intent, in part because the evidence suggested Apotex was aware of an infringement problem and persisted in distributing its generic drug nevertheless. *See id.* at 616, 618; *see also AstraZeneca*, 633 F.3d at 1060–61.

Here, as the Court previously explained, no such infringement problem exists, and Corcept has not met its burden of demonstrating a likelihood of direct infringement if Teva's mifepristone were placed on the market. Furthermore, evidence that a label was materially altered can demonstrate a defendant's lack of intent to

45

Appx45

induce infringement.  *See, e.g.*, *United Therapeutics*, 2014 WL 4259153, at *17–21 (rejecting a patentee's argument that carve out should be discounted because information remaining in generic product's label amounted to an "implicit" instruction).  But the reverse is not true.  The Court is not aware of any precedent requiring an ANDA applicant to modify its product label to avoid direct infringement arguments.  That would turn the legal test "on its head."  *See Takeda*, 785 F.3d at 632 n.4 (explaining that patentee needs to show that ANDA applicant took affirmative steps to induce, "not affirmative steps to make sure others avoid infringement").

## IV.    CONCLUSION

In sum, the Court concludes that Corcept has not met its burden of proving induced infringement pursuant to 35 U.S.C. § 271(b).  Corcept has not demonstrated that direct infringement of the asserted claims is more likely than not if Teva's generic mifepristone product were placed on the market, and Corcept has not persuaded the Court of Teva's affirmative intent to induce infringement based on the language contained in Teva's product label.  Because the credible record evidence discloses that no one has ever practiced the patented method, that physicians seek to avoid coadministering mifepristone and strong CYP3A inhibitors, that non-infringing alternatives are available, and that Teva's product label discourages physicians from coadministering, among other reasons, the Court will enter judgment in Teva's favor.  An accompanying Order shall issue separately.  Fed. R. Civ. P. 58(a).

Appx46

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge

DATED: **December 29, 2023**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| CORCEPT THERAPEUTICS, INC., | |
| Plaintiff, | Civil Action No. 18-03632 |
| v. | (RMB) (LDW) (consolidated) |
| TEVA PHARMACEUTICALS USA, INC., | **ORDER** |
| Defendant. | |

**THIS MATTER** having proceeded to a three-day bench trial in this "Hatch-Waxman Act" case for patent infringement pursuant to 35 U.S.C. § 271(b) and 271(e)(2)(A); and Corcept Therapeutics, Inc. ("**Corcept**"), having failed to meet its burden of proof that Teva Pharmaceuticals USA, Inc. ("**Teva**"), will induce infringement of certain claims recited in United States Patent No. 10,195,214 ("**the '214 Patent**") and United States Patent No. 10,842,800 ("**the '800 Patent**") given the submission of Teva's Abbreviated New Drug Application ("**ANDA**") No. 211436 to the United States Food and Drug Administration for commercial approval of Teva's generic version of Korlym® (mifepristone); and for the reasons set forth in the Opinion of today's date; and for good cause appearing,

**IT IS**, on this <u>29th</u> day of <u>**December 2023**</u>, hereby:

1.    **ORDERED** that judgment is entered in Teva's favor as to Corcept's § 271(b) claim for inducement of patent infringement; and it is further

2.     **ORDERED** that Teva's ANDA No. 211436 does not infringe the '214 Patent or the '800 Patent; and it is finally

3.     **ORDERED** that Teva has not infringed, and that Teva's making, using, offering to sell, selling, or importing Teva's generic mifepristone product will not infringe, claims 10–13 of the '214 Patent or claims 1, 6, 7, and 9 of the '800 Patent.


**s/Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge



US010195214B2

(12) **United States Patent**
Belanoff

(10) Patent No.: **US 10,195,214 B2**
(45) Date of Patent: **\*Feb. 5, 2019**

(54) **CONCOMITANT ADMINISTRATION OF GLUCOCORTICOID RECEPTOR MODULATORS AND CYP3A INHIBITORS**

(71) Applicant: **Corcept Therapeutics, Inc.**, Menlo Park, CA (US)

(72) Inventor: **Joseph K. Belanoff**, Menlo Park, CA (US)

(73) Assignee: **Corcept Therapeutics, Inc.**, Menlo Park, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/627,359**

(22) Filed: **Jun. 19, 2017**

(65) **Prior Publication Data**

US 2017/0326157 A1    Nov. 16, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/465,772, filed on Mar. 1, 2017, provisional application No. 62/466,867, filed on Mar. 3, 2017.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/575* | (2006.01) |
| *A61K 31/567* | (2006.01) |
| *A61K 31/496* | (2006.01) |
| *A61K 45/06* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/575* (2013.01); *A61K 31/496* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
CPC .... A61K 31/575; A61K 31/567; A61K 45/06; A61P 3/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,216,221 | B2 | 12/2015 | Newell-Price |
| 2010/0135956 | A1 | 6/2010 | Gant et al. |
| 2010/0261693 | A1* | 10/2010 | Ulmann ............. A61K 31/567 514/179 |
| 2016/0067264 | A1 | 3/2016 | Newell-Price |
| 2017/0281651 | A1 | 10/2017 | Belanoff |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2008060391 A2 | 5/2008 |
| WO | 2009050136 A2 | 4/2009 |
| WO | 2010052445 A1 | 5/2010 |
| WO | 2016187347 A1 | 11/2016 |

OTHER PUBLICATIONS

Korlym™ (mifepristone) [package insert]. Corcept Therapeutics, Inc., Menlo Park, CA; Feb. 2012. 26 pages.*

Kaeser et al. (Antimicrobial Agents and Chemotherapy, Feb. 2009, p. 609-614). (Year: 2009).*

Kumar et al. The Journal of Pharmacology and Experimental Therapeutics. vol. 277, No. 1:423-431, 1996. See Abstract. (Year: 1996).*

Castinetti et al., "Ketoconazole in Cushing's Disease: Is It Worth a Try?", J Clin Endocrinol Metab, May 2014, 99(5):1623-1630.

Fleseriu et al., "Mifepristone, a Glucocorticoid Receptor Antagonist, Produces Clinical and Metabolic Benefits in Patients with Cushing's Syndrome", J Clin Endocrinol Metab, Jun. 2012, 97(6):2039-2049.

Gal et al., "Effect of ketoconazole on steroidogenic human granulosa-luteal cells in culture", European Journal of Obstetrics & Gynecology and Reproductive Biology, (1991) 39:209-214.

Latrille et al., "A Comparative Study of the Effects of Ketoconazole and Fluconazole on 17-β Estradiol Production by Rat Ovaries in Vitro", Research Communications in Chemical Pathology and Pharmacology, (Apr. 1989), 64(1):173-177.

Albertson et al., "Effect of the antiglucocorticoid RU486 on adrenal steroidogenic enzyme activity and steroidogenesis," EP.J. of Endocrino. (1994) 130: 195-200.

Asser et al., "Autocrine positive regulatory feedback of glucocorticoid secretion: Glucocorticoid receptor directly impacts H295R human adrenocortical cell function," Mol. Cell. Endocrino. (2014) 395(1-2):1-9.

Benagiano et al., "Selective progesterone receptor modulators 3: use in oncology, endocrinology and psychiatry," Expert Opin Pharmacother Oct. 2008, 9(14):2487-2496.

Bertagna et al., "Pituitary-Adrenal Response to the Antiglucocorticoid Action of RU 486 in Cushing's Syndrome," J. Clin Endocrinol Metab (1986) 63:639-643.

Chrousos et al., "Glucocorticoids and glucocorticoid antagonists: Lessions from RU 486," Kidney International, vol. 34, Suppl. 26 (1988), pp. S-18-S-23.

(Continued)

Primary Examiner — Jeffrey S Lundgren
Assistant Examiner — Chris E Simmons
(74) Attorney, Agent, or Firm — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Applicant provides methods of treating diseases including Cushing's syndrome and hormone-sensitive cancers by concomitant administration of a glucocorticoid receptor antagonist (GRA) and steroidogenesis inhibitors, and by concomitant administration of a GRA and CYP3A inhibitors. Applicant provides methods of treating diseases including Cushing's syndrome and hormone-sensitive cancers by concomitant administration of mifepristone and ketoconazole. Subjects treated with CYP3A inhibitors or steroidogenesis inhibitors may suffer from toxicity or other serious adverse reactions; concomitant administration of other drugs would be expected to increase the risk of such toxicity and adverse reactions. Applicant has surprisingly found that GRAs may be administered to subjects receiving CYP3A inhibitors or steroidogenesis inhibitors such as ketoconazole without increasing risk of adverse reactions; for example, Applicant has found that mifepristone may be concomitantly administered with ketoconazole (a CYP3A inhibitor and a steroidogenesis inhibitor), providing safe concomitant administration of the GRA and ketoconazole. In embodiments, the GRA dose may be reduced.

**13 Claims, 1 Drawing Sheet**

*Corcept v. Teva*

1:18-cv-03632 (RMB) (LDW)

**JTX-001**

CORMIFE-T-00001438

**JTX-001.1**

Appx50

**US 10,195,214 B2**

Page 2

(56)                **References Cited**

OTHER PUBLICATIONS

Chu et al., "Successful Long-Term Treatment of Refractory Cushing's Disease with High-Dose Mifepristone (RU 486)," J. Clin Endocrinology Metab, Aug. 2001, 86(8):3568-3573.

Cuneo et al., Metyrapone pre-treated inferior petrosal sinus sampling in the differential diagnosis of ACTH-dependent Cushing's syndrome. Clin Endocrinol (Oxf). May 1997;46(5):607-18.

Ehrenkranz et al. "SUN-66: Using Mifepristone to Differentiate Cushing's Disease from Cushing's Syndrome," The Endocrine Society's 95th Annual Meeting and Expo, Jun. 15-18, 2013 (San Francisco) Abstract.

El-Shafie, et al. "Adrenocorticotropic Hormone-Dependent Cushing's Syndrome: Use of an octreotide trial to distinguish between pituitary or ectopic sources," Sultan Qaboos University Medical Journal, vol. 15, Issue 1, pp. 120-123 (Epub. Jan. 21, 2015).

Fein, et al., Sustained weight loss in patients treated with mifepristone for Cushing's syndrome: a follow-up analysis of the SEISMIC study and long-term extension. BMC Endocr Disord. 15:63 (2015).

Gross et al., "Mifepristone Reduces Weight Gain and Improves Metabolic Abnormalities Associated With Risperidone Treatment in Normal Men." Obesity vol. 18 No. 12/Dec. 2010; Published online Mar. 25, 2010.

Healy et al., "Pituitary and adrenal responses to the antiprogesterone and anti-glucocorticoid steroid RU486 in primates," J. Clin Endocrinol Metab (1983) 57(4):863-865.

Lee et al., Office of Clinical Pharmacology Review NDA 20687 (Addendum, Korlym™, Mifepristone) (2012).

Lely Van Der A-J et al., "Rapid Reversal of Acute Psychosis in the Cushing Syndrome with the Cortisol-Receptor Antagonist Mifepristone (RU 486)," Annals of Internal Medicine, Jan. 15, 1991, 114(2):143-144.

Medical Encyclopedia of Medline (http://www.nlm.nih.gov/medlineplus/ency/article/003430.htm) 4 pages, Oct. 2005.

Moncet et al. Ketoconazole therapy: an efficacious alternative to achieve eucortisolism in patients with Cushing's syndrome. Medicina 67:26-31 (2007).

Reimondo et al., "The corticotrophin-releasing hormone test is the most reliable noninvasive method to differentiate pituitary from ectopic ACTH secretion in Cushing's syndrome," Clinical Endocrinology, (2003) 58:718-724.

Ritzel et al.. "ACTH after 15 min distinguishes between Cushing's disease and ectopic Cushing's syndrome: a proposal for a short and simple CRH test," European Journal of Endocrinology, vol. 173, No. 2, pp. 197-204 (2015).

Sarkar, "Mifepristone: bioavailability, pharmacokinetics and use-effectiveness," *European Journal of Obstetrics and Gynecology and Reproductive Biology*, vol. 101, pp. 113-120 (2002).

Tsigos, "Differential Diagnosis and Management of Cushing's Syndrome," Ann. Rev. Med. vol. 47, pp. 443-461 (1996).

PCT/US2017/01374, International Search Report and Written Opinion, dated Jan. 18, 2017, pp. 1-12.

PCT/EP2008/063699, International Search Report, dated May 6, 2009, pp. 2-6.

FDA Label for Korlym® dated Oct. 2016.

U.S. Appl. No. 15/627,368, "Non-Final Office Action", dated Aug. 8, 2017, 13 pages.

Greenblatt et al. "Ritonavir is the best alternative to ketoconazole as an index inhibitor of cytochrome P450-3A in drug-drug interaction studies," Brit. J. Clin. Pharmacol. 80(3)342-350 (2015)).

"Clinical Drug Interaction Studies—Study Design, Data Analysis, and Clinical Implications Guidance for Industry" dated Oct. 2017 https://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/DrugInteractionsLabeling/ucm093606.htm (accessed Dec. 11, 2017).

"Drug Development and Drug Interactions: Table of Substrates, Inhibitors and Inducers" https://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/DrugInteractionsLabeling/ucm093664.htm (FDA website (cached), accessed Dec. 8, 2017).

Chapter 1, "Pharmacokinetics: The Dynamics of Drug Absorption, Distribution, and Elimination", Benet LZ et al., in The Pharmacological Basis of Therapeutics, Eighth Edition, Pergamon Press, Elmsford, New York, USA, 1990, pp. 3-32.

U.S. Appl. No. 15/627,368, final Office action dated Dec. 5, 2017 for U.S. Application entitled "Concomitant Administration of Glucocorticoid Receptor Modulators and CYP3A or Steroidogenesis Inhibitors", filed Jun. 19, 2017; inventor J. Belanoff; Applicant: Corcept Therapeutics; published as US 2017-0281651 A1.

Morgan et al., "Mifepristone for Management of Cushing's Syndrome", Pharmacotherapy, Feb. 21, 2013, 33(3):319-329.

Varis et al., "The Effect of Itraconazole on the Pharmacokinetics and Pharmacodynamics of Oral Prednisolone", European Journal of Clinical Pharmacology, Apr. 2000, 56(1):57-60.

PCT/US2018/020336 , "International Search Report and Written Opinion", dated May 15, 2018, 11 pages.

* cited by examiner

Appx51



**FIG. 1**



**FIG. 2**

CORMIFE-T-00001440
**JTX-001.3**

Appx52

US 10,195,214 B2

1

# CONCOMITANT ADMINISTRATION OF GLUCOCORTICOID RECEPTOR MODULATORS AND CYP3A INHIBITORS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of, and priority to, U.S. Provisional Application Ser. No. 62/465,772, filed Mar. 1, 2017, and U.S. Provisional Application Ser. No. 62/466,867, filed Mar. 3, 2017, the entire contents of both of which applications are hereby incorporated by reference in their entireties.

## BACKGROUND

Steroid molecules, such as steroid hormones, play an important role in bodily functions and in bodily responses to infectious and other diseases, and to the environment. Many steroid molecules are synthesized in the body, or are produced from molecules consumed in the diet. Steroid molecules which act as hormones in the body include estrogen, progesterone, testosterone, and cortisol. Some steroid molecules have medicinal effects. Inhibition of steroid synthesis or metabolism can be useful in the treatment of some disorders.

Cortisol, a steroid molecule, plays an important role in many bodily functions. Cortisol exerts effects by binding to cortisol receptors, which are present in most tissues in the body. However, dysregulation of cortisol may have adverse effects on a subject. For example, Cushing's syndrome, caused by excess levels of cortisol, is characterized by symptoms including elevated blood pressure, elevated blood glucose, increased weight, increased mid-section perimeter, other pre-diabetic symptom, a "moon-face" facial appearance, immune suppression, thin skin, acne, depression, hirsutism, and other symptoms. Clinical manifestations of Cushing's syndrome include abnormalities in glucose control, requirement for anti-diabetic medication, abnormalities in insulin level, abnormal psychiatric symptoms, cushingoid appearance, acne, hirsutism, and increased or excessive body weight, and other symptoms.

One effective treatment of cortisol dysregulation is to block the binding of cortisol to cortisol receptors, or to block the effect of cortisol binding to cortisol receptors. Mifepristone binds to cortisol receptors, and acts to block such binding and to block the effect of cortisol on tissues. Mifepristone is 11β-(4-dimethylaminophenyl)-17β-hydroxy-17α-(1-propynyl)-estra-4,9-dien-3-one).

Another effective treatment of cortisol dysregulation is to reduce the synthesis of cortisol, e.g., by reducing or blocking steroid synthesis. A "steroidogenesis inhibitor" is a compound which reduces or blocks the synthesis of steroid molecules (including, e.g., cortisol) when administered to a subject. Steroidogenesis inhibitors include, for example, ketoconazole, metyrapone, etomidate, and other drugs.

Many enzymes are involved in steroid synthesis and in steroid metabolism, including cytochrome P450 enzymes, encoded by CYP genes. Inhibiting steroid synthesis may lower the levels of steroids, including, e.g., cortisol, in the blood. For example, CYP3A enzymes play important roles in the synthesis of steroid hormones such as cortisol.

However, many drugs inhibit the levels or actions of CYP3A gene products (termed "inhibit CYP3A"). The following drugs inhibit CYP3A: ketoconazole, itraconazole, fluconazole, cimetidine, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, bocepre-

2

vir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, telithromycin, and voriconazole, among many drugs which inhibit CYP3A. For example, the following drugs strongly inhibit CYP3A (i.e., increase AUC (area under the concentration-time curve) by 10-fold or greater of sensitive index substrates), either alone or in combination with other drugs: boceprevir, cobicistat, conivaptan, danoprevir and ritonavir, elvitegravir and ritonavir, indinavir, ritonavir, itraconazole, ketoconazole, lopinavir, paritaprevir, ombitasvir, dasabuvir, posaconazole, saquinavir, telaprevir, tipranavir, troleandomycin, and voriconazole.

Ketoconazole is an exemplary and an important steroidogenesis inhibitor and is a strong CYP3A inhibitor. Ketoconazole (chemical name: 1-acetyl-4-[4-[[2-(2,4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl] methoxy]phenyl]piperazine) is administered for the treatment of fungal infections; it also affects steroid metabolism by inhibiting steroidogenesis, and has anti-glucocorticoid and anti-androgen effects due to its interference with enzymatic conversion of cholesterol to hormones such as cortisol and testosterone. Ketoconazole has effects on liver enzymes and the gastrointestinal (GI) tract, among other effects (Fleseriu and Castinetti, *Pituitary* 19:643-653 (2016)).

Ketoconazole inhibits steroid synthesis and is thus useful in the treatment Cushing's syndrome; in the treatment of prostate cancer and other androgen-sensitive cancers; to reduce estrogen or progesterone production (e.g., in patients with hormone-sensitive cancers such as breast cancer and ovarian cancer); and in other treatments.

A drug such as ketoconazole is typically metabolized and excreted by a subject over time following administration. An effective dose is determined based on the expected amounts of metabolism and excretion of the drug. Changes in the amounts or rates of metabolism and/or excretion of a drug will affect the dose required, and may make an otherwise safe dose, if metabolism or excretion changes, into either a less, or ineffective dose, or a more effective or even toxic dose.

However, although sometimes clinically useful, ketoconazole may have adverse, including seriously toxic, effects (Fleseriu and Castinetti, *Pituitary* 19:643-653 (2016)). The U.S. Food and Drug Administration issued a Drug Safety Communication (Jul. 26, 2013 Safety Announcement regarding Nizoral® (ketoconazole)) warning of potentially fatal liver damage associated with oral ketoconazole treatment and warning of the risk of adrenal insufficiency, also a potentially fatal disorder. The Safety Announcement warned: "Nizoral tablets can cause liver injury, which may potentially result in liver transplantation or death." The Safety Announcement further stated: "Nizoral tablets may interact with other drugs a patient is taking and can result in serious and potentially life-threatening outcomes, such as heart rhythm problems." Thus, ketoconazole can be quite toxic if administered in excessive amounts, or if it is administered to sensitive individuals, particularly when administered systemically (as opposed, e.g., to topically). This toxicity can lead to liver damage (sometimes requiring liver transplantation). Other CYP3A inhibitors, including, e.g., itraconazole, ritonavir, and other CYP3A inhibitors as discussed herein, may have similar effects and may require similar warnings.

The simultaneous, or nearly simultaneous (e.g., concomitant) presence of two drugs in a subject may alter the effects of one or the other, or both, drugs. Such alterations are termed drug-drug interactions. For example, the required

US 10,195,214 B2

**3**

dose of a drug is often strongly affected by taking the amount and rate of its degradation in, and elimination from, the body (e.g., by liver or kidney action). However, the presence of a second drug in the body, which is also being acted upon by the liver and kidney, can have significant effects on the amount and rate of degradation of the first drug, and can increase the amount of the first drug that remains in the body at a given time beyond the amount that would have been present at that time in the absence of the second drug. Thus, the presence of a second drug can often increase the effective dose of the first drug. Where the first drug has toxic side effects, such an increase in effective dose of the first drug may lead to dangerous toxicity that would not have been expected were the second drug not present.

Concomitant administration of different drugs often leads to adverse effects since the metabolism and/or excretion of each drug may reduce or interfere with the metabolism and/or excretion of the other drug(s), thus increasing the effective concentrations of those drugs as compared to the effective concentrations of those drugs when administered alone. Thus, concomitant administration of drugs is often expected to increase the risk of toxic effects of one or both of the co-administered drugs. Some drugs, such as ketoconazole, present risk of liver damage (including severe cases including liver failure and even requiring liver transplants) and other toxic effects when administered alone; the risk of such toxic effects is believed to be increased when other drugs are concomitantly administered. Where a drug, such as ketoconazole, is known to present a high risk of toxic effects, clinicians will typically avoid its concomitant administration with other drugs.

However, patients often require treatment with multiple drugs, so that the potential toxicity of drugs such as keto-conazole present disadvantages that can have deleterious consequences for the patient who requires ketoconazole treatment, or may require foregoing the use of ketoconazole or of some other drug which may have otherwise been required for successful treatment.

Accordingly, improved methods of treatment allowing the administration of other drugs along with CYP3A inhibitors (such as, e.g., ketoconazole) and along with steroidogenesis inhibitors (such as, e.g., ketoconazole) are desired.

SUMMARY

Applicant discloses herein that CYP3A inhibitors such as, e.g., ketoconazole, may be concomitantly administered with glucocorticoid receptor modulators (GRMs) such as the GR antagonist (GRA) mifepristone. Such concomitant administration of a CYP3A inhibitor such as ketoconazole and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow the reduction in the amount of a GRM, or of a CYP3A inhibitor, administered to the subject; such reduction may reduce the risk of toxic effects of the CYP3A inhibitor concomitantly administered with the GRM. In embodiments, the CYP3A inhibitor is a strong CYP3A inhibitor. Such concomitant administration of a CYP3A inhibitor such as ketoconazole and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, may allow the reduction in the amount of GRM administered to the subject, and may allow the reduction in the amount of a CYP3A inhibitor administered to the subject; such reductions may improve treatment of the patient and may reduce the risk of toxic effects of the CYP3A inhibitor.

**4**

Applicant discloses herein that steroidogenesis inhibitors may be concomitantly administered with glucocorticoid receptor modulators (GRMs) such as the GR antagonist (GRA) mifepristone. Such concomitant administration of a steroidogenesis inhibitor and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow concomitant administration of a GRA and a steroidogenesis inhibitor, may allow the reduction of the amount of GRM administered to the subject, or may allow the reduction in the amount of a steroidogenesis inhibitor administered to the subject; such reductions may reduce the risk of toxic effects of the steroidogenesis inhibitor. Such concomitant administration of a steroidogenesis inhibitor and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow the reduction in the amount of GRM or of a steroidogenesis inhibitor administered to the subject; such reduction may improve treatment of the subject and may reduce the risk of toxic effects of the steroidogenesis inhibitor.

For example, Applicant has surprisingly discovered that mifepristone may be administered to patients concomitantly receiving ketoconazole. For example ketoconazole may be administered to patients previously, or concomitantly, also receiving mifepristone so that the patient concomitantly receives ketoconazole and mifepristone. Such concomitant administration of ketoconazole and mifepristone is typically safe for the patient, provides the therapeutic benefits of both drugs to the patient, and may allow the reduction in the amount of mifepristone administered to the subject; such reduction may provide an effective dose of mifepristone that is a lower dose, yet still provides similar plasma mifepristone levels as, and may be as effective as, the dose of mifepristone administered in the absence of ketoconazole. Such concomitant administration of ketoconazole and mifepristone provides the therapeutic benefits of both drugs to the patient, may allow a reduction in the amount of mifepristone administered to the patient, and may allow the reduction in the amount of ketoconazole administered to the patient; such reduction may reduce the risk of toxic effects of ketoconazole, and may improve the treatment of the patient.

Applicant's surprising discovery is believed to apply to patients suffering from a disease or disorder and receiving a CYP3A inhibitor, including a strong CYP3A inhibitor such as ketoconazole; such patients suffering from a disease or disorder may be safely administered a GRM, such as mifepristone, concomitantly with the administration of a CYP3A inhibitor such as ketoconazole. Such concomitant administration is believed to be safe for the patient. For example, concomitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of ketoconazole toxicity in the patient, and is believed to be safe for the patient. In particular, Applicant discloses herein that Cushing's syndrome patients receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such concomitant administration of ketoconazole and mifepristone to a patient suffering from Cushing's syndrome is believed to be safe for the patient suffering from Cushing's syndrome, which is characterized by hypercortisolism. Patients suffering from Cushing's syndrome, such as those suffering from endogenous Cushing's syndrome, may suffer hyperglycemia secondary to hypercortisolism. Concomitant administration of a GRA (such as, e.g., mifepristone) and a CYP3A inhibitor (such as, e.g., ketoconazole) as disclosed herein is believed to be safe,

CORMIFE-T-00001442

**JTX-001.5**

Appx54

US 10,195,214 B2

5

and to be suitable for controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome.

In embodiments, a method of treating a patient with Cushing's syndrome, the patient currently taking a GRA at an original dosage, comprises reducing the amount of GRA from said original dosage to an adjusted dosage that is less than the original dosage when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments, a method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, the patient currently taking a GRA at an original dosage, comprises reducing the amount of GRA from said original dosage to an adjusted dosage that is less than the original dosage when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments of such methods, the adjusted dosage is less than the original dosage by at least an amount selected from about 5%, 10%, 15%, 20%, 25%, 30%, $33^{1/3}$%, 35%, 40%, 45%, 50%, 55%, 60%, 65% $66^{2/3}$%, 70%, 75%, 80%, 85%, and 90% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 10% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 25% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least $33^{1/3}$% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 50% of the original dosage.

In embodiments, where a GRM such as mifepristone would be prescribed at a first GRM dose, the amount of the GRM (such as mifepristone) administered, when co-administered with a steroidogenesis inhibitor or CYP3A inhibitor such as ketoconazole, may be reduced to a reduced GRM dose that has a smaller amount of GRM as compared to the first GRM dose yet provide effective treatment at the reduced GRM dose co-administered with a steroidogenesis inhibitor such as ketoconazole. In embodiments, the clinical status of a subject receiving a reduced GRM dose concomitantly with a steroidogenesis inhibitor may be monitored for clinical response, e.g., for clinical response to the GRM (such as mifepristone). Monitoring for clinical response may include monitoring for clinical effect of the GRM, including clinical efficacy of the GRM; for clinical effect of a steroidogenesis inhibitor of CYP3A inhibitor; for possible adverse reaction to a steroidogenesis inhibitor or CYP3A inhibitor, or the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; for possible side-effects of a steroidogenesis inhibitor or CYP3A inhibitor; for possible side-effects of the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; or combinations thereof.

In embodiments, the reduced GRM dose may be increased as necessary and as safe for the patient according to such monitoring of the patient. In embodiments, the reduced GRM dose may be titrated upwards as necessary and as safe for the subject according to such monitoring of the patient in order to achieve effective treatment of Cushing's syndrome while remaining safe for the patient with regard to possible adverse effects of the concomitant administration of the GRM and the CYP3A inhibitor, or of the concomitant administration of the GRM and the steroidogenesis inhibitor.

In embodiments, where a GRM such as mifepristone would be prescribed at a first GRM dose, the amount of the GRM (such as mifepristone) administered, when co-administered with a CYP3A inhibitor, including a strong CYP3A inhibitor such as ketoconazole, may be reduced to a reduced

6

GRM dose that has a smaller amount of GRM as compared to the first GRM dose yet provide effective treatment at the reduced GRM dose co-administered with a CYP3A inhibitor such as ketoconazole. In embodiments, the clinical status of a patient receiving a reduced GRM dose concomitantly with a CYP3A inhibitor may be monitored, e.g., for clinical effect of the GRM, for clinical effect of the CYP3A inhibitor, for possible adverse reaction to the CYP3A inhibitor or its use in combination with the GRM, for possible side-effects of the CYP3A inhibitor or its use in combination with the GRM, or combinations thereof. In embodiments, the reduced GRM dose may be increased as necessary and as safe for the patient according to such monitoring of the patient. In embodiments, the reduced GRM dose may be titrated upwards as necessary and as safe for the patient according to such monitoring of the patient in order to achieve effective treatment of Cushing's syndrome while remaining safe for the patient with regard to possible adverse effects of the concomitant administration of the GRM and the CYP3A inhibitor.

Accordingly, Applicant discloses herein that a steroidogenesis inhibitor may be administered to patients concomitantly receiving administration of a GRM. Accordingly, Applicant discloses herein that a CYP3A inhibitor may be administered to patients concomitantly receiving administration of a GRM. For example, Applicant discloses herein that ketoconazole, a steroidogenesis inhibitor and a CYP3A inhibitor, may be administered to patients suffering from a disease or disorder, such as, e.g., Cushing's syndrome, who are concomitantly receiving administration of a GRM such as mifepristone. Such concomitant administration of both a GRA (such as mifepristone) and a CYP3A inhibitor (such as ketoconazole) may be administered to a patient suffering from endogenous Cushing's syndrome to control hyperglycemia secondary to hypercortisolism in the patient.

Accordingly, Applicant discloses herein that GRMs may be administered to subjects previously, or concomitantly, also receiving administration of a steroidogenesis inhibitor or a CYP3A inhibitor. For example, Applicant discloses herein that GRMs may be administered to subjects suffering from a disease or disorder, such as, e.g., Cushing's syndrome, who previously, or are concomitantly, also receiving administration of a steroidogenesis inhibitor or a CYP3A inhibitor such as ketoconazole. Applicant discloses methods for concomitant administration of a GRM and a steroidogenesis or CYP3A inhibitor such as ketoconazole useful for treating a subject in need of such administration. Subjects in need of such administration include subjects suffering from a disease or disorder, and include subjects suffering from Cushing's syndrome. Applicant further discloses that such administration of a GRM and a steroidogenesis or a CYP3A inhibitor such as ketoconazole is typically safe for the subject, and provides the therapeutic benefits of both drugs to the subject. In embodiments, such concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRM may allow the reduction in the amount of GRM, or of a steroidogenesis or a CYP3A inhibitor such as ketoconazole, that is administered to the subject; such reductions may reduce the risk of toxic effects of a steroidogenesis or a CYP3A inhibitor such as ketoconazole, such as, e.g., reduce the risk of liver damage to the subject. The GRM may be, e.g., mifepristone.

Applicant has surprisingly discovered that a steroidogenesis or a CYP3A inhibitor such as ketoconazole may be concomitantly administered with GRMs, such as GRAs, so that concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA for

CORMIFE-T-00001443

**JTX-001.6**

US 10,195,214 B2

7

example may provide safe and effective treatment of a patient in need of treatment. A patient receiving concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA may be, for example, a patient in need of treatment for Cushing's syndrome (including Cushing's Disease), breast cancer, prostate cancer, ovarian cancer, or other hormone-sensitive cancer. In embodiments, such a patient in need of treatment may receive concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA, such as mifepristone. In embodiments, such a patient in need of treatment may receive concomitant administration of ketoconazole and mifepristone.

The methods, compositions, and kits disclosed herein are suitable for use in treating patients suffering from Cushing's syndrome (including Cushing's Disease); or from prostate cancer and other androgen-sensitive cancers; or from breast cancer, ovarian cancer, or other hormone-sensitive cancer (e.g., cancer sensitive to estrogen or progesterone); and are suitable for use in treating subjects suffering from other diseases, disorders, or syndromes.

In embodiments of the methods disclosed herein, a patient currently receiving a GRM, such as mifepristone, is also concomitantly administered a steroidogenesis or a CYP3A inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a patient currently receiving a GRM, such as mifepristone, as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is also concomitantly administered a steroidogenesis or a CYP3A inhibitor such as ketoconazole, whereby the condition is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

In embodiments of the methods disclosed herein, a patient currently receiving a steroidogenesis or a CYP3A inhibitor such as ketoconazole is also concomitantly administered a GRM. In embodiments of the methods disclosed herein, a patient currently receiving a steroidogenesis or a CYP3A inhibitor such as ketoconazole as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is also concomitantly administered a GRM, whereby the patient is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

Thus, in embodiments of the methods disclosed herein, a patient in need of treatment for a condition is concomitantly administered both a GRM (such as mifepristone) and a steroidogenesis or a CYP3A inhibitor (such as ketoconazole), whereby the patient is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient

8

suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

In embodiments, the amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is the same amount, or substantially the same amount, of GRM previously administered to the patient prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, the amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is less than the amount of GRM previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, administration of a reduced amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is an effective amount of GRM; in embodiments, the reduced amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is as effective as the amount of GRM previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. The GRM may be mifepristone. The steroidogenesis or a CYP3A inhibitor may be ketoconazole.

In embodiments, the amount of steroidogenesis or a CYP3A inhibitor administered concomitantly with the GRM is the same amount, or substantially the same amount, of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, the amount of steroidogenesis or CYP3A inhibitor administered concomitantly with the GRM is less than the amount of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, administration of a reduced amount, of steroidogenesis or CYP3A inhibitor administered concomitantly with a GRM is an effective amount of steroidogenesis or CYP3A inhibitor; in embodiments, the reduced amount of steroidogenesis or CYP3A inhibitor administered concomitantly with a GRM is as effective as the amount of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. The GRM may be mifepristone. The steroidogenesis or CYP3A inhibitor may be ketoconazole.

Concomitant administration of a GRM and steroidogenesis or a CYP3A inhibitor may be administration of a GRM followed within a short time by administration of a steroidogenesis or a CYP3A inhibitor. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of mifepristone followed within a short time by administration of ketoconazole. Concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of a steroidogenesis or a CYP3A inhibitor followed within a short time by administration of a GRM. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of ketoconazole followed within a short time by administration of mifepristone. Concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be simultaneous administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be simultaneous administration of mifepristone and ketoconazole.

CORMIFE-T-00001444

JTX-001.7

Appx56

In embodiments, the GRM is a steroidal GRM, such as, e.g., mifepristone. In embodiments, the GRM is a non-steroidal GRM. In embodiments, the GRM is a glucocorticoid receptor antagonist (GRA). In embodiments, the GRA is a steroidal GRA. In embodiments, the GRA is mifepristone. In embodiments, the GRA is a non-steroidal GRA. In embodiments, the GRA is a non-steroidal GRA selected from a GRA having a cyclohexyl-pyrimidine backbone, GRA having a fused azadecalin backbone, a GRA having a heteroaryl ketone fused azadecalin backbone, and a GRA having an octahydro fused azadecalin backbone.

In embodiments, a patient is concomitantly administered a GRM and ketoconazole; in embodiments, the GRM is mifepristone. In embodiments, concomitant administration comprises simultaneous administration of a GRM and keto-conazole to a patient, where the GRM is mifepristone. In embodiments, the amount of ketoconazole administered concomitantly with the mifepristone is the same amount, or substantially the same amount, of ketoconazole previously administered to the subject prior to concomitant administration of mifepristone and ketoconazole. In embodiments, the amount of ketoconazole administered concomitantly with the mifepristone is less than the amount of ketoconazole previously administered to the subject prior to concomitant administration of mifepristone and ketoconazole.

Accordingly, in embodiments, Applicant discloses herein a method for treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome, said patient receiving a first dose of a glucocorticoid receptor antagonist (GRA), said method comprising: concomitantly administering to the patient a dose of a CYP3A inhibitor and a reduced dose of said GRA, wherein said reduced GRA dose consists of a GRA dose that is less than the first GRA dose, whereby the patient is treated for Cushing's syndrome or a condition associated with Cushing's syndrome by concomitant administration of said CYP3A inhibitor and a reduced dose said GRA. Conditions associated with Cushing's syndrome include, without limitation, hyperglycemia secondary to hypercortisolism, e.g., hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing' syndrome. Conditions associated with Cushing's syndrome also include, without limitation, hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has type 2 diabetes mellitus or glucose intolerance. Conditions associated with Cushing's syndrome further include, without limitation, hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has a) type 2 diabetes mellitus or glucose intolerance, and b) has failed surgery or is not a candidate for surgery.

In embodiments, the dosage of said reduced GRA dose is less than the dosage of said first GRA dose by at least an amount selected from about 5%, 10%, 15%, 20%, 25%, 30%, 33$^{1/3}$%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 66$^{2/3}$%, 70%, 75%, 80%, 85%, and 90% of the first GRA dose. In embodiments, the dosage of said reduced GRA dose is less than the dosage of said first GRA dose by about 300 milligrams (mg) of said GRA. In embodiments, the dosage amount of said first GRA dose is 600 mg or higher of said GRA. In embodiments, said reduced GRA dose is a GRA dose selected from the group of GRA doses consisting of about 1500 milligrams (mg) GRA, about 1200 mg GRA, about 900 mg GRA, and about 600 mg GRA. In embodiments, said reduced GRA dose is 900 mg of the GRA. In embodiments, said reduced GRA dose is 600 mg of the GRA. In embodiments, the reduced GRA dose is a daily GRA dose. In embodiments, the methods further comprise

titrating upwards the dosage of the reduced GRA dose. In embodiments, such titrating upwards comprises increasing the dosage of the reduced GRA dose in increments of 300 milligrams (mg) of GRA. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks. In embodiments, the methods include monitoring the patient for clinical response to the GRA. In embodiments, such titrating upwards follows a determination that said reduced GRA dose is associated with a decrease in clinical response to the GRA. In embodiments, monitoring the patient for clinical response to the GRA comprises monitoring the patient for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, body weight, or combinations thereof. In embodiments, such titrating upwards is capped at a dosage level of 900 milligrams per day. In embodiments, such titrating upwards is capped at a dosage level of 600 milligrams per day. In embodiments of the methods disclosed herein, the reduced GRA dose is a daily dose of 900 mg mifepristone. In embodiments of the methods disclosed herein, the reduced GRA dose is a daily dose of 600 mg mifepristone.

Embodiments of the methods disclosed herein are directed to treating a patient suffering from Cushing's syndrome or a condition associated with Cushing's syndrome. In embodiments, the patient suffering from Cushing's syndrome or a condition associated with Cushing's syndrome is a patient suffering from a condition associated with endogenous Cushing's syndrome. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating a patient who is suffering from hyperglycemia secondary to hypercortisolism. In embodiments, treating patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating hyperglycemia secondary to hypercortisolism in a Cushing's syndrome patient having type 2 diabetes mellitus or glucose intolerance. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating hyperglycemia secondary to hypercortisolism in a Cushing's syndrome patient, said patient a) having type 2 diabetes mellitus or glucose intolerance, and b) having failed surgery or is not a candidate for surgery. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises administering mifepristone to control hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has a) type 2 diabetes mellitus or glucose intolerance, and b) has failed surgery or is not a candidate for surgery.

In embodiments, Applicant discloses herein a method for treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome, said patient receiving a first dose of a glucocorticoid receptor antagonist (GRA), said method comprising: concomitantly administering to the patient a dose of said CYP3A inhibitor and a first dose of a glucocorticoid receptor antagonist (GRA), whereby the patient is treated for Cushing's syndrome or a condition associated with Cushing's syndrome by concomitant administration of said CYP3A inhibitor and said GRA. In embodiments, the first GRA dose is selected from a GRA dose no greater than 900 milligrams (mg) per day of the GRA, and no greater than 600 mg per day of the

US 10,195,214 B2

11 | 12

GRA. In embodiments, the patient had been administered a dose of the CYP3A inhibitor prior to said administering of said first GRA dose. In embodiments, said concomitant administration of the CYP3A inhibitor and said GRA comprises administration of said first GRA dose to a patient having detectable levels of said CYP3A inhibitor, wherein said patient had been administered a dose of the CYP3A inhibitor prior to said administration of said first GRA dose. In embodiments, methods further comprise titrating upwards the dosage of a subsequent GRA dose, wherein the dosage of said subsequent GRA dose is a greater amount of GRA than the amount of GRA of the first GRA dose. In embodiments, such titrating upwards comprises increasing the dosage of the subsequent GRA dose in increments of 300 milligrams (mg) of GRA. In embodiments, the interval of time between upward titration of a subsequent GRA dose, or of an upwardly titrated subsequent GRA dose, and a subsequent upward titration of the dosage of the subsequent GRA dose is selected from one week, two weeks, three weeks, and four weeks.

In embodiments of the methods disclosed herein, the CYP3A inhibitor is a strong CYP3A inhibitor selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, and voriconazole. In embodiments, the CYP3A inhibitor is ketoconazole.

In embodiments of the methods disclosed herein, the GRA is mifepristone.

The methods disclosed herein provide advantages including expanded treatment options for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions.

The methods disclosed herein provide advantages including improved treatments for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions, where such improved treatments may include the ability to alter the amount of a GRM, such mifepristone, administered to the patient by administering a GRM such as mifepristone concomitantly with ketoconazole. In embodiments, such improved treatments include the ability to reduce the amount of a GRM, such as mifepristone, administered to a subject.

The methods disclosed herein provide advantages including improved treatments for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions, where such improved treatments may include the ability to alter the amount of ketoconazole administered to the patient by administering a GRM such as mifepristone concomitantly with ketoconazole. In embodiments, such improved treatments include the ability to reduce the amount of ketoconazole administered to a subject and thus to reduce risk of toxic effects of the ketoconazole.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the mean and standard deviation of mifepristone and its metabolites RU42633, RU42698, and RU42848 measured in healthy male volunteers prior to administration of mifepristone on days one through seventeen. Ketoconazole was also administered on days thirteen-seventeen.

FIG. 2 shows the plasma concentration profile of mifepristone measured in healthy male volunteers on day twelve (before administration of ketoconazole) and on day seventeen (the fifth day of ketoconazole administration).

DETAILED DESCRIPTION

Ketoconazole strongly inhibits corticosteroid synthesis; thus, ketoconazole strongly reduces cortisol levels in subjects administered ketoconazole. However, there is concern over its use, for example, due to potential hepatoxicity (see, e.g., Castinetti et al., J Clin Endocrinol Metab 99(5):1623-1630 (2014)).

According to the U.S. Food and Drug Administration (FDA) definition strong CYP3A inhibitors are expected to increase the AUC of other drugs by greater than five-fold. Ketoconazole is identified by the FDA as a strong CYP3A inhibitor (See FDA web posting: Drug Development and Drug Interactions: Table of Substrates, Inhibitors and Inducers).

Surprisingly, as disclosed herein, concomitant administration of mifepristone and ketoconazole causes only a small increase in the plasma levels of mifepristone, and does not cause the large increases that would have been expected for such concomitant administration.

Applicant has surprisingly found that concomitant administration of mifepristone and ketoconazole causes only a small increase in the AUC and in the Cmax of mifepristone in subjects receiving mifepristone alone for twelve days, and then administered both mifepristone and ketoconazole concomitantly. The Cmax of mifepristone administered concomitantly with ketoconazole is increased by less than two-fold (a mere 28% increase in mifepristone Cmax) and the AUC of mifepristone administered concomitantly with ketoconazole is increased by less than two-fold (a mere 38% increase in mifepristone AUC) in subjects receiving 600 mg mifepristone per day who then are given 400 mg ketoconazole (200 mg twice per day)).

Also surprisingly, as disclosed herein, concomitant administration of ketoconazole and mifepristone also caused smaller increases in ketoconazole levels than would be expected. The Cmax of ketoconazole administered concomitantly with mifepristone is increased by less than four-fold (365% increase in ketoconazole Cmax) and the AUC of ketoconazole administered concomitantly with mifepristone is increased by less than three-fold (253% increase in ketoconazole AUC) when comparing ketoconazole levels on the first day of concomitant administration of both drugs as compared to the ketoconazole levels in subjects on the fifth day of receiving 400 mg ketoconazole (200 mg twice per day) concomitantly with 600 mg mifepristone per day.

Ketoconazole is a strong inhibitor of steroidogenesis; thus it is believed that ketoconazole may serve as an examplar for other strong inhibitors of steroidogenesis and that these results indicate that mifepristone, and other glucocorticoid receptor modulators, including other glucocorticoid receptor antagonists, may be safely administered concomitantly with steroidogenesis inhibitors according to the methods disclosed herein.

Ketoconazole is a strong inhibitor of CYP3A enzymes; thus it is believed that ketoconazole may serve as an examplar for other strong inhibitors of CYP3A enzymes and that these results indicate that mifepristone, and other glucocorticoid receptor modulators, including other glucocorticoid receptor antagonists, may be safely administered concomitantly with CYP3A enzyme inhibitors according to the methods disclosed herein.

CORMIFE-T-00001446
**JTX-001.9**

US 10,195,214 B2

13                                                    14

Applicant discloses herein methods for the safe concomitant administration of both a glucocorticoid receptor modulator (GRM) and steroidogenesis inhibitor to a subject. Applicant discloses herein the surmising finding that both a GRM such as mifepristone and a steroidogenesis inhibitor such as ketoconazole may be safely administered to a subject at the same, or nearly the same, time (i.e., the GRM and the steroidogenesis inhibitor may be concomitantly administered).

Applicant discloses herein methods for the safe concomitant administration of both a glucocorticoid receptor modulator (GRM) and CYP3A inhibitor to a subject. Applicant discloses herein the surprising finding that both a GRM such as mifepristone and a CYP3A inhibitor such as ketoconazole may be safely administered to a subject at the same, or nearly the same, time (i.e., the GRM and the CYP3A may be concomitantly administered).

Applicant discloses herein the surprising finding that a subject receiving ketoconazole, which is a steroidogenesis inhibitor and is a CYP3A inhibitor, may also be safely administered an effective dose of mifepristone, which is a glucocorticoid receptor modulator (GRM), e.g., a glucocorticoid receptor antagonist (GRA). Applicant also discloses herein the surprising finding that a subject receiving mifepristone, which is a glucocorticoid receptor modulator (GRM), e.g., a glucocorticoid receptor antagonist (GRA), may also be safely administered ketoconazole, which is a steroidogenesis inhibitor and is a CYP3A inhibitor.

In embodiments of the methods disclosed herein, a subject receiving a GRM (such as, e.g., a glucocorticoid receptor antagonist (GRA) such as mifepristone) may be safely administered an effective dose of a steroidogenesis inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a subject may be safely administered ketoconazole and a reduced dose of a GRM, where the reduced dose of a GRM is an effective dose of GRM that is a smaller GRM dose than the GRM dose administered in the absence of a steroidogenesis inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a subject may be safely administered a GRM and a reduced dose of a steroidogenesis inhibitor such as ketoconazole, where the reduced dose of the steroidogenesis inhibitor is an effective dose of the steroidogenesis inhibitor that is a smaller dose than the a steroidogenesis inhibitor dose administered in the absence of the GRM. In embodiments of the methods disclosed herein, a subject receiving a steroidogenesis inhibitor such as, e.g., ketoconazole, may be safely administered an effective dose of a GRM, such as, e.g., mifepristone. In embodiments of the methods disclosed herein, a subject receiving a GRM, such as, e.g., mifepristone, may be safely administered an effective dose of a steroidogenesis inhibitor such as, e.g., ketoconazole.

These methods may be applied to subjects suffering from diseases or disorders as well as other subjects, including subjects suffering from Cushing's syndrome. Such concomitant administration of a steroidogenesis inhibitor such as ketoconazole with a GRM would have been expected to produce toxic side effects due to, e.g., an adverse effect on steroidogenesis inhibitor metabolism due to the added GRM (e.g., where the steroidogenesis inhibitor is ketoconazole, a previously safe ketoconazole dose would have been expected to be a toxic dose in the presence of added GRM (e.g., mifepristone)).

In particular, Applicant discloses herein that patients suffering from a disease or disorder and receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such concomitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of toxicity in the patient, and is believed to be safe for the patient. In particular, Applicant discloses herein that Cushing's syndrome patients receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such concomitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of toxicity in humans, and is believed to be safe for a patient suffering from Cushing's syndrome.

Thus, Applicant discloses herein surprising and useful methods for concomitant administration of a steroidogenesis inhibitor such as, e.g., ketoconazole, and a GRM such as, e.g., mifepristone, which provide the benefits of improved treatment without substantially increased risk of adverse treatment side-effects. For example, Applicant provides herein surprising and useful methods for concomitant administration of ketoconazole and mifepristone, which provide the benefits of both drugs without substantially increased risk of ketoconazole toxicity, which can have serious adverse effects on the liver.

Thus, contrary to the expectation that the presence of a GRM such as mifepristone along with a steroidogenesis inhibitor (e.g., ketoconazole) in a patient would increase the toxicity of the steroidogenesis inhibitor beyond that expected for such a dose of steroidogenesis inhibitor alone, Applicant has discovered that administering a) both a GRM (e.g., mifepristone) and a steroidogenesis inhibitor (e.g., ketoconazole) to a subject, or b) administering a GRM (e.g., mifepristone) to a subject who has recently been given a steroidogenesis inhibitor (e.g., ketoconazole), or c) administering a steroidogenesis inhibitor (e.g., ketoconazole) soon after GRM (e.g., mifepristone) administration to a subject, concomitant administration of a GRM and a steroidogenesis inhibitor does not increase the expected toxicity of the steroidogenesis inhibitor. In embodiments, concomitant administration of a steroidogenesis inhibitor and a GRM allows for administration of an effective dose of GRM that is a reduced GRM dose as compared to the GRM dose administered in the absence of the steroidogenesis inhibitor.

In embodiments, concomitant administration of ketoconazole and mifepristone allows for administration of an effective dose of mifepristone that is a reduced dose of mifepristone as compared to the mifepristone dose administered in the absence of ketoconazole. For example, Applicant has discovered that concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of mifepristone while maintaining sufficient mifepristone levels for effective therapy for the patient. Such a reduction in mifepristone dose provides the benefit of reducing the amount of mifepristone administered to the subject. Embodiments in which a subject is concomitantly administered ketoconazole and mifepristone allow for mifepristone dose reduction (as compared to the mifepristone dose in the absence of ketoconazole) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by mifepristone.

In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is at least about 5% less than the original dose of mifepristone, where the original dose of mifepristone is the dose the subject had been, or would have been, administered in the absence of ketoconazole co-administration. In embodiments, the reduced dose of mifepristone is a dose of mifepristone that is at least about 10% less than the original dose of mifepristone; and may be

CORMIFE-T-00001447
JTX-001.10

US 10,195,214 B2

**15**

a dose of mifepristone that is at least about 15%, or about 20%, or about 22%, or about 23%, or about 25%, or about 28%, or about 29%, or about 33%, or about 38%, or about 40%, or about 50%, or about 66%, or about 75% less than the original dose of mifepristone.

In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is 300 mg less mifepristone than the amount of the original dose of mifepristone. In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is an amount of mifepristone that is an integer multiple of 300 mg mifepristone less than the amount of the original dose of mifepristone. In embodiments, the integer of the integer multiple is selected from the integers 1, 2, 3, 4, and 5.

In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is about 900 mg mifepristone; or is about 600 mg mifepristone; or is about 300 mg mifepristone. In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is about 300 mg mifepristone administered only every other day; or is about 300 mg mifepristone administered every third day; or is about 300 mg mifepristone administered every fourth day. For example, where the original dose of mifepristone is about 1500 mg per day, the reduced dose of mifepristone may be about 1200 mg of mifepristone administered every day; or may be about 900 mg of mifepristone administered every day; or may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day. For example, where the original dose of mifepristone is about 1200 mg per day, the reduced dose of mifepristone may be about 900 mg of mifepristone administered every day; or may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day. For example, where the original dose of mifepristone is about 900 mg per day, the reduced dose of mifepristone may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every other day. For example, where the original dose of mifepristone is about 600 mg per day, the reduced dose of mifepristone may be about 300 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every other day; or may be about 300 mg of mifepristone administered every third day. For example, where the original dose of mifepristone is about 300 mg per day, the reduced dose of mifepristone may be about 300 mg of mifepristone administered every other day; or may be about 300 mg of mifepristone administered every third day; or may be about 300 mg of mifepristone administered every fourth day.

In embodiments in which a subject has been receiving about 1800 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 1500 mg mifepristone per day; may be about 1200 mg mifepristone per day; may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 1500 mg mifepristone per day, and concomitant administration of mifepristone and ketocon-

**16**

azole is indicated, the reduced dose of mifepristone may be about 1200 mg mifepristone per day; may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 1200 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 900 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 600 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 300 mg mifepristone per day; may be about 300 mg every other day; may be about 300 mg every third day; or may be about 300 mg mifepristone every fourth day. In embodiments in which a subject has been receiving about 300 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 300 mg mifepristone every other day; may be about 309 mg every third day; or may be about 300 mg mifepristone every fourth day.

In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose by about 300 mg mifepristone per day, and the subject may be monitored for clinical effects of the drugs, including monitoring for clinical response to mifepristone. In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose by about 300 mg mifepristone per day, and the reduced dose of mifepristone may be subsequently titrated upwards (i.e., increased in subsequent dose administrations) in increments of about 300 mg mifepristone. In embodiments, such upward titration of the reduced dose in increments of 300 mg/day may be subjected to a maximum daily dosage of about 600 mg/day, or of about 900 mg/day, or of about 1200 mg/day, or of about 1500 mg/day. In embodiments, such upward titration of the dosage of the reduced daily dose of mifepristone administered per day is capped at a maximum daily dose, wherein said maximum daily dose is selected from the group consisting of 900 milligrams (mg) mifepristone per day and 600 mg mifepristone per day.

The subject may be monitored for clinical effects of the drugs, e.g., for clinical response to the GRA (e.g., mifepris-

CORMIFE-T-00001448

**JTX-001.11**

17
18

tone), adverse events, side-effects of any drug, at any stage or at all stages, of such incremental upward titration of the mifepristone dosage. The interval of time between administration of a reduced dose, or of an upwardly titrated reduced dose, and an upward titration of a dose of mifepristone may be an interval selected from two days, four days, one week, two weeks, one month, two months, and three months. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks. Monitoring the patient for clinical response may include monitoring the patient (e.g., to identify or determine if there are changes in) for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, and monitoring the body weight of the patient (e.g., to identify or determine if there are changes in any one or more of these symptoms and characteristics).

In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose, and the reduced dose of mifepristone may be about 1500 mg mifepristone per day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day; and the subject may be monitored for clinical response to the GRA, or for other clinical effects of the drugs. In such embodiments, the reduced dose of mifepristone may be subsequently titrated upwards (i.e., increased in subsequent dose administrations) in increments of about 300 mg mifepristone. In embodiments, such upward titration of the reduced dose in increments of 300 mg/day may be subjected to a maximum daily dosage of about 600 mg/day, or of about 900 mg/day, or of about 1200 mg/day, or of about 1500 mg/day. In embodiments, such upward titration of the dosage of the reduced daily dose of mifepristone administered per day is capped at a maximum daily dose, wherein said maximum daily dose is selected from the group consisting of 900 milligrams (mg) mifepristone per day and 600 mg mifepristone per day.

The subject may be monitored for clinical response to the drugs, including e.g., clinical response to the GRA (e.g., mifepristone), for adverse events, side-effects of any of the drugs, at any stage, or at all stages, of such incremental upward titration of the mifepristone dosage. Upward titration of a reduced dose of mifepristone may be performed every two days, or every four days, or every week, or every two weeks, or every month, or every two months. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks.

Applicant discloses herein that concomitant treatment with both mifepristone and ketoconazole may lead to small increases in plasma levels of mifepristone as measured by Cmax and as measured by AUC. For example, as disclosed in Table 3 below, concomitant administration of mifepristone and ketoconazole led to about 28% (27.59%, or about 30%) increase in mifepristone Cmax and about 38% (38.01%, about 40%) increase in mifepristone AUC. Thus, in embodiments, a mifepristone dose administered to a

subject receiving concomitant administration of mifepristone and ketoconazole may be reduced in compensation for such a small increase in mifepristone plasma levels. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 22% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 23% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 28% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 29% of the original dose of mifepristone. In embodiments, the reduced dose of mifepristone is a dose of mifepristone that is at least about 90% of the original dose of mifepristone; and may be a dose of mifepristone that is at least about 85%, or about 80%, or about 78%, or about 77%, or about 75%, or about 72%, or about 71%, or about 67%, or about 62%, or about 60%, or about 50%, or about 34%, or about 25% of the original dose of mifepristone.

Applicant further discloses herein that, since mifepristone provides added therapeutic benefit synergistic with that of ketoconazole, concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of ketoconazole while maintaining mifepristone levels effective for therapy for a patient. Such a reduction in ketoconazole dose provides the benefit of reducing the risk of toxic side-effects associated with all ketoconazole treatments. Thus, concomitant administration of ketoconazole and mifepristone, by allowing reduced ketoconazole dose, provides improved, synergistic therapeutic benefits. In embodiments, such ketoconazole dose reduction may be used to wean the patient off ketoconazole, leading to lower and lower ketoconazole doses, thereby reducing the risk of ketoconazole toxicity. In embodiments, such ketoconazole dose reduction may be used to wean the patient off ketoconazole, leading to lower and lower ketoconazole doses, with concomitant upward adjustment of mifepristone dosage as needed, ultimately leading to treatment with mifepristone alone and cessation of ketoconazole treatment (lessening the risk of liver damage and other toxicities). Embodiments in which concomitant administration of ketoconazole and mifepristone may lead to ketoconazole dose reduction (as compared to the ketoconazole dose in the absence of mifepristone) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by mifepristone.

In embodiments, concomitant administration of ketoconazole and mifepristone allows for administration of an effective dose of ketoconazole that is a reduced dose of ketoconazole as compared to the ketoconazole dose administered in the absence of mifepristone. For example, Applicant discloses herein that concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of ketoconazole while maintaining effective therapy for the patient. Such a reduction in ketoconazole dose provides the benefit of reducing the amount of ketoconazole administered to the subject. Embodiments in which a subject is concomitantly administered ketoconazole and mifepristone allow for ketoconazole dose reduction (as compared to

CORMIFE-T-00001449

**JTX-001.12**

Appx61

US 10,195,214 B2

19

the ketoconazole dose in the absence of mifepristone) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by ketoconazole and other steroidogenesis inhibitors.

In embodiments, the reduced dose of ketoconazole administered to a subject also concomitantly receiving mifepristone is a dose of ketoconazole that is at least about 5% less than the original dose of ketoconazole, where the original dose of ketoconazole is the dose the subject had been, or would have been, administered in the absence of mifepristone co-administration. In embodiments, the reduced dose of ketoconazole is a dose of ketoconazole that is at least about 10% less than the original dose of ketoconazole; and may be a dose of ketoconazole that is at least about 15%, or about 20%, or about 25%, or about 33%, or about 50%, or about 66%, or about 75% less than the original dose of ketoconazole.

Applicant provides definitions of some terms used in the present disclosure.

Definitions

The abbreviations used herein have their conventional meaning within the chemical and biological arts.

"Patient", "patient in need", "subject", "subject in need" and the like refer to a person having, or suspected of having, a disease or condition which may be treated by administration of a therapeutic drug.

As used herein, the term "Cushing's syndrome" refers to an array of symptoms caused by excess cortisol. Cushing's syndrome includes endogenous Cushing's syndrome and ectopic Cushing's syndrome. Such symptoms include, for example, elevated blood pressure, elevated blood glucose, increased weight (typically in the mid-section, and in the face causing a characteristic "moon-face"), immune suppression, thin skin, acne, depression, hirsutism, and other symptoms.

As used herein, "Cushing's Disease" refers to pituitary-dependent Cushing's syndrome, e.g., excess cortisol caused by pituitary abnormality (typically a pituitary tumor). Cushing's Disease is thus a disease that is a particular type of Cushing's syndrome. The term Cushing's syndrome thus includes reference to Cushing's Disease.

As used herein, a "patient suffering from Cushing's syndrome" refers to any patient suffering from Cushing's syndrome, including endogenous Cushing's syndrome; Cushing's Disease; or a condition associated with Cushing's syndrome. A condition associated with Cushing's syndrome may be, without limitation, a condition associated with endogenous Cushing's syndrome; hyperglycemia secondary to hypercortisolism; a condition of hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance; a condition of hyperglycemia secondary to hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance and having failed surgery; hyperglycemia secondary to hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance and having failed surgery or who is not a candidate for surgery; and other conditions associated with Cushing's syndrome.

"Treat", "treating" and "treatment" refer to any indicia of success in the treatment or amelioration of a pathology or condition, including any objective or subjective parameter such as abatement; remission; diminishing of symptoms or making the pathology or condition more tolerable to the patient; slowing in the rate of degeneration or decline;

20

making the final point of degeneration less debilitating; or improving a patient's physical or mental well-being. The treatment or amelioration of symptoms can be based on objective or subjective parameters; including the results of a physical examination; histopathological examination (e.g., analysis of biopsied tissue); laboratory analysis of urine, saliva, tissue samples, serum, plasma, or blood; or imaging.

As used herein, "treating a patient who is suffering from Cushing's syndrome", or treating a subject who is suffering from Cushing's syndrome", or similar phrases refer to, without limitation, treating a patient suffering from Cushing's syndrome; including endogenous Cushing's syndrome; treating a patient suffering from Cushing's Disease; or treating a patient suffering from a condition associated with Cushing's syndrome. A condition associated with Cushing's syndrome is discussed above. For example, treating a patient who is suffering from Cushing's syndrome may include administering mifepristone or other GRA to control hyperglycemia secondary to hypercortisolism in adult patients with endogenous Cushing's syndrome who have type 2 diabetes mellitus or glucose intolerance and have failed surgery or are not candidates for surgery.

As used herein, the term "administration" refers to the delivery of a drug or other therapeutic into the body of a patient in need of treatment by the drug or therapeutic, effective to achieve a therapeutic effect. Administration may be by any suitable route of administration, including, for example, oral administration; intravenous administration; subcutaneous administration; parenteral administration; intra-arterial administration; nasal administration; topical administration; and other routes of administration.

As used herein, the terms "percent", "%" and "weight percent" when applied to a dosage administered to a subject, all refer to a percentage taken by comparing the weight of a first dose to that of a second dose, and multiplying the resulting decimal fraction by 100. Thus, for example, where an original mifepristone dose is 1200 milligrams (mg), a dose that is reduced by 50% is a dose of 600 mg mifepristone; and where an original mifepristone dose is 600 milligrams (mg), a dose that is reduced by 50% is a dose of 300 mg mifepristone; and so forth.

As used herein, the phrases "less than x by at least", "less than x by at least about", and the like refer to amounts equal to and less than the x, where x is a number. For example, the phrase "less than the original dosage by at least 25%" refers to dosage amounts that include 25% less than the original dosage as well as other percentages (e.g., 26%, 28%, etc.) less than the original dosage amount.

As used herein, the terms "effective amount," "amounts effective," therapeutic amount", and "therapeutically effective amount" refer to an amount or amounts of one or more pharmacological agents effective to treat, eliminate, or mitigate at least one symptom of the disease being treated. In some cases, "effective amount," "amounts effective," "therapeutic amount", and "therapeutically effective amount" can refer to an amount of a functional agent or of a pharmaceutical composition useful for exhibiting a detectable therapeutic or inhibitory effect.

As used herein, the term "simultaneously or sequentially administering" refers to administration of two compounds, such as a GRA and a CYP3A inhibitor, such that the two compounds are in the body at the same time in therapeutically effective amounts.

As used herein, "concomitant" means at the same, or nearly the same, time, and "concomitantly" refers to actions performed at the same, or nearly the same, time. As used herein, he terms "concurrent" and "concomitant" are equiva-

CORMIFE-T-00001450

JTX-001.13

Appx62

US 10,195,214 B2

21

lent and may be used interchangeably. The adverbs "concurrently" and "concomitantly" are equivalent and may be used interchangeably.

As used herein, the term "concomitant administration" of two or more drugs means administering two or more drugs at the same, or nearly the same, time. Concomitant administration of two or more drugs provides therapeutically effective amounts of the two or more drugs in the system of the subject at the same time. Concomitant administration includes administration of a GRA to a patient who has previously been administered a drug, such as a CYP3A inhibitor or a steroidogenesis inhibitor, and therapeutically effective levels of the CYP3A inhibitor or steroidogenesis inhibitor remain in the patient when the patient is administered the GRA (e.g., when the patient is administered mifepristone), and includes administration of a CYP3A inhibitor or a steroidogenesis inhibitor to a patient who has previously been administered a drug, such as a GRA, and therapeutically effective levels of the GRA remain in the patient when the patient is administered the CYP3A inhibitor or steroidogenesis inhibitor.

As used herein, "concomitantly administering drugs" means that two or more drugs are administered to a subject at the same, or nearly the same, time. Drugs that are concomitantly administered will each be present in therapeutically effective amounts in the system of the subject at the same time. Nearly the same time means that only a short amount of time separates two events, such as administration of a first drug and the administration of a second drug.

Events or actions that are "simultaneous" or that occur or are performed "simultaneously" are events that occur or are performed at the same time.

As used herein, "at the same time" means that two events occur or are performed within about five minutes of each other.

As used herein, "nearly the same time" means that two events occur or are performed within about a short time of each other.

As used herein, a "short time", a "short amount of time", a "short period of time", and the like mean a time that is less than about two hours, or less than about one hour, or less than about 45 minutes, or less than about 30 minutes, or less than about 20 minutes, or less than about 10 minutes, or less than about 7 minutes.

As used herein, the term "clinical effect" means changes in symptoms or signs characteristic of, or indicative of, a clinical condition or disorder. For example, where a subject is treated for Cushing's syndrome, including Cushing's Disease, a clinical effect may be a change in any one or more of blood pressure, blood glucose, other pre-diabetic symptom, weight, mid-section perimeter, facial characteristics (e.g., change in "moon-face" appearance), immune function, skin thickness, acne, depression or other mood symptom, hirsutism, and other symptoms.

As used herein, "monitoring for clinical response", e.g., monitoring a patient for clinical response to a GRA such as mifepristone, may include monitoring the patient (e.g., to identify or determine if there are changes in) for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, and monitoring the body weight of the patient (e.g., to identify or determine if there are changes in any one or more of these symptoms and characteristics). Monitoring for clinical response may also include monitoring a patient for adverse events, for side-effects of any drug (including a GRA, a CYP3A inhibitor, a steroidogenesis inhibitor, and combinations of these). Thus, monitoring for clinical

22

response may include monitoring for clinical effect of a drug such as a GRM, including clinical efficacy of the GRM; for clinical effect of a steroidogenesis inhibitor or CYP3A inhibitor; for possible adverse reaction to a steroidogenesis inhibitor or CYP3A inhibitor; for possible adverse reaction to the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; for possible side-effects of a steroidogenesis inhibitor or CYP3A inhibitor, or their use in combination with the GRM; or combinations thereof.

As used herein, the term "AUC" means the area under the plasma concentration-time curve, and serves as a measure of the plasma levels of a drug in a subject to whom the drug has been administered.

As used herein, the term "$C_{max}$" means the maximum observed plasma concentration of a drug in a subject to whom the drug has been administered.

As used herein, the term "binding" refers to persistent contact, or adherence (however brief or intermittent), between two compounds.

As used herein, the terms "affinity", "binding affinity", and related terms refer to the strength and specificity of binding, such as binding between a ligand and its receptor. "Higher affinity" is used with reference to comparative binding between two ligands to a receptor, where the ligand which binds with higher affinity binds at a lower concentration than does the "lower affinity" ligand. For example, in a competitive binding experiment, a high affinity ligand will compete with a reference ligand for binding to a receptor at a lower concentration than will the low affinity ligand compete for binding at the receptor.

The term "specific binding" refers to binding that is more selective, and typically stronger, than mere non-specific adhesion between compounds. Specific binding may be exemplified by the binding which occurs between a ligand and its receptor.

Description of compounds useful in the methods disclosed herein, and suitable for the pharmaceutical compositions disclosed herein are described in accordance with principles of chemical bonding known to those skilled in the art. Accordingly, where a group may be substituted by one or more of a number of substituents, such substitutions are selected so as to comply with principles of chemical bonding and to give compounds which are not inherently unstable and/or would be known to one of ordinary skill in the art as likely to be unstable under ambient conditions, such as aqueous, neutral, or physiological conditions.

Where substituent groups are specified by their conventional chemical formulae, written from left to right, they equally encompass the chemically identical substituents that would result from writing the structure from right to left, e.g., —CH$_2$O— is equivalent to —OCH$_2$—.

"Alkyl" refers to a straight or branched, saturated, aliphatic radical having the number of carbon atoms indicated. Alkyl can include any number of carbons, such as $C_{1-2}$, $C_{1-3}$, $C_{1-4}$, $C_{1-5}$, $C_{1-6}$, $C_{1-7}$, $C_{1-8}$, $C_{1-9}$, $C_{1-10}$, $C_{2-3}$, $C_{2-4}$, $C_{2-5}$, $C_{2-6}$, $C_{3-4}$, $C_{3-5}$, $C_{3-6}$, $C_{4-5}$, $C_{4-6}$ and $C_{5-6}$. For example, $C_{1-6}$ alkyl includes, but is not limited to, methyl, ethyl, propyl, isopropyl, butyl, isobutyl, sec.butyl, tert.butyl, pentyl, isopentyl, hexyl, etc.

"Alkoxy" refers to an alkyl group having an oxygen atom that connects the alkyl group to the point of attachment: alkyl-O—. As for the alkyl group, alkoxy groups can have any suitable number of carbon atoms, such as $C_{1-6}$. Alkoxy groups include, for example, methoxy, ethoxy, propoxy, iso-propoxy, butoxy, 2-butoxy, iso-butoxy, sec-butoxy, tert-butoxy, pentoxy, hexoxy, etc.

CORMIFE-T-00001451
**JTX-001.14**

Appx63

US 10,195,214 B2

23

"Halogen" refers to fluorine, chlorine, bromine and iodine.

"Haloalkyl" refers to alkyl, as defined above, where some or all of the hydrogen atoms are replaced with halogen atoms. As for the alkyl group, haloalkyl groups can have any suitable number of carbon atoms, such as $C_{1-6}$. For example, haloalkyl includes trifluoromethyl, fluoromethyl, etc. In some instances, the term "perfluoro" can be used to define a compound or radical where all the hydrogens are replaced with fluorine. For example, perfluoromethane includes 1,1, 1-trifluoromethyl.

"Haloalkoxy" refers to an alkoxy group where some or all of the hydrogen atoms are substituted with halogen atoms. As for the alkyl group, haloalkoxy groups can have any suitable number of carbon atoms, such as $C_{1-6}$. The alkoxy groups can be substituted with 1, 2, 3, or more halogens. When all the hydrogens are replaced with a halogen, for example by fluorine, the compounds are per-substituted, for example, perfluorinated. Haloalkoxy includes, but is not limited to, trifluoromethoxy, 2,2,2,-trifluoroethoxy, perfluoroethoxy, etc.

"Cycloalkyl" refers to a saturated or partially unsaturated, monocyclic, fused bicyclic or bridged polycyclic ring assembly containing from 3 to 12 ring atoms, or the number of atoms indicated. Cycloalkyl can include any number of carbons, such as $C_{3-6}$, $C_{4-6}$, $C_{5-6}$, $C_{3-8}$, $C_{4-8}$, $C_{5-8}$, $C_{6-8}$, $C_{3-9}$, $C_{3-10}$, $C_{3-11}$, and $C_{3-12}$. Saturated monocyclic cycloalkyl rings include, for example, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, and cyclooctyl. Saturated bicyclic and polycyclic cycloalkyl rings include, for example, norbornane, [2.2.2] bicyclooctane, decahydronaphthalene and adamantane. Cycloalkyl groups can also be partially unsaturated, having one or more double or triple bonds in the ring. Representative cycloalkyl groups that are partially unsaturated include, but are not limited to, cyclobutene, cyclopentene, cyclohexene, cyclohexadiene (1,3- and 1,4-isomers), cycloheptene, cycloheptadiene, cyclooctene, cyclooctadiene (1,3-, 1,4- and 1,5-isomers), norbornene, and norbornadiene. When cycloalkyl is a saturated monocyclic $C_{3-8}$ cycloalkyl, exemplary groups include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl and cyclooctyl. When cycloalkyl is a saturated monocyclic $C_{3-6}$ cycloalkyl, exemplary groups include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, and cyclohexyl.

"Heterocycloalkyl" refers to a saturated ring system having from 3 to 12 ring members and from 1 to 4 heteroatoms of N, O and S. Additional heteroatoms can also be useful, including, but not limited to, B, Al, Si and P. The heteroatoms can also be oxidized, such as, but not limited to, —S(O)— and —S(O)$_2$—. Heterocycloalkyl groups can include any number of ring atoms, such as, 3 to 4, 4 to 6, 5 to 6, 3 to 8, 4 to 8, 5 to 8, 6 to 8, 3 to 9, 3 to 10, 3 to 11, or 3 to 12 ring members. Any suitable number of heteroatoms can be included in the heterocycloalkyl groups, such as 1, 2, 3, or 4, or 1 to 2, 1 to 3, 1 to 4, 2 to 3, 2 to 4, or 3 to 4. The heterocycloalkyl group can include groups such as aziridine, azetidine, pyrrolidine, piperidine, azepane, azocane, quinuclidine, pyrazolidine, imidazolidine, piperazine (1,2-, 1,3- and 1,4-isomers), oxirane, oxetane, tetrahydrofuran, oxane (tetrahydropyran), oxepane, thiirane, thietane, thiolane (tetrahydrothiophene), thiane (tetrahydrothiopyran), oxazolidine, isoxalidine, thiazolidine, isothiazolidine, dioxolane, dithiolane, morpholine, thiomorpholine, dioxane, or dithiane. The heterocycloalkyl groups can also be fused to aromatic or non-aromatic ring systems to form members including, but not limited to, indoline.

24

When heterocycloalkyl includes 3 to 8 ring members and 1 to 3 heteroatoms, representative members include, but are not limited to, pyrrolidine, piperidine, tetrahydrofuran, oxane, tetrahydrothiophene, thiane, pyrazolidine, imidazolidine, piperazine, oxazolidine, isoxazolidine, thiazolidine, isothiazolidine, morpholine, thiomorpholine, dioxane and dithiane. Heterocycloalkyl can also form a ring having 5 to 6 ring members and 1 to 2 heteroatoms, with representative members including, but not limited to, pyrrolidine, piperidine, tetrahydrofuran, tetrahydrothiophene, pyrazolidine, imidazolidine, piperazine, oxazolidine, isoxazolidine, thiazolidine, isothiazolidine, and morpholine.

"Aryl" refers to an aromatic ring system having any suitable number of ring atoms and any suitable number of rings. Aryl groups can include any suitable number of ring atoms, such as, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 or 16 ring atoms, as well as from 6 to 10, 6 to 12, or 6 to 14 ring members. Aryl groups can be monocyclic, fused to form a bicyclic or tricyclic groups, or linked by a bond to form a biaryl group. Representative aryl groups include phenyl, naphthyl and biphenyl. Other aryl groups include benzyl, having a methylene linking group. Some aryl groups have from 6 to 12 ring members, such as phenyl, naphthyl or biphenyl. Other aryl groups have from 6 to 10 ring members, such as phenyl or naphthyl. Some other aryl groups have 6 ring members, such as phenyl. Aryl groups can be substituted or unsubstituted.

"Heteroaryl" refers to a monocyclic or fused bicyclic or tricyclic aromatic ring assembly containing 5 to 16 ring atoms, where from 1 to 5 of the ring atoms are a heteroatom such as N, O or S. Additional heteroatoms can also be useful, including, but not limited to, B, Al, Si and P. The heteroatoms can also be oxidized, such as, but not limited to, N-oxide, —S(O)— and —S(O)$_2$—. Heteroaryl groups can include any number of ring atoms, such as, 3 to 6, 4 to 6, 5 to 6, 3 to 8, 4 to 8, 5 to 8, 6 to 8, 3 to 9, 3 to 10, 3 to 11, or 3 to 12 ring members. Any suitable number of heteroatoms can be included in the heteroaryl groups, such as 1, 2, 3, 4, or 5, or 1 to 2, 1 to 3, 1 to 4, 1 to 5, 2 to 3, 2 to 4, or 2 to 5, 3 to 4, or 3 to 5. Heteroaryl groups can have from 5 to 8 ring members and from 1 to 4 heteroatoms, or from 5 to 8 ring members and from 1 to 3 heteroatoms, or from 5 to 6 ring members and from 1 to 4 heteroatoms, or from 5 to 6 ring members and from 1 to 3 heteroatoms. The heteroaryl group can include groups such as pyrrole, pyridine, imidazole, pyrazole, triazole, tetrazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole. The heteroaryl groups can also be fused to aromatic ring systems, such as a phenyl ring, to form members including, but not limited to, benzopyrroles such as indole and isoindole, benzopyridines such as quinoline and isoquinoline, benzopyrazine (quinoxaline), benzopyrimidine (quinazoline), benzopyridazines such as phthalazine and cinnoline, benzothiophene, and benzofuran. Other heteroaryl groups include heteroaryl rings linked by a bond, such as bipyridine. Heteroaryl groups can be substituted or unsubstituted.

The heteroaryl groups can be linked via any position on the ring. For example, pyrrole includes 1-, 2- and 3-pyrrole, pyridine includes 2-, 3- and 4-pyridine, imidazole includes 1-, 2-, 4- and 5-imidazole, pyrazole includes 1-, 3-, 4- and 5-pyrazole, triazole includes 1-, 4- and 5-triazole, tetrazole includes 1- and 5-tetrazole, pyrimidine includes 2-, 4-, 5- and 6-pyrimidine, pyridazine includes 3- and 4-pyridazine, 1,2,3-triazine includes 4- and 5-triazine, 1,2,4-triazine includes 3-, 5- and 6-triazine, 1,3,5-triazine includes 2-triazine, thiophene includes 2- and 3-thiophene, furan includes

Appx64

US 10,195,214 B2

25 26

2- and 3-furan, thiazole includes 2-, 4- and 5-thiazole, isothiazole includes 3-, 4- and 5-isothiazole, oxazole includes 2-, 4- and 5-oxazole, isoxazole includes 3-, 4- and 5-isoxazole, indole includes 1-, 2- and 3-indole, isoindole includes 1- and 2-isoindole, quinoline includes 2-, 3- and 4-quinoline, isoquinoline includes 1-, 3- and 4-isoquinoline, quinazoline includes 2- and 4-quinoazoline, cinnoline includes 3- and 4-cinnoline, benzothiophene includes 2- and 3-benzothiophene, and benzofuran includes 2- and 3-benzofuran.

Some heteroaryl groups include those having from 5 to 10 ring members and from 1 to 3 ring atoms including N, O or S, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, isoxazole, indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, cinnoline, benzothiophene, and benzofuran. Other heteroaryl groups include those having from 5 to 8 ring members and from 1 to 3 heteroatoms, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole. Some other heteroaryl groups include those having from 9 to 12 ring members and from 1 to 3 heteroatoms, such as indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, cinnoline, benzothiophene, benzofuran and bipyridine. Still other heteroaryl groups include those having from 5 to 6 ring members and from 1 to 2 ring heteroatoms including N, O or S, such as pyrrole, pyridine, imidazole, pyrazole, pyrazine, pyrimidine, pyridazine, thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole.

Some heteroaryl groups include from 5 to 10 ring members and only nitrogen heteroatoms, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, and cinnoline. Other heteroaryl groups include from 5 to 10 ring members and only oxygen heteroatoms, such as furan and benzofuran. Some other heteroaryl groups include from 5 to 10 ring members and only sulfur heteroatoms, such as thiophene and benzothiophene. Still other heteroaryl groups include from 5 to 10 ring members and at least two heteroatoms, such as imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiazole, isothiazole, oxazole, isoxazole, quinoxaline, quinazoline, phthalazine, and cinnoline.

"Heteroatoms" refers to O, S or N.

"Salt" refers to acid or base salts of the compounds used in the methods of the present invention. Illustrative examples of pharmaceutically acceptable salts are mineral acid (hydrochloric acid, hydrobromic acid, phosphoric acid, and the like) salts, organic acid (acetic acid, propionic acid, glutamic acid, citric acid and the like) salts, quaternary ammonium (methyl iodide, ethyl iodide, and the like) salts. It is understood that the pharmaceutically acceptable salts are non-toxic. Additional information on suitable pharmaceutically acceptable salts can be found in Remington's Pharmaceutical Sciences, 17th ed., Mack Publishing Company, Easton, Pa., 1985, which is incorporated herein by reference.

"Isomers" refers to compounds with the same chemical formula but which are structurally distinguishable.

"Tautomer" refers to one of two or more structural isomers which exist in equilibrium and which are readily converted from one form to another.

As used herein, the term "ketoconazole" refers to the molecule having the chemical name "1-acetyl-4-[4-[[2-(2, 4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl]methoxy]phenyl]piperaziner)"; it is sold for clinical use under the name "Nizoral®", and may also be referred to by the abbreviation "keto".

As used herein, the terms "steroid" and "steroids", and the phrase "steroidal backbone" in the context of glucocorticoid receptor antagonists containing such refers to glucocorticoid receptor antagonists that contain modifications of the basic structure of cortisol, an endogenous steroidal glucocorticoid receptor ligand. The basic structure of a steroidal backbone is provided as Formula I:

Formula I



Steroidal Backbone

The two most commonly known classes of structural modifications of the cortisol steroid backbone to create glucocorticoid antagonists include modifications of the 11-β hydroxy group and modification of the 17-β side chain (See, e. g., Lefebvre (1989) J. Steroid Biochem. 33: 557-563).

As used herein, the terms "progesterone receptor" and "PR" refer to a naturally occurring receptor which binds progesterone.

The term "aldosterone" refers to the naturally occurring mineralocorticoid hormone having the structure:

A mineralocorticoid receptor (MR), also known as a type I glucocorticoid receptor (GR I), is activated by aldosterone in humans.

The term "cortisol" refers to the naturally occurring glucocorticoid hormone (also known as hydrocortisone) having the structure:

CORMIFE-T-00001453

**JTX-001.16**

Appx65

US 10,195,214 B2

27
28

As used herein, the term glucocorticoid receptor (GR) refers to a receptor that binds a glucocorticoid, such as cortisol, dexamethasone, or other molecules. A glucocorticoid receptor, also known as a corticosteroid receptor or as a type II glucocorticoid receptor (GR II), and in humans, as a cortisol receptor, is activated by cortisol in humans (or, e.g., by corticosterone ("cortisone") in some other animals, such as rats and mice). The human cortisol receptor (GR II receptor, Genbank: P04150) specifically binds to cortisol and/or cortisol analogs (e.g. dexamethasone). The term includes isoforms of GR II, recombinant GRII, and mutated GRII.

As used herein, the term glucocorticoid receptor modulator (GRM) refers to an agent that affects the action of a glucocorticoid receptor (GR). Such modulation may include activation (agonist action), partial activation (partial agonist action), inhibition (reduction in activation of the receptor under conditions where it would otherwise be activated, such as in the presence of cortisol), and blockade (complete or near complete suppression of activation of the receptor under conditions where it would otherwise be activated, such as in the presence of cortisol). GRMs may affect the activity of a GR by increasing or by decreasing the activity of the GR. GRMs include steroids, and, in embodiments, include pyrimidinediones; azadecalins; fused-ring azadecalins; heteroaryl-ketone fused-ring azadecalins; and other compounds.

As used herein, the terms "glucocorticoid agonist", "glucocorticoid receptor agonist", "glucocorticoid receptor type II agonist", and "GRII agonist" refer to a compound or agent which may bind to and activate a cortisol receptor. Such agents include, for example, cortisol, dexamethasone, prednisone, and other compounds and agents which bind to and activate a GRII.

As used herein, the terms "glucocorticoid antagonist", "glucocorticoid receptor antagonist", "glucocorticoid antagonist", "glucocorticoid receptor type II antagonist", "GRII antagonist", and "GRA" refer to agents that inhibit the action of a cortisol receptor; such inhibition may include interfering with the binding of a glucocorticoid agonist such as cortisol, dexamethasone, or other compound or agent which may bind to and activate a cortisol receptor. A GRA is a glucocorticoid receptor modulator. Inhibition constants ($K_i$) for GRAs against the human cortisol receptor may be between about 0.0001 nM and about 1,000 nM; preferably may be between about 0.0005 nM and about 10 nM, and most preferably between about 0.001 nM and about 1 nM.

The term "glucocorticoid receptor antagonist" refers to any composition or compound which partially or completely inhibits (antagonizes) the binding of a glucocorticoid receptor (GR) agonist, such as cortisol, or cortisol analogs, synthetic or natural, to a GR. A "specific glucocorticoid receptor antagonist" refers to any composition or compound which inhibits any biological response associated with the binding of a GR to an agonist. By "specific," we intend the drug to preferentially bind to the GR rather than another nuclear receptor, such as mineralocorticoid receptor (MR) or progesterone receptor (PR).

By "specific," the drug preferentially binds to the GR rather than other nuclear receptors, such as mineralocorticoid receptor (MR), androgen receptor (AR), or progesterone receptor (PR). It is preferred that the specific glucocorticoid receptor antagonist bind GR with an affinity that is 10× greater ($\frac{1}{10}$th the $K_d$ value) than its affinity to the MR, AR, or PR. In a more preferred embodiment, the specific glucocorticoid receptor antagonist binds GR with an affinity that is 100× greater ($\frac{1}{100}$th the $K_d$ value) than its affinity to the MR, AR, or PR.

In embodiments, a glucocorticoid receptor modulator (GRM) is a glucocorticoid receptor antagonist (GRA). In embodiments, the GRA is an antagonist of a glucocorticoid type II (GRIT) receptor. In embodiments, the GRA binds preferentially to a GRII receptor as compared to its binding to a glucocorticoid type I (GRI) receptor. In embodiments, the GRA reduces the activation of a GRIT receptor. In embodiments, the GRA reduces the activity of a GRII receptor. In embodiments, the GRA may bind to a progesterone receptor (PR), and may bind to a glucocorticoid receptor with higher affinity than it binds to PR. In embodiments, the GRA is mifepristone. In embodiments, the GRA is a selective inhibitor of the glucocorticoid receptor. In embodiments, the GRA may only poorly bind to PR, or may not measurably bind to PR.

As used herein, a "steroidal glucocorticoid receptor antagonist" means a molecule including a steroid backbone structure which antagonizes the binding of cortisol, corticosterone, or dexamethasone to a glucocorticoid receptor, or which reduces or blocks the activation of a glucocorticoid receptor by cortisol, corticosterone, or dexamethasone. Examples of steroidal glucocorticoid receptor antagonists include mifepristone, monodemethylated mifepristone, didemethylated mifepristone, 17-α-[3-hydroxy-propynyl] mifepristone, ulipristal (CDB-2914), CDB-3877, CDB-3963, CDB-3236, CDB-4183, cortexolone, dexamethasone-oxetanone, 19-nordeoxycorticosterone, 19-norprogesterone, cortisol-21-mesylate; dexamethasone-21-mesylate, 11(-(4-dimethylaminoethoxyphenyl)-17(-propynyl-17(-hydroxy-4, 9-estradien-3-one, and 17(-hydroxy-17(-19-(4-methylphenyl)androsta-4,9(11)-dien-3-one.

Mifepristone is a GRA, which binds to GRII (and which also binds to a progesterone receptor). As used herein, the term "mifepristone" refers to 11β-(4-dimethylaminophenyl)-17β-hydroxy-17α-(1-propynyl)-estra-4,9-dien-3-one), also referred to as RU486, or as RU38.486, or as 17-beta-hydroxy-11-beta-(4-dimethyl-aminophenyl)-17-alpha-(1-propynyl)-estra-4,9-dien-3-one). Mifepristone binds to the glucocorticoid receptor (GR), typically with high affinity, and inhibits the biological effects initiated/mediated by the binding of any cortisol or cortisol analogue to a GR receptor. Salts, hydrates and prodrugs of mifepristone are all included in the term "mifepristone" as used herein. Thus, used herein, "mifepristone" refers to the molecule that has the following structure:



and to salts, hydrates and prodrugs thereof, and pharmaceutical compositions thereof. Mifepristone is also sometimes abbreviated as "mife" and "MIFE".

Metabolites of mifepristone include RU42633 (desmethylmifepristone: (8S,11R,13S,14S,17S)-17-hydroxy-13-

CORMIFE-T-00001454
JTX-001.17

Appx66

**29**

methyl-11-[4-(methylamino)phenyl]-17-prop-1-ynyl-1,2,6, 7,8,11,12,14,15,16-decahydrocyclopenta[a]phenanthren-3-one); RU42698 (22-hydroxy mifepristone: (8S,11R,13S, 14S,17S)-11-[4-(dimethylamino)phenyl]-17-hydroxy-17-(3-hydroxyprop-1-ynyl)-13-methyl-1,2,6,7,8,11,12,14,15, 16-decahydrocyclopenta[a]phenanthren-3-one); and RU42848 (didesmethylmifepristone: (8S,11R,13S,14S, 17S)-11-(4-aminophenyl)-17-hydroxy-13-methyl-17-prop-1-ynyl-1,2,6,7,8,11,12,14,15,16-decahydrocyclopenta[a] phenanthren-3-one), among others.

In some embodiments, the GRA comprises a steroidal backbone with at least one phenyl-containing moiety in the 11-β position of the steroidal backbone. In some cases, the phenyl-containing moiety in the 11-β position of the steroidal backbone is a dimethylaminophenyl moiety. In some cases, the GRA is mifepristone. In some embodiments, the GRA is selected from the group consisting of 11β-(4-dimethylaminoethoxyphenyl)-17α-propynyl-17β-hydroxy-4,9 estradien-3-one and (17α)-17-hydroxy-19-(4-methyl-phenyl)androsta-4,9(11)-dien-3-one. In some embodiments, the GRA is (11β, 17β)-11-(1,3-benzodioxol-5-yl)-17-hydroxy-17-(1-propynyl)estra-4,9-dien-3-one.

As used herein, the phrase "non-steroidal backbone" in the context of glucocorticoid receptor antagonists containing such refers to glucocorticoid receptor antagonists that do not share structural homology to, or are not modifications of, cortisol. Such compounds include, for example, small molecules, synthetic mimetics and analogs of proteins, including partially peptidic, pseudopeptidic and non-peptidic molecular entities.

In some embodiments, the GRA is a non-steroidal compound. In embodiments, non-steroidal GRA compounds include compounds having a cyclohexyl-pyrimidine backbone; non-steroidal GRA compounds having a fused azadecalin backbone; non-steroidal GRA compounds having a heteroaryl ketone fused azadecalin backbone; and non-steroidal GRA compounds having an octahydro fused azadecalin backbone. Exemplary glucocorticoid receptor antagonists having a cyclohexyl-pyrimidine backbone include those described in U.S. Pat. No. 8,685,973. Exemplary glucocorticoid receptor antagonists having a fused azadecalin backbone include those described in U.S. Pat. Nos. 7,928,237; and 8,461,172. Exemplary glucocorticoid receptor antagonists having a heteroaryl ketone fused azadecalin backbone include those described in U.S. Pat. No. 8,859,774. Exemplary glucocorticoid receptor antagonists having an octahydro fused azadecalin backbone include those described in U.S. Patent Application Publication 20150148341.

In some cases, the GRA having a non-steroidal backbone is a cyclohexyl pyrimidine. In some cases, wherein the cyclohexyl pyrimidine has the following formula:



wherein the dashed line is absent or a bond; X is selected from the group consisting of O and S; $R^1$ is selected from the group consisting of cycloalkyl, heterocycloalkyl, aryl and

**30**

heteroaryl, optionally substituted with from 1 to 3 $R^{1a}$ groups; each $R^{1a}$ is independently selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{2-6}$ alkenyl, $C_{2-6}$ alkynyl, $C_{1-6}$ alkoxy, $C_{1-6}$ alkyl $OR^{1b}$, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ haloaloxy, $NR^{1b}R^{1c}$, $NR^{1/b}R^{1c}$, $C(O)R^{1b}$, $C(O)OR^{1b}$, $OC(O)$ $R^{1b}$, $C(O)NR^{1/b}R^{1c}$, $NR^{1/b}C(O)R^{1c}$, $SO_2R^{1b}$, $SO_2NR^{1/b}R^{1c}$, cycloalkyl, heterocycloalkyl, aryl and heteroaryl; $R^{1b}$ and $R^{1c}$ are each independently selected from the group consisting of H and $C_{1-6}$ alkyl; $R^2$ is selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{1-6}$ alkyl-$OR^{1b}$, $C_{1-6}$ alkyl $NR^{1b}R^{1c}$ and $C_{1-6}$ alkylene heterocycloalkyl; $R^3$ is selected from the group consisting of H and $C_{1-6}$ alkyl; Ar is aryl, optionally substituted with 1-4 $R^4$ groups; each $R^4$ is independently selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{1-6}$ alkoxy, halogen, $C_{1-6}$ haloalkyl and $C_{1-6}$ haloalkoxy; $L^1$ is a bond or $C_{1-6}$ alkylene; and subscript n is an integer from 0 to 3, or salts and isomers thereof.

In some cases, the GRA having a non-steroidal backbone is a fused azadecalin. In some cases, the fused azadecalin is a compound having the following formula:



wherein $L^1$ and $L^2$ are members independently selected from a bond and unsubstituted alkylene; $R^1$ is a member selected from unsubstituted alkyl, unsubstituted heteroalkyl, unsubstituted heterocycloalkyl, $OR^{1A}$, $NR^{1C}R^{1D}$, $C(O)$ $NR^{1C}R^{1D}$, and $C(O)OR^{1A}$, wherein $R^{1A}$ is a member selected from hydrogen, unsubstituted alkyl and unsubstituted heteroalkyl, $R^{1C}$ and $R^{1D}$ are members independently selected from unsubstituted alkyl and unsubstituted heteroalkyl, wherein $R^{1C}$ and $R^{1D}$ are optionally joined to form an unsubstituted ring with the nitrogen to which they are attached, wherein said ring optionally comprises an additional ring nitrogen; $R^2$ has the formula:



wherein $R^{2G}$ is a member selected from hydrogen, halogen, unsubstituted alkyl, unsubstituted heteroalkyl, unsubstituted cycloalkyl, unsubstituted heterocycloalkyl, CN, and CF$_3$; J is phenyl; t is an integer from 0 to 5; X is S(O$_2$); and $R^3$ is phenyl optionally substituted with 1-5 $R^{5A}$ groups, wherein $R^{5A}$ is a member selected from hydrogen, halogen, $OR^{5A1}$, S(O$_2$)NR$^{5A2}$R$^{5A3}$, CN, and unsubstituted alkyl, wherein $R^{5A1}$ is a member selected from hydrogen and unsubstituted alkyl, and $R^{5A2}$ and $R^{5A3}$ are members independently selected from hydrogen and unsubstituted alkyl, or salts and isomers thereof.

In some cases, the GRA having a non-steroidal backbone is a heteroaryl ketone fused azadecalin or an octahydro fused azadecalin. In some cases, the heteroaryl ketone fused azadecalin has the formula:

**JTX-001.18**

Appx67

US 10,195,214 B2

31



wherein $R^1$ is a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S, optionally substituted with 1-4 groups each independently selected from $R^{1a}$; each $R^{1a}$ is independently selected from the group consisting of hydrogen, $C_{1-6}$ alkyl, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, CN, N-oxide, and $C_{3-8}$ heterocycloalkyl; ring J is selected from the group consisting of a cycloalkyl ring, a heterocycloalkyl ring, an aryl ring and a heteroaryl ring, wherein the heterocycloalkyl and heteroaryl rings have from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S; each $R^2$ is independently selected from the group consisting of hydrogen, $C_{1-6}$ alkyl, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, CN, OH, $NR^{2a}R^{2b}$, $C(O)R^{2a}$, $C(O)OR^{2a}$, $C(O)NR^{2a}R^{2b}$, $SR^{2a}$, $S(O)R^{2a}$, $S(O)_2R^{2a}$, $C_{3-8}$ cycloalkyl, and $C_{3-8}$ heterocycloalkyl, wherein the heterocycloalkyl groups are optionally substituted with 1-4 $R^{2c}$ groups; alternatively, two $R^2$ groups linked to the same carbon are combined to form an oxo group (═O); alternatively, two $R^2$ groups are combined to form a heterocycloalkyl ring having from 5 to 6 ring members and from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S, wherein the heterocycloalkyl ring is optionally substituted with from 1 to 3 $R^{2c}$ groups; $R^{2a}$, $R^{2b}$ are each independently selected from the group consisting of hydrogen and $C_{1-6}$ alkyl; each $R^{2c}$ is independently selected from the group consisting of hydrogen, halogen, hydroxy, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, CN, and $NR^{2a}R^{2b}$; each $R^{2d}$ is independently selected from the group consisting of hydrogen and $C_{1-6}$ alkyl, or two $R^{2d}$ groups attached to the same ring atom are combined to form (═O); $R^3$ is selected from the group consisting of phenyl and pyridyl, each optionally substituted with 1-4 $R^{3a}$ groups; each $R^{3a}$ is independently selected from the group consisting of hydrogen, halogen, and $C_{1-6}$ haloalkyl; and subscript n is an integer from 0 to 3; or salts and isomers thereof.

In some cases, the octahydro fused azadecalin has the formula:



wherein $R^1$ is a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S, optionally

32

substituted with 1-4 groups each independently selected from $R^{1a}$; each $R^{1a}$ is independently selected from the group consisting of hydrogen, $C_{1-6}$ alkyl, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, N-oxide, and $C_{3-8}$ cycloalkyl; ring J is selected from the group consisting of an aryl ring and a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S; each $R^2$ is independently selected from the group consisting of hydrogen, $C_{1-6}$ alkyl, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, CN, OH, $NR^{2a}R^{2b}$, $C(O)R^{2a}$, $C(O)OR^{2a}$, $C(O)NR^{2a}R^{2b}$, $SR^{2a}$, $S(O)R^{2a}$, $S(O)_2R^{2a}$, $C_{3-8}$ cycloalkyl, and $C_{3-8}$ heterocycloalkyl having from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S; alternatively, two $R^2$ groups on adjacent ring atoms are combined to form a heterocycloalkyl ring having from 5 to 6 ring members and from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S, wherein the heterocycloalkyl ring is optionally substituted with from 1 to 3 $R^{2c}$ groups; $R^{2a}$, $R^{2b}$ are each independently selected from the group consisting of hydrogen and $C_{1-6}$ alkyl; each $R^{2c}$ is independently selected from the group consisting of hydrogen and $C_{1-6}$ alkyl; each $R^{3a}$ is independently halogen; and subscript n is an integer from 0 to 3; or salts and isomers thereof.

Further examples of non-steroidal glucocorticoid receptor antagonists include, for example N-(2-[4,4',441-trichlorotrityl]oxyethyl)morpholine; 1-[2[4,4',4"-trichlorotrityl]oxyethyl]-4-(2-hydroxyethyl)piperazine dimaleate; N-([4,4',4"-trichlorotrityl]imidazole; 9-(3-mercapto-1,2,4-triazolyl)-9-phenyl-2,7-difluorofluoremone; 1-(2-chlorotrityl)-3,5-dimethylpyrazole; 4-(morpholinomethyl)-A-(2-pyridyl)benzhydrol; 5-(5-methoxy-2-(N-methylcarbamoyl)-phenyl)dibenzosuberol; N-(2-chlorotrityl)-L-prolinol acetate; 1-(2-chlorotrityl)-1,2,4-triazole; 1,S-bis(4,4',4"-trichlorotrityl)-1,2,4-triazole-3-thiol; 4α(S)-Benzyl-2(R)-chloroethynyl-1,2,3,4,4α,9,10,10α(R)-octahydro-phenanthrene-2,7-diol ("CP 394531"), 4α(S)-Benzyl-2(R)-prop-1-ynyl-1,2,3,4,4α,9,10,10α(R)-octahydro-phenanthrene-2,7-diol ("CP-409069"), trans-(1R,2R)-3,4-dichloro-N-methyl-N-[2-1 pyrrolidinyl)cyclohexyl] benzeneacetamide, bremazocine, and ethylketocyclazocine.

As used herein, the term "hormone-sensitive cancer" refers to any cancer which may be affected by a hormone; hormones typically increase proliferation of hormone-sensitive cancers. Hormone sensitive cancers include, e.g., prostate cancer and other androgen-sensitive cancers; breast cancer, ovarian cancer and other estrogen-sensitive or progesterone-sensitive cancers.

As used herein, the term "chemotherapy" refers to medical treatments typically used to treat cancer. Chemotherapy treatments include the use of agents which are toxic to cancerous tissues and cells, or which act to slow or reduce the growth or spread of cancerous tissues and cells. Chemotherapy agents include antineoplastic agents and may be derived from natural compounds (e.g., taxols); may be, may mimic, or may reduce or block the actions of naturally occurring hormones, growth factors, or immunologically active molecules; may be synthetic small molecules; may be antibodies or antibody conjugates; and may be other agents. Exemplary chemotherapy agents include, but are not limited to, taxanes, taxol, docetaxel, paclitaxel, actinomycin, anthracyclines, doxorubicin, daunorubicin, valrubicin, bleomycin, cisplatin, trastuzumab (Herceptin®), trastuzumab emtansine (Kadcyla®), imatinib (Gleevec®), eribulin (Halaven®), among others known in the art.

As used herein, a phrase of the form "the reduced dose of Z is a dose that is at least about X % less than the original

33

dose" (where "Z" represents a pharmaceutical compound or pharmaceutical composition, and "X" represents a numerical value) is used to indicate that the reduced dose is an amount of Z calculated by 1) multiplying the amount of Z in the original dose by X % to obtain a multiplicative product, and 2) subtracting that product from the original dose. Thus, for example, where the original dose is 600 mg, and X % is 50%, the multiplicative product of 600 mg and 50% is 300 mg, and the reduced dose is 300 mg; and, for example, where the original dose is 900 mg, and X % is 66%, the multiplicative product of 900 mg and 66% is about 600 mg (594 mg), and the reduced dose is about 300 mg (306 mg).

As used herein, the terms "pharmaceutical composition" and "formulation" refer to compositions suitable for administration to a patient for treatment of a medical condition or for amelioration of symptoms of a medical condition. A pharmaceutical composition as disclosed herein includes an active ingredient (e.g., a GRA, such as, e.g., mifepristone; or a combination of a GRA and a SI, where the SI may be, e.g., ketoconazole) and a pharmaceutically acceptable excipient. In embodiments, a pharmaceutical composition includes one or more active ingredients and one or more pharmaceutically acceptable excipients.

As used herein, the terms "pharmaceutically acceptable excipient" and "pharmaceutically acceptable carrier" refer to a substance that aids the administration of an active agent to and absorption by a subject and can be included in the compositions of the present invention without causing a significant adverse toxicological effect on the patient. Non-limiting examples of pharmaceutically acceptable excipients include water, NaCl, normal saline solutions, lactated Ringer's, normal sucrose, normal glucose, binders, fillers, disintegrants, lubricants, coatings, sweeteners, flavors and colors, and the like. One of skill in the art will recognize that other pharmaceutical excipients are useful in the present invention.

As used herein, the terms "sustained release," "slow release," "long acting," "prolonged release," and the like refer to a pharmaceutical composition or formulation containing at least one active ingredient (e.g., GRA, SI, or combination thereof) formulated to maintain a therapeutic concentration of active ingredient(s) in a patient for a longer period of time in comparison to formulations that are not designed for such sustained release. In some cases, the sustained release formulation maintains therapeutic concentration of one or more active ingredient(s) for, or for at least, one week, two weeks, three weeks, four weeks, five weeks, or six weeks. In some cases, the sustained release formulation is administered to a patient every one, two, three, four, five, or six weeks.

As used herein, a "steroidogenesis inhibitor" is a compound which reduces or blocks the synthesis of steroid molecules when administered to an animal, or subject, which normally produces steroids. Steroidogenesis inhibitors include, for example, ketoconazole, metyrapone, etomidate, and other drugs. A steroidogenesis inhibitor may act by one or more of several mechanisms, including, e.g., blocking synthesis of steroid molecules (e.g., ketoconazole, metyrapone).

As used herein, the term "CYP enzyme" refers to a cytochrome P450 enzyme. Cytochrome P450 enzymes are important in many metabolic and catabolic reactions in humans and other animals, and play important roles in drug metabolism and action. Drug-drug interactions in which administration of one drug affects the concentration, half-life, activity, or other effect of another drug may include effects on CYP enzymes by induction of CYP enzymes

34

(increasing the amount or activity of one or more CYP enzymes); inhibition (reducing the activity of one or more CYP enzymes); competition (competing for sites or occupying sites, e.g., as a substrate, of one or more CYP enzymes); or by other means. Particular CYP enzymes include, for example, CYP1A2, CYP2C9, CYP2C19, CYP2D6, and CYP3A enzymes.

As used herein, a "CYP3A inhibitor" is a compound which reduces or blocks the activity of the cytochrome CYP3A, or reduces or blocks the expression of the gene-product of CYP3A genes (e.g., inhibits transcription or translation of CYP3A genes). CYP3A inhibitors may be termed strong or moderate if their administration, along with a test drug known to be metabolized by CYP3A enzymes (such as, e.g., midazolam), raises the AUC (area under the concentration curve) of the test drug by greater than five-fold (strong CYP3A inhibitors) or by between two-fold and five-fold (moderate CYP3A inhibitors). Inhibitors of CYP3A include, for example, ketoconazole, itraconazole, fluconazole, cimetidine, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, telithromycin, and voriconazole.

Strong CYP3A inhibitors include, for example, ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, and voriconazole.

Metyrapone (also known as Metopirone®) is 2-methyl-1,2-bis-(3-pyridyl)-1-propanone. Metopirone is believed to reduce cortisol and corticosterone production by inhibiting the 11-β-hydroxylation reaction in the adrenal cortex.

Etomidate (also known as Amidate®) is R-(+)-ethyl-1-(1-phenylethyl)-1H-imidazole-5-carboxylate. Although primarily used as a rapid-onset anesthetic, etomidate also lowers plasma cortisol levels. It is believed to reduce corticosteroid synthesis in the adrenal cortex by inhibiting 11β-hydroxylase.

Ketoconazole (1-acetyl-4-[4-[[2-(2,4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl]methoxy] phenyl]piperazine) is often used to treat fungal infections (e.g., (NIZORAL®) for the treatment of fungal infections). In addition, ketoconazole is a steroidogenesis inhibitor and can reduce the production of steroid molecules (such as, e.g., steroid hormones), typically by blocking the metabolism of cholesterol. Ketoconazole thus may be used to treat excessive cortisol production (e.g., to treat Cushing's disease and Cushing's syndrome), to reduce androgen production (e.g., in patients with hormone-sensitive cancers such as prostate cancer), to reduce estrogen or progesterone production (e.g., in patients with hormone-sensitive cancers such as breast cancer), and other treatments.

However, ketoconazole often has serious deleterious effects on liver and other organs. Thus, it is desirable to minimize the dose of ketoconazole administered to a patient, and methods for reducing the dose of ketoconazole are desired.

Treatment Methods

Methods disclosed herein include methods of treating a disease characterized by excess steroid levels, or by excess activity due to steroids. Methods disclosed herein also include methods of treating a disease that may be treated by reducing or blocking the action of steroids, such as steroid hormones. In embodiments, the disease is characterized by excess cortisol levels, such as, e.g., Cushing's syndrome, and in particular, Cushing's Disease. (As noted above, both Cushing's syndrome and Cushing's Disease are character-

CORMIFE-T-00001457

JTX-001.20

US 10,195,214 B2

35                                                                    36

ized by excess cortisol; Cushing's Disease falls within the definition of Cushing's syndrome as a particular type or example of Cushing's syndrome; thus, all discussion and disclosure regarding Cushing's syndrome includes Cushing's Disease.) Methods disclosed herein also include methods of treating cancer and cancerous tumors, such as hormone-sensitive cancers including prostate cancer, comprising concomitant administration of a GRM and ketoconazole to provide thereby beneficial therapeutic effects. Methods, compositions, and kits disclosed herein are related to the methods compositions, and kits and compositions disclosed in U.S. Provisional Patent Application Ser. No. 62/465,772, filed Mar. 1, 2017, and U.S. Provisional Patent Application Ser. No. 62/466,867, filed Mar. 3, 2017, which applications are hereby incorporated by reference in their entireties.

For example, the present methods include concomitantly administering to a patient a CYP3A inhibitor and a glucocorticoid receptor antagonist (GRA), such as a glucocorticoid receptor antagonist (GRA). In embodiments, the CYP3A inhibitor is ketoconazole. In embodiments, the CYP3A inhibitor is ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving a CYP3A inhibitor (such as, e.g., ketoconazole) and is concomitantly administered an amount of a GRA (such as, e.g., mifepristone) effective to treat Cushing's syndrome, e.g., effective to control hyperglycemia secondary to hypercortisolism in an adult patient suffering from endogenous Cushing's syndrome. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome). In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance and has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome).

In embodiments, the present methods include methods for treating Cushing's syndrome in a patient taking a GRA, comprising reducing the daily dosage amount of the GRA from an original GRA dose to an adjusted GRA dose when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments, the adjusted dose of GRA is at least 25% less than the original dose. In embodiments, the adjusted dose of GRA is at least 33% less than the original dose. In embodiments, the adjusted dose of GRA is less than the original dose by a fraction of the original dose selected from 10%, 20%, 25%, 30%, 33%, 33$^{1/3}$%, and 50%. In embodiments, the GRA is mifepristone, and the adjusted mifepristone dose is selected from 300 mg per day, 600 mg per day, and 900 mg per day. In embodiments, the CYP3A inhibitor is ketoconazole. In embodiments, the CYP3A inhibitor is ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving a CYP3A inhibitor (such as, e.g., ketoconazole) and is concomitantly administered an amount of a GRA (such as, e.g., mifepristone) effective to treat Cushing's syndrome, e.g., effective to control hyperglycemia secondary to hypercortisolism in an adult patient suffering from endogenous Cushing's syndrome. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome). In embodi-

ments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance and has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome).

For example, the present disclosed methods include administering to a patient receiving ketoconazole an effective amount of a glucocorticoid receptor modulator (GRM), such as a glucocorticoid receptor antagonist (GRA). In embodiments, the patient is receiving ketoconazole. In embodiments, the patient is receiving ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving ketoconazole and is administered an amount of mifepristone effective to reduce the effect of a steroid such as cortisol in the patient.

Thus, in embodiments, the methods disclosed herein include a method for treating a patient who is receiving ketoconazole treatment for excess steroid levels, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering a GRA to the patient receiving ketoconazole, whereby the patient receiving ketoconazole is administered a GRA for treating excess steroid levels. In embodiments, the GRA is mifepristone. In embodiments, the disease is Cushing's syndrome. In embodiments, the disease is Cushing's Disease.

Thus, in embodiments, the methods disclosed herein include a method for treating a patient who is receiving ketoconazole treatment to reduce or block the effects of steroids, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering a GRA to the patient receiving ketoconazole, whereby the patient receiving ketoconazole is administered a GRA for treating the effects of steroids in the patient. In embodiments, the GRA is mifepristone. In embodiments, the effects of steroids include hypercortisolemic effects, such as the effects of Cushing's syndrome. In embodiments, the effects of steroids include hormonal effects, such as effects on hormone-sensitive cancer.

Applicant further discloses a method for treating a Cushing's syndrome patient who is receiving ketoconzole treatment, said ketoconzole treatment comprising administering an original dose of ketoconzole to said patient, said method comprising: administering a GRA to the patient receiving ketoconzole, wherein the amount of GRA administered is a first dose of GRA, whereby the patient receiving ketoconzole is administered a GRA for treating Cushing's syndrome. In embodiments, the GRA is mifepristone. In embodiments, the or Cushing's syndrome patient suffers from Cushing's Disease.

For example, the present disclosed methods include concomitantly administering to a patient in need thereof, a) an effective amount of a glucocorticoid receptor modulator (GRM), such as a glucocorticoid receptor antagonist (GRA), and b) an effective amount of ketoconazole, such as ketoconazole, thereby reducing the effect, the amount, or both, of steroids such as cortisol in the patient. For example, a Cushing's syndrome patient may be in need of reducing their blood levels of cortisol, or may be in need of reducing the effect of cortisol in the patient. For example, a cancer patient may be in need of reducing their blood levels of a steroid, such as an androgen, a progestogen, an estrogen, or other steroid.

Thus, in embodiments of the methods disclosed herein, a subject currently receiving ketoconazole is administered a GRM. In embodiments of the methods disclosed herein, a

CORMIFE-T-00001458
**JTX-001.21**

US 10,195,214 B2

37

subject currently receiving ketoconzole as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is administered a GRM, whereby the subject is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is Cushing's syndrome. In embodiments, the condition is a cancer characterized by the deleterious action of steroid hormones on cells, such as cancer cells; the cancer may be hormone-sensitive cancer that may be treated by lowering the levels of a steroid in the patient. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

Accordingly, Applicant discloses herein a method for treating a patient in need of reduced steroid levels, the patient receiving an original dose of ketoconazole, said method comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for reducing steroid levels in the patient. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in reducing steroid levels in the patient without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity.

Accordingly, Applicant discloses herein a method for treating a patient suffering from excess steroid levels, the patient receiving an original dose of ketoconazole, said method comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for reducing steroid levels in the patient. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in reducing steroid levels in the patient without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, the excess steroid comprises excess androgen. In embodiments, the excess steroid comprises excess progestogen. In embodiments, the excess steroid comprises excess estrogen. In embodiments, the excess steroid comprises excess cortisol.

Accordingly, in further embodiments, Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, said methods comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for treating Cushing's syndrome. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of keto-

38

conazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity.

In embodiments, Applicant discloses methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketoconazole to said patient; and administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first dose of GRA comprises an amount of said GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and a GRA for treating Cushing's syndrome and is not exposed to increased risk of ketoconazole toxicity. In embodiments, said GRA is mifepristone. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered within a short time of each other. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered at substantially the same time. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered concomitantly. In embodiments, the GRA is mifepristone.

Thus, in embodiments of these methods, administration of the ketoconazole and of the GRA comprises concomitant administration of the original dose of ketoconazole and the first dose of the GRA. In embodiments of concomitant administration, ketoconazole and the GRA are administered to the subject simultaneously. Such concomitant administration of a GRA may be by oral administration; by intravenous administration; subcutaneous administration; parenteral administration; intra-arterial administration; nasal administration; topical administration; or by other routes of administration, or combinations thereof.

In embodiments of the methods disclosed herein, ketoconazole and the GRA are administered to the patient in a single pill containing both the ketoconazole and the GRA, or are administered in a single liquid formulation containing both the ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

In embodiments of the methods disclosed herein, the first dose of the GRA is a dose selected from about 25 milligrams (mg), about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, and about 2000 mg. In embodiments, the dose of the GRA is a dose of mifepristone selected from about 300 mg, about 600 mg, about 900 mg, about 1200 mg, and about 1500 mg.

The methods disclosed herein include repeated administration of a GRA to a patient in need of treatment, including repeated concomitant administration of ketoconazole and a GRA.

For example, in yet further embodiments, a second dose of GRA is administered, wherein said second dose is administered after the administration of the first dose of GRA. The second dose of GRA may comprise about the same amount of said GRA as the first dose of the GRA; may comprise a greater amount of said GRA than the first dose of GRA; or may comprise a smaller amount of GRA than the first dose of GRA. In embodiments of these methods, the GRA is mifepristone.

CORMIFE-T-00001459

**JTX-001.22**

Appx71

US 10,195,214 B2

39                                                          40

The methods disclosed herein may further comprise: administering a subsequent dose of ketoconazole and a second dose of GRA, wherein said subsequent dose and said second dose are both administered after the administration of the first dose of the GRA. In embodiments, the second dose of GRA comprises about the same amount of the GRA as the first dose of GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of these methods, the GRA is mifepristone.

In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of these methods, the GRA is mifepristone.

In embodiments comprising repeated administration of a GRA to a patient in need of treatment, including repeated concomitant administration of ketoconazole and a GRA, ketoconazole and the GRA may be administered simultaneously. In embodiments of such methods, than the GRA may be mifepristone.

In embodiments, ketoconazole and a GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

Further embodiments of the methods disclosed herein may include further steps, e.g., may comprise administration of a third dose of a GRA, wherein said third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, such a third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In embodiments, such a third dose of GRA comprises a greater amount of the GRA than the second dose of the GRA. In embodiments, such a third dose of GRA is administered after the administration of the second dose of the GRA. In embodiments, such a third dose of GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In embodiments, such a third dose of GRA comprises a lesser amount of the GRA than the amount of said second dose of the GRA. In embodiments, such a third dose of GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In such embodiments, the GRA may be mifepristone.

In embodiments, methods disclosed herein comprise concomitant administration of ketoconazole and a third dose of GRA. In embodiments of such concomitant administration, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of such concomitant administration, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

Embodiments of the methods disclosed herein comprise treatments for patients suffering from Cushing's syndrome; in embodiments, the Cushing's syndrome patient suffers from Cushing's Disease. Such treatments for Cushing's syndrome comprise concomitant administration of ketoconazole and a GRA to the patient.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with ketoconazole and with a glucocorticoid receptor antagonist (GRA). In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with ketoconazole and a GRA, wherein the dose of ketoconazole administered concomitantly with the GRA is not reduced with respect to the ketoconazole dose administered to the patient in the absence of concomitant treatment with ketoconazole and a GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with a GRA and ketoconazole. In embodiments, the GRA is mifepristone.

Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, said method comprising: administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with the dose of SI, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for treating Cushing's syndrome. In embodiments, the patient suffers from Cushing's Disease.

In embodiments, Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, the method comprising: administering a first dose of mifepristone to the patient, wherein the first mifepristone dose is administered concomitantly with the dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of mifepristone for treating Cushing's syndrome. In embodiments, the patient suffers from Cushing's Disease.

In further embodiments of such methods, wherein said first dose of a GRA comprises a GRA amount that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, administration of ketoconazole and of the GRA comprises concomitant administration of the original dose of ketoconazole and the first dose of the GRA. In embodiments, administering a GRA comprises oral administration of the GRA. In embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

In embodiments of the methods disclosed herein, the first dose of the GRA is selected from about 25 mg, about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, about 2000 mg, about 2100 mg, about 2400 mg, about 2700 mg, and about 3000 mg. In embodiments of the methods disclosed herein, the first dose of the GRA is a dose of mifepristone selected from about 1500 mg mifepristone, about 1200 mg mifepristone, about 900 mg mifepristone, about 600 mg mifepristone, and about 300 mg mifepristone.

Further embodiments of the methods disclosed herein comprise administering a second dose of GRA, wherein said second dose is administered after the administration of the

Appx72

US 10,195,214 B2

41

first dose of GRA. In embodiments, the second dose of GRA comprises about the same amount of said GRA as the first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of said GRA than the first dose of GRA. In embodiments, the GRA is mifepristone.

Further embodiments of the methods disclosed herein comprise administering a subsequent dose of ketoconazole and a second dose of GRA, wherein the subsequent ketoconazole dose and the second GRA dose are both administered after the administration of the first dose of the GRA. In embodiments, the second dose of GRA comprises about the same amount of the GRA as the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the GRA is mifepristone.

In embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments, the GRA is mifepristone. In embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments, ketoconazole and mifepristone are administered to the patient in a single pill containing both ketoconazole and mifepristone, or in a single liquid formulation containing both ketoconazole and mifepristone. In embodiments, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising both ketoconazole and mifepristone.

Embodiments of the methods disclosed herein further comprise administration of a third dose of GRA, wherein said third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, the third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In embodiments, the third dose of GRA comprises a greater amount of the GRA than the second dose of the GRA. In embodiments, the methods further comprise administration of a third dose of GRA, wherein the third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, the third dose of GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In embodiments, the third dose of the GRA comprises a lesser amount of the GRA than the amount of said second dose of the GRA. In embodiments, the third dose of GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In embodiments, administration of the third GRA dose comprises concomitant administration ketoconazole and the third dose of GRA. In such embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of the methods comprising such third dose of GRA,

42

ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

Applicant discloses herein methods for treating Cushing's syndrome patients with a GRA (such as mifepristone) and ketoconazole. In embodiments, the patient suffers from Cushing's Disease.

Applicant discloses here methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketoconazole to said patient; and administering a glucocorticoid receptor antagonist (GRA) to the patient, wherein the amount of GRA administered is a first dose of GRA, whereby the patient is administered both ketoconazole and a GRA for treating Cushing's syndrome. In embodiments, the first dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In embodiments, the GRA is mifepristone.

In embodiments of such methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the first dose of GRA comprises an amount of GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, the first dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In embodiments, the GRA is mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the administration of ketoconazole and of the GRA comprises concomitant administration of the original dose of ketoconazole and the first dose of said GRA.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the administration of the GRA comprises oral administration of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, ketoconazole and mifepristone are administered in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the first dose of the GRA is a dose of GRA selected from about 25 mg, about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, about 2000 mg, about 2100 mg, about 2400 mg, about 2700 mg, and about 3000 mg. In embodiments, the GRA is mifepristone, and the first dose of the GRA is a dose of mifepristone selected from about 1500 mg mifepristone, about 1200 mg mifepristone, about 900 mg mifepristone, about 600 mg mifepristone, and about 300 mg mifepristone.

CORMIFE-T-00001461
**JTX-001.24**

US 10,195,214 B2

**43**                                              **44**

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administering a second dose of GRA, wherein said second dose is administered after the administration of the first dose of said GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises about the same amount of said GRA as the first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises a lesser amount of said GRA than the first dose of GRA. In embodiments, the second dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises a greater amount of said GRA than the first dose of GRA. In embodiments, the GRA is mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administering a subsequent dose of ketoconazole and a second dose of GRA, wherein the subsequent ketoconazole dose and the second GRA dose are both administered after the administration of the first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises about the same amount of the GRA as the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the second dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation comprising ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the GRA is mifepristone, and the ketoconazole and the mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administration of a third dose of the GRA, wherein the third dose of the GRA is admin-

istered after the administration of the second dose of the GRA. In embodiments, the third dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a greater amount of the GRA than the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA is administered after the administration of the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a lesser amount of the GRA than the amount of said second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In embodiments, the GRA is mifepristone.

In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant administration of ketoconazole and of the third dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation comprising ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the GRA is mifepristone, and the ketoconazole and the mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with mifepristone and ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with mifepristone and ketoconazole, wherein the dose of ketoconazole administered concomitantly with ketoconazole is not reduced with respect to the ketoconazole dose administered to the patient in the absence of concomitant treatment with ketoconazole and mifepristone.

Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketoconazole to said patient; and administering mifepristone to the patient, wherein the amount of mifepristone administered is a first dose of mifepristone, whereby the patient is admin-

CORMIFE-T-00001462

**JTX-001.25**

US 10,195,214 B2

45

istered both ketoconazole and mifepristone for treating Cushing's syndrome. In embodiments, the first dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole.

In embodiments of methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, wherein the ketoconazole treatment comprises administering an original dose of ketoconazole to said patient, the methods comprise administering a first dose of mifepristone that comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of mifepristone and is not exposed to increased risk of ketoconazole toxicity. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the original dose of ketoconazole and of the first dose of mifepristone. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone. In embodiments of such methods, the first dose of mifepristone is a dose of about 300 milligrams (mg), about 600 mg, about 900 mg, about 1200 mg, or about 1500 mg.

In embodiments, such methods further comprise: administering a second dose of mifepristone, wherein said second dose is administered after the administration of the first dose of mifepristone. In embodiments, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the first dose of mifepristone. In embodiments, such methods further comprise administering a subsequent dose of ketoconazole and a second dose of mifepristone, wherein said subsequent dose and said second dose are both administered after the administration of the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of such methods, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such meth-

46

ods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the second dose of mifepristone. In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered after the administration of the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the amount of said second dose of mifepristone. In embodiments, such methods comprise concomitant administration of ketoconazole and of the third dose of mifepristone. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment at an original dose of ketoconazole, the methods comprise administering a first dose of mifepristone to the subject and reducing the dose of ketoconazole received by the patient to a ketoconazole dose that is less than the original ketoconazole dose, wherein the dose of mifepristone comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of mifepristone and is not exposed to increased risk of ketoconazole toxicity.

Accordingly, Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole at an initial dosage, said initial dosage comprising administering an initial dose of ketoconazole to said patient, said method comprising: administering a reduced dose of ketoconazole to said patient, wherein said reduced dose of ketoconazole is a dose of ketoconazole that is less than said initial dose by an amount of at least about 5% of the initial dose; and administering mifepristone to the patient, wherein the amount of mifepristone administered is a first dose of mifepristone, whereby the patient is administered both the reduced dose of ketoconazole and the first dose of mifepristone. In embodiments of such methods, the first dose of mifepristone comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome, whereby the patient is administered both a reduced dose of ketoconazole and an effective dose of

US 10,195,214 B2

47

48

mifepristone. In embodiments, the first dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the reduced dose of ketoconazole and the first dose of mifepristone. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, the first dose of ketoconazole is less than said initial dose of ketoconazole by an amount that is about 10%, about 15%, about 25%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 75%, or about 90% less than the initial dose. In embodiments of such methods, the first dose of mifepristone is a dose selected from about 300 mg, about 600 mg, about 900 mg, about 1200 mg, and about 1500 mg.

In embodiments, such methods further comprise administering a second dose of mifepristone, wherein said second dose is administered at a time after the administration of the first dose of mifepristone. In embodiments, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a lesser amount of mifepristone than the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the first dose of mifepristone. In embodiments, such methods further comprise administering a subsequent dose of ketoconazole and a second dose of mifepristone, wherein said subsequent dose and said second dose are both administered at a time after the administration of both the reduced dose of ketoconazole and of the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the reduced dose of ketoconazole. In embodiments of such methods, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of said reduced dose of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the reduced dose of ketoconazole.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered at a time after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the second dose of mifepristone.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered at a time after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the amount of said second dose of mifepristone. In embodiments, such methods comprise administration of a dose of ketoconazole administered at the time as the administration of the third dose of mifepristone.

Applicant further discloses herein methods for treating a patient who is suffering from Cushing's syndrome with mifepristone, the patient also receiving concomitant administration of ketoconazole, said method comprising: to the patient concomitantly receiving ketoconazole, orally administering a dose of mifepristone that is a smaller dose of mifepristone than the dose that is an effective mifepristone dose when the patient receives only mifepristone. An effective dose of mifepristone when the patient receives only mifepristone for treating Cushing's syndrome is termed a "lone dose" of mifepristone. For example, the dose of mifepristone that is effective for the treatment of a Cushing's syndrome patient not concomitantly receiving ketoconazole or other treatment for Cushing's syndrome is a "lone dose" of mifepristone. In embodiments of the methods disclosed herein, for Cushing's syndrome patient receiving concomitant administration of ketoconazole, the dose of mifepristone is reduced by at least about 5% as compared to the lone dose of mifepristone. Accordingly, Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole, said method comprising: administering a reduced dose of mifepristone to said patient, wherein said reduced dose of mifepristone is a dose of mifepristone that is less than the lone dose of mifepristone as defined herein; whereby the patient is administered both ketoconazole and the reduced dose of mifepristone. In embodiments, such a reduced dose of mifepristone is an amount of mifepristone that is less than the lone dose of mifepristone by an amount that is at least about 5% of the lone dose. In embodiments of such methods, the reduced dose of mifepristone comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome, whereby the patient is administered both a reduced dose of mifepristone and a dose of ketoconazole. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the reduced dose of mifepristone and the dose of ketoconazole. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, the reduced dose of mifepristone is less than said lone dose of mifepristone by an amount that is about 10%, about 15%, about 25%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 75%, or about 90% less than the lone dose. In embodiments of such methods, the reduced dose of mifepristone is a daily dose selected from about 900 mg, about 600 mg, about 300 mg, or is a dose of mifepristone selected from about 300 mg mifepristone administered every other day, a dose of about 300 mg mifepristone administered

CORMIFE-T-00001464
JTX-001.27

US 10,195,214 B2

**49**

**50**

every third day, and a dose of mifepristone of about 300 mg administered every fourth day.

Compositions

Applicant discloses herein compositions comprising a glucocorticoid receptor antagonist (GRA) which may be used in the treatment of a patient suffering from excess cortisol, e.g., in a patient suffering from Cushing's syndrome. In embodiments, the compositions comprising a GRA may be provided in an amount effective to control hyperglycemia secondary to hypercortisolism, and may be provided in an amount effective control hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing's disease. In embodiments, the compositions comprising a GRA may be provided in an amount effective to control hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing's disease, where the patient has failed surgery, or is not a candidate for surgery.

Applicant also discloses herein compositions comprising a glucocorticoid receptor antagonist (GRA) and ketoconazole. These compositions comprising a GRA and ketoconazole may be used in the treatment of a Cushing's syndrome patient.

The compositions as disclosed herein can be prepared in a wide variety of oral, parenteral and topical dosage forms. Oral preparations include tablets, pills, powder, dragees, capsules, liquids, lozenges, cachets, gels, syrups, slurries, suspensions, etc., suitable for ingestion by the patient. The compositions of the present invention can also be administered by injection, that is, intravenously, intramuscularly, intracutaneously, subcutaneously, intraduodenally, or intraperitoneally. Also, the compositions disclosed herein can be administered by inhalation, for example, intranasally. Additionally, the compositions of the present invention can be administered transdermally. The compositions disclosed herein can also be administered by intraocular, intravaginal, and intrarectal routes including suppositories, insufflation, powders and aerosol formulations (for examples of steroid inhalants, see Rohatagi, J. Clin. Pharmacol. 35:1187-1193, 1995; Tjwa, Ann. Allergy Asthma Immunol. 75:107-111, 1995).

Accordingly, in embodiments disclosed herein, the compositions include pharmaceutical compositions including a pharmaceutically acceptable carrier or excipient, a glucocorticoid receptor antagonist (GRA), and a SI. SIs include, for example, ketoconazole, levoketoconazole, metyrapone, aminoglutethimide, etomidate, LCI699 (Osilodrostat), and others.

For preparing pharmaceutical compositions from the compounds of the present invention, pharmaceutically acceptable carriers can be either solid or liquid. Solid form preparations include powders, tablets, pills, capsules, cachets, suppositories, and dispersible granules. A solid carrier can be one or more substances, which may also act as diluents, flavoring agents, binders, preservatives, tablet disintegrating agents, or an encapsulating material. Details on techniques for formulation and administration are well described in the scientific and patent literature, see, e.g., the latest edition of Remington's Pharmaceutical Sciences, Mack Publishing Co, Easton Pa. ("Remington's").

In powders, the carrier is a finely divided solid, which is in a mixture with the finely divided active component. In tablets, the active component is mixed with the carrier having the necessary binding properties in suitable proportions and compacted in the shape and size desired. The powders and tablets preferably contain from 5% or 10% to 70% of ketoconazole and/or the GRA.

Suitable solid excipients include, but are not limited to, magnesium carbonate; magnesium stearate; talc; pectin; dextrin; starch; tragacanth; a low melting wax; cocoa butter; carbohydrates; sugars including, but not limited to, lactose, sucrose, mannitol, or sorbitol, starch from corn, wheat, rice, potato, or other plants; cellulose such as methyl cellulose, hydroxypropylmethyl-cellulose, or sodium carboxymethyl-cellulose; and gums including arabic and tragacanth; as well as proteins including, but not limited to, gelatin and collagen. If desired, disintegrating or solubilizing agents may be added, such as the cross-linked polyvinyl pyrrolidone, agar, alginic acid, or a salt thereof, such as sodium alginate.

Dragee cores are provided with suitable coatings such as concentrated sugar solutions, which may also contain gum arabic, talc, polyvinylpyrrolidone, carbopol gel, polyethylene glycol, and/or titanium dioxide, lacquer solutions, and suitable organic solvents or solvent mixtures. Dyestuffs or pigments may be added to the tablets or dragee coatings for product identification or to characterize the quantity of active compound (i.e., dosage). Pharmaceutical preparations of the invention can also be used orally using, for example, push-fit capsules made of gelatin, as well as soft, sealed capsules made of gelatin and a coating such as glycerol or sorbitol. Push-fit capsules can contain ketoconazole and/or the GRA mixed with a filler or binders such as lactose or starches, lubricants such as talc or magnesium stearate, and, optionally, stabilizers. In soft capsules, ketoconazole and/or the GRA may be dissolved or suspended in suitable liquids, such as fatty oils, liquid paraffin, or liquid polyethylene glycol with or without stabilizers.

For preparing suppositories, a low melting wax, such as a mixture of fatty acid glycerides or cocoa butter, is first melted and ketoconazole and/or the GRA are dispersed homogeneously therein, as by stirring. The molten homogeneous mixture is then poured into convenient sized molds, allowed to cool, and thereby to solidify.

Liquid form preparations include solutions, suspensions, and emulsions, for example, water or water/propylene glycol solutions. For parenteral injection, liquid preparations can be formulated in solution in aqueous polyethylene glycol solution.

Aqueous solutions for oral use can be prepared by dissolving ketoconazole and/or the GRA in water and adding suitable colorants, flavors, stabilizers, and thickening agents as desired. Aqueous suspensions suitable for oral use can be made by dispersing the finely divided active component in water with viscous material, such as natural or synthetic gums, resins, methylcellulose, sodium carboxymethylcellulose, hydroxypropylmethylcellulose, sodium alginate, polyvinylpyrrolidone, gum tragacanth and gum acacia, and dispersing or wetting agents such as a naturally occurring phosphatide (e.g., lecithin), a condensation product of an alkylene oxide with a fatty acid (e.g., polyoxyethylene stearate), a condensation product of ethylene oxide with a long chain aliphatic alcohol (e.g., heptadecaethylene oxycetanol), a condensation product of ethylene oxide with a partial ester derived from a fatty acid and a hexitol (e.g., polyoxyethylene sorbitol mono-oleate), or a condensation product of ethylene oxide with a partial ester derived from fatty acid and a hexitol anhydride (e.g., polyoxyethylene sorbitan mono-oleate). The aqueous suspension can also contain one or more preservatives such as ethyl or n-propyl p-hydroxybenzoate, one or more coloring agents, one or more flavoring agents and one or more sweetening agents, such as sucrose, aspartame or saccharin. Formulations can be adjusted for osmolarity.

CORMIFE-T-00001465

**JTX-001.28**

US 10,195,214 B2

51

Also included are solid form preparations, which are intended to be converted, shortly before use, to liquid form preparations for oral administration. Such liquid forms include solutions, suspensions, and emulsions. These preparations may contain, in addition to the active component, colorants, flavors, stabilizers, buffers, artificial and natural sweeteners, dispersants, thickeners, solubilizing agents, and the like.

Oil suspensions can be formulated by suspending ketoconazole and/or the GRA in a vegetable oil, such as arachis oil, olive oil, sesame oil or coconut oil, or in a mineral oil such as liquid paraffin; or a mixture of these. The oil suspensions can contain a thickening agent, such as beeswax, hard paraffin or cetyl alcohol. Sweetening agents can be added to provide a palatable oral preparation, such as glycerol, sorbitol or sucrose. These formulations can be preserved by the addition of an antioxidant such as ascorbic acid. As an example of an injectable oil vehicle, see Minto, J. Pharmacol. Exp. Ther. 281:93-102, 1997. The pharmaceutical formulations of the invention can also be in the form of oil-in-water emulsions. The oily phase can be a vegetable oil or a mineral oil, described above, or a mixture of these. Suitable emulsifying agents include naturally-occurring gums, such as gum acacia and gum tragacanth, naturally occurring phosphatides, such as soybean lecithin, esters or partial esters derived from fatty acids and hexitol anhydrides, such as sorbitan mono-oleate, and condensation products of these partial esters with ethylene oxide, such as polyoxyethylene sorbitan mono-oleate. The emulsion can also contain sweetening agents and flavoring agents, as in the formulation of syrups and elixirs. Such formulations can also contain a demulcent, a preservative, or a coloring agent.

The compositions of the present invention can also be delivered as microspheres for slow release in the body. For example, microspheres can be formulated for administration via intradermal injection of drug-containing microspheres, which slowly release subcutaneously (see Rao, J. Biomater Sci. Polym. Ed. 7:623-645, 1995; as biodegradable and injectable gel formulations (see, e.g., Gao Pharm. Res. 12:857-863, 1995); or, as microspheres for oral administration (see, e.g., Eyles, J. Pharm. Pharmacol. 49:669-674, 1997). Both transdermal and intradermal routes afford constant delivery for weeks or months.

In another embodiment, the compositions of the present invention can be formulated for parenteral administration, such as intravenous (IV) administration or administration into a body cavity or lumen of an organ. The formulations for administration will commonly comprise a solution of the compositions of the present invention dissolved in a pharmaceutically acceptable carrier. Among the acceptable vehicles and solvents that can be employed are water and Ringer's solution, an isotonic sodium chloride. In addition, sterile fixed oils can conventionally be employed as a solvent or suspending medium. For this purpose any bland fixed oil can be employed including synthetic mono- or diglycerides. In addition, fatty acids such as oleic acid can likewise be used in the preparation of injectables. These solutions are sterile and generally free of undesirable matter. These formulations may be sterilized by conventional, well known sterilization techniques. The formulations may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions such as pH adjusting and buffering agents, toxicity adjusting agents, e.g., sodium acetate, sodium chloride, potassium chloride, calcium chloride, sodium lactate and the like. The concentration of the compositions of the present invention in these formulations can vary widely, and will be selected primarily

52

based on fluid volumes, viscosities, body weight, and the like, in accordance with the particular mode of administration selected and the patient's needs. For IV administration, the formulation can be a sterile injectable preparation, such as a sterile injectable aqueous or oleaginous suspension. This suspension can be formulated according to the known art using those suitable dispersing or wetting agents and suspending agents. The sterile injectable preparation can also be a sterile injectable solution or suspension in a nontoxic parenterally-acceptable diluent or solvent, such as a solution of 1,3-butanediol.

In another embodiment, the formulations of the compositions of the present invention can be delivered by the use of liposomes which fuse with the cellular membrane or are endocytosed, i.e., by employing ligands attached to the liposome, or attached directly to the oligonucleotide, that bind to surface membrane protein receptors of the cell resulting in endocytosis. By using liposomes, particularly where the liposome surface carries ligands specific for target cells, or are otherwise preferentially directed to a specific organ, one can focus the delivery of the compositions of the present invention into the target cells in vivo. (See, e.g., Al-Muhammed, J. Microencapsul. 13:293-306, 1996; Chonn, Curr. Opin. Biotechnol. 6:698-708, 1995; Ostro, Am. J. Hosp. Pharm. 46:1576-1587, 1989).

Administration

The compositions disclosed herein can be delivered by any suitable means, including oral, parenteral and topical methods. Transdermal administration methods, by a topical route, can be formulated as applicator sticks, solutions, suspensions, emulsions, gels, creams, ointments, pastes, jellies, paints, powders, and aerosols.

The pharmaceutical preparation is preferably in unit dosage form. In such form the preparation is subdivided into unit doses containing appropriate quantities of the GRA and ketoconazole, the GRA is mifepristone. The unit dosage form can be a packaged preparation, the package containing discrete quantities of preparation, such as packeted tablets, capsules, and powders in vials or ampoules. Also, the unit dosage form can be a capsule, tablet, cachet, or lozenge itself, or it can be the appropriate number of any of these in packaged form.

The GRA and ketoconazole can be co-administered or administered separately. Concomitant administration includes administering ketoconazole within 0.5, 1, 2, 4, 6, 8, 10, 12, 16, 20, or 24 hours of the GRA. Concomitant administration also includes administering the GRA and ketoconazole simultaneously, approximately simultaneously (e.g., within about 1, 5, 10, 15, 20, or 30 minutes of each other), or sequentially in any order. Moreover, the GRA and ketoconazole can each be administered once a day, or two, three, or more times per day so as to provide the preferred dosage level per day. In embodiments, the GRA is mifepristone.

In some embodiments, concomitant administration can be accomplished by co-formulation, i.e., preparing a single pharmaceutical composition including both the GRA and ketoconazole. Suitable co-formulations include single pharmaceutical compositions including a GRA, ketoconazole, and a pharmaceutically acceptable excipient. In embodiment, the GRA is mifepristone.

In other embodiments, the GRA and ketoconazole can be formulated separately.

Ketoconazole can be present in any suitable amount, and can depend on various factors including, but not limited to, weight and age of the subject, state of the disease, etc. Suitable dosage ranges for ketoconazole in combination

US 10,195,214 B2

**53**

with the GRA, include from about 0.1 mg to about 10,000 mg, or about 1 mg to about 1000 mg, or about 10 mg to about 750 mg, or about 25 mg to about 500 mg, or about 50 mg to about 250 mg. Suitable dosages for ketoconazole in combination with the GRA, include about 1 mg, 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900 or 1000 mg. In embodiments, the GRA is mifepristone.

Similarly, the GRA can be present in combination with ketoconazole in any suitable amount. The amount of GRA can depend on various factors including, but not limited to, weight and age of the subject, state of the disease, etc. Suitable dosage ranges for the GRA in combination with the SI, include from about 0.1 mg to about 10,000 mg, or about 1 mg to about 1000 mg, or about 10 mg to about 750 mg, or about 25 mg to about 500 mg, or about 50 mg to about 250 mg. Suitable dosages for the GRA in combination with ketoconazole, include, but are not limited to, about 1 mg, 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900 or about 1000 mg. In embodiments, the GRA is mifepristone.

Ketoconazole and the GRA can be present in the compositions of the present invention in any suitable weight ratio, such as from about 1:100 to about 100:1 (w/w), or about 1:50 to about 50:1, or about 1:25 to about 25:1, or about 1:10 to about 10:1, or about 1:5 to about 5:1 (w/w). Ketoconazole and the GRA can be present in any suitable weight ratio, such as about 1:100 (w/w), 1:50, 1:25, 1:10, 1:5, 1:4, 1:3, 1:2, 1:1, 2:1, 3:1, 4:1, 5:1, 10:1, 25:1, 50:1 or 100:1 (w/w). Other dosages and dosage ratios of ketoconazole and the GRA are suitable in the compositions and methods disclosed herein. In embodiments, the GRA is mifepristone.

The composition can also contain other compatible therapeutic agents. The compounds described herein can be used in combination with one another, or with adjunctive agents that may not be effective alone, but may contribute to the efficacy of the active agent.

Kits

Applicant further provides kits including compositions as disclosed herein. Kits may also include instructions for the use of the compositions.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole; and a pharmaceutical composition containing a GRA. In embodiments, the GRA is mifepristone.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole; and a pharmaceutical composition containing a GRA; and instructions for the use (e.g., administration) of the ketoconazole and the GRA. In embodiments, the GRA is mifepristone, and the instructions include instructions for the administration of mifepristone. In embodiments, the instructions include instructions regarding one or more of the number of pharmaceutical compositions to be taken each day, the timing of such administration, whether or not the pharmaceuticals are to be taken with food or in a fasted state, contraindications, possible side effects, activities to be avoided during treatment with the pharmaceutical compositions (if any), and foods to be avoided during treatment with the pharmaceutical compositions (if any).

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole and a GRA. In embodiments, the GRA is mifepristone, and the pharmaceutical composition contains ketoconazole and mifepristone.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole and a GRA; and instructions for the use (e.g., administration) of the pharmaceutical

**54**

composition. In embodiments, the GRA is mifepristone. In embodiments of the kits disclosed herein, the pharmaceutical composition includes ketoconazole and mifepristone, and the instructions include instructions for the administration of the pharmaceutical containing ketoconazole and mifepristone. In embodiments, the instructions include instructions regarding one or more of the number of pharmaceutical compositions to be taken each day, the timing of such administration, whether or not the pharmaceutical composition is to be taken with food or in a fasted state, contraindications, possible side effects, activities to be avoided during treatment with the pharmaceutical composition (if any), and foods to be avoided during treatment with the pharmaceutical composition (if any).

EXAMPLES

The following examples are presented by way of illustration of embodiments of the methods disclosed herein, and serve to illustrate, but not to limit, the present disclosure of methods of treating patients suffering from Cushing's syndrome, including Cushing's Disease; or from prostate cancer and other androgen-sensitive cancers; or from breast cancer, ovarian cancer, or other cancer hormone-sensitive cancer (e.g., cancer sensitive to estrogen or progesterone); and patients suffering from other diseases, disorders, or syndromes.

Example 1

A study was performed in order to determine the effect of oral ketoconazole at a dose of 400 mg once per day (OD) or 200 mg twice per day (BID) on the plasma pharmacokinetics of a 300 mg single dose of mifepristone given to a fasted subject, in comparison to previous study data. This study was an open-label study in healthy male subjects.

Healthy male volunteers between the ages of 18 to 45 years of age with a body mass index (BMI) ranging between 19 and 32 kg/m2 and a weight of at least 60 kg (132 lbs) were enrolled. Subjects had no clinically significant abnormal findings on the physical examination, ECG, blood pressure, heart rate, medical history, or clinical laboratory results during screening. The QTc interval at screening was less than 450 msec.

In cohort 1, six subjects received ketoconazole 400 mg OD for 14 days. The cohort 1 subjects participated in a screening visit to assess eligibility, and in a check-in day during which eligibility was re-confirmed and the first dose of 400 mg oral ketoconazole given at approximately 8 PM (12 hours prior to expected time of Day 1 mifepristone dose).

The morning of Day 1, subjects received 400 mg oral ketoconazole fasted, 0.5 hour prior to receiving the 300 mg single dose of mifepristone fasted. Subjects remained in the clinic on Days 2 and 3 to receive 400 mg OD oral ketoconazole fasted, and for safety evaluation and collection of blood pharmacokinetic (PK) samples. Subjects were discharged from the clinic on Day 4 following administration of 400 mg OD oral ketoconazole fasted, and returned to the clinic the mornings of Days 5 through 13 to receive 400 mg OD oral ketoconazole fasted.

In cohort 2, six subjects received ketoconazole 200 mg BID for 14 days. The 300 mg single dose of mifepristone was given to all subjects on day 1. All 12 subjects completed the study. Cohort 2 subjects participated in a Screening visit to assess eligibility and a check-in Day (Day −1) during which eligibility was re-confirmed. On Day 0, subjects

CORMIFE-T-00001467
**JTX-001.30**

**55**

received 200 mg BID oral ketoconazole: the morning dose after an overnight fast and the evening dose 12 hours prior to expected time of Day 1 Mifepristone dose. The morning of Day 1, subjects received 200 mg oral ketoconazole fasted, 0.5 hour prior to receiving the 300 mg single dose of Mifepristone fasted. The evening of Day 1, subjects received 200 mg oral ketoconazole. Subjects remained in the clinic on Days 2, 3 and 4 to receive 200 mg BID oral ketoconazole, and for safety evaluation and collection of blood pharmacokinetic (PK) samples. Subjects were discharged from the clinic on Day 4 following evening administration of 200 mg oral ketoconazole, and returned to the clinic the morning and evening of Days 5 through 13 to receive 200 mg BID oral ketoconazole. Morning doses of ketoconazole on Days 0-13 were administered in the fasted state.

Subjects in both cohorts had blood sampling for determination of plasma concentrations of mifepristone and its metabolites within 30 minutes before mifepristone dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72 (Day 4), 120 (Day 6), 192 (Day 9), 264 (Day 12), and 336 (Day 15) post mifepristone dose. Subjects in both cohorts returned to the study center on Day 15 for safety monitoring, and completion of the Termination Visit procedures, followed by discharge from the study. Safety was assessed by spontaneously reported adverse events, physical examinations, and routine clinical laboratory tests. To the extent possible, any adverse events deemed study drug-related and that were ongoing at the time of discharge from the study were followed-up to resolution or until a determination is made that the unresolved event was stable.

No subject experienced a serious adverse effect (SAE), or an adverse event (AE) that resulted in discontinuation from the study. Three subjects (25%) experienced at least 1 treatment-emergent adverse event (TEAE). All TEAEs were mild in intensity. No TEAE was considered by the investigator to be related to mifepristone. One TEAE of insomnia was considered by the investigator to be related to ketoconazole.

Minimal changes in laboratory test results were observed during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. Any abnormal values or shifts from baseline were considered not clinically significant. No clinically significant changes in any electrocardiogram (ECG) parameter were observed.

Pharmacokinetics (PK): Blood samples were drawn within 30 minutes before mifepristone dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72 (Day 4), 120 (Day 6), 192 (Day 9), 264 (Day 12), and 336 (Day 15) post mifepristone dose. Pharmacokinetic parameters were calculated for plasma concentrations of mifepristone and its metabolites following the single dose at Day 1. Descriptive statistics (count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. Mifepristone/metabolite concentrations were listed and summarized. Comparisons with previous study data were made. The mean PK parameters from this study are presented in Table 1 ("MIFE" indicates mifepristone). The abbreviations and symbols used in Table 1 have the following meanings: "Tmax" indicates time to maximum observed plasma concentration; "Tmin" indicates time to minimum observed concentration within the 24 hour dosing interval; "Cmax" indicates maximum observed plasma concentration; "Cmin" indicates minimum observed concentration within the 24 hour dosing interval; "Cavg" indicates average steady-state concentration and is defined as drug input rate (Ro) divided by drug removal rate (CLss) (Cavg=Ro/CLss, where f (the fraction absorbed) cancels out (f is a factor of

**56**

both Ro and CLss); this equation reduces to Cavg=AUCtau/tau); "AUC0-24" indicates area under the plasma concentration versus time curve from time 0 to 24 hours post-dose, calculated using the linear trapezoidal rule (this is the same as AUCtau where tau is 24 hours or 1 day); "% Fluct" indicates percent fluctuation in drug concentrations at steady-state computed as % Fluct=100×(Cmax−Cmin)/Cavg.

PHARMACOKINETIC (PK) RESULTS: Mifepristone plasma concentrations showed a rapid initial decline followed by a slow decline over time. At later time points, concentrations showed an accelerated decline indicative of non-linear kinetics. Metabolites peaked later relative to parent mifepristone as would be expected. Mifepristone metabolite RU 42633 exposure was similar or even greater than that for mifepristone, while RU 42698 (a mifepristone metabolite) exposure was approximately 0.74 to 0.94 relative to mifepristone and RU 42848 (also a mifepristone metabolite) exposure was 0.53 to 0.68 relative to mifepristone. With increase in time interval, the fraction of AUC relative to mifepristone accounted for by metabolite increased.

Cohort 2 Cmax (where Cmax is the maximum observed plasma concentration) and AUCinf (where AUCinf is the area under the concentration-time curve from time of last dose to infinity) were similar to corresponding parameters in Cohort 1. The geometric mean ratio (GMR) for Cmax was 1.15 and that for AUCinf was 1.05. However, the 90% confidence intervals around the GMR were higher than the standard 80:125 reference interval. Thus, there may be a small increase in mifepristone exposure with a divided ketoconazole dose (200 mg BID vs. 400 mg OD), but this was minor. Terminal half-life was approximately the same in Cohort 2 versus Cohort 1 and Tmax was shorter for Cohort 2 versus Cohort 1.

SAFETY RESULTS: Among 12 subjects who received mifepristone, 3 (25%) experienced at least one treatment emergent adverse event (TEAE). All TEAEs were mild in intensity. No TEAE was considered by the investigator to be related to Mifepristone. One TEAE of insomnia was considered by the investigator to be related to ketoconazole. No subject experienced an SAE or an AE that resulted in discontinuation from the study. Minimal changes in laboratory test results were observed for subjects during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. Any abnormal values or shifts from Baseline values were considered not clinically significant. No clinically significant changes in any ECG parameter were observed.

While PK parameters in Cohort 2 were similar to those in Cohort 1, the 90% confidence intervals around the GMR were higher than the standard 80:125 reference interval used for bioequivalence testing. Thus, there may be a small and minor increase in mifepristone exposure with a divided ketoconazole dose (200 mg BID vs. 400 mg OD). Terminal half-life was approximately the same in Cohort 2 versus Cohort 1 and Tmax was shorter for Cohort 2 versus Cohort 1. Mifepristone 300 mg was safe and well tolerated in healthy volunteers under the following treatment regimens: single-dose fasted with ketoconazole 400 mg OD for 14 days or ketoconazole 200 mg BID for 14 days.

Example 2

The primary objective of this study was to determine the effect of a 400 mg single dose of ketoconazole on the PK of an 8-day regimen of 300 mg or 600 mg OD mifepristone

CORMIFE-T-00001468

**JTX-001.31**

US 10,195,214 B2

57                                                        58

given following a moderate fat (34%) breakfast. This was an open-label study in healthy male subjects. In cohort 1, six subjects received mifepristone 300 mg OD for 8 days. In cohort 2, six subjects received mifepristone 600 mg OD for 8 days. The 400 mg single dose of ketoconazole was given to all subjects on day 8. Three subjects discontinued early from the study: one subject in cohort 1 due to new onset sinus bradycardia, and two subjects in cohort 2 due to withdrawn consent.

METHODOLOGY: Twelve subjects were enrolled, six in Cohort 1 and 6 in Cohort 2. Three subjects discontinued early from the study, one subject in Cohort 1 due to an adverse event of sinus bradycardia, and two subjects in Cohort 2 due to withdrawn consent.

Cohort 1: Subjects participated in a Screening visit to assess eligibility, and returned to the clinic on Days 1-6 to receive 300 mg oral mifepristone following a moderate fat breakfast. On Day 7 subjects were admitted to the clinic in the fasted state for a pre-dose PK blood draw, after which they received 300 mg oral mifepristone following a moderate fat breakfast. Subjects had serial blood sampling for determination of mifepristone and its metabolites at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 dose. On Day 8, a pre-dose PK sample was drawn within 30 minutes prior to ketoconazole dosing for determination of plasma concentrations of mifepristone and its metabolites and ketoconazole. Following a moderate fat breakfast on Day 8, subjects received 400 mg ketoconazole 0.5 hours prior to 300 mg mifepristone and had serial blood sampling at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post mifepristone dose for determination of plasma concentrations of mifepristone and its metabolites; and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 post ketoconazole dose for determination of plasma concentrations of ketoconazole. Subjects were discharged on Day 11.

Cohort 2: Subjects participated in a Screening visit to assess eligibility and returned to the clinic on Days 1-6 to receive 600 mg oral mifepristone following a moderate fat breakfast. On Day 7 subjects were admitted to the clinic in the fasted state for a pre-dose PK blood draw, after which they received 600 mg oral mifepristone following a moderate fat breakfast. Subjects had serial blood sampling for determination of mifepristone and its metabolites at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 dose. On Day 8, a pre-dose PK sample was drawn within 30 minutes prior to ketoconazole dosing for determination of plasma concentrations of mifepristone and its metabolites and ketoconazole. Following a moderate fat breakfast on Day 8, subjects received 400 mg ketoconazole 0.5 hours prior to 600 mg mifepristone and had serial blood sampling at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post mifepristone dose for determination of plasma concentrations of mifepristone and its metabolites; and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 post ketoconazole dose for determination of plasma concentrations of ketoconazole. Subjects were discharged on Day 11. Subjects in both cohorts returned to study center on Day 13 for safety monitoring, collection of the 120-hour PK draw, and completion of the Termination Visit procedures, followed by discharge from the study. To the extent possible, any adverse events deemed study drug-related and that were ongoing at the time of discharge from the study were followed-up to resolution or until a determination was made that the unresolved event was stable.

DIAGNOSIS AND MAIN CRITERIA FOR INCLUSION: Healthy male volunteers between the ages of 18 to 45 years of age with a body mass index (BMI) ranging between 19 and 32 kg/m2 and a weight of at least 60 kg (132 lbs) were enrolled. Subjects had no clinically significant abnormal findings on the physical examination, ECG, blood pressure, heart rate, medical history, or clinical laboratory results during screening. The QTc interval at screening was less than 450 msec.

DURATION OF TREATMENT: Up to a total of 28 days, including up to 2 weeks screening, dosing on Days 1-8, safety observation, and PK sample collection through Day 13. For measuring the pharmacokinetics of mifepristone, samples were collected within 30 minutes before Day 7 mifepristone dose and at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 mifepristone dose; within 30 minutes before Day 8 ketoconazole dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post Day 8 mifepristone dose. For measuring the pharmacokinetics of ketoconazole, samples were collected predose on Day 8 (24 hr sample from Day 7), and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 hours post ketoconazole dose.

Safety was assessed by spontaneously reported adverse events, physical examinations, and routine clinical laboratory tests. Adverse event data were tabulated. Physical findings and laboratory test results were listed by subject.

SAFETY RESULTS: No subject experienced an SAE. Among twelve subjects who received mifepristone, six subjects (50%) experienced at least 1 TEAE. TEAEs were predominantly mild in intensity. The majority of subjects (5/6) with TEAEs were in Cohort 2 and onset of the majority of TEAEs occurred on or after Day 8 during treatment with both ketoconazole and mifepristone 600 mg. TEAEs considered possibly or probably related to mifepristone administration in four subjects in Cohort 2 were dizziness, nausea, vomiting, dry mouth, and rash. One TEAE of headache was considered by the investigator to be possibly related to both ketoconazole and mifepristone administration. One subject in Cohort 1 with a TEAE of nodal arrhythmia on Day 8 was withdrawn by the investigator. The event was considered mild in severity and not considered related to study medication. The corresponding ECG abnormality noted as "sinus bradycardia" was considered not clinically significant. No subject experienced an SAE.

Minimal changes in laboratory test results were observed for subjects during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. There were no clinically significant changes or abnormalities in vital signs, physical examinations or body weights during the study. Abnormal ECGs occurred in four subjects and no abnormality was considered clinically significant.

STATISTICAL METHODS: Pharmacokinetics (PK): Pharmacokinetic parameters Cmax, Ctrough, and interdosing interval AUC were calculated for plasma concentrations of mifepristone and its metabolites following dose on Days 7 and 8. Descriptive statistics (count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. mifepristone/metabolite concentrations were listed and summarized. GM means of Cmax and AUC0-24 were compared for Day 8 to Day 7 in this study and also to combined data of 300 mg OD mifepristone in previous multiple dose studies. Additionally, comparisons were made between the PK results of cohort 1 and 2. Pharmacokinetic parameters Cmax, T1/2 and total AUC were calculated for plasma concentrations of ketoconazole following the single dose on Day 8. Descriptive statistics (count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. Ketoconazole concentrations were listed and summarized. GM means of Cmax and total AUC were compared for the single

US 10,195,214 B2

59

dose in this study to the combined data of reported 400 mg single doses of ketoconazole of healthy subjects from the literature.

The mean (±SD) age of subjects was 29.4±6.8 years, and the mean BMI at screening was 25.61±3.27 kg/m2. Seven of twelve subjects (58.3%) were White, and 5/12 (41.7%) were Black/African American. Five of the 12 subjects (41.7%) were of Hispanic or Latino ethnicity.

PHARMACOKINETIC (PK) RESULTS: PK data for mifepristone and metabolites was available for eleven of the 12 enrolled subjects and data for ketoconazole PK analyses was available for 10 subjects. Concentrations of mifepristone and each metabolite were above the limits of detection during the entire sampling duration from Day 7 predose to Day 13 (end of study). mifepristone plasma concentrations showed a rapid initial decline followed by a slow decline over time and metabolites peaked later relative to parent mifepristone as expected. Mean RU 42633 and RU 42848 exposure was similar or even greater than that for mifepristone, while RU 42698 exposure was lower. Ketoconazole PK after a single dose on Day 8 was readily computed. Co-administration of ketoconazole increased mifepristone and metabolite exposure. In the presence of 400 mg ketoconazole on Day 8, Cohort 1 mifepristone Cmax and AUC0-24 increased by 20% and 25% relative to the prior Day 7 without ketoconazole. This effect was slightly greater at 600 mg OD mifepristone in Cohort 2, where Cmax and AUC0-24 increased by 39% and 28% between Day 7 and Day 8. A dose of 600 mg OD mifepristone (Cohort 2) resulted in higher mifepristone and metabolite exposure relative to a dose of 300 mg OD (Cohort 1) both alone and in the presence of 400 mg ketoconazole. This increase was less than proportionate to the two-fold dose increment. On Day 7 without ketoconazole, mifepristone Cmax and AUC0-24 at 600 mg OD were 42% and 48% greater than at 300 mg OD. This dose effect was greater in the presence of 400 mg ketoconazole. Day 8 mifepristone Cmax and AUC0-24 were 65% and 52% greater at 600 mg OD than at 300 mg OD. mifepristone half-life on Day 8 in the presence of 400 mg ketoconazole was similar between the two mifepristone dose levels. Day 8 half-life was 13% greater at 600 mg OD than at 300 mg OD. Ketoconazole exposure following a single 400 mg dose on Day 8 of a regimen of 600 mg OD mifepristone was 37% and 36% higher (Cmax and AUCinf) relative to a mifepristone regimen of 300 mg OD. Ketoconazole half-life on either mifepristone regimen was not appreciably different. The addition of a single dose of 400 mg ketoconazole to 300 mg or 600 mg OD mifepristone on Day 8 resulted in exposure increases in Cmax and AUC0-24 that were similar to historical values at 600 mg or 1200 mg OD in the fasted state and 1200 mg OD in the fed state, respectively. Although the increase in exposure due to the addition of ketoconazole was only between 20% and 39% in absolute terms, the resulting exposure was similar to that of a dose 2 to 3 times greater. This is believed to be due to a lack of dose-proportional kinetics for mifepristone.

The mean PK parameters and results from this study are presented in Table 2.

The abbreviations and symbols used in Table 2 have the following meanings:

"Tmax" indicates time to maximum observed plasma concentration; "Tmin" indicates time to minimum observed concentration within the 24 hour dosing interval; "Cmax" indicates maximum observed plasma concentration; "Cmin" indicates minimum observed concentration within the 24 hour dosing interval; "Cavg" indicates average steady-state concentration and is defined as drug input rate (Ro) divided

60

by drug removal rate (CLss) (Cavg=Ro/CLss, where f cancels out; this equation reduces to Cavg=AUCtau/tau); "AUC0-24" indicates area under the plasma concentration versus time curve from time 0 to 24 hours post-dose, calculated using the linear trapezoidal rule (this is the same as AUCtau where tau is 24 hours or 1 day); "% Fluct" indicates percent fluctuation in drug concentrations at steady-state computed as % Fluct=100×(Cmax−Cmin)/ Cavg.

Drug-drug interaction (DDI) effects of ketoconazole on mifepristone and of mifepristone on ketoconazole were studied. A single 400 mg dose of ketoconazole caused a detectable increase in mifepristone exposure at mifepristone doses of 300 and 600 mg OD, and mifepristone at these doses caused a detectable increase in ketoconazole exposure. Although the increase in mifepristone exposure due to the addition of ketoconazole was only between 20% and 39% in absolute terms, the resulting exposure was similar to that of a dose 2 to 3 times greater. This is believed to be due to a lack of dose-proportional kinetics for mifepristone. Predominantly mild AEs occurred with mifepristone 600 mg.

### Example 3

A Phase 1, single-center, open-label study was performed to study the effect of oral twice-daily doses of 200 mg of ketoconazole given with multiple oral once-daily doses of 600 mg of mifepristone in healthy male volunteers, during which all drug administrations were given after a typical meal (34% fat content). An objective of this study was to determine the effect of ketoconazole 200 mg twice daily on the PK of mifepristone 600 mg once daily when both drugs were administered with food. A single dose of ketoconazole was administered on Day-1. During multidose administration, mifepristone was administered on Days 1-17 and ketoconazole on Days 13-17; follow-up continued on Days 18-31. Sixteen subjects were enrolled (mean age 31.9 years; 8 black, 6 white, 2 other), and two subjects discontinued before starting the mifepristone/ketoconazole combination treatment.

The study was a two period study design. In Period 1: 600 mg mifepristone was administered once daily from Day 1 to Day 12; pharmacokinetic samples were taken before each dose for assay of mifepristone and active metabolites (mono-demethylated metabolite, RU 42633; hydroxylated metabolite, RU 42698; and di-demethylated metabolite, RU 42848) to confirm that steady-state was achieved, and for a dose-interval concentration-profile on Day 12. In Period 2: 600 mg mifepristone once daily was continued in combination with 200 mg ketoconazole twice daily from Days 13 to 17; pharmacokinetic samples were taken for assay of both mifepristone and metabolites, and ketoconazole before dosing on Days 13 to 17, and on Day 17 for a dose-interval concentration-time profile

A secondary objective was to determine if the effect of 200 mg BID ketoconazole on the PK of co-administered 600 mg OD mifepristone at steady-state exceeded exposure to mifepristone and metabolites compared to that of 1200 mg OD mifepristone with food, the labelled dosing regimen with the highest mean observed exposure in healthy subjects.

Effects of Co-Administration with Ketoconazole on Mifepristone and Metabolites: The concentrations of mifepristone and the hydroxylated metabolite, RU 42698, were higher on Day 17 (600 mg mifepristone daily co-administered with 200 mg ketoconazole twice daily) than on Day 12

CORMIFE-T-00001470

US 10,195,214 B2

**61**

(mifepristone alone). Concentrations of RU 42633 and RU 42848 were similar on Day 17 and Day 12. Results of the formal statistical analysis are shown in Table 3.

For mifepristone, the geometric mean ratio of test to reference for $C_{max}$ was 127.59% (90% CI: 116.66, 139.54, where "CI" means "confidence interval" and "90% CI" means "90% confidence interval") and for $AUC_{0-24}$ was 138.01% (90% CI: 127.12, 149.84). The lower bound of the 90% confidence intervals exceeded 100% and the upper bound exceeded 125%. Thus, co-administration with ketoconazole increased mifepristone exposure. Similarly, for metabolite RU 42698, the lower bounds of the 90% confidence intervals exceeded 100% and both geometric mean ratios and the upper bound of the 90% confidence interval exceeded 125%, and thus exposure to this metabolite was increased by ketoconazole.

For metabolites RU 42848 and RU 42633, the calculated geometric mean ratios and 90% confidence intervals of exposure ratios were within the standard 80:125 comparison interval and thus not affected by ketoconazole.

Effects of Co-administration with mifepristone on Ketoconazole: The plasma concentration-time profiles of ketoconazole given twice daily with mifepristone on Day 17 were much higher than for ketoconazole given as a single dose alone on Day-1. Results of the formal statistical analysis are shown in Table 4.

The geometric mean ratio of test to reference for $C_{max}$ was 252.71% (90% CI: 214.85, 297.26) and for AUC was 365.36% (90% CI: 333.78, 399.93). Thus, the geometric mean ratio and lower bounds of the 90% confidence intervals were entirely above the standard 80:125 comparison interval and exposure on Day 17 (with mifepristone) was higher than on Day-1 (ketoconazole alone).

Comparison of Mifepristone Exposure with mifepristone Labeled Doses: The concentration-time plots showed that mean mifepristone concentrations on Day 17 in the present study were less than those in the fed condition in a previous "historic" study in which subjects received 1200 mg mifepristone daily for seven days. Mifepristone was administered to the subjects within thirty minutes following a typical meal (34% fat) in both the present study and in the historic study. Results of the formal statistical analysis are shown in Table 5.

For mifepristone, the geometric mean ratio of test to reference for $C_{max}$ was 84.64% (90% CI: 72.92, 98.23); for $AUC_{0-24}$ it was 87.27% (90% CI: 74.72, 101.94). The 90% confidence intervals were below and overlapping the standard 80:125 comparison interval. The mean mifepristone concentrations in subject receiving 600 mg mifepristone following a 34% fat meal were less than the mifepristone concentrations in the historic study. As shown in Table 5, administration of 600 mg mifepristone in the fed state with ketoconazole resulted in mifepristone concentrations that were less than the mifepristone concentrations measured in subjects receiving 1200 mg mifepristone daily in the absence of ketoconazole. The Geometric Mean Ratio (GMR) values in Table 5 suggest that mifepristone 600 mg co-administered with ketoconazole yields mifepristone exposure 13-15% less than that of 1200 mg mifepristone in the absence of ketoconazole; for the metabolites, corresponding values range from an 18-19% decrease to a 17-18% increase. Thus, administration of 600 mg mifepristone daily with ketoconazole resulted in mifepristone concentrations that were not higher than the mean observed exposure at 1200 mg mifepristone; both treatments given following typical 34% fat meal. The value of 87% for GMR of the AUCs suggests that 900 mg mifepristone in the

**62**

presence of ketoconazole would better match the exposure of a subject to 1200 mg mifepristone alone than would 600 mg mifepristone in the presence of ketoconazole. Thus, these data also support the use of 900 mg mifepristone, and higher doses as well, in the presence of ketoconazole.

For metabolite RU 42633, the 90% confidence intervals were within the standard interval for $C_{max}$ (geometric mean ratio 96.31%) and just overlapping the lower bound of the standard interval for $AUC_{0-24}$ (geometric mean ratio 91.34%). For metabolite RU 42698, confidence intervals for both $C_{max}$ and $AUC_{0-24}$ were overlapping and above the standard interval (geometric mean ratio $C_{max}$: 116.55%; $AUC_{0-24}$: 118.18%). For metabolite RU 42848, the 90% confidence intervals were overlapping and below the standard interval for $C_{max}$ (geometric mean ratio 82.45%) and $AUC_{0-24}$ (ratio 81.43%).

RU 42698 is a relatively minor metabolite and comprises 9% of the total steady-steady $AUC_{0-24}$ of mifepristone, RU42633, RU42698, RU42848 alone and 13% of the total steady-steady $AUC_{0-24}$ in the presence of ketoconazole. Therefore, the increase in RU 42698 $AUC_{0-24}$ in the presence of ketoconazole is considered to be minor.

FIG. 1 illustrates the results of measurements of plasma levels of mifepristone, RU42633, RU42698, and RU 42848. These measurements were made prior to the daily administration of mifepristone to the subject; thus the mifepristone and metabolite concentrations are "trough" concentrations. These results show that trough concentrations of mifepristone and RU42848 were increasing day-by-day through the start of ketoconazole administration (Day 13). This indicates that steady state conditions may not have been attained at the time of ketoconazole administration (which began on day 13).

FIG. 2 shows the plasma concentration profile of mifepristone before and after inhibition of CYP3A by ketoconazole. Applicant notes that the time 0 values (pre-dose) differ by ~500 ng/ml, a difference that is maintained relatively constant throughout much of the 24-hour sampling interval. Thus, if the daily increase in trough concentrations between days 7 and 12 persevered through day 17, an unknown fraction of the increased AUC (and Cmax) between Day 12 and Day 17 could be due to further mifepristone administration rather than by an effect of ketoconazole alone. Thus, the values reported in Table 3 may overstate the impact of CYP3A inhibition on exposure to mifepristone (and RU42848).

CONCLUSIONS: Co-administration of 600 mg mifepristone once daily with 200 mg ketoconazole twice daily resulted in a mean increase in exposure to mifepristone of approximately 28% ($C_{max}$: geometric mean ratio 127.59% [90% CI: 116.66, 139.54]) and 38% ($AUC_{0-24}$: geometric mean ratio 138.01% [90% CI: 127.12, 149.84]). These exposures are approximately 85% of those observed following the highest labeled dose of mifepristone (1200 mg daily).

The mean increase in exposure to the hydroxylated metabolite, RU 42698 (approximately 70%), was somewhat greater than the increase in exposure to parent, resulting in exposure that was approximately 15 to 20% higher than that following the highest labeled dose of mifepristone. In contrast, co-administration with ketoconazole resulted in little change in exposure to the mono-demethylated metabolite, RU 42633, or di-demethylated metabolite, RU 42848; exposure to these metabolites was similar to or slightly lower than exposure following the highest labeled dose.

The results presented in this example indicate that, with inhibition of CYP3A (e.g., by co-administration of a strong CYP3A inhibitor such as ketoconazole), a subject adminis-

CORMIFE-T-00001471
**JTX-001.34**

US 10,195,214 B2

**63**

tered 900 mg mifepristone daily would experience corresponding increases in mifepristone Cmax and AUC of 27.59% and of 38.01%, respectively, which should yield systemic exposures similar in magnitude to those previously attained with 1200 mg daily. Thus, the results of these measurements indicate that a subject, previously receiving a dose of 1200 mg mifepristone daily, may be safely administered a dose of 900 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen. Similarly, the results of these measurements indicate that a subject, previously receiving a dose of 900 mg mifepristone daily, may be safely administered a dose of 600 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen. In addition, the results of these measurements indicate that a subject, previously receiving a dose of 600 mg mifepristone daily, may be safely administered a dose of 300 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen.

No deaths or SAEs were reported during the study. Two subjects discontinued due to AEs (moderate hypertension in one subject and moderate bilateral rash on the upper arms and thighs in the other subject, both during the mifepristone-only treatment period). At least one TEAE was reported in 55.6% (9 of 16) of the subjects during treatment with mifepristone alone, in 57.1% (8 of 14) of the subjects during the mifepristone/ketoconazole treatment period, and in 7.1% (1 of 14) of the subjects during the washout period.

The majority of TEAEs were mild. Four subjects reported moderate TEAEs: three subjects during treatment with mifepristone alone (1 each reporting hypertension, rash, and vomiting) and 1 subject during treatment with mifepristone/ketoconazole (headache). All four moderate AEs were considered possibly or probably related to mifepristone treatment. Only 1 of the moderate AEs was considered to be possibly related to ketoconazole treatment. No severe TEAEs were reported.

Three subjects had elevated laboratory test results that were reported as drug-related TEAEs. Mildly elevated liver enzymes were noted for one subject starting on the morning of Day 14, and mildly elevated creatinine levels were noted for two subjects starting on the morning of Day 14. Dosing was not interrupted for any of the subjects, and the events resolved without sequelae.

No clinically significant effects of multiple-dose mifepristone treatment with or without multiple-dose ketoconazole treatment were observed on hematology or urinalysis parameters, vital signs, or ECGs.

### Example 4

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a

**64**

daily dose of 1200 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 900 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

### Example 5

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 900 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 600 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

### Example 6

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 600 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 300 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

### Example 7

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 1500 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 1200 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

All patents, patent applications, and publications identified herein are hereby incorporated by reference herein in their entireties.

TABLE 1

| Product ID/ | | | No. Subjects Enter/ | Age: | Treatments | |
| --- | --- | --- | --- | --- | --- | --- |
| Batch No. (NME) | Study Objective | Study Design | Complete (M/F) | Mean Range | Substrate | Interacting Drug |
| Mifepristone 300 mg Tablet | Effect of ketoconazole 400 mg OD (or 200 mg BID) on PK of 300 MIFE dose, | Phase 1, open-label, parallel group, single | 12/12 (12 M) | 28 20–44 | MIFE 300 mg C1 | 400 mg/d Keto 400 mg OD |

CORMIFE-T-00001472

**JTX-001.35**

US 10,195,214 B2

65 66

## TABLE 1-continued

| Keto 200 mg Tablet | mg single dose Mifepristone given fasted | multiple keto doses, in healthy subjects | | | | MIFE 300 mg C2 | 400 mg/d Keto 200 mg BID |
|---|---|---|---|---|---|---|---|
| | Product ID/ | MIFEPRISTONE Mean PK Parameters (SD) | | | | Mean Ratio | |
| | Batch No. (NME) | $C_{max}$ ng/mL | $T_{max}$ h | $AUC_{tot}$ ng·h/mL | $AUC_{\tau}$ ng·h/mL | $T_{1/2}$ h | Confidence Interval $C_{max}$ ng/mL | $AUC_{total}$ ng·h/mL |
| | Mifepristone 300 mg Tablet | 3398 (6.77) | median 2.00 | 116939 (26850) | 38111 (8768) | 37.1 (9.77) | 1.15 0.81-1.63 (C2/C1) | 1.05 0.72-1.54 (C2/C1) |
| | Keto 200 mg Tablet | 4143 (1736) | median 1.00 | 130925 (60942) | 40625 (16524) | 37.4 (18.5) | | |

MIFE = mifepristone,
Keto = ketoconazole,
$AUC_{tot} = AUC_{total}$,
$AUC_{\tau} = AUC_{0-24}$ hours following single dose of MIFE
C1 = Cohort 1,
C2 = Cohort 2

## TABLE 2

| Product ID/ | | | # Subjects Enter/ | Age: | Treatments | |
|---|---|---|---|---|---|---|
| Batch # (NME) | Study Objective | Study Design | Complete (M/F) | Mean Range | Substrate | Interacting Drug |
| Mifepristone 300 mg Tablet Keto 200 mg Tablet | Effect of 400 mg single dose of ketoconazole on PK on a 8 day regimen of 300 mg OD Mifepristone (or 600 mg OD Mifepristone) given with moderate fat (34%) breakfast | Phase 1, open-label, parallel group, crossover within group with multiple MIFE doses, and single keto dose, in healthy subjects | 12/10 (12 M) | 29.8 20-43 | MIFE 300 mg/d C1 Day 7 MIFE 300 mg/d C1 Day 8 MIFE 600 mg/d C2 Day 7 MIFE 600 mg/d C2 Day 8 | 400 mg Keto single dose 400 mg Keto single dose |

| Product ID/ | MIFEPRISTONE Mean PK Parameters (SD) | | | | | Mean Ratio | |
|---|---|---|---|---|---|---|---|
| Batch # (NME) | $C_{max}$ ng/mL | $T_{max}$ h | $AUC_{tot}$ ng·h/mL | $AUC_{\tau}$ ng·h/mL | $T_{1/2}$ h | Confidence Interval $C_{max}$ ng/mL | $AUC_{\tau}$ ng·h/mL |
| Mifepristone 300 mg Tablet | 2700 (534) | median 3.0 | $NC^a$ | 37734 (11905) | | 1.19 0.93-1.53 C1 Day 8/ Day 7 | 1.25 0.88-1.76 C1 Day 8/ Day 7 |
| Keto 200 mg Tablet | 3240 (760) | median 2.1 | $NC^a$ | 47357 (17239) | 84.9 (46.6) | 1.39 1.13-1.70 C2 Day 8/ Day 7 | 1.28 1.09-1.49 C2 Day 8/ Day 7 |
| | 3818 (703) | median 4.0 | $NC^a$ | 54174 (7305) | | 1.42 1.13-1.78 Day 7 C2/C1 | 1.48 1.13-1.94 Day 7 C2/C1 |
| | 5264 (795) | median 4.0 | $NC^a$ | 69112 (9077) | 96.2 (45.4) | 1.65 1.30-2.08 Day 8 C2/C1 | 1.52 1.14-2.02 Day 8 C2/C1 |

MIFE = mifepristone,
Keto = ketoconazole,
C1 = Cohort 1,
C2 = Cohort 2
$AUC_{\tau} = AUC_{0-24}$ hours following Day 7 or Day 8 dose of MIFE
$^a AUC_{tot} = AUC_{total}$ not computed (NC) for multiple dosing

US 10,195,214 B2

| 67 | 68 |

Effects of Co-Administration with Ketoconazole on Mifepristone and Metabolites

Test: Day 17-600 mg Mifepristone OD+200 mg Ketoconazole BID

Reference: Day 12-600 mg Mifepristone OD

TABLE 3

| Analyte | Parameter | N | Ratio % Test/Reference | Lower 90% CI | Upper 90% CI |
|---|---|---|---|---|---|
| Mifepristone | $C_{max}$ | 13 | 127.59 | 116.66 | 139.54 |
| | $AUC_{0-24}$ | 13 | 138.01 | 127.12 | 149.84 |
| RU 42633 | $C_{max}$ | 13 | 105.73 | 95.92 | 116.54 |
| | $AUC_{0-24}$ | 13 | 102.33 | 94.31 | 111.03 |
| RU 42698 | $C_{max}$ | 13 | 169.13 | 156.36 | 182.94 |
| | $AUC_{0-24}$ | 13 | 166.86 | 155.06 | 179.57 |
| RU 42848 | $C_{max}$ | 13 | 95.48 | 90.82 | 100.38 |
| | $AUC_{0-24}$ | 13 | 94.88 | 91.33 | 98.56 |

Effects of Co-Administration with Mifepristone on Ketoconazole

Test: Day 17-600 mg Mifepristone OD+200 mg Ketoconazole BID

Reference: Day −1-200 mg Ketoconazole Single Dose

TABLE 4

| Parameter | N | Ratio % Test/Reference | Lower 90% CI | Upper 90% CI |
|---|---|---|---|---|
| $C_{max}$ | 14 | 252.71 | 214.85 | 297.26 |
| AUC | 14 | 365.36 | 333.78 | 399.93 |

Cross-study Comparison of Exposure to Mifepristone and Metabolites

Test: Present Study Day 17-600 mg Mifepristone OD+200 mg Ketoconazole BID

Reference: Historic Study Day 7-1200 mg Mifepristone OD Alone

TABLE 5

| Analyte | Parameter | Ratio % Test/Ref | Lower 90% CI | Upper 90% CI |
|---|---|---|---|---|
| Mifepristone | $C_{max}$ | 84.64 | 72.92 | 98.23 |
| | $AUC_{0-24}$ | 87.27 | 74.72 | 101.94 |
| RU 42633 | $C_{max}$ | 96.31 | 80.83 | 114.75 |
| | $AUC_{0-24}$ | 91.34 | 76.95 | 108.43 |
| RU 42698 | $C_{max}$ | 116.55 | 97.47 | 139.38 |
| | $AUC_{0-24}$ | 118.18 | 97.90 | 142.66 |
| RU 42848 | $C_{max}$ | 82.45 | 70.31 | 96.70 |
| | $AUC_{0-24}$ | 81.43 | 69.71 | 95.11 |

All doses given within 30 minutes after typical (34%) fat meal

The invention claimed is:

1. A method of treating Cushing's syndrome in a patient who is taking an original once-daily dose of 1200 mg or 900 mg per day of mifepristone, comprising the steps of:
   reducing the original once-daily dose to an adjusted once-daily dose of 600 mg mifepristone,
   administering the adjusted once-daily dose of 600 mg mifepristone and a strong CYP3A inhibitor to the patient,
   wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole.

2. The method of claim 1, wherein said CYP3A inhibitor is ketoconazole.

3. The method of claim 1, wherein said CYP3A inhibitor is itraconazole.

4. The method of claim 1, wherein said CYP3A inhibitor is clarithromycin.

5. A method of treating symptoms associated with elevated cortisol levels in a patient who is taking an original once-daily dose of 1200 mg or 900 mg per day of mifepristone, comprising the steps of:
   reducing the original once-daily dose to an adjusted once-daily dose of 600 mg mifepristone,
   administering the adjusted once-daily dose of 600 mg mifepristone and a strong CYP3A inhibitor to the patient,
   wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole.

6. The method of claim 5, wherein said CYP3A inhibitor is itraconazole.

7. The method of claim 5, wherein said CYP3A inhibitor is ketoconazole.

8. The method of claim 5, wherein said CYP3A inhibitor is clarithromycin.

9. The method of claim 5, wherein said CYP3A inhibitor is itraconazole.

10. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome who is taking an original once-daily dose of 1200 mg or 900 mg per day of mifepristone, comprising the steps of:
   reducing the original once-daily dose to an adjusted once-daily dose of 600 mg mifepristone,
   administering the adjusted once-daily dose of 600 mg mifepristone and a strong CYP3A inhibitor to the patient,
   wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfmavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole.

11. The method of claim 10, wherein said CYP3A inhibitor is ketoconazole.

12. The method of claim 10, wherein said CYP3A inhibitor is itraconazole.

US 10,195,214 B2

69

70

**13**. The method of claim **10**, wherein said CYP3A inhibitor is clarithromycin.

\* \* \* \* \*

CORMIFE-T-00001475
**JTX-001.38**

Appx87



US010842800B2

(12) **United States Patent**

Belanoff

(10) Patent No.: **US 10,842,800 B2**
(45) Date of Patent: ***Nov. 24, 2020**

(54) **CONCOMITANT ADMINISTRATION OF GLUCOCORTICOID RECEPTOR MODULATORS AND CYP3A INHIBITORS**

(71) Applicant: **Corcept Therapeutics, Inc.**, Menlo Park, CA (US)

(72) Inventor: **Joseph K. Belanoff**, Menlo Park, CA (US)

(73) Assignee: **Corcept Therapeutics, Inc.**, Menlo Park, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/219,564**

(22) Filed: **Dec. 13, 2018**

(65) **Prior Publication Data**

US 2019/0117676 A1     Apr. 25, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/627,359, filed on Jun. 19, 2017, now Pat. No. 10,195,214.

(60) Provisional application No. 62/465,772, filed on Mar. 1, 2017, provisional application No. 62/466,867, filed on Mar. 3, 2017.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/496* | (2006.01) |
| *A61K 31/4196* | (2006.01) |
| *A61K 31/415* | (2006.01) |
| *A61K 31/357* | (2006.01) |
| *A61K 31/351* | (2006.01) |
| *A61K 31/575* | (2006.01) |
| *A61P 3/10* | (2006.01) |
| *A61P 5/46* | (2006.01) |
| *A61K 45/06* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 31/7048* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/575* (2013.01); *A61K 9/0056* (2013.01); *A61K 31/496* (2013.01); *A61K 31/7048* (2013.01); *A61K 45/06* (2013.01); *A61P 3/10* (2018.01)

(58) **Field of Classification Search**
CPC .... A61K 45/06; A61K 31/575; A61K 31/496; A61K 31/4196; A61K 31/415; A61K 31/357; A61K 31/351; A61P 3/10; A61P 5/46

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,598,149 | B2 | 12/2013 | Belanoff |
| 8,921,348 | B2 | 12/2014 | Belanoff |
| 9,216,221 | B2 | 12/2015 | Newell-Price |
| 9,943,526 | B2 | 4/2018 | Belanoff et al. |
| 10,195,214 | B2 | 2/2019 | Belanoff |
| 2004/0029848 | A1 | 2/2004 | Belanoff |
| 2007/0254025 | A1 | 11/2007 | Cronk |
| 2010/0135956 | A1 | 6/2010 | Gant et al. |
| 2010/0261693 | A1 | 10/2010 | Ulmann |
| 2016/0067264 | A1 | 3/2016 | Newell-Price |
| 2017/0281651 | A1 | 10/2017 | Belanoff |
| 2017/0326157 | A1 | 11/2017 | Belanoff |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1886695 A1 | 2/2008 |
| WO | 01/80896 A2 | 11/2001 |
| WO | 2008060391 A2 | 5/2008 |
| WO | 2009050136 A2 | 4/2009 |
| WO | 2010052445 A1 | 5/2010 |
| WO | 2010138758 A1 | 12/2010 |
| WO | 2016187347 A1 | 11/2016 |

OTHER PUBLICATIONS

U.S. Appl. No. 15/627,368, "Non-Final Office Action", dated Aug. 8, 2017, 12 pages.
U.S. Appl. No. 15/627,368, "Final Office Action", dated Dec. 5, 2017, 12 pages.
PCT/EP2008/063699, International Search Report, dated May 6, 2009, pp. 2-6.
PCT/US2017/031974, International Search Report and Written Opinion, dated Jan. 18, 2017, pp. 1-12.
PCT/US2018/020336 , "International Search Report and Written Opinion", dated May 15, 2018, 11 pages.

(Continued)

*Primary Examiner* — Jeffrey S Lundgren
*Assistant Examiner* — Chris E Simmons
(74) *Attorney, Agent, or Firm* — Kilpatrick, Townsend & Stockton LLP

(57) **ABSTRACT**

Applicant provides methods of treating diseases including Cushing's syndrome and hormone-sensitive cancers by concomitant administration of a glucocorticoid receptor antagonist (GRA) and steroidogenesis inhibitors, and by concomitant administration of a GRA and CYP3A inhibitors. Applicant provides methods of treating diseases including Cushing's syndrome and hormone-sensitive cancers by concomitant administration of mifepristone and ketoconazole.

Subjects treated with CYP3A inhibitors or steroidogenesis inhibitors may suffer from toxicity or other serious adverse reactions; concomitant administration of other drugs would be expected to increase the risk of such toxicity and adverse reactions. Applicant has surprisingly found that GRAs may be administered to subjects receiving CYP3A inhibitors or steroidogenesis inhibitors such as ketoconazole without increasing risk adverse reactions; for example, Applicant has found that mifepristone may be concomitantly administered with ketoconazole (a CYP3A inhibitor and a steroidogenesis inhibitor), providing safe concomitant administration of the GRA and ketoconazole. In embodiments, the GRA dose may be reduced.

**14 Claims, 1 Drawing Sheet**

*Corcept v. Teva*

1:18-cv-03632 (RMB) (LDW)

**JTX-003**

CORMIFE-T-00086205
**JTX-003.1**

Appx88

**US 10,842,800 B2**

Page 2

(56)        **References Cited**

OTHER PUBLICATIONS

Albertson et al., "Effect of the antiglucocorticoid RU486 on adrenal steroidogenic enzyme activity and steroidogenesis," EP J. of Endrocrino. vol. 130, pp. 195-200 (1994).

Asser et al., "Autocrine positive regulatory feedback of glucocorticoid secretion: Glucocorticoid receptor directly impacts H295R human adrenocortical cell function," Mol. Cell. Endocrino, vol. 395, pp. 1-9 (2014).

Benagiano et al., "Selective progesterone receptor modulators 3: use in oncology, endocrinology and psychiatry," Expert Opin Pharmacother, vol. 9, No. 14, pp. 2487-2496 (2008).

Bertagna et al., "Pituitary-Adrenal Response to the Antiglucocorticoid Action of RU 486 in Cushing's Syndrome," J. Clin Endocrinol Metab, vol. 63, pp. 639-643 (1986).

Castinetti et al., "Ketoconazole in Cushing's Disease: Is It Worth a Try?", J Clin Endocrinol Metab, vol. 99, No. 5, pp. 1623-1630 (2014).

Chapter 1, "Pharmacokinetics: The Dynamics of Drug Absorption, Distribution, and Elimination", Benet L Z et al., in The Pharmacological Basis of Therapeutics, Eighth Edition, Pergamon Press, Elmsford, New York, USA, pp. 3-32 (1990).

Chrousos et al., "Glucocorticoids and glucocorticoid antagonists: Lessons from RU 486," Kidney International, vol. 34, Suppl. 26, pp. S-18-S-23 (1988).

Chu et al., "Successful Long-Term Treatment of Refractory Cushing's Disease with High-Dose Mifepristone (RU 486)," J. Clin Endocrinology Metab, vol. 86, No. 8, pp. 3568-3573 (2001).

"Clinical Drug Interaction Studies—Study Design, Data Analysis, and Clinical Implications Guidance for Industry", dated Oct. 2017, https://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/DrugInteractionsLabeling/ucm093606.htm (accessed Dec. 11, 2017).

Cuneo et al., "Metyrapone pre-treated inferior petrosal sinus sampling in the differential diagnosis of ACTH-dependent Cushing's syndrome", Clin Endocrinol (Oxf), vol. 46, No. 5, pp. 607-618 (1997).

"Drug Development and Drug Interactions: Table of Substrates, Inhibitors and Inducers" https://www.fda/Drugs/DevelopmentApprovalProcess/DevelopmentResources/DrugInteractionsLabeling/ucm093664.htm (FDA website (cached), accessed Dec. 8, 2017).

Ehrenkranz et al. "SUN-66: Using Mifepristone to Differentiate Cushing's Endocrine from Cushing's Syndrome," The Endocrine Society's 95th Annual Meeting and Expo, Jun. 15-18, 2013 (San Francisco) Abstract.

El-Shafie et al., "Adrenocorticotropic Hormone-Dependent Cushing's Syndrome: Use of an octreotide trial to distinguish between pituitary or ectopic sources," Sultan Qaboos University Medical Journal, vol. 15, Issue 1, pp. 120-123 (Epub. Jan. 21, 2015).

FDA Label for KORLYM®, dated Oct. 2016.

Fein, et al., Sustained weight loss in patients treated with mifepristone for Cushing's syndrome: a follow-up analysis of the SEISMIC study and long-term extension. BMC Endocr Disord. 15:63 (2015).

Fleseriu et al., "Mifepristone, a Glucocorticoid Receptor Antagonist, Produces Clinical and Metabolic Benefits in Patients with Cushing's Syndrome", J Clin Endocrinol Metab, vol. 97, No. 6, pp. 2039-2049 (2012).

Gal et al., "Effect of ketoconazole on steroidogenic human granulosa-luteal cells in culture", European Journal of Obstetrics & Gynecology and Reproductive Biology, vol. 39, pp. 209-214 (1991).

Greenblatt et al., "Ritonavir is the best alternative to ketoconazole as an index inhibitor of cytochrome P450-3A in drug-drug interaction studies", British Journal of Clinical Pharmacology, vol. 80, No. 8, pp. 342-350 (2015).

Gross et al., "Mifepristone Reduces Weight Gain and Improves Metabolic Abnormalities Associated With Risperidone Treatment in Normal Men." Obesity vol. 18 No. 12 Dec. 2010; Published online Mar. 25, 2010.

Healy et al., "Pituitary and adrenal responses to the anti-progesterone and anti-glucocorticoid steroid RU486 in primates," J. Clin Endocrinol Metab, vol. 57, No. 4, pp. 863-865 (1983).

Kaeser et al., "Antimicrobial Agents and Chemotherapy", pp. 609-614 (2009).

Korlym™ (mifepristone) [package insert]. Corcept Therapeutics, Inc., Menlo Park, CA; 26 pgs, (2012).

Kumar et al., The Journal of Pharmacology and Experimental Therapeutics, vol. 277, No. 1, pp. 423-431 (1996) See Abstract.

Latrille et al., "A Comparative Study of the Effects of Ketoconazole and Fluconazole on 17-β Estradiol Production by Rat Ovaries in Vitro", Research Communications in Chemical Pathology and Pharmacology, vol. 64, No. 1, pp. 173-177 (Apr. 1989).

Lee et al., Office of Clinical Pharmacology Review NDA 20687 (Addendum, Korlym™, Mifepristone) (2012).

Lely Van der A-J et al., "Rapid Reversal of Acute Psychosis in the Cushing Syndrome with the Cortisol-Receptor Antagonist Mifepristone (RU 486)," Annals of Internal Medicine, vol. 114, No. 2, pp. 143-144 (1991).

Medical Encyclopedia of Medline (http://www.nlm.nih.gov/medlineplus/ency/article/003430.htm) 4 pages, Oct. 2005.

Moncet et al., Ketoconazole therapy: an efficacious alternative to achieve eucortisolism in patients with Cushing's syndrome, Medicina, vol. 67, pp. 26-31 (2007).

Morgan et al., "Mifepristone for Management of Cushing's Syndrome", Pharmacotherapy, vol. 33, No. 3, pp. 319-329 (2013).

Reimondo et al., "The corticotrophin-releasing hormone test is the most reliable noninvasive method to differentiate pituitary from ectopic ACTH secretion in Cushing's syndrome", Clinical Endocrinology, vol. 58, pp. 718-724 (2003).

Ritzel et al., "ACTH after 15 min distinguishes between Cushing's disease and ectopic Cushing's syndrome: a proposal or a short and simple CRH test", European Journal of Endocrinology, vol. 173, No. 2, pp. 197-204 (2015).

Sarkar, "Mifepristone: bioavailability, pharmacokinetics and use-effectiveness", European Journal of Obstetrics and Gynecology and Reproductive Biology, vol. 101, pp. 113-120 (2002).

Tsigos, "Differential Diagnosis and Management of Cushing's Syndrom", Ann. Rev. Med. vol. 47, pp. 443-461 (1996).

Varis et al., "The Effect of Itraconazole on the Pharmacokinetics and Pharmacodynamics of Oral Prednisolone", European Journal of Clinical Pharmacology, vol. 56, No. 1, pp. 57-60 (2000).

U.S. Appl. No. 15/627,359, "Final Office Action", dated Jun. 12, 2018, 12 pages.

U.S. Appl. No. 15/627,359, "Non-Final Office Action", dated Oct. 20, 2017, 18 pages.

Korlym Label (2012).

FDA Approval Letter for Korlym (mifepristone) tablets, NDA 20217, dated Feb. 17, 2012.

Tsunoda, S.M., et al., "Differentiation of intestinal and hepatic cytochrome P450 3A activity with use of midazolam as an in vivo probe: Effect of ketoconazole," Clin. Pharmacol. Ther. 66(5): 461-471 (1999).

Sartor, O. and Cutler, G.B., "Mifepristone: Treatment of Cushing's Syndrome," Clinical Obstetrics and Gynecology 39(2): 506-510 (1996).

Pozza, C., et al., "Management Strategies for Aggressive Cushing's Syndrome: From Macroadenomas to Ectopics," J. Oncol. 109: 1-9 (2012).

Castinetti, F., "Medical Treatment of Cushing's Syndrome: Glucocorticoid Receptor Antagonists and Mifepristone," Neuroendocrinology 92(suppl. 1): 125-430 (2010).

Nieman, I.K., "Successful Treatment of Cushing's Syndrome with the Glucocorticoid Antagonist RU 486*," J. Clin. Endocrinol. Metab. 61(3): 536-540 (1985).

Brogden, R.N., et al., "Mifepristone A Review of its Pharmacodynamic and Pharmacokinetic Properties, and Therapeutic Potential," Drugs 45(3): 384-409 (1993).

Molitch, M.E., "Current approaches to the pharmacological management of Cushing's disease," Mol. Cell. Endocrinol. 408: 185-189 (2015).

CORMIFE-T-00086206

**JTX-003.2**

US 10,842,800 B2

Page 3

(56)    **References Cited**

OTHER PUBLICATIONS

Sitruk-Ware, R. and Spitz, I.M., "Pharmacological properties of mifepristone: toxicology and safety in animal and human studies," *Contraception* 68: 409-420 (2003).

Heikinheimo, O., "Pharmacokinetics of The Antiprogesterone RU 486 in Women During Multiple Dose Administration," *J. Steriod. Biochem.* 32(1A): 21-25 (1989).

Heikinheimo, O., et al., "The pharmacokinetics of mifepristone in humans reveal insights into differential mechanisms of antiprogestin action," *Contraception* 68: 421-426 (2003).

Blasey, C.M., et al., "Efficacy and Safety of Mifepristone for the Treatment of Psychotic Depression," *J. Clin. Psychopharmacol.* 31:436-440 (2011).

Castinetti, F., et al., "Merits and pitfalls of mifepristone in Cushing's syndrome," *Eur. J. Endocrinol.* 160: 1003-1010 (2009).

Jang, G.R., et al., "Identification of CYP3A4 as the Principal Enzyme Catalyzing Mifepristone (RU 486) Oxidation in Human Liver Microsomes," *Biochem. Pharmacol.* 52: 753-761 (1996).

Greenblatt, D., "In Vitro Prediction of Clinical Drug Interactions With CYP3A Substrates: We Are Not There Yet," *Clin. Pharm. Ther.* 95(2): 133-135 (2014).

Greenblatt, D.J., et al., "Mechanism of cytochrome P450-3A inhibition by ketoconazole," *J. Pharm. Pharmacol.* 63: 214-221.

Greenblatt, D.J. and von Moltke, L.L., "Clinical Studies of Drug-Drug Interactions: Design and Interpretation," in *Enzyme- and Transporter-Based Drug-Drug Interactions: Progress and Future Challenges.* Pang, K.S. et al., ed., pp. 625-649, New York, Springer: (2010).

Greenblatt, D.J., et al., "The CYP3 Family" in *Cytochromes P450: Role in the Metabolism and Toxicity of Drugs and other Xenobiotics.* Ionnides, C., ed., pp. 354-383, Royal Society of Chemistry: (2008).

Ohno, Y., et al., "General Framework for the Quantitative Prediction of CYP3A4-Mediated Oral Drug Interactions Based on the AUC Increase by Coadministration of Standard Drugs," *Clin. Pharmacokinet.* 46(8): 681-696 (2007).

Archive History of NCT00936741 History of Changes for Study: NCT00936741 An Extension Study of CORLUX in the Treatment of Endogenous Cushing's Syndrome (Jul. 9, 2009) on ClinicalTrials. gov.

Schteingart, D.E., "Drugs in the medical treatment of Cushing's syndrome," *Expert Opin. Emerging Drugs* 14(4):661-671 (2009).

Dang, C.N. and Trainor, P., "Pharmacological Management of Cushing's Syndrome: An Update,"*Arq. Bras. Endocrinol. Metab.* 51(8):1339-1348 (2007).

Zhang, L., et al., "Predicting Drug—Drug Interactions: An FDA Perspective," *The AAPS Journal* 11(2): 300-306 (2009).

Nguyen, D. and Minze, S., "Effects of Ketoconazole on the Pharmacokinetics of Mifepristone, a Competitive Glucocorticoid Receptor Antagonist, in Healthy Men," *Adv. Ther.* 34:2371-2385 (2017).

Korlym Label Revised: May 2017 (2017).

Truong, H.L.., et al., "Budget impact of pasireotide for the treatment of Cushing's disease, a rare endocrine disorder associated with considerable comorbidities," *J. Med. Economics* 17(4): 299-294 (2014).

"A Guide to Drug Safety Terms," FDA Consumer Health Information / U. S. Food and Drug Administration, (2012) downloaded from www.tinyurl.com/y6oao2sj.

"Guidance for Industry Drug Interaction Studies—Study Design, Data Analysis, and Implications for Dosing and Labeling," U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER)., Center for Biologics Evaluation and Research (CBER) (2006).

Corcept Therapeutics Incorporated Announces FDA Approval of Korlym(TM) Therapeutics): First and Only Approved Medication for Cushing's Syndrome Patients, Us. 99 from Corcept Therapeutics Press Release (2012), downloaded from https://www.sec.gov/Archives/edgar/data/1088856/000119312512347804/d357533d10q.htm.

Form 8-K, Corcept Therapeutics, Inc. (2012), downloaded from https://www.sec.gov/Archives/edgar/data/1088856/000110262412000138/corcepttherapeutics8k.htm.

Form 10-Q, Corcept Therapeutics, Inc. (2012), downloaded from https://www.sec.gov/Archives/edgar/data/1088856/000110262412000138/corcepttherapeuticsincorpora.htm.

Greenblatt, D.J. et al., "Ketoconazole inhibition of triazolam and alprazolam clearance: Differential kinetic and dynamic consequences," *Clin. Pharmacol. Ther.* 64(3):237-247 (1998).

Korlym (mifepristone) Tablets, 300 mg. Apr. 5, 2016.[https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107_korlym_toc.cfm] Internet Archive. [https://web.archive.org/web/20160405152243/https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107_korlym_toc.cfm].

Center For Drug Evaluation and Research. Application No. 202107Orig1s000.Clinical Pharmacology and Biopharmaceuticals Review(s). Feb. 18, 2017. [http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000ClinPharmR.pdf] Internet Archive. [https://web.archive.org/web/20170218063600/http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000ClinPharmR.pdf].

Center For Drug Evaluation and Research. Application No. 202107Orig1s000. Approval Letter. Feb. 17, 2017. [http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000Approv.pdf] Internet Archive. [https://web.archive.org/web/20170217191413/http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000Approv.pdf].

Guidance for Industry. Drug Interaction Studies-Study Design, Data Analysis, and Implications for Dosing and Labeling. Nov. 2, 2016. [http://www.fda.gov/cder/guidance/6695dft.pdf] Internet Archive. [https://web.archive.org/web/20061102162753/http://www.fda.gov/cder/guidance/6695dft.pdf].

Wilkinson, G., "Pharmacokinetics The Dynamics of Drug Absorption, Distribution and Elimination," in *Goodman & Gilmans' The Pharmacological Basis of Therapeutics*, Tenth Edition, Hardman, J., ed., pp. 3-29, McGraw-Hill, New York (2001).

Korlym Label. Mar. 4, 2012.[http://www.corcept.com/prescribinginfo.pdf]_Internet Archive._[https://web.archive.org/web/20120304133653/www.corcept.com/prescribinginfo.pdf].

Greenblatt, D.J. and Koch-Weser, J., "Clinical Pharmacokinetics," *NEJM* 293:702-705 (1975).

Greenblatt, D.J. and Abourjaily, P.N., "Pharmacokinetics and Pharmacodynamics for Medical Students:A Proposed Course Outline," *J. Clin. Pharmacol.* 56(10): 1180-1195 (2016).

Friedman, H. and Greenblatt, D.J., "Rational Therapeutic Drug Monitoring," *JAMA* 256(16): 2227-2233 (1986).

T. Carroll & J.W. Findling, *The Use of Mifepristone in the Treatment of Cushing's Syndrome*, Drugs of Today 48(8):509-18 (2012) ("Carroll") (TEVE_MIFE-0071122-131).

D. Cuevas-Ramos & M. Fleseriu, *Treatment of Cushing's disease: a mechanistic update*, J. Endocrinol. 223(2):R19-39 (2014) ("Cuevas-Ramos 2014") (TEVA_MIFE-0071184-204).

D. Cuevas-Ramos et al., *Update on medical treatment for Cushing's disease*, Clin. Diabetes & Endocrin. 2(16):1-13 (2016) ("Cuevas-Ramos 2016") (TEVA_MIFE-0071171-183).

M. Fleseriu & S. Petersenn, *New avenues in the medical treatment of Cushing's disease: corticotroph tumor targeted therapy*, Neurooncol. 114:1-11 (2013) ("Fleseriu 2013a") (TEVA_MIFE-0071376-386).

M. Fleseriu et al., *A New Therapeutic Approach in the Medical Treatment of Cushing's Syndrome: Glucocorticoid Receptor Blockade with Mifepristone*, Endocrine Practice 19(2):313-26 (2013) ("Fleseriu 2013b") (TEVA_MIFE-0071184-400).

P. Gallagher & A. Young, *Mifepristone (RU–486) treatment for depression and psychosis: a review of the therapeutic implications*, Neuropsychiatric Disease & Treatment 2(1):33-42 (2006) ("Gallagher") (TEVA_MIFE-0071410-429).

D. Guelho & A. Grossman, *Emerging Drugs for Cushing's disease*, Expert Opin. Emerg. Drugs 20(3):463-78 (2015) ("Guelho") (TEVA_MIFE-0071474-490).

S. Johanssen & B. Allolio, *Mifepristone (RU 486) in Cushing's Syndrome*, European J. Endocrin. 157:561-69 (2007) ("Johanssen") (TEVA_MIFE-0071535-545).

**US 10,842,800 B2**

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

A. Ke et al., *Itraconazole and clarithromycin as ketoconazole alternatives for clinical CYP3A inhibition studies*, Clin. Pharmacol. Ther. 95(5):473-76 (2014) ("Ke") (TEVA_MIFE-0071553-556).

N. Tritos & B. Biller, *Medical management of Cushing's disease*, J. Neurooncol. 117(3):407-14 (2014) ("Tritos") (TEVA_MIFE-0072044-051).

"Defendant Teva Pharmaceuticals USA, Inc.'s Preliminary Invalidity Contentions," *Corcept Therapeutics, Inc.*, Plaintiff, v. *Teva Pharmaceuticals USA, Inc.*, Civil Action No. 2:18-cv-03632 (SDW)(CLW) (Consolidated), dated May 13, 2019, 628 pages.

Petition for Post-Grant Review Under 35 U.S.C. §§321-328 and 37 C.F.R. §42.200 et seq.—*Teva Pharmaceuticals USA, Inc.*, Petitioner, v. *Corcept Therapeutics, Inc.*, Patent Owner, dated May 7, 2019, Case No. PGR2019-00048, U.S. Pat. No. 10,195,214 entitled, "Concomitant Administration of Glucocorticoid Receptor Modulators and CYP3A Inhibitors".

PCT/US2018/020336, "International Preliminary Report on Patentability", dated Sep. 12, 2019, 9 pages.

A Study of the Efficacy and Safety of CORLUX in the Treatment of Endogenous Cushing's Syndrome (SEISMIC), U.S. National Library of Medicine, NCT00569582, Accessed from Internet at Dec. 13, 2018, 10 pages.

Approval Letter, Center for Drug Evaluation and Research, Application No. 2021070rig1s000, Available online at: http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000Approv.pdf, Feb. 17, 2017, 7 pages.

Biaxin (clarithromycin), May 2016, 52 pages.

Case PGR2019-00048, Scheduling Order, Paper 20, Nov. 20, 2019, 10 pages.

Case PGR2019-00048, Letter Order, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.* PGR2019-00048, Corcept Ex. 2005, Jun. 4, 2019, 2 pages.

Case PGR2019-00048, Notice of Accepting Corrected Exhibit, May 30, 2019, 2 pages.

Case PGR2019-00048, Declaration of F. Peter Guengerich, Ph.D., *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2056, 2019, 232 pages.

Case PGR2019-00048, Teva Pharmaceuticals USA, Inc.'s Power of Attorney, May 7, 2019, 3 pages.

Case PGR2019-00048, Transmittal Letter Accompanying Submission of Replacement Exhibit 1056, 2019, 3 pages.

Case PGR2019-00048, Declaration of Nicholas A. Locastro, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2048, Dec. 17, 2019, 3 pages.

Case PGR2019-00048, Order, Oct. 3, 2019, 3 pages.

Case PGR2019-00048, Teva Pharmaceuticals USA, Inc.'s Updated Mandatory Notices, Sep. 11, 2019, 3 pages.

Case PGR2019-00048, Decision, Nov. 20, 2019, 37 pages.

Case PGR2019-00048, Notice of Deposition of Dr. David J. Greenblatt, M.D, Jan. 17, 2020, 4 pages.

Case PGR2019-00048, Notice of Joint Stipulation to Modify Trial Due Dates 1, 2 and 3, Jan. 6, 2020, 4 pages.

Case PGR2019-00048, Declaration of Una N. Everett in Support of Petitioner's Motion for Pro Hac Vice Admission, Sep. 11, 2019, 5 pages.

Case PGR2019-00048, Patent Owner's Objections to Evidence, Dec. 5, 2019, 5 pages.

Case PGR2019-00048, Patent Owner Mandatory Notices, Mar. 5, 2020, 5 pages.

Case PGR2019-00048, Patent Owner Mandatory Notices, May 28, 2019, 5 pages.

Case PGR2019-00048, Order, Paper 22, Nov. 20, 2019, 5 pages.

Case PGR2019-00048, Order, Paper 23, Nov. 20, 2019, 5 pages.

Case PGR2019-00048, Order, Paper 24, Nov. 20, 2019, 5 pages.

Case PGR2019-00048, Declaration of Ty Carroll, M.D., *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2057, 2019, 59 pages.

Case PGR2019-00048, Declaration of J.C. Rozendaal in Support of Petitioner's Motion for Pro Hac Vice Admission, Sep. 11, 2019, 6 pages.

Case PGR2019-00048, Declaration of William H. Milliken in Support of Petitioner's Motion for Pro Hac Vice Admission Teva1062, Sep. 11, 2019, 6 pages.

Case PGR2019-00048, Notice Concerning Alternative Dispute Resolution, May 24, 2019, 6 pages.

Case PGR2019-00048, Petitioner's Motion for Pro Hac Vice Admission of Uma N. Everett Under 37 C.F.R. § 42.10(C), 2019, 7 pages.

Case PGR2019-00048, Opinion, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, Corcept Ex. 2004, Oct. 23, 2018, 7 pages.

Case PGR2019-00048, Petitioner's Motion for Pro Hac Vice Admission of J.C. Rozendaal Under 37 C.F.R. § 42.10(C), Sep. 11, 2019, 8 pages.

Case PGR2019-00048, Petitioner's Motion for Pro Hac Vice Admission of William H. Milliken Under 37 C.F.R. § 42.10(C), Sep. 11, 2019, 8 pages.

Case PGR2019-00048, Declaration of Laurence Katznelson, M.D., *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2058, 2019, 83 pages.

Case PGR2019-00048, Patent Owner Response, Feb. 27, 2020, 92 pages.

Certification and Request for Prioritized Examination Under 37 CFR 1.102(e), Doc Code: TRACK1.REQ, Document Description: TrackOne RequestTEVA1035, pt. 1, Jun. 19, 2017, 428 pages.

Concomitant Administration of Glucocorticoid Receptor Modulators and CYP3A Inhibitors, Case No. PGR2019-00048, May 7, 2019, 78 pages.

Crixivan (Indinavir Sulfate), Sep. 2016, 29 pages.

Cross Discipline Team Leader Review, Center for Drug Evaluation and Research, Application No. 202107Orig1s000, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2055, Feb. 13, 2012, 32 pages.

Defendant Teva Pharmaceuticals USA, Inc.'s Preliminary Invalidity Contentions, *Corcept Therapeutics, Inc.*, Plaintiff, v. *Teva Pharmaceuticals USA, Inc.*, Civil Action No. 2:18-cv-03632 (SDW)(CLW) (Consolidated), May 13, 2019, 138 pages.

Drugs@FDA: FDA Approved Drug Products, Available online at: https://www.accessdata.fda.gov/scripts/cder/daf/, Accessed from Internet at May 6, 2019, 3 pages.

European Medicines Agency Recommends Suspension of Marketing Authorisations for Oral Ketoconazole, European Medicines Agency, Jul. 26, 2013, pp. 1-3.

Excerpts of Physician's Desk Reference, 58th Edition, 2004, pp. 1-3.

FDA Advises Against Using Oral Ketoconazole in Drug Interaction Studies Due to Serious Potential Side Effects, Drugs, Home Drugs, Drug Safety and Availability, Available Online At: http://www.fda.gov/Drugs/DrugSafety/ucm371017.htm, Oct. 18, 2013, 2 pages.

FDA Guidance Documents, Regulatory Information, Available online at: https://www.fda.gov/regulatoryinformation/guidances/, Accessed from Internet at May 6, 2019, 3 pages.

File History for U.S. Pat. No. 9,943,526, Optimizing Mifepristone Levels for Cushing's Patients, Apr. 17, 2018, 257 pages.

Hyperglycemia in Diabetes, The Mayo Clinic, Available Online at https://www.mayoclinic.org/diseasesconditions/hyperglycemia/symptoms-causes/syc-20373631, Nov. 3, 2018, 6 pages.

Incivek (telaprevir), Oct. 2013, 28 pages.

Invirase (Saquinavir Mesylate), Sep. 2016, 31 pages.

Kaletra (Lopinavir and Ritonavir), Nov. 2016, 64 pages.

Korlym™ (mifepristone) 300 mg Tablets, Reference ID: 3089791, TEVA1004, Feb. 2012, pp. 1-23.

National Court-Reporting Coverage, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048 Corcept Ex. 2059, Feb. 14, 2020, 81 pages.

Nefazodone Hydrochloride Tablets, May 2014, 4 pages.

Nizoral (ketoconazole), 2013, 22 pages.

Norvir (ritonavir), Full Prescribing Information, Dec. 2016, 42 pages.

Noxafil (Posaconazole), Sep. 2016, 37pages.

**US 10,842,800 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

Power of Attorney for Proceedings Before the Patent Trial and Appeal Board, May 28, 2019, 1 page.
Pretrial Scheduling Order, Civil Action No. 18-3632 (SDW)(CLW), Feb. 11, 2019, 3 pages.
U.S. Appl. No. 15/627,359, Rule 132 Declaration by Dr. Hanford K.S. Yau and CV, Jan. 28, 2018, 27 pages.
U.S. Appl. No. 15/627,359, Rule 132 Declaration by Dr. Paul G. Pearson and CV, Jun. 28, 2018, 36 pages.
U.S. Appl. No. 15/627,359, Rule 132 Declaration of Dr. Andreas Moraitis and CV, Jun. 28, 2018 32 pages.
Sporanox (itraconazole), Apr. 2015, 71 pages.
Technivie (Ombitasvir, Paritaprevir and Ritonavir), Feb. 2017, 35 pages.
The Hazards of Seldane, Jan. 17, 1997, 2 pages.
Treatment for Aspergillosis, Centers for Disease Control and Prevention, Available Online At: https://www.cdc.gov/fungal/diseases/aspergillosis/treatment.html, Jan. 2, 2019, 1 page.
Trial Practice Guide Update, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048 Corcept Ex. 2001, Aug. 2018, 31 pages.
Tybost (cobicistat), Jun. 2016, 32 pages.
Vaprisol (conivaptan hydrochloride), Oct. 2016, 14 pages.
Vfend (voriconazole), Feb. 2013, 42 pages.
Victrelis (Boceprevir), Jan. 2017, 38 pages.
Viracept (Nelfinavir Mesylate), Sep. 2016, 28 pages.
U.S. Appl. No. 15/627,359, Notice of Allowance dated Dec. 12, 2018, 10 pages.
U.S. Appl. No. 15/627,368, Advisory Action dated Feb. 20, 2018, 3 pages.
U.S. Appl. No. 15/627,368, Advisory Action dated Mar. 2, 2018, 3 pages.
U.S. Appl. No. 15/627,368, Final Office Action dated Jul. 5, 2019, 10 pages.
U.S. Appl. No. 15/627,368, Final Office Action dated Oct. 22, 2018, 8 pages.
U.S. Appl. No. 15/627,368, Non-Final Office Action dated Mar. 16, 2018, 13 pages.
U.S. Appl. No. 15/627,368, Non-Final Office Action dated Dec. 17, 2018, 14 pages.
Bailey et al., Grapefruit-Medication Interactions: Forbidden Fruit or Avoidable Consequences?, Canadian Medical Association Journal, vol. 185, No. 4, Mar. 5, 2013, pp. 309-316.
Basina et al., Successful Long-Term Treatment of Cushing Disease with Mifepristone (RU 486), Endocrine Practice, vol. 18, No. 5, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, PGR2019-00048, Corcept Ex. 2022, Sep.-Oct. 2012, 7 pages.
Bertagna et al., Chapter 16: Cushing's Disease, The Pituitary, (Shlomo Melmed ed., 3rd ed.), Part 1, 2011, pp. 533-577.
Bertagna et al., Chapter 16: Cushing's Disease, The Pituitary, (Shlomo Melmed ed., 3rd ed.), Part 2, 2011, pp. 578-617.
Charmandari et al., Adrenal Insufficiency, Lancet., vol. 282, No. 9935, 2014, pp. 1-16.
Clayton et al., Mortality in Patients with Cushing's Disease More Than 10 Years After Remission: A Multicentre, Multinational, Retrospective Cohort Study, Lancet Diabetes Endocrinology, vol. 4, No. 7, Jul. 2016, pp. 569-576.
Dunnigan et al., Mifepristone (RU-486) in the Treatment of Refractory Cushing's Disease, Endocrine Rev., vol. 31, No. 3, Jun. 2010, 9 pages.
Feelders et al., The Burden of Cushing's Disease: Clinical and Health-Related Quality of Life Aspects, European Journal of Endocrinology, vol. 167, 2012, pp. 311-326.
Fleseriu et al., Changes in Plasma ACTH Levels and Corticotroph Tumor Size in Patients with Cushing's Disease During Long-term Treatment with the Glucocorticoid Receptor Antagonist Mifepristone, Journal of Clinical Endocrinology Metabolism, vol. 99, No. 10, Oct. 2014, pp. 3718-3727.
Greenblatt, Concomitant Administration of Glucocorticoid Receptor Modulators and CYP3A Inhibitors, Petition for Post-Grant

Review, U.S. Pat. No. 10,195,214, TEVA1002-Declaration of Dr. David J. Greenblatt, M.D., 118 pages.
Greenblatt, Curriculum Vitae, Apr. 2019, 83 pages.
Greenblatt, Drug-Drug Noninteractions, Cardiovascular Theraputics, vol. 27, 2009, pp. 226-229.
Greenblatt et al., Kinetic and Dynamic Interaction Study of Zolpidem with Ketoconazole, Itraconazole and Fluconazole, Clinical Pharmacology & Therapeutics, vol. 64, No. 6, Dec. 3, 1998, pp. 661-671.
Greenblatt et al., Liver Injury Associated with Ketoconazole: Review of the Published Evidence, The Journal of Clinical Pharmacology, vol. 54, No. 12, 2014, pp. 1321-1329.
Heikinheimo et al., Antiprogesterone RU 486—A Drug for Non-Surgical Abortion, Annals of Medicine, vol. 22, No. 2, 1990, pp. 75-84.
Huang et al., Pharmacokinetics and Dose Proportionality of Ketoconazole in Normal Volunteers, Antimicrobial Agents and Chemotherapy, vol. 30, No. 2, Aug. 1986, pp. 206-210.
Im et al., Mifepristone: Pharmacology and Clinical Impact in Reproductive Medicine, Endocrinology and Oncology, Expert Opinion, Drug Evaluation, vol. 11, No. 3, Feb. 2010, pp. 481-488.
Kaushik et al., Concomitant Administration of Glucocorticoid Receptor Modulators and CYP3A Inhibitors, Petition for Post-Grant Review, U.S. Pat. No. 10,195,214, Declaration of Atul Kaushik, May 7, 2019, 5 pages.
Oosterhuis et al., Life-Threatening Pneumocystis jiroveci Pneumonia Following Treatment of Severe Cushing's Syndrome, The Netherlands Journal of Medicine, vol. 65, No. 6, Jun. 2007, pp. 215-217.
PGR2019-00048, Arguments Made by Petitioner in PGR2019-00048 and in the District Court Litigation, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Pat. No. 10,195,214, 2002, 2 pages.
PGR2019-00048, Patent Owner Preliminary Response, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Pat. No. 10,195,214, Aug. 23, 2019, 86 pages.
PGR2019-00048, Patent Owner's Authorized Sur-Reply in Further Support of Its Preliminary Response, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Pat. No. 10,195,214, Oct. 3, 2019, 7 pages.
PGR2019-00048, Patent Owner's Exhibit List, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Pat. No. 10,195,214, Oct. 3, 2019, 7 pages.
PGR2019-00048, Petitioner's Exhibit List, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Patent No. 10,195,214, Sep. 23, 2019, 9 pages.
PGR2019-00048, Petitioner's Reply in Support of Petition for Post-Grant Review, *Teva Pharmaceuticals USA, Inc.* v. *Corcept Therapeutics, Inc.*, U.S. Patent No. 10,195,214, Sep. 23, 2019, 6 pages.
Pivonello et al., The Treatment of Cushing's Disease, Endocrine Reviews, vol. 36, No. 4, Aug. 2015, pp. 385-486.
Schteingart, Drugs in the Medical Treatment of Cushing's Syndrome, Expert Opin. Emerging Drugs, vol. 14, No. 4, 2009, pp. 661-671.
Shi et al., Pharmacokinetic Study of RU 486 and Its Metabolites After Oral Administration of Single Doses to Pregnant and Non-Pregnant Women, Clinical Article, Contraception, vol. 48, Aug. 1993, pp. 133-149.
Tran et al., Translation of Drug Interaction Knowledge to Actionable Labeling, Clinical Pharmacology & Therapeutics & Therapeutics, vol. 105, No. 6, Apr. 9, 2019, pp. 1292-1295.
Viera et al., Potassium Disorders: Hypokalemia and Hyperkalemia, American Family Physician., vol. 92, No. 6, Sep. 15, 2015, pp. 487-495.
Von Moltke et al., In Vitro Approaches to Predicting Drug Interactions In Vivo, Biochemical Pharmacology, vol. 55, 1998, pp. 113-122.
Von Moltke et al., Metabolism of Drugs by Cytochrome P450 3A Isoforms, Clinical Pharmacokinetic, vol. 29, Supplement 1, 1995, pp. 33-43.
Kaeser, et al, Drug-Drug Interaction Study of Ketoconazole and Ritonavir-Boosted Saquinavir, Antimicrobial Agents and Chemotherapy, vol. 53, No. 2, Feb. 2009, pp. 609-614.

US 10,842,800 B2

Page 6

(56)  **References Cited**

OTHER PUBLICATIONS

Aanderud, et al., "Plasma Cortisol Concentrations after Oral Substitution of Cortisone in the Fasting and Non-Fasting State," Acta Med Scand, (1981) 210:157-161.

Bagchus et al., "Important Effect of Food on the Bioavailability of Oral Testosterone Undecanoate," Pharmacotherapy (2003) 23(3):319-325.

Banankhah, et al., "Ketoconazole-Associated Liver Injury in Drug-Drug Interaction Studies in Healthy Volunteers," The Journal of Clinical Pharmacology, (2016) 56(10):1196-1202.

Belanoff, et al. An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression, Society of Biological Psychiatry (2002) 52:386-392.

Berthois, et al., "A multiparametric analysis of endometrial estrogen and progesterone receptors after the postovulatory administration of mifepristone," Fertility and Sterility, (Mar. 1991) 55(3):547-554.

Cassier, et al., "Mifepristone for ectopic ACTH secretion in metastatic endocrine carcinomas: report of two cases," (2008) 158:935-938.

Davis, et al., "Guidelines for Counselling Patients Receiving Drugs Used in the Treatment of Neoplastic Disease: a Pharmacist's Guide to Advisory Labels and Patient Information The Society of Hospital Pharmacists of Australia Committee of Specialty Practice in Oncology," The Australian Journal of Hospital Pharmacy, (2001) 31(1):51-55.

De Lignières, "Oral Micronized Progesterone," Clinical Therapeutics, (1999) 21(1):41-60.

FDA Guidance for Industry, "Food-Effect Bioavailability and Fed Bioequivalence Studies," U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER), (Dec. 2002), pp. 1-12.

Heikinheimo, "Clinical Pharmacokinetic of Mifepristone," Clinical Pharmacokinetics, (Jul. 1997) 33(1):7-17.

Lindberg, "Emergency Contraception: The Nurse's Role in Providing Postcoital Options," JOGNN Principles & Practice, (Mar./Apr. 1997) 26(2):145-152.

Locniskar, et al., "Interaction of Diazepam With Famotidine and Cimetidine, Two $H_2$-Receptor Antagonists," J Clin Pharmacol, (1986) 26:299-303.

Luft, "Novel cell therapy for type 1 diabetes mellitus," J Mol Med, (2009) 87:659-661.

Outeiro, et al., "No Increased Risk of Ketoconazole Toxicity in Drug-Drug Interaction Studies," The Journal of Clinical Pharmacology, (2016) 56(10)1203-1211.

Para, et al. "Phase I/II Trial of the Anti-HIV Activity of Mifepristone in HIV-Infected Subjects ACTG 5200," J. Acquir Immune Defic Syndr. (Apr. 1, 2010) 53(4):491-495.

Sääv, et al., "Medical abortion in lactating women—low levels of mifepristone in breast milk," Acta Obstetricia et Gynecologica., (2010) 89:618-622.

Van Der Lelij, "Aspects of Medical Therapy of Neuroendocrine Disorders," Thesis, (1992), pp. 1-166.

Declaration of Joseph K. Belanoff under 37 C.F.R. § 1.132, and Curriculum Vitae, Joseph K. Belanoff, filed Dec. 15, 2017 for U.S. Appl. No. 15/627,359 (signed Dec. 15, 2017).

**U.S. Patent**          Nov. 24, 2020          US 10,842,800 B2



FIG. 1



FIG. 2

CORMIFE-T-00086211
**JTX-003.7**

US 10,842,800 B2

1

## CONCOMITANT ADMINISTRATION OF GLUCOCORTICOID RECEPTOR MODULATORS AND CYP3A INHIBITORS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 15/627,359, filed Jun. 19, 2017, which claims priority to U.S. Provisional Application Ser. No. 62/465,772, filed Mar. 1, 2017, and U.S. Provisional Application Ser. No. 62/466,867, filed Mar. 3, 2017, the entire contents of both of which applications are hereby incorporated by reference in their entireties.

### BACKGROUND

Steroid molecules, such as steroid hormones, play an important role in bodily functions and in bodily responses to infectious and other diseases, and to the environment. Many steroid molecules are synthesized in the body, or are produced from molecules consumed in the diet. Steroid molecules which act as hormones in the body include estrogen, progesterone, testosterone, and cortisol. Some steroid molecules have medicinal effects. Inhibition of steroid synthesis or metabolism can be useful in the treatment of some disorders.

Cortisol, a steroid molecule, plays an important role in many bodily functions. Cortisol exerts effects by binding to cortisol receptors, which are present in most tissues in the body. However, dysregulation of cortisol may have adverse effects on a subject. For example, Cushing's syndrome, caused by excess levels of cortisol, is characterized by symptoms including elevated blood pressure, elevated blood glucose, increased weight, increased mid-section perimeter, other pre-diabetic symptom, a "moon-face" facial appearance, immune suppression, thin skin, acne, depression, hirsutism, and other symptoms. Clinical manifestations of Cushing's syndrome include abnormalities in glucose control, requirement for anti-diabetic medication, abnormalities in insulin level, abnormal psychiatric symptoms, cushingoid appearance, acne, hirsutism, and increased or excessive body weight, and other symptoms.

One effective treatment of cortisol dysregulation is to block the binding of cortisol to cortisol receptors, or to block the effect of cortisol binding to cortisol receptors. Mifepristone binds to cortisol receptors, and acts to block such binding and to block the effect of cortisol on tissues. Mifepristone is 11β-(4-dimethylaminophenyl)-17β-hydroxy-17α-(1-propynyl)-estra-4,9-dien-3-one).

Another effective treatment of cortisol dysregulation is to reduce the synthesis of cortisol, e.g., by reducing or blocking steroid synthesis. A "steroidogenesis inhibitor" is a compound which reduces or blocks the synthesis of steroid molecules (including, e.g., cortisol) when administered to a subject. Steroidogenesis inhibitors include, for example, ketoconazole, metyrapone, etomidate, and other drugs.

Many enzymes are involved in steroid synthesis and in steroid metabolism, including cytochrome P450 enzymes, encoded by CAT genes. Inhibiting steroid synthesis may lower the levels of steroids, including, e.g., cortisol, in the blood. For example, CYP3A enzymes play important roles in the synthesis of steroid hormones such as cortisol.

However, many drugs inhibit the levels or actions of CYP3A gene products (termed "inhibit CYP3A"). The following drugs inhibit CYP3A: ketoconazole, itraconazole, fluconazole, cimetidine, nefazodone, ritonavir, nelfinavir,

2

indinavir, atazanavir, amprenavir, fosamprenavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, telithromycin, and voriconazole, among many drugs which inhibit CYP3A. For example, the following drugs strongly inhibit CYP3A (i.e., increase AUC (area under the concentration-time curve) by 10-fold or greater of sensitive index substrates), either alone or in combination with other drugs: boceprevir, cobicistat, conivaptan, danoprevir and ritonavir, elvitegravir and ritonavir, indinavir, ritonavir, itraconazole, ketoconazole, lopinavir, paritaprevir, ombitasvir, dasabuvir, posaconazole, saquinavir, telaprevir, tipranavir, troleandomycin, and voriconazole.

Ketoconazole is an exemplary and an important steroidogenesis inhibitor and is a strong CYP3A inhibitor. Ketoconazole (chemical name: 1-acetyl-4-[4-[[2-(2,4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl]methoxy]phenyl]piperazine) is administered for the treatment of fungal infections; it also affects steroid metabolism by inhibiting steroidogenesis, and has anti-glucocorticoid and anti-androgen effects due to its interference with enzymatic conversion of cholesterol to hormones such as cortisol and testosterone. Ketoconazole has effects on liver enzymes and the gastrointestinal ((GI) tract, among other effects (Fleseriu and Castinetti, *Pituitary* 19:643-653 (2016)).

Ketoconazole inhibits steroid synthesis and is thus useful in the treatment Cushing's syndrome; in the treatment of prostate cancer and other androgen-sensitive cancers; to reduce estrogen or progesterone production (e.g., in patients with hormone-sensitive cancers such as breast cancer and ovarian cancer); and in other treatments.

A drug such as ketoconazole is typically metabolized and excreted by a subject over time following administration. An effective dose is determined based on the expected amounts of metabolism and excretion of the drug. Changes in the amounts or rates of metabolism and/or excretion of a drug will affect the dose required, and may make an otherwise safe dose, if metabolism or excretion changes, into either a less, or ineffective dose, or a more effective or even toxic dose.

However, although sometimes clinically useful, ketoconazole may have adverse, including seriously toxic, effects (Fleseriu and Castinetti, *Pituitary* 19:643-653 (2016)). The U.S. Food and Drug Administration issued a Drug Safety Communication (Jul. 26, 2013 Safety Announcement regarding Nizoral® (ketoconazole)) warning of potentially fatal liver damage associated with oral ketoconazole treatment and warning of the risk of adrenal insufficiency; also a potentially fatal disorder. The Safety Announcement warned: "Nizoral tablets can cause liver injury, which may potentially result in liver transplantation or death." The Safety Announcement further stated: "Nizoral tablets may interact with other drugs a patient is taking and can result in serious and potentially life-threatening outcomes, such as heart rhythm problems." Thus, ketoconazole can be quite toxic if administered in excessive amounts, or if it is administered to sensitive individuals, particularly when administered systemically (as opposed, e.g., to topically). This toxicity can lead to liver damage (sometimes requiring liver transplantation). Other CYP3A inhibitors, including, e.g., itraconazole, ritonavir, and other CYP3A inhibitors as discussed herein, may have similar effects and may require similar warnings.

The simultaneous, or nearly simultaneous (e.g., concomitant) presence of two drugs in a subject may alter the effects of one or the other, or both, drugs. Such alterations are

CORMIFE-T-00086212

**JTX-003.8**

Appx95

US 10,842,800 B2

**3**

termed drug-drug interactions. For example, the required dose of a drug is often strongly affected by taking the amount and rate of its degradation in, and elimination from, the body (e.g., by liver or kidney action). However, the presence of a second drug in the body, which is also being acted upon by the liver and kidney, can have significant effects on the amount and rate of degradation of the first drug, and can increase the amount of the first drug that remains in the body at a given time beyond the amount that would have been present at that time in the absence of the second drug. Thus, the presence of a second drug can often increase the effective dose of the first drug. Where the first drug has toxic side effects, such an increase in effective dose of the first drug may lead to dangerous toxicity that would not have been expected were the second drug not present.

Concomitant administration of different drugs often leads to adverse effects since the metabolism and/or excretion of each drug may reduce or interfere with the metabolism and/or excretion of the other drug(s), thus increasing the effective concentrations of those drugs as compared to the effective concentrations of those drugs when administered alone. Thus, concomitant administration of drugs is often expected to increase the risk of toxic effects of one or both of the co-administered drugs. Some drugs, such as ketoconazole, present risk of liver damage (including severe cases including liver failure and even requiring liver transplants) and other toxic effects when administered alone; the risk of such toxic effects is believed to be increased when other drugs are concomitantly administered. Where a drug, such as ketoconazole, is known to present a high risk of toxic effects, clinicians will typically avoid its concomitant administration with other drugs.

However, patients often require treatment with multiple drugs, so that the potential toxicity of drugs such as ketoconazole present disadvantages that can have deleterious consequences for the patient who requires ketoconazole treatment, or may require foregoing the use of ketoconazole or of some other drug which may have otherwise been required for successful treatment.

Accordingly, improved methods of treatment allowing the administration of other drugs along with CYP3A inhibitors (such as, e.g., ketoconazole) and along with steroidogenesis inhibitors (such as, e.g., ketoconazole) are desired.

SUMMARY

Applicant discloses herein that CYP3A inhibitors such as, e.g., ketoconazole, may be concomitantly administered with glucocorticoid receptor modulators (GRMs) such as the GR antagonist (GRA) mifepristone. Such concomitant administration of a CYP3A inhibitor such as ketoconazole and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow the reduction in the amount of a GRM, or of a CYP3A inhibitor, administered to the subject; such reduction may reduce the risk of toxic effects of the CYP3A inhibitor concomitantly administered with the GRM. In embodiments, the CYP3A inhibitor is a strong CYP3A inhibitor. Such concomitant administration of a CYP3A inhibitor such as ketoconazole and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, may allow the reduction in the amount of GRM administered to the subject, and may allow the reduction in the amount of a CYP3A inhibitor administered to the subject; such reductions may improve treatment of the patient and may reduce the risk of toxic effects of the CYP3A inhibitor.

**4**

Applicant discloses herein that steroidogenesis inhibitors may be concomitantly administered with glucocorticoid receptor modulators (GRMs) such as the GR antagonist (GRA) mifepristone. Such concomitant administration of a steroidogenesis inhibitor and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow concomitant administration of a GRA and a steroidogenesis inhibitor, may allow the reduction of the amount of GRM administered to the subject, or may allow the reduction in the amount of a steroidogenesis inhibitor administered to the subject; such reductions may reduce the risk of toxic effects of the steroidogenesis inhibitor. Such concomitant administration of a steroidogenesis inhibitor and a GRM such as mifepristone is believed to be safe for the subject, and to provide the therapeutic benefits of both drugs to the subject, and may allow the reduction in the amount of GRM or of a steroidogenesis inhibitor administered to the subject; such reduction may improve treatment of the subject and may reduce the risk of toxic effects of the steroidogenesis inhibitor.

For example, Applicant has surprisingly discovered that mifepristone may be administered to patients concomitantly receiving ketoconazole. For example ketoconazole may be administered to patients previously, or concomitantly, also receiving mifepristone so that the patient concomitantly receives ketoconazole and mifepristone. Such concomitant administration of ketoconazole and mifepristone is typically safe for the patient, provides the therapeutic benefits of both drugs to the patient, and may allow the reduction in the amount of mifepristone administered to the subject; such reduction may provide an effective dose of mifepristone that is a lower dose, yet still provides similar plasma mifepristone levels as, and may be as effective as, the dose of mifepristone administered in the absence of ketoconazole. Such concomitant administration of ketoconazole and mifepristone provides the therapeutic benefits of both drugs to the patient, may allow a reduction in the amount of mifepristone administered to the patient, and may allow the reduction in the amount of ketoconazole administered to the patient; such reduction may reduce the risk of toxic effects of ketoconazole, and may improve the treatment of the patient.

Applicant's surprising discovery is believed to apply to patients suffering from a disease or disorder and receiving a CYP3A inhibitor, including a strong CYP3A inhibitor such as ketoconazole; such patients suffering from a disease or disorder may be safely administered a GRM, such as mifepristone, concomitantly with the administration of a CYP3A inhibitor such as ketoconazole. Such concomitant administration is believed to be safe for the patient. For example, concomitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of ketoconazole toxicity in the patient, and is believed to be safe for the patient. In particular, Applicant discloses herein that Cushing's syndrome patients receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such concomitant administration of ketoconazole and mifepristone to a patient suffering from Cushing's syndrome is believed to be safe for the patient suffering from Cushing's syndrome, which is characterized by hypercortisolism. Patients suffering from Cushing's syndrome, such as those suffering from endogenous Cushing's syndrome, may suffer hyperglycemia secondary to hypercortisolism. Concomitant administration of a GRA (such as, e.g., mifepristone) and a CYP3A inhibitor (such as, e.g., ketoconazole) as disclosed herein is believed to be safe,

CORMIFE-T-00086213
**JTX-003.9**

Appx96

US 10,842,800 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

and to be suitable for controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome.

In embodiments, a method of treating a patient with Cushing's syndrome, the patient currently taking a GRA at an original dosage, comprises reducing the amount of GRA from said original dosage to an adjusted dosage that is less than the original dosage when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments, a method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, the patient currently taking a GRA at an original dosage, comprises reducing the amount of GRA from said original dosage to an adjusted dosage that is less than the original dosage when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments of such methods, the adjusted dosage is less than the original dosage by at least an amount selected from about 5%, 10%, 15%, 20%, 25%, 30%, $33^{1/3}$%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, $66^{2/3}$%, 70%, 75%, 80%, 85%, and 90% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 10% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 25% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least $33^{1/3}$% of the original dosage. In embodiments, the adjusted dosage is less than the original dosage by at least 50% of the original dosage.

In embodiments, where a GRM such as mifepristone would be prescribed at a first GRM dose, the amount of the GRM (such as mifepristone) administered, when co-administered with a steroidogenesis inhibitor or CYP3A inhibitor such as ketoconazole, may be reduced to a reduced GRM dose that has a smaller amount of GRM as compared to the first GRM dose yet provide effective treatment at the reduced GRM dose co-administered with a steroidogenesis inhibitor such as ketoconazole. In embodiments, the clinical status of a subject receiving a reduced GRM dose concomitantly with a steroidogenesis inhibitor may be monitored for clinical response, e.g., for clinical response to the GRM (such as mifepristone). Monitoring for clinical response may include monitoring for clinical effect of the GRM, including clinical efficacy of the GRM; for clinical effect of a steroidogenesis inhibitor or CYP3A inhibitor; for possible adverse reaction to a steroidogenesis inhibitor or CYP3A inhibitor, or the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; for possible side-effects of the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; or combinations thereof.

In embodiments, the reduced GRM dose may be increased as necessary and as safe for the patient according to such monitoring of the patient. In embodiments, the reduced GRM dose may be titrated upwards as necessary and as safe for the subject according to such monitoring of the patient in order to achieve effective treatment of Cushing's syndrome while remaining safe for the patient with regard to possible adverse effects of the concomitant administration of the GRM and the CYP3A inhibitor, or of the concomitant administration of the GRM and the steroidogenesis inhibitor.

In embodiments, where a GRM such as mifepristone would be prescribed at a first GRM dose, the amount of the GRM (such as mifepristone) administered, when co-administered with a CYP3A inhibitor, including a strong CYP3A inhibitor such as ketoconazole, may be reduced to a reduced

GRM dose that has a smaller amount of GRM as compared to the first GRM dose yet provide effective treatment at the reduced GRM dose co-administered with a CYP3A inhibitor such as ketoconazole. In embodiments, the clinical status of a patient receiving a reduced GRM dose concomitantly with a CYP3A inhibitor may be monitored, e.g., for clinical effect of the GRM, for clinical effect of the CYP3A inhibitor, for possible adverse reaction to the CYP3A inhibitor or its use in combination with the GRM, for possible side-effects of the CYP3A inhibitor or its use in combination with the GRM, or combinations thereof. In embodiments, the reduced GRM dose may be increased as necessary and as safe for the patient according to such monitoring of the patient. In embodiments, the reduced GRM dose may be titrated upwards as necessary and as safe for the patient according to such monitoring of the patient in order to achieve effective treatment of Cushing's syndrome while remaining safe for the patient with regard to possible adverse effects of the concomitant administration of the GRM and the CYP3A inhibitor.

Accordingly, Applicant discloses herein that a steroidogenesis inhibitor may be administered to patients concomitantly receiving administration of a GRM. Accordingly, Applicant discloses herein that a CYP3A inhibitor may be administered to patients concomitantly receiving administration of a GRM. For example, Applicant discloses herein that ketoconazole, a steroidogenesis inhibitor and a CYP3A inhibitor, may be administered to patients suffering from a disease or disorder, such as, e.g., Cushing's syndrome, who are concomitantly receiving administration of a GRM such as mifepristone. Such concomitant administration of both a GRA (such as mifepristone) and a CYP3A inhibitor (such as ketoconazole) may be administered to a patient suffering from endogenous Cushing's syndrome to control hyperglycemia secondary to hypercortisolism in the patient.

Accordingly, Applicant discloses herein that GRMs may be administered to subjects previously, or concomitantly, also receiving administration of a steroidogenesis inhibitor or a CYP3A inhibitor. For example, Applicant discloses herein that GRMs may be administered to subjects suffering from a disease or disorder, such as, e.g., Cushing's syndrome, who previously, or are concomitantly, also receiving administration of a steroidogenesis inhibitor or a CYP3A inhibitor such as ketoconazole. Applicant discloses methods for concomitant administration of a GRM and a steroidogenesis or CYP3A inhibitor such as ketoconazole useful for treating a subject in need of such administration. Subjects in need of such administration include subjects suffering from Cushing's syndrome. Applicant further discloses that such administration of a GRM and a steroidogenesis or a CYP3A inhibitor such as ketoconazole is typically safe for the subject, and provides the therapeutic benefits of both drugs to the subject. In embodiments, such concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRM may allow the reduction in the amount of GRM, or of a steroidogenesis or a CYP3A inhibitor such as ketoconazole, that is administered to the subject; such reductions may reduce the risk of toxic effects of a steroidogenesis or a CYP3A inhibitor such as ketoconazole, such as, e.g., reduce the risk of liver damage to the subject. The GRM may be, e.g., mifepristone.

Applicant has surprisingly discovered that a steroidogenesis or a CYP3A inhibitor such as ketoconazole may be concomitantly administered with GRMs, such as GRAs, so that concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA for

CORMIFE-T-00086214

JTX-003.10

US 10,842,800 B2

7

example may provide safe and effective treatment of a patient in need of treatment. A patient receiving concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA may be, for example, a patient in need of treatment for Cushing's syndrome (including Cushing's Disease), breast cancer, prostate cancer, ovarian cancer, or other hormone-sensitive cancer. In embodiments, such a patient in need of treatment may receive concomitant administration of a steroidogenesis or a CYP3A inhibitor such as ketoconazole and a GRA, such as mifepristone. In embodiments, such a patient in need of treatment may receive concomitant administration of ketoconazole and mifepristone.

The methods, compositions, and kits disclosed herein are suitable for use in treating patients suffering from Cushing's syndrome (including Cushing's Disease); or from prostate cancer and other androgen-sensitive cancers; or from breast cancer, ovarian cancer, or other hormone-sensitive cancer (e.g., cancer sensitive to estrogen or progesterone); and are suitable for use in treating subjects suffering from other diseases, disorders, or syndromes.

In embodiments of the methods disclosed herein, a patient currently receiving a GRM, such as mifepristone, is also concomitantly administered a steroidogenesis or a CYP3A inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a patient currently receiving a GRM, such as mifepristone, as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is also concomitantly administered a steroidogenesis or a CYP3A inhibitor such as ketoconazole, whereby the condition is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

In embodiments of the methods disclosed herein, a patient currently receiving a steroidogenesis or a CYP3A inhibitor such as ketoconazole is also concomitantly administered a GRM. In embodiments of the methods disclosed herein, a patient currently receiving a steroidogenesis or a CYP3A inhibitor such as ketoconazole as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is also concomitantly administered a GRM, whereby the patient is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

Thus, in embodiments of the methods disclosed herein, a patient in need of treatment for a condition is concomitantly administered both a GRM (such as mifepristone) and a steroidogenesis or a CYP3A inhibitor (such as ketoconazole), whereby the patient is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is hyperglycemia secondary to hypercortisolism, e.g., in a patient

8

suffering from endogenous Cushing's syndrome. In embodiments, the condition is cancer, and may be a hormone-sensitive cancer. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

In embodiments, the amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is the same amount, or substantially the same amount, of GRM previously administered to the patient prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, the amount of GRIM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is less than the amount of GRM previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, administration of a reduced amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is an effective amount of GRM; in embodiments, the reduced amount of GRM administered concomitantly with a steroidogenesis or a CYP3A inhibitor is as effective as the amount of GRM previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. The GRM may be mifepristone. The steroidogenesis or a CYP3A inhibitor may be ketoconazole.

In embodiments, the amount of steroidogenesis or a CYP3A inhibitor administered concomitantly with the GRM is the same amount, or substantially the same amount, of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, the amount of steroidogenesis or CYP3A inhibitor administered concomitantly with the GRM is less than the amount of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, administration of a reduced amount of steroidogenesis or CYP3A inhibitor administered concomitantly with a GRM is an effective amount of steroidogenesis or CYP3A inhibitor; in embodiments, the reduced amount of steroidogenesis or CYP3A inhibitor administered concomitantly with a GRM is as effective as the amount of steroidogenesis or CYP3A inhibitor previously administered to the subject prior to concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor. The GRM may be mifepristone. The steroidogenesis or CYP3A inhibitor may be ketoconazole.

Concomitant administration of a GRM and steroidogenesis or a CYP3A inhibitor may be administration of a GRM followed within a short time by administration of a steroidogenesis or a CYP3A inhibitor. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of mifepristone followed within a short time by administration of ketoconazole. Concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of a steroidogenesis or a CYP3A inhibitor followed within a short time by administration of a GRM. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be administration of ketoconazole followed within a short time by administration of mifepristone. Concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be simultaneous administration of a GRM and a steroidogenesis or a CYP3A inhibitor. In embodiments, concomitant administration of a GRM and a steroidogenesis or a CYP3A inhibitor may be simultaneous administration of mifepristone and ketoconazole.

CORMIFE-T-00086215

**JTX-003.11**

US 10,842,800 B2

9 10

In embodiments, the GRM is a steroidal GRM, such as, e.g., mifepristone. In embodiments, the GRM is a non-steroidal GRM. In embodiments, the GRM is a glucocorticoid receptor antagonist (GRA). In embodiments, the GRA is a steroidal GRA. In embodiments, the GRA is mifepristone. In embodiments, the GRA is a non-steroidal GRA. In embodiments, the GRA is a non-steroidal GRA selected from a GRA having a cyclohexyl-pyrimidine backbone, GRA having a fused azadecalin backbone, a GRA having a heteroaryl ketone fused azadecalin backbone, and a GRA having an octahydro fused azadecalin backbone.

In embodiments, a patient is concomitantly administered a GRM and ketoconazole; in embodiments, the GRM is mifepristone. In embodiments, concomitant administration comprises simultaneous administration of a GRM and ketoconazole to a patient, where the GRM is mifepristone. In embodiments, the amount of ketoconazole administered concomitantly with the mifepristone is the same amount, or substantially the same amount, of ketoconazole previously administered to the subject prior to concomitant administration of mifepristone and ketoconazole. In embodiments, the amount of ketoconazole administered concomitantly with the mifepristone is less than the amount of ketoconazole previously administered to the subject prior to concomitant administration of mifepristone and ketoconazole.

Accordingly, in embodiments, Applicant discloses herein a method for treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome, said patient receiving a first dose of a glucocorticoid receptor antagonist (GRA), said method comprising: concomitantly administering to the patient a dose of a CYP3A inhibitor and a reduced dose of said GRA, wherein said reduced GRA dose consists of a GRA dose that is less than the first GRA dose, whereby the patient is treated for Cushing's syndrome or a condition associated with Cushing's syndrome by concomitant administration of said CYP3A inhibitor and a reduced dose said GRA. Conditions associated with Cushing's syndrome include, without limitation, hyperglycemia secondary to hypercortisolism, e.g., hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing's syndrome. Conditions associated with Cushing's syndrome also include, without limitation, hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has type 2 diabetes mellitus or glucose intolerance. Conditions associated with Cushing's syndrome further include, without limitation, hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has a) type 2 diabetes mellitus or glucose intolerance, and b) has failed surgery or is not a candidate for surgery.

In embodiments, the dosage of said reduced GRA dose is less than the dosage of said first GRA dose by at least an amount selected from about 5%, 10%, 15%, 20%, 25%, 30%, 33$^{1/3}$%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 66$^{2/3}$%, 70%, 75%, 80%, 85%, and 90% of the first GRA dose. In embodiments, the dosage of said reduced GRA dose is less than the dosage of said first GRA dose by about 300 milligrams (mg) of said GRA. In embodiments, the dosage amount of said first GRA dose is 600 mg or higher of said GRA. In embodiments, said reduced GRA dose is a GRA dose selected from the group of GRA doses consisting of about 1500 milligrams (mg) GRA, about 1200 mg GRA, about 900 mg GRA, and about 600 mg GRA. In embodiments, said reduced GRA dose is 900 mg of the GRA. In embodiments, said reduced GRA dose is 600 mg of the GRA. In embodiments, the reduced GRA dose is a daily GRA dose. In embodiments, the methods further comprise

titrating upwards the dosage of the reduced GRA dose. In embodiments, such titrating upwards comprises increasing the dosage of the reduced GRA dose in increments of 300 milligrams (mg) of GRA. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks. In embodiments, the methods include monitoring the patient for clinical response to the GRA. In embodiments, such titrating upwards follows a determination that said reduced GRA dose is associated with a decrease in clinical response to the GRA. In embodiments, monitoring the patient for clinical response to the GRA comprises monitoring the patient for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, body weight, or combinations thereof. In embodiments, such titrating upwards is capped at a dosage level of 900 milligrams per day. In embodiments, such titrating upwards is capped at a dosage level of 600 milligrams per day. In embodiments of the methods disclosed herein, the reduced GRA dose is a daily dose of 900 mg mifepristone. In embodiments of the methods disclosed herein, the reduced GRA dose is a daily dose of 600 mg mifepristone.

Embodiments of the methods disclosed herein are directed to treating a patient suffering from Cushing's syndrome or a condition associated with Cushing's syndrome. In embodiments, the patient suffering from Cushing's syndrome or a condition associated with Cushing's syndrome is a patient suffering from a condition associated with endogenous Cushing's syndrome. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating a patient who is suffering from hyperglycemia secondary to hypercortisolism. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating hyperglycemia secondary to hypercortisolism in a Cushing's syndrome patient having type 2 diabetes mellitus or glucose intolerance. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises treating hyperglycemia secondary to hypercortisolism in a Cushing's syndrome patient, said patient a) having type 2 diabetes mellitus or glucose intolerance, and b) having failed surgery or is not a candidate for surgery. In embodiments, treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome comprises administering mifepristone to control hyperglycemia secondary to hypercortisolism in an adult Cushing's syndrome patient who has a) type 2 diabetes mellitus or glucose intolerance, and b) has failed surgery or is not a candidate for surgery.

In embodiments, Applicant discloses herein a method for treating a patient who is suffering from Cushing's syndrome or a condition associated with Cushing's syndrome, said patient receiving a first dose of a glucocorticoid receptor antagonist (GRA), said method comprising: concomitantly administering to the patient a dose of said CYP3A inhibitor and a first dose of a glucocorticoid receptor antagonist (GRA), whereby the patient is treated for Cushing's syndrome or a condition associated with Cushing's syndrome by concomitant administration of said CYP3A inhibitor and said GRA. In embodiments, the first GRA dose is selected from a GRA dose no greater than 900 milligrams (mg) per day of the GRA, and no greater than 600 mg per day of the

CORMIFE-T-00086216
**JTX-003.12**

US 10,842,800 B2

11

GRA. In embodiments, the patient had been administered a dose of the CYP3A inhibitor prior to said administering of said first GRA dose. In embodiments, said concomitant administration of the CYP3A inhibitor and said GRA comprises administration of said first GRA dose to a patient having detectable levels of said CYP3A inhibitor, wherein said patient had been administered a dose of the CYP3A inhibitor prior to said administration of said first GRA dose. In embodiments, methods further comprise titrating upwards the dosage of a subsequent GRA dose, wherein the dosage of said subsequent GRA dose is a greater amount of GRA than the amount of GRA of the first GRA dose. In embodiments, such titrating upwards comprises increasing the dosage of the subsequent GRA dose in increments of 300 milligrams (mg) of GRA. In embodiments, the interval of time between upward titration of a subsequent GRA dose, or of an upwardly titrated subsequent GRA dose, and a subsequent upward titration of the dosage of the subsequent GRA dose is selected from one week, two weeks, three weeks, and four weeks.

In embodiments of the methods disclosed herein, the CYP3A inhibitor is a strong CYP3A inhibitor selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir/ritonavir, posaconazole, saquinavir, telithromycin, and voriconazole. In embodiments, the CYP3A inhibitor is ketoconazole.

In embodiments of the methods disclosed herein, the GRA is mifepristone.

The methods disclosed herein provide advantages including expanded treatment options for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions.

The methods disclosed herein provide advantages including improved treatments for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions, where such improved treatments may include the ability to alter the amount of a GRM, such mifepristone, administered to the patient by administering a GRM such as mifepristone concomitantly with ketoconazole. In embodiments, such improved treatments include the ability to reduce the amount of a GRM, such as mifepristone, administered to a subject.

The methods disclosed herein provide advantages including improved treatments for patients suffering from conditions including Cushing's syndrome, Cushing's Disease, prostate cancer, breast cancer, ovarian cancer, and other conditions, where such improved treatments may include the ability to alter the amount of ketoconazole administered to the patient by administering a GRM such as mifepristone concomitantly with ketoconazole. In embodiments, such improved treatments include the ability to reduce the amount of ketoconazole administered to a subject and thus to reduce risk of toxic effects of the ketoconazole.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the mean and standard deviation of mifepristone and its metabolites RU42633, RU42698, and RU42848 measured in healthy male volunteers prior to administration of mifepristone on days one through seventeen. Ketoconazole was also administered on days thirteen-seventeen.

12

FIG. 2 shows the plasma concentration profile of mifepristone measured in healthy male volunteers on day twelve (before administration of ketoconazole) and on day seventeen (the fifth day of ketoconazole administration).

DETAILED DESCRIPTION

Ketoconazole strongly inhibits corticosteroid synthesis; thus, ketoconazole strongly reduces cortisol levels in subjects administered ketoconazole. However, there is concern over its use, for example, due to potential hepatotoxicity (see, e.g., Castinetti et al., J Clin Endocrinol Metab 99(5):1623-1630 (2014)).

According to the U.S. Food and Drug Administration (FDA) definition, strong CYP3A inhibitors are expected to increase the AUC of other drugs by greater than five-fold. Ketoconazole is identified by the FDA as a strong CYP3A inhibitor (See FDA web posting: Drug Development and Drug Interactions: Table of Substrates, Inhibitors and Inducers).

Surprisingly, as disclosed herein, concomitant administration of mifepristone and ketoconazole causes only a small increase in the plasma levels of mifepristone, and does not cause the large increases that would have been expected for such concomitant administration.

Applicant has surprisingly found that concomitant administration of mifepristone and ketoconazole causes only a small increase in the AUC and in the Cmax of mifepristone in subjects receiving mifepristone alone for twelve days, and then administered both mifepristone and ketoconazole concomitantly. The Cmax of mifepristone administered concomitantly with ketoconazole is increased by less than two-fold (a mere 28% increase in mifepristone Cmax) and the AUC of mifepristone administered concomitantly with ketoconazole is increased by less than two-fold (a mere 38% increase in mifepristone AUC) in subjects receiving 600 mg mifepristone per day who then are given 400 mg ketoconazole (200 mg twice per day)).

Also surprisingly, as disclosed herein, concomitant administration of ketoconazole and mifepristone also caused smaller increases in ketoconazole levels than would be expected. The Cmax of ketoconazole administered concomitantly with mifepristone is increased by less than four-fold (365% increase in ketoconazole Cmax) and the AUC of ketoconazole administered concomitantly with mifepristone is increased by less than three-fold (253% increase in ketoconazole AUC) when comparing ketoconazole levels on the first day of concomitant administration of both drugs as compared to the ketoconazole levels in subjects on the fifth day of receiving 400 mg ketoconazole (200 mg twice per day) concomitantly with 600 mg mifepristone per day.

Ketoconazole is a strong inhibitor of steroidogenesis; thus it is believed that ketoconazole may serve as an exemplar for other strong inhibitors of steroidogenesis and that these results indicate that mifepristone, and other glucocorticoid receptor modulators, including other glucocorticoid receptor antagonists, may be safely administered concomitantly with steroidogenesis inhibitors according to the methods disclosed herein.

Ketoconazole is a strong inhibitor of CYP3A enzymes; thus it is believed that ketoconazole may serve as an exemplar for other strong inhibitors of CYP3A enzymes and that these results indicate that mifepristone, and other glucocorticoid receptor modulators, including other glucocorticoid receptor antagonists, may be safely administered concomitantly with CYP3A enzyme inhibitors according to the methods disclosed herein.

US 10,842,800 B2

13

Applicant discloses herein methods for the safe concomitant administration of both a glucocorticoid receptor modulator (GRM) and steroidogenesis inhibitor to a subject. Applicant discloses herein the surprising finding that both a GRM such as mifepristone and a steroidogenesis inhibitor such as ketoconazole may be safely administered to a subject at the same, or nearly the same, time (i.e., the GRM and the steroidogenesis inhibitor may be concomitantly administered).

Applicant discloses herein methods for the safe concomitant administration of both a glucocorticoid receptor modulator (GRM) and CYP3A inhibitor to a subject. Applicant discloses herein the surprising finding that both a GRM such as mifepristone and a CYP3A inhibitor such as ketoconazole may be safely administered to a subject at the same, or nearly the same, time (i.e., the GRM and the CYP3A may be concomitantly administered).

Applicant discloses herein the surprising finding that a subject receiving ketoconazole, which is a steroidogenesis inhibitor and is a CYP3A inhibitor, may also be safely administered an effective dose of mifepristone, which is a glucocorticoid receptor modulator (GRM), e.g., a glucocorticoid receptor antagonist (GRA). Applicant also discloses herein the surprising finding that a subject receiving mifepristone, which is a glucocorticoid receptor modulator (GRM), e.g., a glucocorticoid receptor antagonist (GRA), may also be safely administered ketoconazole, which is a steroidogenesis inhibitor and is a CYP3A inhibitor.

In embodiments of the methods disclosed herein, a subject receiving a GRM (such as, e.g., a glucocorticoid receptor antagonist (GRA) such as mifepristone) may be safely administered an effective dose of a steroidogenesis inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a subject may be safely administered ketoconazole and a reduced dose of a GRM, where the reduced dose of a GRM is an effective dose of GRM that is a smaller GRM dose than the GRM dose administered in the absence of a steroidogenesis inhibitor such as ketoconazole. In embodiments of the methods disclosed herein, a subject may be safely administered a GRM and a reduced dose of a steroidogenesis inhibitor such as ketoconazole, where the reduced dose of the steroidogenesis inhibitor is an effective dose of the steroidogenesis inhibitor that is a smaller dose than the a steroidogenesis inhibitor dose administered in the absence of the GRM. In embodiments of the methods disclosed herein, a subject receiving a steroidogenesis inhibitor such as, e.g., ketoconazole, may be safely administered an effective dose of a GRM, such as, e.g., mifepristone. In embodiments of the methods disclosed herein, a subject receiving a GRM, such as, e.g., mifepristone, may be safely administered an effective dose of a steroidogenesis inhibitor such as, e.g., ketoconazole.

These methods may be applied to subjects suffering from diseases or disorders as well as other subjects, including subjects suffering from Cushing's syndrome. Such concomitant administration of a steroidogenesis inhibitor such as ketoconazole with a GRM would have been expected to produce toxic side effects due to, e.g., an adverse effect on steroidogenesis inhibitor metabolism due to the added GRM (e.g., where the steroidogenesis inhibitor is ketoconazole, a previously safe ketoconazole dose would have been expected to be a toxic dose in the presence of added GRM (e.g., mifepristone)).

In particular, Applicant discloses herein that patients suffering from a disease or disorder and receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such con-

14

comitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of toxicity in the patient, and is believed to be safe for the patient. In particular, Applicant discloses herein that Cushing's syndrome patients receiving ketoconazole may be safely administered mifepristone concomitantly with the administration of ketoconazole. Such concomitant administration of ketoconazole and mifepristone surprisingly does not increase the risk of toxicity in humans, and is believed to be safe for a patient suffering from Cushing's syndrome.

Thus, Applicant discloses herein surprising and useful methods for concomitant administration of a steroidogenesis inhibitor such as, e.g., ketoconazole, and a GRM such as, e.g., mifepristone, which provide the benefits of improved treatment without substantially increased risk of adverse treatment side-effects. For example, Applicant provides herein surprising and useful methods for concomitant administration of ketoconazole and mifepristone, which provide the benefits of both drugs without substantially increased risk of ketoconazole toxicity, which can have serious adverse effects on the liver.

Thus, contrary to the expectation that the presence of a GRM such as mifepristone along with a steroidogenesis inhibitor (e.g., ketoconazole) in a patient would increase the toxicity of the steroidogenesis inhibitor beyond that expected for such a dose of steroidogenesis inhibitor alone, Applicant has discovered that administering a) both a GRM (e.g., mifepristone) and a steroidogenesis inhibitor (e.g., ketoconazole) to a subject, or b) administering a GRM (e.g., mifepristone) to a subject who has recently been given a steroidogenesis inhibitor (e.g., ketoconazole), or c) administering a steroidogenesis inhibitor (e.g., ketoconazole) soon after GRM (e.g., mifepristone) administration to a subject, concomitant administration of a GRM and a steroidogenesis inhibitor does not increase the expected toxicity of the steroidogenesis inhibitor. In embodiments, concomitant administration of a steroidogenesis inhibitor and a GRM allows for administration of an effective dose of GRM that is a reduced GRM dose as compared to the GRM dose administered in the absence of the steroidogenesis inhibitor.

In embodiments, concomitant administration of ketoconazole and mifepristone allows for administration of an effective dose of mifepristone that is a reduced dose of mifepristone as compared to the mifepristone dose administered in the absence of ketoconazole. For example, Applicant has discovered that concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of mifepristone while maintaining sufficient mifepristone levels for effective therapy for the patient. Such a reduction in mifepristone dose provides the benefit of reducing the amount of mifepristone administered to the subject. Embodiments in which a subject is concomitantly administered ketoconazole and mifepristone allow for mifepristone dose reduction (as compared to the mifepristone dose in the absence of ketoconazole) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by mifepristone.

In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is at least about 5% less than the original dose of mifepristone, where the original dose of mifepristone is the dose the subject had been, or would have been, administered in the absence of ketoconazole co-administration. In embodiments, the reduced dose of mifepristone is a dose of mifepristone that is at least about 10% less than the original dose of mifepristone; and may be

CORMIFE-T-00086218
JTX-003.14

Appx101

**15**

a dose of mifepristone that is at least about 15%, or about 20%, or about 22%, or about 23%, or about 25%, or about 28%, or about 29%, or about 33%, or about 38%, or about 40%, or about 50%, or about 66%, or about 75% less than the original dose of mifepristone.

In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is 300 mg less mifepristone than the amount of the original dose of mifepristone. In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is an amount of mifepristone that is an integer multiple of 300 mg mifepristone less than the amount of the original dose of mifepristone. In embodiments, the integer of the integer multiple is selected from the integers 1, 2, 3, 4, and 5.

In embodiments, the reduced dose of mifeprikone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is about 900 mg mifepristone; or is about 600 mg mifepristone; or is about 300 mg mifepristone. In embodiments, the reduced dose of mifepristone administered to a subject also concomitantly receiving ketoconazole is a dose of mifepristone that is about 300 mg mifepristone administered only every other day; or is about 300 mg mifepristone administered every third day; or is about 300 mg mifepristone administered every fourth day. For example, where the original dose of mifepristone is about 1500 mg per day, the reduced dose of mifepristone may be about 1200 mg of mifepristone administered every day; or may be about 900 mg of mifepristone administered every day; or may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day. For example, where the original dose of mifepristone is about 1200 mg per day, the reduced dose of mifepristone may be about 900 mg of mifepristone administered every day; or may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day. For example, where the original dose of mifepristone is about 900 mg per day, the reduced dose of mifepristone may be about 600 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every other day. For example, where the original dose of mifepristone is about 600 mg per day, the reduced dose of mifepristone may be about 300 mg of mifepristone administered every day; or may be about 300 mg of mifepristone administered every other day; or may be about 300 mg of mifepristone administered every third day. For example, where the original dose of mifepristone is about 300 mg per day, the reduced dose of mifepristone may be about 300 mg of mifepristone administered every other day; or may be about 300 mg of mifepristone administered every third day; or may be about 300 mg of mifepristone administered every fourth day.

In embodiments in which a subject has been receiving about 1800 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 1500 mg mifepristone per day; may be about 1200 mg mifepristone per day; may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 1500 mg mifepristone per day, and concomitant administration of mifepristone and ketocon-

**16**

azole is indicated, the reduced dose of mifepristone may be about 1200 mg mifepristone per day; may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 1200 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 900 mg mifepristone per day; may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 900 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 600 mg mifepristone per day; may be about 300 mg mifepristone per day; may be about 300 mg mifepristone every other day; or may be about 300 mg mifepristone every third day. In embodiments in which a subject has been receiving about 600 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 300 mg mifepristone per day; may be about 300 mg every other day; may be about 300 mg every third day; or may be about 300 mg mifepristone every fourth day. In embodiments in which a subject has been receiving about 300 mg mifepristone per day, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be about 300 mg mifepristone every other day; may be about 300 mg mifepristone every third day; or may be about 300 mg mifepristone every fourth day.

In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose by about 300 mg mifepristone per day, and the subject may be monitored for clinical effects of the drugs, including monitoring for clinical response to mifepristone. In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose by about 300 mg mifepristone per day, and the reduced dose of mifepristone may be subsequently titrated upwards (i.e., increased in subsequent dose administrations) in increments of about 300 mg mifepristone. In embodiments, such upward titration of the reduced dose in increments of 300 mg/day may be subjected to a maximum daily dosage of about 600 mg/day, or of about 900 mg/day, or of about 1200 mg/day, or of about 1500 mg/day. In embodiments, such upward titration of the dosage of the reduced daily dose of mifepristone administered per day is capped at a maximum daily dose, wherein said maximum daily dose is selected from the group consisting of 900 milligrams (mg) mifepristone per day and 600 mg mifepristone per day.

The subject may be monitored for clinical effects of the drugs, e.g., for clinical response to the GRA (e.g., mifepris-

US 10,842,800 B2

**17**

tone), adverse events, side-effects of any drug, at any stage or at all stages, of such incremental upward titration of the mifepristone dosage. The interval of time between administration of a reduced dose, or of an upwardly titrated reduced dose, and an upward titration of a dose of mifepristone may be an interval selected from two days, four days, one week, two weeks, one month, two months, and three months. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks. Monitoring the patient for clinical response may include monitoring the patient (e.g., to identify or determine if there are changes in) for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, and monitoring the body weight of the patient (e.g., to identify or determine if there are changes in any one or more of these symptoms and characteristics).

In embodiments in which a subject has been receiving a first dose of mifepristone (e.g. a daily dose of mifepristone of about 1800 mg/day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day), and concomitant administration of mifepristone and ketoconazole is indicated, the subject may be administered a reduced dose of mifepristone, where the amount of the reduced dose is less than the original mifepristone dose, and the reduced dose of mifepristone may be about 1500 mg mifepristone per day, or about 1500 mg/day, or about 1200 mg/day, or about 900 mg/day, or about 600 mg/day, or about 300 mg/day; and the subject may be monitored for clinical response to the GRA, or for other clinical effects of the drugs. In such embodiments, the reduced dose of mifepristone may be subsequently titrated upwards (i.e., increased in subsequent dose administrations) in increments of about 300 mg mifepristone. In embodiments, such upward titration of the reduced dose in increments of 300 mg/day may be subjected to a maximum daily dosage of about 600 mg/day, or of about 900 mg/day, or of about 1200 mg/day, or of about 1500 mg/day. In embodiments, such upward titration of the dosage of the reduced daily dose of mifepristone administered per day is capped at a maximum daily dose, wherein said maximum daily dose is selected from the group consisting of 900 milligrams (mg) mifepristone per day and 600 mg mifepristone per day.

The subject may be monitored for clinical response to the drugs, including e.g., clinical response to the GRA. (e.g., mifepristone), for adverse events, side-effects of any of the drugs, at any stage, or at all stages, of such incremental upward titration of the mifepristone dosage. Upward titration of a reduced dose of mifepristone may be performed every two days, or every four days, or every week, or every two weeks, or every month, or every two months. In embodiments, the interval of time between upward titration of a reduced dose, or of an upwardly titrated reduced dose, and a subsequent upward titration of a dosage of the reduced dose of mifepristone is selected from one week, two weeks, three weeks, and four weeks.

Applicant discloses herein that concomitant treatment with both mifepristone and ketoconazole may lead to small increases in plasma levels of mifepristone as measured by Cmax and as measured by AUC. For example, as disclosed in Table 3 below, concomitant administration of mifepristone and ketoconazole led to about 28% (27.59% or about 30%) increase in mifepristone Cmax and about 38% (38.01%, about 40%) increase in mifepristone AUC, Thus, in embodiments, a mifepristone dose administered to a

**18**

subject receiving concomitant administration of mifepristone and ketoconazole may be reduced in compensation for such a small increase in mifepristone plasma levels. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 22% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 23% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 28% of the original dose of mifepristone. In embodiments in which a subject has been receiving mifepristone, and concomitant administration of mifepristone and ketoconazole is indicated, the reduced dose of mifepristone may be reduced by about 29% of the original dose of mifepristone. In embodiments, the reduced dose of mifepristone is a dose of mifepristone that is at least about 90% of the original dose of mifepristone; and may be a dose of mifepristone that is at least about 85%, or about 80%, or about 78%, or about 77%, or about 75%, or about 72%, or about 71%, or about 67%, or about 62%, or about 60%, or about 50%, or about 34%, or about 25% of the original dose of mifepristone.

Applicant further discloses herein that, since mifepristone provides added therapeutic benefit synergistic with that of ketoconazole, concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of ketoconazole while maintaining mifepristone levels effective for therapy for a patient. Such a reduction in ketoconazole dose provides the benefit of reducing the risk of toxic side-effects associated with all ketoconazole treatments. Thus, concomitant administration of mifepristone and mifepristone, by allowing reduced ketoconazole dose, provides improved, synergistic therapeutic benefits. In embodiments, such ketoconazole dose reduction may be used to wean the patient off ketoconazole, leading to lower and lower ketoconazole doses, thereby reducing the risk of ketoconazole toxicity. In embodiments, such ketoconazole dose reduction may be used to wean the patient off ketoconazole, leading to lower and lower ketoconazole doses, with concomitant upward adjustment of mifepristone dosage as needed, ultimately leading to treatment with mifepristone alone and cessation of ketoconazole treatment (lessening the risk of liver damage and other toxicities). Embodiments in which concomitant administration of ketoconazole and mifepristone may lead to ketoconazole dose reduction (as compared to the ketoconazole dose in the absence of mifepristone) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by mifepristone.

In embodiments, concomitant administration of ketoconazole and mifepristone allows for administration of an effective dose of ketoconazole that is a reduced dose of ketoconazole as compared to the ketoconazole dose administered in the absence of mifepristone. For example, Applicant discloses herein that concomitant administration of mifepristone and ketoconazole makes it possible to reduce the dose of ketoconazole while maintaining effective therapy for the patient. Such a reduction in ketoconazole dose provides the benefit of reducing the amount of ketoconazole administered to the subject. Embodiments in which a subject is concomitantly administered ketoconazole and mifepristone allow for ketoconazole dose reduction (as compared to

CORMIFE-T-00086220

**JTX-003.16**

US 10,842,800 B2

**19**

the ketoconazole dose in the absence of mifepristone) include, e.g., Cushing's syndrome and hormone-sensitive cancers such as breast, ovarian, and prostate cancer, and other disorders susceptible of treatment by ketoconazole and other steroidogenesis inhibitors.

In embodiments, the reduced dose of ketoconazole administered to a subject also concomitantly receiving mifepristone is a dose of ketoconazole that is at least about 5% less than the original dose of ketoconazole, where the original dose of ketoconazole is the dose the subject had been, or would have been, administered in the absence of mifepristone co-administration. In embodiments, the reduced dose of ketoconazole is a dose of ketoconazole that is at least about 10% less than the original dose of ketoconazole; and may be a dose of ketoconazole that is at least about 15%, or about 20%, or about 25%, or about 33%, or about 50%, or about 66%, or about 75% less than the original dose of ketoconazole.

Applicant provides definitions of some terms used in the present disclosure.

Definitions

The abbreviations used herein have their conventional meaning within the chemical and biological arts.

"Patient", "patient in need", "subject", "subject in need" and the like refer to a person having, or suspected of having, a disease or condition which may be treated by administration of a therapeutic drug.

As used herein, the term "Cushing's syndrome" refers to an array of symptoms caused by excess cortisol. Cushing's syndrome includes endogenous Cushing's syndrome and ectopic Cushing's syndrome. Such symptoms include, for example, elevated blood pressure, elevated blood glucose, increased weight (typically in the mid-section, and in the face causing a characteristic "moon-face"), immune suppression, thin skin, acne, depression, hirsutism, and other symptoms.

As used herein, "Cushing's Disease" refers to pituitary-dependent Cushing's syndrome, e.g., excess cortisol caused by pituitary abnormality (typically a pituitary tumor). Cushing's Disease is thus a disease that is a particular type of Cushing's syndrome. The term Cushing's syndrome thus includes reference to Cushing's Disease.

As used herein, a "patient suffering from Cushing's syndrome" refers to any patient suffering from Cushing's syndrome, including endogenous Cushing's syndrome; Cushing's Disease; or a condition associated with Cushing's syndrome. A condition associated with Cushing's syndrome may be, without limitation, a condition associated with endogenous Cushing's syndrome; hyperglycemia secondary to hypercortisolism; a condition of hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance; a condition of hyperglycemia secondary to hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance and having failed surgery; hyperglycemia secondary to hypercortisolism in an endogenous Cushing's syndrome patient, said patient having type 2 diabetes mellitus or glucose intolerance and having failed surgery or who is not a candidate for surgery; and other conditions associated with Cushing's syndrome.

"Treat", "treating" and "treatment" refer to any indicia of success in the treatment or amelioration of a pathology or condition, including any objective or subjective parameter such as abatement; remission; diminishing of symptoms or making the pathology or condition more tolerable to the patient; slowing in the rate of degeneration or decline;

**20**

making the final point of degeneration less debilitating; or improving a patient's physical or mental well-being. The treatment or amelioration of symptoms can be based on objective or subjective parameters; including the results of a physical examination; histopathological examination (e.g., analysis of biopsied tissue); laboratory analysis of urine, saliva, tissue samples, serum, plasma, or blood; or imaging.

As used herein, "treating a patient who is suffering from Cushing's syndrome", or treating a subject who is suffering from Cushing's syndrome", or similar phrases refer to, without limitation, treating a patient suffering from Cushing's syndrome; including endogenous Cushing's syndrome; treating a patient suffering from Cushing's Disease; or treating a patient suffering from a condition associated with Cushing's syndrome. A condition associated with Cushing's syndrome is discussed above. For example, treating a patient who is suffering from Cushing's syndrome may include administering mifepristone or other GRA to control hyperglycemia secondary to hypercortisolism in adult patients with endogenous Cushing's syndrome who have type 2 diabetes mellitus or glucose intolerance and have failed surgery or are not candidates for surgery.

As used herein, the term "administration" refers to the delivery of a drug or other therapeutic into the body of a patient in need of treatment by the drug or therapeutic, effective to achieve a therapeutic effect. Administration may be by any suitable route of administration, including, for example, oral administration; intravenous administration; subcutaneous administration; parenteral administration; intra-arterial administration; nasal administration; topical administration; and other routes of administration.

As used herein, the terms "percent", "%" and "weight percent" when applied to a dosage administered to a subject, all refer to a percentage taken by comparing the weight of a first dose to that of a second dose, and multiplying the resulting decimal fraction by 100. Thus, for example, where an original mifepristone dose is 1200 milligrams (mg), a dose that is reduced by 50% is a dose of 600 mg mifepristone; and where an original mifepristone dose is 600 milligrams (mg), a dose that is reduced by 50% is a dose of 300 mg mifepristone; and so forth.

As used herein, the phrases "less than x by at least", "less than x by at least about", and the like refer to amounts equal to and less than the x, where x is a number. For example, the phrase "less than the original dosage by at least 25%" refers to dosage amounts that include 25% less than the original dosage as well as other percentages (e.g., 26%, 28%, etc.) less than the original dosage amount.

As used herein, the terms "effective amount," "amounts effective," therapeutic amount", and "therapeutically effective amount" refer to an amount or amounts of one or more pharmacological agents effective to treat, eliminate, or mitigate at least one symptom of the disease being treated. In some cases, "effective amount," "amounts effective," "therapeutic amount," and "therapeutically effective amount" can refer to an amount of a functional agent or of a pharmaceutical composition useful for exhibiting a detectable therapeutic or inhibitory effect.

As used herein, the term "simultaneously or sequentially administering" refers to administration of two compounds, such as a GRA and a CYP3A inhibitor, such that the two compounds are in the body at the same time in therapeutically effective amounts.

As used herein, "concomitant" means at the same, or nearly the same, time, and "concomitantly" refers to actions performed at the same, or nearly the same, time. As used herein, the terms "concurrent" and "concomitant" are

CORMIFE-T-00086221

Appx104

US 10,842,800 B2

21

equivalent and may be used interchangeably. The adverbs "concurrently" and "concomitantly" are equivalent and may be used interchangeably.

As used herein, the term "concomitant administration" of two or more drugs means administering two or more drugs at the same, or nearly the same, time. Concomitant administration of two or more drugs provides therapeutically effective amounts of the two or more drugs in the system of the subject at the same time. Concomitant administration includes administration of a GRA to a patient who has previously been administered a drug, such as a CYP3A inhibitor or a steroidogenesis inhibitor, and therapeutically effective levels of the CYP3A inhibitor or steroidogenesis inhibitor remain in the patient when the patient is administered the GRA (e.g., when the patient is administered mifepristone), and includes administration of a CYP3A inhibitor or a steroidogenesis inhibitor to a patient who has previously been administered a drug, such as a GRA, and therapeutically effective levels of the GRA remain in the patient when the patient is administered the CYP3A inhibitor or steroidogenesis inhibitor.

As used herein, "concomitantly administering drugs" means that two or more drugs are administered to a subject at the same, or nearly the same, time. Drugs that are concomitantly administered will each be present in therapeutically effective amounts in the system of the subject at the same time. Nearly the same time means that only a short amount of time separates two events, such as administration of a first drug and the administration of a second drug.

Events or actions that are "simultaneous" or that occur or are performed "simultaneously" are events that occur or are performed at the same time.

As used herein, "at the same time" means that two events occur or are performed within about five minutes of each other.

As used herein, "nearly the same time" means that two events occur or are performed within about a short time of each other.

As used herein, a "short time", a "short amount of time", a "short period of time", and the like mean a time that is less than about two hours, or less than about one hour, or less than about 45 minutes, or less than about 30 minutes, or less than about 20 minutes, or less than about 10 minutes, or less than about 7 minutes.

As used herein, the term "clinical effect" means changes in symptoms or signs characteristic of, or indicative of, a clinical condition or disorder. For example, where a subject is treated for Cushing's syndrome, including Cushing's Disease, a clinical effect may be a change in any one or more of blood pressure, blood glucose, other pre-diabetic symptom, weight, mid-section perimeter, facial characteristics (e.g., change in "moon-face" appearance), immune function, skin thickness, acne, depression or other mood symptom, hirsutism, and other symptoms.

As used herein, "monitoring for clinical response", e.g., monitoring a patient for clinical response to a GRA such as mifepristone, may include monitoring the patient (e.g., to identify or determine if there are changes in) for glucose control, anti-diabetic medication requirement, insulin level, psychiatric symptoms, cushingoid appearance, acne, hirsutism, and monitoring the body weight of the patient (e.g., to identify or determine if there are changes in any one or more of these symptoms and characteristics). Monitoring for clinical response may also include monitoring a patient for adverse events, for side-effects of any drug (including a GRA, a CYP3A inhibitor, a steroidogenesis inhibitor, and combinations of these). Thus, monitoring for clinical

22

response may include monitoring for clinical effect of a drug such as a GRM, including clinical efficacy of the GRM; for clinical effect of a steroidogenesis inhibitor or CYP3A inhibitor; for possible adverse reaction to a steroidogenesis inhibitor or CYP3A inhibitor; for possible adverse reaction to the use of a steroidogenesis inhibitor or CYP3A inhibitor in combination with the GRM; for possible side-effects of a steroidogenesis inhibitor or CYP3A inhibitor, or their use in combination with the GRM; or combinations thereof.

As used herein, the term "AUC" means the area under the plasma concentration-time curve, and serves as a measure of the plasma levels of a drug in a subject to whom the drug has been administered.

As used herein, the term "$C_{max}$" means the maximum observed plasma concentration of a drug in a subject to whom the drug has been administered.

As used herein, the term "binding" refers to persistent contact, or adherence (however brief or intermittent), between two compounds.

As used herein, the terms "affinity", "binding affinity", and related terms refer to the strength and specificity of binding, such as binding between a ligand and its receptor. "Higher affinity" is used with reference to comparative binding between two ligands to a receptor, where the ligand which binds with higher affinity binds at a lower concentration than does the "lower affinity" ligand. For example, in a competitive binding experiment, a high affinity ligand will compete with a reference ligand for binding to a receptor at a lower concentration than will the low affinity ligand compete for binding at the receptor.

The term "specific binding" refers to binding that is more selective, and typically stronger, than mere non-specific adhesion between compounds. Specific binding may be exemplified by the binding which occurs between a ligand and its receptor.

Description of compounds useful in the methods disclosed herein, and suitable for the pharmaceutical compositions disclosed herein are described in accordance with principles of chemical bonding known to those skilled in the art. Accordingly, where a group may be substituted by one or more of a number of substituents, such substitutions are selected so as to comply with principles of chemical bonding and to give compounds which are not inherently unstable and/or would be known to one of ordinary skill in the art as likely to be unstable under ambient conditions, such as aqueous, neutral, or physiological conditions.

Where substituent groups are specified by their conventional chemical formulae, written from left to right, they equally encompass the chemically identical substituents that would result from writing the structure from right to left, e.g., —$CH_2$— is equivalent to —$OCH_2$—.

"Alkyl" refers to a straight or branched, saturated, aliphatic radical having the number of carbon atoms indicated. Alkyl can include any number of carbons, such as $C_{1-2}$, $C_{1-3}$, $C_{1-4}$, $C_{1-5}$, $C_{1-6}$, $C_{1-7}$, $C_{1-8}$, $C_{1-9}$, $C_{1-10}$, $C_{2-3}$, $C_{2-4}$, $C_{2-5}$, $C_{2-6}$, $C_{3-4}$, $C_{3-5}$, $C_{3-6}$, $C_{4-5}$, $C_{4-6}$ and $C_{5-6}$. For example, $C_{1-6}$ alkyl includes, but is not limited to, methyl, ethyl, propyl, isopropyl, butyl, isobutyl, sec-butyl, tert-butyl, pentyl, isopentyl, hexyl, etc.

"Alkoxy" refers to an alkyl group having an oxygen atom that connects the alkyl group to the point of attachment: alkyl-O—. As for the alkyl group, alkoxy groups can have any suitable number of carbon atoms, such as $C_{1-6}$. Alkoxy groups include, for example, methoxy, ethoxy, propoxy, iso-propoxy, butoxy, 2-butoxy, iso-butoxy, sec-butoxy, tert-butoxy, pentoxy, hexoxy, etc.

CORMIFE-T-00086222

**JTX-003.18**

US 10,842,800 B2

23                                  24

"Halogen" refers to fluorine, chlorine, bromine and iodine.

"Haloalkyl" refers to alkyl, as defined above, where some or all of the hydrogen atoms are replaced with halogen atoms. As for the alkyl group, haloalkyl groups can have any suitable number of carbon atoms, such as $C_{1-6}$. For example, haloalkyl includes trifluoromethyl, fluoromethyl, etc. In some instances, the term "perfluoro" can be used to define a compound or radical where all the hydrogens are replaced with fluorine. For example, perfluoromethane includes 1,1,1-trifluoromethyl.

"Haloalkoxy" refers to an alkoxy group where some or all of the hydrogen atoms are substituted with halogen atoms. As for the alkyl group, haloalkoxy groups can have any suitable number of carbon atoms, such as $C_{1-6}$. The alkoxy groups can be substituted with 1, 2, 3, or more halogens. When all the hydrogens are replaced with a halogen, for example by fluorine, the compounds are per-substituted, for example, perfluorinated. Haloalkoxy includes, but is not limited to, trifluoromethoxy, 2,2,2,-trifluoroethoxy, perfluoroethoxy, etc.

"Cycloalkyl" refers to a saturated or partially unsaturated, monocyclic, fused bicyclic or bridged polycyclic ring assembly containing from 3 to 12 ring atoms, or the number of atoms indicated. Cycloalkyl can include any number of carbons, such as $C_{3-6}$, $C_{4-6}$, $C_{5-6}$, $C_{3-8}$, $C_{4-8}$, $C_{5-8}$, $C_{6-8}$, $C_{3-9}$, $C_{3-10}$, $C_{3-11}$, and $C_{3-12}$. Saturated monocyclic cycloalkyl rings include, for example, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, and cyclooctyl. Saturated bicyclic and polycyclic cycloalkyl rings include, for example, norbornane, [2.2.2] bicyclooctane, decahydronaphthalene and adamantane. Cycloalkyl groups can also be partially unsaturated, having one or more double or triple bonds in the ring. Representative cycloalkyl groups that are partially unsaturated include, but are not limited to, cyclobutene, cyclopentene, cyclohexene, cyclohexadiene (1,3- and 1,4-isomers), cycloheptene, cycloheptadiene, cyclooctene, cyclooctadiene (1,3-, 1,4- and 1,5-isomers), norbornene, and norbornadiene. When cycloalkyl is a saturated monocyclic $C_{3-8}$ cycloalkyl, exemplary groups include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl and cyclooctyl. When cycloalkyl is a saturated monocyclic $C_{3-6}$ cycloalkyl, exemplary groups include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, and cyclohexyl.

"Heterocycloalkyl" refers to a saturated ring system having from 3 to 12 ring members and from 1 to 4 heteroatoms of N, O and S. Additional heteroatoms can also be useful, including, but not limited to, B, Al, Si and P. The heteroatoms can also be oxidized, such as, but not limited to, —S(O)— and —S(O)₂—. Heterocycloalkyl groups can include any number of ring atoms, such as, 3 to 6, 4 to 6, 5 to 6, 3 to 8, 4 to 8, 5 to 8, 6 to 8, 3 to 9, 3 to 10, 3 to 11, or 3 to 12 ring members. Any suitable number of heteroatoms can be included in the heterocycloalkyl groups, such as 1, 2, 3, or 4, or 1 to 2, 1 to 3, 1 to 4, 2 to 3, 2 to 4, or 3 to 4. The heterocycloalkyl group can include groups such as aziridine, azetidine, pyrrolidine, piperidine, azepane, azocane, quinuclidine, pyrazolidine, imidazolidine, piperazine (1,2-, 1,3- and 1,4-isomers), oxirane, oxetane, tetrahydrofuran, oxane (tetrahydropyran), oxepane, thiirane, thietane, thiolane (tetrahydrothiophene), thiane (tetrahydrothiopyran), oxazolidine, isoxalidine, thiazolidine, isothiazolidine, dioxolane, dithiolane, morpholine, thiomorpholine, dioxane, or dithiane. The heterocycloalkyl groups can also be fused to aromatic or non-aromatic ring systems to form members including, but not limited to, indoline.

When heterocycloalkyl includes 3 to 8 ring members and 1 to 3 heteroatoms, representative members include, but are not limited to, pyrrolidine, piperidine, tetrahydrofuran, oxane, tetrahydrothiophene, thiane, pyrazolidine, imidazolidine, piperazine, oxazolidine, isoxazolidine, thiazolidine, isothiazolidine, morpholine, thiomorpholine, dioxane and dithiane. Heterocycloalkyl can also form a ring having 5 to 6 ring members and 1 to 2 heteroatoms, with representative members including, but not limited to, pyrrolidine, piperidine, tetrahydrofuran, tetrahydrothiophene, pyrazolidine, imidazolidine, piperazine, oxazolidine, isoxazolidine, thiazolidine, isothiazolidine, and morpholine.

"Aryl" refers to an aromatic ring system having any suitable number of ring atoms and any suitable number of rings. Aryl groups can include any suitable number of ring atoms, such as, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 or 16 ring atoms, as well as from 6 to 10, 6 to 12, or 6 to 14 ring members. Aryl groups can be monocyclic, fused to form bicyclic or tricyclic groups, or linked by a bond to form a biaryl group. Representative aryl groups include phenyl, naphthyl and biphenyl. Other aryl groups include benzyl, having a methylene linking group. Some aryl groups have from 6 to 12 ring members, such as phenyl, naphthyl or biphenyl. Other aryl groups have from 6 to 10 ring members, such as phenyl or naphthyl. Some other aryl groups have 6 ring members, such as phenyl. Aryl groups can be substituted or unsubstituted.

"Heteroaryl" refers to a monocyclic or fused bicyclic or tricyclic aromatic ring assembly containing 5 to 16 ring atoms, where from 1 to 5 of the ring atoms are a heteroatom such as N, O or S. Additional heteroatoms can also be useful, including, but not limited to, B, Al, Si and P. The heteroatoms can also be oxidized, such as, but not limited to, N-oxide, —S(O)— and —S(O)₂—. Heteroaryl groups can include any number of ring atoms, such as, 3 to 6, 4 to 6, 5 to 6, 3 to 8, 4 to 8, 5 to 8, 6 to 8, 3 to 9, 3 to 10, 3 to 11, or 3 to 12 ring members. Any suitable number of heteroatoms can be included in the heteroaryl groups, such as 1, 2, 3, 4, or 5, or 1 to 2, 1 to 3, 1 to 4, 1 to 5, 2 to 3, 2 to 4, 2 to 5, 3 to 4, or 3 to 5. Heteroaryl groups can have from 5 to 8 ring members and from 1 to 4 heteroatoms, or from 5 to 8 ring members and from 1 to 3 heteroatoms, or from 5 to 6 ring members and from 1 to 4 heteroatoms, or from 5 to 6 ring members and from 1 to 3 heteroatoms. The heteroaryl group can include groups such as pyrrole, pyridine, imidazole, pyrazole, triazole, tetrazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole. The heteroaryl groups can also be fused to aromatic ring systems, such as a phenyl ring, to form members including, but not limited to, benzopyrroles such as indole and isoindole, benzopyridines such as quinoline and isoquinoline, benzopyrazine (quinoxaline), benzopyrimidine (quinazoline), benzopyridazines such as phthalazine and cinnoline, benzothiophene, and benzofuran. Other heteroaryl groups include heteroaryl rings linked by a bond, such as bipyridine. Heteroaryl groups can be substituted or unsubstituted.

The heteroaryl groups can be linked via any position on the ring. For example, pyrrole includes 1-, 2- and 3-pyrrole, pyridine includes 2-, 3- and 4-pyridine, imidazole includes 1-, 2-, 4- and 5-imidazole, pyrazole includes 1-, 3-, 4- and 5-pyrazole, triazole includes 1-, 4- and 5-triazole, tetrazole includes 1- and 5-tetrazole, pyrimidine includes 2-, 4-, 5- and 6-pyrimidine, pyridazine includes 3- and 4-pyridazine, 1,2,3-triazine includes 4- and 5-triazine, 1,2,4-triazine includes 3-, 5- and 6-triazine, 1,3,5-triazine includes 2-triazine, thiophene includes 2- and 3-thiophene, furan includes

CORMIFE-T-00086223
**JTX-003.19**

Appx106

**25**

2- and 3-furan, thiazole includes 2-, 4- and 5-thiazole, isothiazole includes 3-, 4- and 5-isothiazole, oxazole includes 2-, 4- and 5-oxazole, isoxazole includes 3-, 4- and 5-isoxazole, indole includes 1-, 2- and 3-indole, isoindole includes 1- and 2-isoindole, quinoline includes 2-, 3- and 4-quinoline, isoquinoline includes 1-, 3- and 4-isoquinoline, quinazoline includes 2- and 4-quinoazoline, cinnoline includes 3- and 4-cinnoline, benzothiophene includes 2- and 3-benzothiophene, and benzofuran includes 2- and 3-benzofuran.

Some heteroaryl groups include those having from 5 to 10 ring members and from 1 to 3 ring atoms including N, O or S, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, isoxazole, indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, cinnoline, benzothiophene, and benzofuran. Other heteroaryl groups include those having from 5 to 8 ring members and from 1 to 3 heteroatoms, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole. Some other heteroaryl groups include those having from 9 to 12 ring members and from 1 to 3 heteroatoms, such as indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, cinnoline, benzothiophene, benzofuran and bipyridine. Still other heteroaryl groups include those having from 5 to 6 ring members and from 1 to 2 ring heteroatoms including N, O or S, such as pyrrole, pyridine, imidazole, pyrazole, pyrazine, pyrimidine, pyridazine, thiophene, furan, thiazole, isothiazole, oxazole, and isoxazole.

Some heteroaryl groups include from 5 to 10 ring members and only nitrogen heteroatoms, such as pyrrole, pyridine, imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), indole, isoindole, quinoline, isoquinoline, quinoxaline, quinazoline, phthalazine, and cinnoline. Other heteroaryl groups include from 5 to 10 ring members and only oxygen heteroatoms, such as furan and benzofuran. Some other heteroaryl groups include from 5 to 10 ring members and only sulfur heteroatoms, such as thiophene and benzothiophene. Still other heteroaryl groups include from 5 to 10 ring members and at least two heteroatoms, such as imidazole, pyrazole, triazole, pyrazine, pyrimidine, pyridazine, triazine (1,2,3-, 1,2,4- and 1,3,5-isomers), thiazole, isothiazole, oxazole, isoxazole, quinoxaline, quinazoline, phthalazine, and cinnoline.

"Heteroatoms" refers to O, S or N.

"Salt" refers to acid or base salts of the compounds used in the methods of the present invention. Illustrative examples of pharmaceutically acceptable salts are mineral acid (hydrochloric acid, hydrobromic acid, phosphoric acid, and the like) salts, organic acid (acetic acid, propionic acid, glutamic acid, citric acid and the like) salts, quaternary ammonium (methyl iodide, ethyl iodide, and the like) salts. It is understood that the pharmaceutically acceptable salts are non-toxic. Additional information on suitable pharmaceutically acceptable salts can be found in Remington's Pharmaceutical Sciences, 17th ed., Mack Publishing Company, Easton, Pa., 1985, which is incorporated herein by reference.

**26**

"Isomers" refers to compounds with the same chemical formula but which are structurally distinguishable.

"Tautomer" refers to one of two or more structural isomers which exist in equilibrium and which are readily converted from one form to another.

As used herein, the term "ketoconazole" refers to the molecule having the chemical name "1-acetyl-4-[4-[[2-(2,4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl]methoxy]phenyl]piperazine)"; it is sold for clinical use under the name "Nizoral", and may also be referred to by the abbreviation "keto".

As used herein, the terms "steroid" and "steroids", and the phrase "steroidal backbone" in the context of glucocorticoid receptor antagonists containing such refers to glucocorticoid receptor antagonists that contain modifications of the basic structure of cortisol, an endogenous steroidal glucocorticoid receptor ligand. The basic structure of a steroidal backbone is provided as Formula I:

Steroidal Backbone

Formula I



The two most commonly known classes of structural modifications of the cortisol steroid backbone to create glucocorticoid antagonists include modifications of the 11-β hydroxy group and modification of the 17-β side chain (See, e.g., Lefebvre (1989) J. Steroid Biochem. 33: 557-563).

As used herein, the terms "progesterone receptor" and "PR" refer to a naturally occurring receptor which binds progesterone.

The term "aldosterone" refers to the naturally occurring mineralocorticoid hormone having the structure:



A mineralocorticoid receptor (MR), also known as a type I glucocorticoid receptor (GR I), is activated by aldosterone in humans.

The term "cortisol" refers to the naturally occurring glucocorticoid hormone (also known as hydrocortisone) having the structure:

US 10,842,800 B2

27



As used herein, the term glucocorticoid receptor (GR) refers to a receptor that binds a glucocorticoid, such as cortisol, dexamethasone, or other molecules. A glucocorticoid receptor, also known as a corticosteroid receptor or as a type II glucocorticoid receptor (GR II), and in humans, as a cortisol receptor, is activated by cortisol in humans (or, e.g., by corticosterone ("cortisone") in some other animals, such as rats and mice). The human cortisol receptor (GR II receptor, Genbank: P04150) specifically binds to cortisol and/or cortisol analogs (e.g. dexamethasone). The term includes isoforms of GR II, recombinant GRII, and mutated GRII.

As used herein, the term glucocorticoid receptor modulator (GRM) refers to an agent that affects the action of a glucocorticoid receptor (GR). Such modulation may include activation (agonist action), partial activation (partial agonist action), inhibition (reduction in activation of the receptor under conditions where it would otherwise be activated, such as in the presence of cortisol), and blockade (complete or near complete suppression of activation of the receptor under conditions where it would otherwise be activated, such as in the presence of cortisol). GRMs may affect the activity of a GR by increasing or by decreasing the activity of the GR. GRMs include steroids, and, in embodiments, include pyrimidinediones; azadecalins; fused-ring azadecalins; heteroaryl-ketone fused-ring azadecalins; and other compounds.

As used herein, the terms "glucocorticoid agonist", "glucocorticoid receptor agonist", "glucocorticoid receptor type II agonist", and "GRII agonist" refer to a compound or agent which may bind to and activate a cortisol receptor. Such agents include, for example, cortisol, dexamethasone, prednisone, and other compounds and agents which bind to and activate a GRII.

As used herein, the terms "glucocorticoid antagonist", "glucocorticoid receptor antagonist", "glucocorticoid antagonist", "glucocorticoid receptor type II antagonist", "GRII antagonist", and "GRA" refer to agents that inhibit the action of a cortisol receptor; such inhibition may include interfering with the binding of a glucocorticoid agonist such as cortisol, dexamethasone, or other compound or agent which may bind to and activate a cortisol receptor. A GRA is a glucocorticoid receptor modulator. Inhibition constants ($K_i$) for GRAs against the human cortisol receptor may be between about 0.0001 nM and about 1,000 nM; preferably may be between about 0.0005 nM and about 10 nM, and most preferably between about 0.001 nM and about 1 nM.

The term "glucocorticoid receptor antagonist" refers to any composition or compound which partially or completely inhibits (antagonizes) the binding of a glucocorticoid receptor (GR) agonist, such as cortisol, or cortisol analogs, synthetic or natural, to a GR. A "specific glucocorticoid receptor antagonist" refers to any composition or compound

28

which inhibits any biological response associated with the binding of a GR to an agonist. By "specific," we intend the drug to preferentially bind to the GR rather than another nuclear receptors, such as mineralocorticoid receptor (MR) or progesterone receptor (PR).

By "specific," the drug preferentially binds to the GR rather than other nuclear receptors, such as mineralocorticoid receptor (MR), androgen receptor (AR), or progesterone receptor (PR). It is preferred that the specific glucocorticoid receptor antagonist bind GR with an affinity that is 10× greater ($\frac{1}{10}$th the $K_d$ value) than its affinity to the MR, AR, or PR. In a more preferred embodiment, the specific glucocorticoid receptor antagonist binds GR with an affinity that is 100× greater ($\frac{1}{100}$th the $K_d$ value) than its affinity to the MR, AR, or PR.

In embodiments, a glucocorticoid receptor modulator (GRM) is a glucocorticoid receptor antagonist (GRA). In embodiments, the GRA is an antagonist of a glucocorticoid type II (GRII) receptor. In embodiments, the GRA binds preferentially to a GRII receptor as compared to its binding to a glucocorticoid type I (GRI) receptor. In embodiments, the GRA reduces the activation of a GRII receptor. In embodiments, the GRA reduces the activity of a GRII receptor. In embodiments, the GRA may bind to a progesterone receptor (PR), and may bind to a glucocorticoid receptor with higher affinity than it binds to PR. In embodiments, the GRA is mifepristone. In embodiments, the GRA is a selective inhibitor of the glucocorticoid receptor. In embodiments, the GRA may only poorly bind to PR, or may not measurably bind to PR.

As used herein, a "steroidal glucocorticoid receptor antagonist" means a molecule including a steroid backbone structure which antagonizes the binding of cortisol, corticosterone, or dexamethasone to a glucocorticoid receptor, or which reduces or blocks the activation of a glucocorticoid receptor by cortisol, corticosterone, or dexamethasone. Examples of steroidal glucocorticoid receptor antagonists include mifepristone, monodemethylated mifepristone, didemethylated mifepristone, 17-α-[3'-hydroxy-propynyl] mifepristone, ulipristal (CDB-2914), CDB-3877, CDB-3963, CDB-3236, CDB-4183, cortexolone, dexamethasone-oxetanone, 19-nordeoxycorticosterone, 19-norprogesterone, cortisol-21-mesylate; dexamethasone-21-mesylate, 11-((4-dimethylaminoethoxyphenyl)-17(-propynyl-17(-hydroxy-4, 9-estradien-3one, and 17(-hydroxy-17(-19-(4-methylphenyl)androsta-4,9(11)-dien-3-one.

Mifepristone is a GRA, which binds to GRII (and which also binds to a progesterone receptor). As used herein, the term "mifepristone" refers to 11β-(4-dimethylaminophenyl)-17β-hydroxy-17α-(1-propynyl)-estra-4,9-dien-3-one), also referred to as RU1486, or as RU38,486, or as 17-beta-hydroxy-11-beta-(4-dimethyl-aminophenyl)-17-alpha-(1-propynyl)-estra-4,9-dien-3-one). Mifepristone binds to the glucocorticoid receptor (GR), typically with high affinity, and inhibits the biological effects initiated/mediated by the binding of any cortisol or cortisol analogue to a GR receptor. Salts, hydrates and prodrugs of mifepristone are all included in the term "mifepristone" as used herein. Thus, used herein, "mifepristone" refers to the molecule that has the following structure:

CORMIFE-T-00086225
**JTX-003.21**

**29**



and to salts, hydrates and prodrugs thereof, and pharmaceutical compositions thereof. Mifepristone is also sometimes abbreviated as "mife" and "MIFE".

Metabolites of mifepristone include RU42633 (desmethylmifepristone: (8S,11R,13S,14S,17S)-17-hydroxy-13-methyl-11-[4-(methylamino)phenyl]-17-prop-1-ynyl-1,2,6,7,8,11,12,14,15,16-decahydrocyclopenta[a]phenanthren-3-one); RU42698 (22-hydroxy mifepristone: (8S,11R,13S,14S,17S)-11-[4-(dimethylamino)phenyl]-17-hydroxy-17-(3-hydroxyprop-1-ynyl)-13-methyl-1,2,6,7,8,11,12,14,15,16-decahydrocyclopenta[a]phenanthren-3-one); and RU42848 (didesmethylmifepristone: (8S,11R,13S,14S,17S)-11-(4-aminophenyl)-17-hydroxy-13-methyl-17-prop-1-ynyl-1,2,6,7,8,11,12,14,15,16-decahydrocyclopenta[a]phenanthren-3-one), among others.

In some embodiments, the GRA comprises a steroidal backbone with at least one phenyl-containing moiety in the 11-β position of the steroidal backbone. In some cases, the phenyl-containing moiety in the 11-β position of the steroidal backbone is a dimethylaminophenyl moiety. In some cases, the GRA is mifepristone. In some embodiments, the GRA is selected from the group consisting of 11β-(4-dimethylaminoethoxyphenyl)-17α-propynyl-17β-hydroxy-4,9 estradien-3-one and (17α)-17-hydroxy-19-(4-methylphenyl)androsta-4,9(11)-dien-3-one. In some embodiments, the GRA is (11β,17β)-11-(1,3-benzodioxol-5-yl)-17-hydroxy-17-(1-propynyl)estra-4,9-dien-3-one.

As used herein, the phrase "non-steroidal backbone" in the context of glucocorticoid receptor antagonists containing such refers to glucocorticoid receptor antagonists that do not share structural homology to, or are not modifications of, cortisol. Such compounds include, for example, small molecules, synthetic mimetics and analogs of proteins, including partially peptidic, pseudopeptidic and non-peptidic molecular entities.

In some embodiments, the GRA is a non-steroidal compound. In embodiments, non-steroidal GRA compounds include compounds having a cyclohexyl-pyrimidine backbone; non-steroidal GRA compounds having a fused azadecalin backbone; non-steroidal GRA compounds having a heteroaryl ketone fused azadecalin backbone; and non-steroidal GRA compounds having an octahydro fused azadecalin backbone. Exemplary glucocorticoid receptor antagonists having a cyclohexyl-pyrimidine backbone include those described in U.S. Pat. No. 8,685,973. Exemplary glucocorticoid receptor antagonists having a fused azadecalin backbone include those described in U.S. Pat. Nos. 7,928,237; and 8,461,172. Exemplary glucocorticoid receptor antagonists having a heteroaryl ketone fused azadecalin backbone include those described in U.S. Pat. No. 8,859,774. Exemplary glucocorticoid receptor antagonists having an octahydro fused azadecalin backbone include those described in U.S. Patent Application Publication 20150148341.

**30**

In some cases, the GRA having a non-steroidal backbone is a cyclohexyl pyrimidine. In some cases, wherein the cyclohexyl pyrimidine has the following formula:



wherein the dashed line is absent or a bond; X is selected from the group consisting of O and S; $R^1$ is selected from the group consisting of cycloalkyl, heterocycloalkyl, aryl and heteroaryl, optionally substituted with from 1 to 3 $R^{1a}$ groups; each $R^{1a}$ is independently selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{2-6}$ alkenyl, $C_{2-6}$ alkynyl, $C_{1-6}$ alkoxy, $C_{1-6}$ alkyl $OR^{1b}$, halogen, $C_{1-6}$ haloalkyl, $C_{1-6}$ haloalkoxy, $OR^{1b}$, $NR^{1b}R^{1c}$, $C(O)R^{1b}$, $C(O)OR^{1b}$, $OC(O)$ $R^{1b}$, $C(O)NR^{1b}R^{1c}$, $NR^{1b}C(O)R^{1c}$, $SO_2R^{1b}$, $SO_2NR^{1b}R^{1c}$, cycloalkyl, heterocycloalkyl, aryl and heteroaryl; $R^{1b}$ and $R^{1c}$ are each independently selected from the group consisting of H and $C_{1-6}$ alkyl; $R^2$ is selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{1-6}$ alkyl-$OR^{1b}$, $C_{1-6}$ alkyl $NR^{1b}R^{1c}$ and $C_{1-6}$ alkylene heterocycloalkyl; $R^3$ is selected from the group consisting of H and $C_{1-6}$ alkyl; Ar is aryl, optionally substituted with 1-4 $R^4$ groups; each $R^4$ is independently selected from the group consisting of H, $C_{1-6}$ alkyl, $C_{1-6}$ alkoxy, halogen, $C_{1-6}$ haloalkyl and $C_{1-6}$ haloalkoxy; $L^1$ is a bond or $C_{1-6}$ alkylene; and subscript n is an integer from 0 to 3, or salts and isomers thereof.

In some cases, the GRA having a non-steroidal backbone is a fused azadecalin. In some cases, the fused azadecalin is a compound having the following formula:



wherein $L^1$ and $L^2$ are members independently selected from a bond and unsubstituted alkylene; $R^1$ is a member selected from unsubstituted alkyl, unsubstituted heteroalkyl, unsubstituted heterocycloalkyl, —$OR^{1A}$, $NR^{1C}R^{1D}$, —$C(O)$ $NR^{1C}R^{1D}$, and —$C(O)OR^{1A}$, wherein $R^{1A}$ is a member selected from hydrogen, unsubstituted alkyl and unsubstituted heteroalkyl, $R^{1C}$ and $R^{1D}$ are members independently selected from unsubstituted alkyl and unsubstituted heteroalkyl, wherein $R^{1C}$ and $R^{1D}$ are optionally joined to form an unsubstituted ring with the nitrogen to which they are attached, wherein said ring optionally comprises an additional ring nitrogen; $R^2$ has the formula:



CORMIFE-T-00086226
**JTX-003.22**

Appx109

**31**

wherein $R^{2G}$ is a member selected from hydrogen, halogen, unsubstituted alkyl, unsubstituted heteroalkyl, unsubstituted cycloalkyl, unsubstituted heterocycloalkyl, —CN, and —CF$_3$; J is phenyl; t is an integer from 0 to 5; X is —S(O$_2$)—; and R$^5$ is phenyl optionally substituted with 1-5 R$^{5A}$ groups, wherein R$^{5A}$ is a member selected from hydrogen, halogen, —OR$^{5A1}$, S(O$_2$)NR$^{5A2}$R$^{5A3}$, —CN, and unsubstituted alkyl, wherein R$^{5A1}$ is a member selected from hydrogen and unsubstituted alkyl, and R$^{5A2}$ and R$^{5A3}$ are members independently selected from hydrogen and unsubstituted alkyl, or salts and isomers thereof.

In some cases, the GRA having a non-steroidal backbone is a heteroaryl ketone fused azadecalin or an octahydro fused azadecalin. In some cases, the heteroaryl ketone fused azadecalin has the formula:



wherein $R^1$ is a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S, optionally substituted with 1-4 groups each independently selected from R$^{1a}$; each R$^{1a}$ is independently selected from the group consisting of hydrogen, C$_{1-6}$ alkyl, halogen, C$_{1-6}$ haloalkyl, C$_{1-6}$ alkoxy, C$_{1-6}$ haloalkoxy, CN, N-oxide, C$_{3-8}$ cycloalkyl, and C$_{3-8}$ heterocycloalkyl; ring J is selected from the group consisting of a cycloalkyl ring, a heterocycloalkyl ring, an aryl ring and a heteroaryl ring, wherein the heterocycloalkyl and heteroaryl rings have from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S; each R$^2$ is independently selected from the group consisting of hydrogen, C$_{1-6}$ alkyl, halogen, C$_{1-6}$ haloalkyl, C$_{1-6}$ alkoxy, C$_{1-6}$ haloalkoxy, C$_{1-6}$ alkyl-C$_{1-6}$ alkoxy, CN, OH, NR$^{2a}$R$^{2b}$, C(O)R$^{2a}$, C(O)OR$^{2a}$, C(O)NR$^{2a}$R$^{2b}$, SR$^{2a}$, S(O)R$^{2a}$, S(O)$_2$R$^{2a}$, C$_{3-8}$ cycloalkyl, and C$_{3-8}$ heterocycloalkyl, wherein the heterocycloalkyl groups are optionally substituted with 1-4 R$^{2c}$ groups; alternatively, two R$^2$ groups linked to the same carbon are combined to form an oxo group (═O); alternatively, two R$^2$ groups are combined to form a heterocycloalkyl ring having from 5 to 6 ring members and from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S, wherein the heterocycloalkyl ring is optionally substituted with from 1 to 3 R$^{2d}$ groups; R$^{2a}$ and R$^{2b}$ are each independently selected from the group consisting of hydrogen and C$_{1-6}$ alkyl; each R$^{2c}$ is independently selected from the group consisting of hydrogen, halogen, hydroxy, C$_{1-6}$ alkoxy, C$_{1-6}$ haloalkoxy, CN, and NR$^{2a}$R$^{2b}$; each R$^{2d}$ is independently selected from the group consisting of hydrogen and C$_{1-6}$ alkyl, or two R$^{2d}$ groups attached to the same ring atom are combined to form (═O); R$^3$ is selected from the group consisting of phenyl and pyridyl, each optionally substituted with 1-4 R$^{3a}$ groups; each R$^{3a}$ is independently selected from the group consisting of hydrogen, halogen, and C$_{1-6}$ haloalkyl; and subscript n is an integer from 0 to 3; or salts and isomers thereof.

In some cases, the octahydro fused azadecalin has the formula:

**32**



wherein $R^1$ is a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S, optionally substituted with 1-4 groups each independently selected from R$^{1a}$; each R$^{1a}$ is independently selected from the group consisting of hydrogen, C$_{1-6}$ alkyl, halogen, C$_{1-6}$ haloalkyl, C$_{1-6}$ alkoxy, C$_{1-6}$ haloalkoxy, N-oxide, C$_{3-8}$ cycloalkyl; ring J is selected from the group consisting of an aryl ring and a heteroaryl ring having from 5 to 6 ring members and from 1 to 4 heteroatoms each independently selected from the group consisting of N, O and S; each R$^2$ is independently selected from the group consisting of hydrogen, C$_{1-6}$ alkyl, halogen, C$_{1-6}$ haloalkyl, C$_{1-6}$ haloalkoxy, C$_{1-6}$ alkyl-C$_{1-6}$ alkoxy, CN, OH, NR$^{2a}$R$^{2b}$, C(O)R$^{2a}$, C(O)OR$^{2a}$, C(O)NR$^{2a}$R$^{2b}$, SR$^{2a}$, S(O)R$^{2a}$, S(O)$_2$R$^{2a}$, C$_{3-8}$ cycloalkyl, and C$_{3-8}$ heterocycloalkyl having from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S; alternatively, two R$^2$ groups on adjacent ring atoms are combined to form a heterocycloalkyl ring having from 5 to 6 ring members and from 1 to 3 heteroatoms each independently selected from the group consisting of N, O and S, wherein the heterocycloalkyl ring is optionally substituted with from 1 to 3 R$^{2c}$ groups; R$^{2a}$, R$^{2b}$ and R$^{2c}$ are each independently selected from the group consisting of hydrogen and C$_{1-6}$ alkyl; each R$^{3a}$ is independently halogen; and subscript n is an integer from 0 to 3, or salts and isomers thereof.

Further examples of non-steroidal glucocorticoid receptor antagonists include, for example N-(2-[4,4',441-trichlorotrityl]oxyethyl)morpholine; 1-(2[4,4',4''-trichlorotrityl]oxyethyl)-4-(2-hydroxyethyl)piperazine dimaleate; N-([4,4',4'']-trichlorotrityl)imidazole; 9-(3-mercapto-1,2,4-triazolyl)-9-phenyl-2,7-difluorofluorenone; 1-(2-chlorotrityl)-3,5-dimethylpyrazole; 4-(morpholinomethyl)-A-(2-pyridyl)benzhydrol; 5-(5-methoxy-2-(N-methylcarbamoyl)-phenyl)dibenzosuberol; N-(2-chlorotrityl)-L-prolinol acetate; 1-(2-chlorotrityl)-1,2,4-triazole; 1,S-bis(4,4',4''-trichlorotrityl)-1,2,4-triazole-3-thiol; 4α(S)-Benzyl-2(R)-chloroethynyl-1,2,3,4,4α,9,10,10α(R)-octahydro-phenanthrene-2,7-diol ("CP 394531"), 4α(S)-Benzyl-2(R)-prop-1-ynyl-1,2,3,4,4α,9,10,10α(R)octahydro-phenanthrene-2,7-diol ("CP-409069"), trans-(1R,2R)-3,4-dichloro-N-methyl-N-[2-1 pyrrolidinyl) cyclohexyl]benzeneacetamide, bremazocine, and ethylketocyclazocine.

As used herein, the term "hormone-sensitive cancer" refers to any cancer Which may be affected by a hormone; hormones typically increase proliferation of hormone-sensitive cancers. Hormone sensitive cancers include, e.g., prostate cancer and other androgen-sensitive cancers; breast cancer, ovarian cancer and other estrogen-sensitive or progesterone-sensitive cancers.

As used herein, the term "chemotherapy" refers to medical treatments typically used to treat cancer. Chemotherapy

US 10,842,800 B2

**33**                                                                    **34**

treatments include the use of agents which are toxic to cancerous tissues and cells, or which act to slow or reduce the growth or spread of cancerous tissues and cells. Chemotherapy agents include antineoplastic agents and may be derived from natural compounds (e.g., taxols); may be, may mimic, or may reduce or block the actions of naturally occurring hormones, growth factors, or immunologically active molecules; may be synthetic small molecules; may be antibodies or antibody conjugates; and may be other agents. Exemplary chemotherapy agents include, but are not limited to, taxanes, taxol, docetaxel, paclitaxel, actinomycin, anthracyclines, doxorubicin, daunorubicin, valrubicin, bleomycin, cisplatin, trastuzumab (Herceptin®), trastuzumab emtansine (Kadcyla®), imatinib (Gleevec®), eribulin (Halaven®), among others known in the art.

As used herein, a phrase of the form "the reduced dose of Z is a dose that is at least about X % less than the original dose" (where "Z" represents a pharmaceutical compound or pharmaceutical composition, and "X" represents a numerical value) is used to indicate that the reduced dose is an amount of Z calculated by 1) multiplying the amount of Z in the original dose by X % to obtain a multiplicative product, and 2) subtracting that product from the original dose. Thus, for example, where the original dose is 600 mg, and X % is 50%, the multiplicative product of 600 mg and 50% is 300 mg, and the reduced dose is 300 mg; and, for example, where the original dose is 900 mg, and X % is 66%, the multiplicative product of 900 mg and 66% is about 600 mg (594 mg), and the reduced dose is about 300 mg (306 mg).

As used herein, the terms "pharmaceutical composition" and "formulation" refer to compositions suitable for administration to a patient for treatment of a medical condition or for amelioration of symptoms of a medical condition. A pharmaceutical composition as disclosed herein includes an active ingredient (e.g., a GRA, such as, e.g., mifepristone; or a combination of a GRA and a SI, where the SI may be, e.g., ketoconazole) and a pharmaceutically acceptable excipient. In embodiments, a pharmaceutical composition includes one or more active ingredients and one or more pharmaceutically acceptable excipients.

As used herein, the terms "pharmaceutically acceptable excipient" and "pharmaceutically acceptable carrier" refer to a substance that aids the administration of an active agent to and absorption by a subject and can be included in the compositions of the present invention without causing a significant adverse toxicological effect on the patient. Non-limiting examples of pharmaceutically acceptable excipients include water, NaCl, normal saline solutions, lactated Ringer's, normal sucrose, normal glucose, binders, fillers, disintegrants, lubricants, coatings, sweeteners, flavors and colors, and the like. One of skill in the art will recognize that other pharmaceutical excipients are useful in the present invention.

As used herein, the terms "sustained release," "slow release," "long acting," "prolonged release," and the like refer to a pharmaceutical composition or formulation containing at least one active ingredient (e.g., GRA, SI, or combination thereof) formulated to maintain a therapeutic concentration of active ingredient(s) in a patient for a longer period of time in comparison to formulations that are not designed for such sustained release. In some cases, the sustained release formulation maintains therapeutic concentration of one or more active ingredient(s) for, or for at least, one week, two weeks, three weeks, four weeks, five weeks, or six weeks. In some cases, the sustained release formulation is administered to a patient every one, two, three, four, five, or six weeks.

As used herein, a "steroidogenesis inhibitor" is a compound which reduces or blocks the synthesis of steroid molecules when administered to an animal, or subject, which normally produces steroids. Steroidogenesis inhibitors include, for example, ketoconazole, metyrapone, etomidate, and other drugs. A steroidogenesis inhibitor may act by one or more of several mechanisms, including, e.g., blocking synthesis of steroid molecules (e.g., ketoconazole, metyrapone).

As used herein, the term "CYP enzyme" refers to a cytochrome P450 enzyme. Cytochrome P450 enzymes are important in many metabolic and catabolic reactions in humans and other animals, and play important roles in drug metabolism and action. Drug-drug interactions in which administration of one drug affects the concentration, half-life, activity, or other effect of another drug may include effects on CYP enzymes by induction of CYP enzymes (increasing the amount or activity of one or more CYP enzymes); inhibition (reducing the activity of one or more CYP enzymes); competition (competing for sites or occupying sites, e.g., as a substrate, of one or more CYP enzymes); or by other means. Particular CYP enzymes include, for example, CYP1A2, CYP2C9, CYP2C19, CYP2D6, and CYP3A enzymes.

As used herein, a "CYP3A inhibitor" is a compound which reduces or blocks the activity of the cytochrome CYP3A, or reduces or blocks the expression of the gene-product of CYP3A genes (e.g., inhibits transcription or translation of CYP3A genes). CYP3A inhibitors may be termed strong or moderate if their administration, along with a test drug known to be metabolized by CYP3A enzymes (such as, e.g., midazolam), raises the AUC (area under the concentration curve) of the test drug by greater than five-fold (strong CYP3A inhibitors) or by between two-fold and five-fold (moderate CYP3A inhibitors). Inhibitors of CYP3A include, for example, ketoconazole, itraconazole, fluconazole, cimetidine, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir, fosamprenavir, bocepre-vir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, telithromycin, and voriconazole.

Strong CYP3A inhibitors include, for example, ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, atazanavir, amprenavir and fosamprenavir, clarithromycin, conivaptan, lopinavir-ritonavir, posaconazole, saquinavir, telithromycin, and voriconazole.

Metyrapone (also known as Metopirone®) is 2-methyl-1,2-bis-(3-pyridyl)-1-propanone. Metopirone is believed to reduce cortisol and corticosterone production by inhibiting the 11-β-hydroxylation reaction in the adrenal cortex.

Etomidate (also known as Amidate®) is R-(+)-ethyl-1-(1-phenylethyl)-1H-imidazole-5-carboxylate. Although primarily used as a rapid-onset anesthetic, etomidate also lowers plasma cortisol levels. It is believed to reduce corticosteroid synthesis in the adrenal cortex by inhibiting 11β-hydroxylase.

Ketoconazole (1-acetyl-4-[4-[[2-(2,4-dichlorophenyl)-2-[(1H-imidazol-1-yl)-methyl]-1,3-dioxolan-4-yl]methoxy] phenyl]piperazine) is often used to treat fungal infections (e.g., NIZORAL®) for the treatment of fungal infections). In addition, ketoconazole is a steroidogenesis inhibitor and can reduce the production of steroid molecules (such as, e.g., steroid hormones), typically by blocking the metabolism of cholesterol. Ketoconazole thus may be used to treat excessive cortisol production (e.g., to treat Cushing's disease and Cushing's syndrome), to reduce androgen production (e.g., in patients with hormone-sensitive cancers such as prostate cancer), to reduce estrogen or progesterone production (e.g.,

US 10,842,800 B2

35                                                  36

in patients with hormone-sensitive cancers such as breast cancer), and other treatments.

However, ketoconazole often has serious deleterious effects on liver and other organs. Thus, it is desirable to minimize the dose of ketoconazole administered to a patient, and methods for reducing the dose of ketoconazole are desired.

Treatment Methods

Methods disclosed herein include methods of treating a disease characterized by excess steroid levels, or by excess activity due to steroids. Methods disclosed herein also include methods of treating a disease that may be treated by reducing or blocking the action of steroids, such as steroid hormones. In embodiments, the disease is characterized by excess cortisol such as, e.g., Cushing's syndrome, and in particular, Cushing's Disease. (As noted above, both Cushing's syndrome and Cushing's Disease are characterized by excess cortisol; Cushing's Disease falls within the definition of Cushing's syndrome as a particular type or example of Cushing's syndrome; thus, all discussion and disclosure regarding Cushing's syndrome includes Cushing's Disease.) Methods disclosed herein also include methods of treating cancer and cancerous tumors, such as hormone-sensitive cancers including prostate cancer, comprising concomitant administration of a GRM and ketoconazole to provide thereby beneficial therapeutic effects. Methods, compositions, and kits disclosed herein are related to the methods compositions, and kits and compositions disclosed in U.S. Provisional Patent Application Ser. No. 62/465,772, filed Mar. 1, 2017, and U.S. Provisional Patent Application Ser. No. 62/466,867, filed Mar. 3, 2017, which applications are hereby incorporated by reference in their entireties.

For example, the present methods include concomitantly administering to a patient a CYP3A inhibitor and a glucocorticoid receptor modulator (GRM), such as a glucocorticoid receptor antagonist (GRA). In embodiments, the CYP3A inhibitor is ketoconazole. In embodiments, the CYP3A inhibitor is ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving a CYP3A inhibitor (such as, e.g., ketoconazole) and is concomitantly administered an amount of a GRA (such as, e.g., mifepristone) effective to treat Cushing's syndrome, e.g., effective to control hyperglycemia secondary to hypercortisolism in an adult patient suffering from endogenous Cushing's syndrome. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome). In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance and has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome).

In embodiments, the present methods include methods for treating Cushing's syndrome in a patient taking a GRA, comprising reducing the daily dosage amount of the GRA from an original GRA dose to an adjusted GRA dose when the patient is receiving concomitant administration of a CYP3A inhibitor. In embodiments, the adjusted dose of GRA is at least 25% less than the original dose. In embodiments, the adjusted dose of GRA is at least 33% less than the original dose. In embodiments, the adjusted dose of GRA is less than the original dose by a fraction of the original dose selected from 10%, 20%, 25%, 30%, 33%, $33^{1/3}$%, and 50%. In embodiments, the GRA is mifepristone, and the adjusted

mifepristone dose is selected from 300 mg per day, 600 mg per day, and 900 mg per day. In embodiments, the CYP3A inhibitor is ketoconazole. In embodiments, the CYP3A inhibitor is ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving a CYP3A inhibitor (such as, e.g., ketoconazole) and is concomitantly administered an amount of a GRA (such as, e.g., mifepristone) effective to treat Cushing's syndrome, e.g., effective to control hyperglycemia secondary to hypercortisolism in an adult patient suffering from endogenous Cushing's syndrome. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance. In embodiments, the adult patient suffering from endogenous Cushing's syndrome has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome). In embodiments, the adult patient suffering from endogenous Cushing's syndrome has type 2 diabetes mellitus or glucose intolerance and has failed surgery or is not a candidate for surgery (e.g., referring to surgical treatment for Cushing's syndrome).

For example, the present disclosed methods include administering to a patient receiving ketoconazole an effective amount of a glucocorticoid receptor modulator (GRM), such as a glucocorticoid receptor antagonist (GRA). In embodiments, the patient is receiving ketoconazole. In embodiments, the patient is receiving ketoconazole and the GRA is mifepristone. In embodiments, the patient is receiving ketoconazole and is administered an amount of mifepristone effective to reduce the effect of a steroid such as cortisol in the patient.

Thus, in embodiments, the methods disclosed herein include a method for treating a patient who is receiving ketoconazole treatment for excess steroid levels, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering a GRA to the patient receiving ketoconazole, whereby the patient receiving ketoconazole is administered a GRA for treating excess steroid levels. In embodiments, the GRA is mifepristone. In embodiments, the disease is Cushing's syndrome. In embodiments, the disease is Cushing's Disease.

Thus, in embodiments, the methods disclosed herein include a method for treating a patient who is receiving ketoconazole treatment to reduce or block the effects of steroids, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering a GRA to the patient receiving ketoconazole, whereby the patient receiving ketoconazole is administered a GRA for treating the effects of steroids in the patient. In embodiments, the GRA is mifepristone. In embodiments, the effects of steroids include hypercortisolemic effects, such as the effects of Cushing's syndrome. In embodiments, the effects of steroids include hormonal effects, such as effects on hormone-sensitive cancer.

Applicant further discloses a method for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering a GRA to the patient receiving ketoconzole, wherein the amount of GRA administered is a first dose of GRA, whereby the patient receiving ketoconzole is administered a GRA for treating Cushing's syndrome. In embodiments, the GRA is mifepristone. In embodiments, the or Cushing's syndrome patient suffers from Cushing's Disease.

CORMIFE-T-00086229
JTX-003.25

US 10,842,800 B2

37

For example, the present disclosed methods include concomitantly administering to a patient in need thereof, a) an effective amount of a glucocorticoid receptor modulator (GRM), such as a glucocorticoid receptor antagonist (GRA), and b) an effective amount of ketoconazole, such as ketoconazole, thereby reducing the effect, the amount, or both, of steroids such as cortisol in the patient. For example, a Cushing's syndrome patient may be in need of reducing their blood levels of cortisol, or may be in need of reducing the effect of cortisol in the patient. For example, a cancer patient may be in need of reducing their blood levels of a steroid, such as an androgen, a progestagen, an estrogen, or other steroid.

Thus, in embodiments of the methods disclosed herein, a subject currently receiving ketoconazole is administered a GRM. In embodiments of the methods disclosed herein, a subject currently receiving ketoconzole as treatment for a condition characterized by excess steroid levels, or as treatment of a condition that is treated by reducing steroid levels or by reducing steroid effects, is administered a GRM, whereby the subject is treated for that condition. In embodiments, the condition is characterized by excessive cortisol levels. In embodiments, the condition is Cushing's syndrome. In embodiments, the condition is a cancer characterized by the deleterious action of steroid hormones on cells, such as cancer cells; the cancer may be hormone-sensitive cancer that may be treated by lowering the levels of a steroid in the patient. In embodiments, the hormone sensitive cancer is prostate cancer, breast cancer, or ovarian cancer.

Accordingly, Applicant discloses herein a method for treating a patient in need of reduced steroid levels, the patient receiving an original dose of ketoconazole, said method comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for reducing steroid levels in the patient. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in reducing steroid levels in the patient without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity.

Accordingly, Applicant discloses herein a method for treating a patient suffering from excess steroid levels, the patient receiving an original dose of ketoconazole, said method comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for reducing steroid levels in the patient. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in reducing steroid levels in the patient without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, the excess steroid comprises excess androgen. In embodiments, the excess

38

steroid comprises excess progestagen. In embodiments, the excess steroid comprises excess estrogen. In embodiments, the excess steroid comprises excess cortisol.

Accordingly, in further embodiments, Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, said methods comprising:

administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with said dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for treating Cushing's syndrome. In embodiments of such methods, wherein said first dose of GRA comprises an amount of the GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity.

In embodiments, Applicant discloses methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketoconazole to said patient; and administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first dose of GRA comprises an amount of said GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by the original dose of ketoconazole, whereby the patient is administered both ketoconazole and a GRA for treating Cushing's syndrome and is not exposed to increased risk of ketoconazole toxicity. In embodiments, said GRA is mifepristone. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered within a short time of each other. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered at substantially the same time. In embodiments, the original dose of ketoconazole and the first dose of GRA are administered concomitantly. In embodiments, the GRA is mifepristone.

Thus, in embodiments of these methods, administration of the ketoconazole and of the GRA comprises concomitant administration of the original dose of ketoconazole and the first dose of the GRA. In embodiments of concomitant administration, ketoconazole and the GRA are administered to the subject simultaneously. Such concomitant administration of a GRA may be by oral administration; by intravenous administration; subcutaneous administration; parenteral administration; intra-arterial administration; nasal administration; topical administration; or by other routes of administration, or combinations thereof.

In embodiments of the methods disclosed herein, ketoconazole and the GRA are administered to the patient in a single pill containing both the ketoconazole and the GRA, or are administered in a single liquid formulation containing both the ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

In embodiments of the methods disclosed herein, the first dose of the GRA is a dose selected from about 25 milligrams (mg), about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, and about 2000 mg. In embodiments, the dose of

CORMIFE-T-00086230
**JTX-003.26**

Appx113

US 10,842,800 B2

**39**

the GRA is a dose of mifepristone selected from about 300 mg, about 600 mg, about 900 mg, about 1200 mg, and about 1500 mg.

The methods disclosed herein include repeated administration of a GRA to a patient in need of treatment, including repeated concomitant administration of ketoconazole and a GRA.

For example, in yet further embodiments, a second dose of GRA is administered, wherein said second dose is administered after the administration of the first dose of GRA. The second dose of GRA may comprise about the same amount of said GRA as the first dose of the GRA; may comprise a greater amount of said GRA than the first dose of GRA; or may comprise a smaller amount of GRA than the first dose of GRA. In embodiments of these methods, the GRA is mifepristone.

The methods disclosed herein may further comprise: administering a subsequent dose of ketoconazole and a second dose of GRA, wherein said subsequent dose and said second dose are both administered after the administration of the first dose of the GRA. In embodiments, the second dose of GRA comprises about the same amount of the GRA as the first dose of GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of these methods, the GRA is mifepristone.

In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of these methods, the GRA is mifepristone.

In embodiments comprising repeated administration of a GRA to a patient in need of treatment, including repeated concomitant administration of ketoconazole and a GRA, ketoconazole and the GRA may be administered simultaneously. In embodiments of such methods, the GRA is mifepristone.

In embodiments, ketoconazole and a GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the (IRA is mifepristone.

Further embodiments of the methods disclosed herein may include further steps, e.g., may comprise administration of a third dose of a GRA, wherein said third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, such a third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In embodiments, such a third dose of GRA comprises a greater amount of the GRA than the second dose of the GRA. In embodiments, such a third dose of GRA is administered after the administration of the second dose of the GRA. In embodiments, such a third dose of GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In embodiments, such a third dose of GRA comprises a lesser amount of the GRA than the amount of said second dose of the GRA. In embodiments, such a third dose of GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In such embodiments, the GRA may be mifepristone.

**40**

In embodiments, methods disclosed herein comprise concomitant administration of ketoconazole and a third dose of GRA. In embodiments of such concomitant administration, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of such concomitant administration, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

Embodiments of the methods disclosed herein comprise treatments for patients suffering from Cushing's syndrome; in embodiments, the Cushing's syndrome patient suffers from Cushing's Disease. Such treatments for Cushing's syndrome comprise concomitant administration of ketoconazole and a GRA to the patient.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with ketoconazole and with a glucocorticoid receptor antagonist (GRA). In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with ketoconazole and a GRA, wherein the dose of ketoconazole administered concomitantly with the GRA is not reduced with respect to the ketoconazole dose administered to the patient in the absence of concomitant treatment with ketoconazole and a GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with a GRA and ketoconazole. In embodiments, the GRA is mifepristone.

Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, said method comprising: administering a first dose of a glucocorticoid receptor antagonist (GRA) to the patient, wherein said first GRA dose is administered concomitantly with the dose of SI, whereby the patient is administered both an original dose of ketoconazole and a first dose of a GRA for treating Cushing's syndrome. In embodiments, the patient suffers from Cushing's Disease.

In embodiments, Applicant discloses herein methods for treating a Cushing's syndrome patient, the patient receiving an original dose of ketoconazole, the method comprising: administering a first dose of mifepristone to the patient, wherein the first mifepristone dose is administered concomitantly with the dose of ketoconazole, whereby the patient is administered both an original dose of ketoconazole and a first dose of mifepristone for treating Cushing's syndrome. In embodiments, the patient suffers from Cushing's Disease.

In further embodiments of such methods, wherein said first dose of a GRA comprises a GRA amount that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, administration of ketoconazole and of the GRA comprises concomitant administration of the original dose of ketoconazole and the first dose of the GRA. In embodiments, administering a GRA comprises oral administration of the GRA. In embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole

CORMIFE-T-00086231
**JTX-003.27**

Appx114

US 10,842,800 B2

41

and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

In embodiments of the methods disclosed herein, the first dose of the GRA is selected from about 25 mg, about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, about 2000 mg, about 2100 mg, about 2400 mg, about 2700 mg, and about 3000 mg. In embodiments of the methods disclosed herein, the first dose of the GRA is a dose of mifepristone selected from about 1500 mg mifepristone, about 1200 mg mifepristone, about 900 mg mifepristone, about 600 mg mifepristone, and about 300 mg mifepristone.

Further embodiments of the methods disclosed herein comprise administering a second dose of GRA, wherein said second dose is administered after the administration of the first dose of GRA. In embodiments, the second dose of GRA comprises about the same amount of said GRA as the first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of said GRA than the first dose of GRA. In embodiments, the GRA is mifepristone.

Further embodiments of the methods disclosed herein comprise administering a subsequent dose of ketoconazole and a second dose of GRA, wherein the subsequent keto- conazole dose and the second GRA dose are both adminis- tered after the administration of the first dose of the GRA. In embodiments, the second dose of GRA comprises about the same amount of the GRA as the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the subsequent dose of keto- conazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodi- ments, the second dose of GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments, the second dose of GRA comprises a greater amount of the GRA than the amount of the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the GRA is mifepristone.

In embodiments, ketoconazole and the GRA are admin- istered to the patient simultaneously. In embodiments, the GRA is mifepristone. In embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodiments, ketoconazole and mifepristone are adminis- tered to the patient simultaneously. In embodiments, keto- conazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, ketoconazole and mifepristone are administered to the patient simultaneously. In embodi- ments, ketoconazole and mifepristone are administered to the patient in a single pill containing both ketoconazole and mifepristone, or in a single liquid formulation containing both ketoconazole and mifepristone. In embodiments, keto- conazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising both ketocon- azole and mifepristone.

Embodiments of the methods disclosed herein further comprise administration of a third dose of GRA, wherein said third dose of the GRA is administered after the admin- istration of the second dose of the GRA. In embodiments, the third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In embodiments,

42

the third dose of GRA comprises a greater amount of the GRA than the second dose of the GRA. In embodiments, the methods further comprise administration of a third dose of GRA, wherein the third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, the third dose of GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In embodiments, the third dose of the GRA comprises a lesser amount of the GRA. In embodiments, the third dose of GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In embodi- ments, administration of the third GRA dose comprises concomitant administration ketoconazole and the third dose of GRA. In such embodiments, ketoconazole and the GRA are administered to the patient simultaneously. In embodi- ments of the methods comprising such third dose of GRA, ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation containing both ketoconazole and the GRA. In embodiments, the GRA is mifepristone.

Applicant discloses herein methods for treating Cushing's syndrome patients with a GRA (such as mifepristone) and ketoconazole. In embodiments, the patient suffers from Cushing's Disease.

Applicant discloses here methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketocon- azole to said patient; and administering a glucocorticoid receptor antagonist (GRA) to the patient, wherein the amount of GRA administered is a first dose of GRA, whereby the patient is administered both ketoconazole and a GRA for treating Cushing's syndrome. In embodiments, the first dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In embodi- ments, the GRA is mifepristone.

In embodiments of such methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the first dose of GRA comprises an amount of GRA that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is admin- istered both ketoconazole and an effective dose of a GRA and is not exposed to increased risk of ketoconazole toxicity. In embodiments, the first dose of GRA is a lesser amount of GRA than would be administered in the absence of keto- conazole. In embodiments, the GRA is mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the administration of ketoconazole and of the GRA com- prises concomitant administration of the original dose of ketoconazole and the first dose of said GRA. In embodi- ments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the administration of the GRA comprises oral administration of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the keto- conazole and the GRA are administered to the patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole

CORMIFE-T-00086232
**JTX-003.28**

US 10,842,800 B2

**43**                                                      **44**

treatment, ketoconazole and mifepristone are administered in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the first dose of the GRA is a dose of GRA selected from about 25 mg, about 50 mg, about 100 mg, about 200 mg, about 300 mg, about 400 mg, about 500 mg, about 600 mg, about 900 mg, about 1000 mg, about 1200 mg, about 1500 mg, about 1800 mg, about 2000 mg, about 2100 mg, about 2400 mg, about 2700 mg, and about 3000 mg. In embodiments, the GRA is mifepristone, and the first dose of the GRA is a dose of mifepristone selected from about 1500 mg mifepristone, about 1200 mg mifepristone, about 900 mg mifepristone, about 600 mg mifepristone, and about 300 mg mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administering a second dose of GRA, wherein said second dose is administered after the administration of the first dose of said GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises about the same amount of said GRA as the first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises a lesser amount of said GRA than the first dose of GRA. In embodiments, the second dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of GRA comprises a greater amount of said GRA than the first dose of GRA. In embodiments, the GRA is mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administering a subsequent dose of ketoconazole and a second dose of GRA, wherein the subsequent ketoconazole dose and the second GRA dose are both administered after the administration of the first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises about the same amount of the GRA as the first dose of the GRA, and the subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments, the second dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the second dose of the GRA comprises a greater amount of the GRA than the amount of said first dose of the GRA, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the

patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation comprising ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the GRA is mifepristone, and the ketoconazole and the mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods further comprise: administration of a third dose of the GRA, wherein the third dose of the GRA is administered after the administration of the second dose of the GRA. In embodiments, the third dose of GRA is a lesser amount of GRA than would be administered in the absence of ketoconazole. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of GRA comprises about the same amount of the GRA as the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a greater amount of the GRA than the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA is administered after the administration of the second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises about the same amount of GRA as the amount of said second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a lesser amount of the GRA than the amount of said second dose of the GRA. In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the third dose of the GRA comprises a greater amount of the GRA than the amount of said second dose of the GRA. In embodiments, the GRA is mifepristone.

In such embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant administration of ketoconazole and of the third dose of the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient simultaneously. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the ketoconazole and the GRA are administered to the patient in a single pill containing both ketoconazole and the GRA, or in a single liquid formulation comprising ketoconazole and the GRA. In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the GRA is mifepristone, and the ketoconazole and the mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with mifepristone and ketoconazole. In embodiments of

Appx116

US 10,842,800 B2

45

methods of treating a Cushing's syndrome patient who is receiving ketoconazole treatment, the methods comprise concomitant treatment of the patient with mifepristone and ketoconazole, wherein the dose of ketoconazole administered concomitantly with ketoconazole is not reduced with respect to the ketoconazole dose administered to the patient in the absence of concomitant treatment with ketoconazole and mifepristone.

Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, said ketoconazole treatment comprising administering an original dose of ketoconazole to said patient, said method comprising: administering said original dose of ketoconazole to said patient; and administering mifepristone to the patient, wherein the amount of mifepristone administered is a first dose of mifepristone, whereby the patient is administered both ketoconazole and mifepristone for treating Cushing's syndrome. In embodiments, the first dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole.

In embodiments of methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment, wherein the ketoconazole treatment comprises administering an original dose of ketoconazole to said patient, the methods comprise administering a first dose of mifepristone that comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of mifepristone and is not exposed to increased risk of ketoconazole toxicity. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the original dose of ketoconazole and of the first dose of mifepristone. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone. In embodiments of such methods, the first dose of mifepristone is a dose of about 300 milligrams (mg), about 600 mg, about 900 mg, about 1200 mg, or about 1500 mg.

In embodiments, such methods further comprise: administering a second dose of mifepristone, wherein said second dose is administered after the administration of the first dose of mifepristone. In embodiments, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the first dose of mifepristone. In embodiments, such methods further comprise administering a subsequent dose of ketoconazole and a second dose of mifepristone, wherein said subsequent dose and said second dose are both administered after the administration of the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepris-

46

tone as the first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of such methods, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of the original dose of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the original dose of ketoconazole. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the second dose of mifepristone. In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered after the administration of the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the amount of said second dose of mifepristone. In embodiments, such methods comprise concomitant administration of ketoconazole and of the third dose of mifepristone. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient simultaneously. In embodiments of such methods, ketoconazole and mifepristone are administered to the patient in a single pill comprising both ketoconazole and mifepristone, or in a single liquid formulation comprising ketoconazole and mifepristone.

In embodiments of methods for treating a Cushing's syndrome patient who is receiving ketoconazole treatment at an original dose of ketoconazole, the methods comprise administering a first dose of mifepristone to the subject and reducing the dose of ketoconazole received by the patient to a ketoconazole dose that is less than the original ketoconazole dose, wherein the dose of mifepristone comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome without substantially increasing the level of ketoconazole in the blood of the patient above that level produced by said original dose of ketoconazole, whereby the patient is administered both ketoconazole and an effective dose of mifepristone and is not exposed to increased risk of ketoconazole toxicity.

CORMIFE-T-00086234

**JTX-003.30**

US 10,842,800 B2

47                                      48

Accordingly, Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole at an initial dosage, said initial dosage comprising administering an initial dose of ketoconazole to said patient, said method comprising: administering a reduced dose of ketoconazole to said patient, wherein said reduced dose of ketoconazole is a dose of ketoconazole that is less than said initial dose by an amount of at least about 5% of the initial dose; and administering mifepristone to the patient, wherein the amount of mifepristone administered is a first dose of mifepristone, whereby the patient is administered both the reduced dose of ketoconazole and the first dose of mifepristone. In embodiments of such methods, the first dose of mifepristone comprises an amount of mifepristone that is effective to aid in the treatment of Cushing's syndrome, whereby the patient is administered both a reduced dose of ketoconazole and an effective dose of mifepristone. In embodiments, the first dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the reduced dose of ketoconazole and the first dose of mifepristone. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, the first dose of ketoconazole is less than said initial dose of ketoconazole by an amount that is about 10%, about 15%, about 25%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 75%, or about 90% less than the initial dose. In embodiments of such methods, the first dose of mifepristone is a dose selected from about 300 mg, about 600 mg, about 900 mg, about 1200 mg, and about 1500 mg.

In embodiments, such methods further comprise administering a second dose of mifepristone, wherein said second dose is administered at a time after the administration of the first dose of mifepristone. In embodiments, the second dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a lesser amount of mifepristone than the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the first dose of mifepristone. In embodiments, such methods further comprise administering a subsequent dose of ketoconazole and a second dose of mifepristone, wherein said subsequent dose and said second dose are both administered at a time after the administration of both the reduced dose of ketoconazole and of the first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises about the same amount of mifepristone as the first dose of mifepristone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the reduced dose of ketoconazole. In embodiments of such methods, the subsequent dose of ketoconazole comprises a lesser amount of ketoconazole than the amount of said reduced dose of ketoconazole. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepristone. In embodiments of such methods, the second dose of mifepristone comprises a greater amount of mifepristone than the amount of said first dose of mifepris-

tone, and said subsequent dose of ketoconazole comprises about the same amount of ketoconazole as the reduced dose of ketoconazole.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered at a time after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the second dose of mifepristone.

In embodiments, such methods further comprise administration of a third dose of mifepristone, wherein said third dose of mifepristone is administered at a time after the administration of the second dose of mifepristone. In embodiments, the third dose of mifepristone is a lesser amount of mifepristone than would be administered in the absence of ketoconazole. In embodiments of such methods, the third dose of mifepristone comprises about the same amount of mifepristone as the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a lesser amount of mifepristone than the amount of said second dose of mifepristone. In embodiments of such methods, the third dose of mifepristone comprises a greater amount of mifepristone than the amount of said second dose of mifepristone. In embodiments, such methods comprise administration of a dose of ketoconazole administered at the time as the administration of the third dose of mifepristone.

Applicant further discloses herein methods for treating a patient who is suffering from Cushing's syndrome with mifepristone, the patient also receiving concomitant administration of ketoconazole, said method comprising: to the patient concomitantly receiving ketoconazole, orally administering a dose of mifepristone that is a smaller dose of mifepristone than the dose that is an effective mifepristone dose when the patient receives only mifepristone. An effective dose of mifepristone when the patient receives only mifepristone for treating Cushing's syndrome is termed a "lone dose" of mifepristone. For example, the dose of mifepristone that is effective for the treatment of a Cushing's syndrome patient not concomitantly receiving ketoconazole or other treatment for Cushing's syndrome is a "lone dose" of mifepristone. In embodiments of the methods disclosed herein, for Cushing's syndrome patient receiving concomitant administration of ketoconazole, the dose of mifepristone is reduced by at least about 5% as compared to the lone dose of mifepristone. Accordingly, Applicant discloses herein a method for treating a Cushing's syndrome patient who is receiving ketoconazole, said method comprising: administering a reduced dose of mifepristone to said patient, wherein said reduced dose of mifepristone is a dose of mifepristone that is less than the lone dose of mifepristone as defined herein; whereby the patient is administered both ketoconazole and the reduced dose of mifepristone. In embodiments, such a reduced dose of mifepristone is an amount of mifepristone that is less than the lone dose of mifepristone by an amount that is at least about 5% of the lone dose. In embodiments of such methods, the reduced dose of mifepristone comprises an amount of mifepristone

CORMIFE-T-00086235
**JTX-003.31**

Appx118

US 10,842,800 B2

49 50

that is effective to aid in the treatment of Cushing's syndrome, whereby the patient is administered both a reduced dose of mifepristone and a dose of ketoconazole. In embodiments of such methods, the administration of ketoconazole and of mifepristone comprises concomitant administration of the reduced dose of mifepristone and the dose of ketoconazole. In embodiments of such methods, the administration of mifepristone comprises oral administration of mifepristone. In embodiments of such methods, the reduced dose of mifepristone is less than said lone dose of mifepristone by an amount that is about 10%, about 15%, about 25%, about 25%, about 30%, about 35%, about 40%, about 45%, about 50%, about 60%, about 75%, or about 90% less than the lone dose. In embodiments of such methods, the reduced dose of mifepristone is a daily dose selected from about 900 mg, about 600 mg, about 300 mg, or is a dose of mifepristone selected from about 300 mg mifepristone administered every other day, a dose of about 300 mg mifepristone administered every third day, and a dose of mifepristone of about 300 mg administered every fourth day.

Compositions

Applicant discloses herein compositions comprising a glucocorticoid receptor antagonist (GRA) which may be used in the treatment of a patient suffering from excess cortisol, e.g., in a patient suffering from Cushing's syndrome. In embodiments, the compositions comprising a GRA may be provided in an amount effective to control hyperglycemia secondary to hypercortisolism, and may be provided in an amount effective control hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing's disease. In embodiments, the compositions comprising a GRA may be provided in an amount effective to control hyperglycemia secondary to hypercortisolism in a patient suffering from endogenous Cushing's disease, where the patient has failed surgery, or is not a candidate for surgery.

Applicant also discloses herein compositions comprising a glucocorticoid receptor antagonist (GRA) and ketoconazole. These compositions comprising a GRA and ketoconazole may be used in the treatment of a Cushing's syndrome patient.

The compositions as disclosed herein can be prepared in a wide variety of oral, parenteral and topical dosage forms. Oral preparations include tablets, pills, powder, dragees, capsules, liquids, lozenges, cachets, gels, syrups, slurries, suspensions, etc., suitable for ingestion by the patient. The compositions of the present invention can also be administered by injection, that is, intravenously, intramuscularly, intracutaneously, subcutaneously, intraduodenally, or intraperitoneally. Also, the compositions disclosed herein can be administered by inhalation, for example, intranasally. Additionally, the compositions of the present invention can be administered transdermally. The compositions disclosed herein can also be administered by intraocular, intravaginal, and intrarectal routes including suppositories, insufflation, powders and aerosol formulations (for examples of steroid inhalants, see Rohatagi, J. Clin. Pharmacol. 35:1187-1193, 1995; Tjwa, Ann. Allergy Asthma Immunol. 75:107-111, 1995).

Accordingly, in embodiments disclosed herein, the compositions include pharmaceutical compositions including a pharmaceutically acceptable carrier or excipient, a glucocorticoid receptor antagonist (GRA), and a SI. SIs include, for example, ketoconazole, levoketoconazole, metyrapone, aminoglutethimide, etomidate, LCI699 (Osilodrostat), and others.

For preparing pharmaceutical compositions from the compounds of the present invention, pharmaceutically acceptable carriers can be either solid or liquid. Solid form preparations include powders, tablets, pills, capsules, cachets, suppositories, and dispersible granules. A solid carrier can be one or more substances, which may also act as diluents, flavoring agents, binders, preservatives, tablet disintegrating agents, or an encapsulating material. Details on techniques for formulation and administration are well described in the scientific and patent literature, see, e.g., the latest edition of Remington's Pharmaceutical Sciences, Mack Publishing Co, Easton Pa. ("Remington's").

In powders, the carrier is a finely divided solid, which is in a mixture with the finely divided active component. In tablets, the active component is mixed with the carrier having the necessary binding properties in suitable proportions and compacted in the shape and size desired. The powders and tablets preferably contain from 5% or 10% to 70% of ketoconazole and/or the GRA.

Suitable solid excipients include, but are not limited to, magnesium carbonate; magnesium stearate; talc; pectin; dextrin; starch; tragacanth; a low melting wax; cocoa butter; carbohydrates; sugars including, but not limited to, lactose, sucrose, mannitol, or sorbitol, starch from corn, wheat, rice, potato, or other plants; cellulose such as methyl cellulose, hydroxypropylmethyl-cellulose, or sodium carboxymethyl-cellulose; and gums including arabic and tragacanth; as well as proteins including, but not limited to, gelatin and collagen. If desired, disintegrating or solubilizing agents may be added, such as the cross-linked polyvinyl pyrrolidone, agar, alginic acid, or a salt thereof, such as sodium alginate.

Dragee cores are provided with suitable coatings such as concentrated sugar solutions, which may also contain gum arabic, talc, polyvinylpyrrolidone, carbopol gel, polyethylene glycol, and/or titanium dioxide, lacquer solutions, and suitable organic solvents or solvent mixtures. Dyestuffs or pigments may be added to the tablets or dragee coatings for product identification or to characterize the quantity of active compound (i.e., dosage). Pharmaceutical preparations of the invention can also be used orally using, for example, push-fit capsules made of gelatin, as well as soft, sealed capsules made of gelatin and a coating such as glycerol or sorbitol. Push-fit capsules can contain ketoconazole and/or the GRA mixed with a filler or binders such as lactose or starches, lubricants such as talc or magnesium stearate, and, optionally, stabilizers. In soft capsules, ketoconazole and/or the GRA may be dissolved or suspended in suitable liquids, such as fatty oils, liquid paraffin, or liquid polyethylene glycol with or without stabilizers.

For preparing suppositories, a low melting wax, such as a mixture of fatty acid glycerides or cocoa butter, is first melted and ketoconazole and/or the GRA are dispersed homogeneously therein, as by stirring. The molten homogeneous mixture is then poured into convenient sized molds, allowed to cool, and thereby to solidify.

Liquid form preparations include solutions, suspensions, and emulsions, for example, water or water/propylene glycol solutions. For parenteral injection, liquid preparations can be formulated in solution in aqueous polyethylene glycol solution.

Aqueous solutions suitable for oral use can be prepared by dissolving ketoconazole and/or the GRA in water and adding suitable colorants, flavors, stabilizers, and thickening agents as desired. Aqueous suspensions suitable for oral use can be made by dispersing the finely divided active component in water with viscous material, such as natural or synthetic gums, resins, methylcellulose, sodium carboxymethylcellu-

CORMIFE-T-00086236

**JTX-003.32**

US 10,842,800 B2

51 52

lose, hydroxypropylmethylcellulose, sodium alginate, polyvinylpyrrolidone, gum tragacanth and gum acacia, and dispersing or wetting agents such as a naturally occurring phosphatide (e.g., lecithin), a condensation product of an alkylene oxide with a fatty acid (e.g., polyoxyethylene stearate), a condensation product of ethylene oxide with a long chain aliphatic alcohol (e.g., heptadecaethylene oxycetanol), a condensation product of ethylene oxide with a partial ester derived from a fatty acid and a hexitol (e.g., polyoxyethylene sorbitol mono-oleate), or a condensation product of ethylene oxide with a partial ester derived from fatty acid and a hexitol anhydride (e.g., polyoxyethylene sorbitan mono-oleate). The aqueous suspension can also contain one or more preservatives such as ethyl or n-propyl p-hydroxybenzoate, one or more coloring agents, one or more flavoring agents and one or more sweetening agents, such as sucrose, aspartame or saccharin. Formulations can be adjusted for osmolarity.

Also included are solid form preparations, which are intended to be converted, shortly before use, to liquid form preparations for oral administration. Such liquid forms include solutions, suspensions, and emulsions. These preparations may contain, in addition to the active component, colorants, flavors, stabilizers, buffers, artificial and natural sweeteners, dispersants, thickeners, solubilizing agents, and the like.

Oil suspensions can be formulated by suspending ketoconazole and/or the GRA in a vegetable oil, such as arachis oil, olive oil, sesame oil or coconut oil, or in a mineral oil such as liquid paraffin; or a mixture of these. The oil suspensions can contain a thickening agent, such as beeswax, hard paraffin or cetyl alcohol. Sweetening agents can be added to provide a palatable oral preparation, such as glycerol, sorbitol or sucrose. These formulations can be preserved by the addition of an antioxidant such as ascorbic acid. As an example of an injectable oil vehicle, see Minto, J. Pharmacol. Exp. Ther. 281:93-102, 1997. The pharmaceutical formulations of the invention can also be in the form of oil-in-water emulsions. The oily phase can be a vegetable oil or a mineral oil, described above, or a mixture of these. Suitable emulsifying agents include naturally-occurring gums, such as gum acacia and gum tragacanth, naturally occurring phosphatides, such as soybean lecithin, esters or partial esters derived from fatty acids and hexitol anhydrides, such as sorbitan mono-oleate, and condensation products of these partial esters with ethylene oxide, such as polyoxyethylene sorbitan mono-oleate. The emulsion can also contain sweetening agents and flavoring agents, as in the formulation of syrups and elixirs. Such formulations can also contain a demulcent, a preservative, or a coloring agent.

The compositions of the present invention can also be delivered as microspheres for slow release in the body. For example, microspheres can be formulated for administration via intradermal injection of drug-containing microspheres, which slowly release subcutaneously (see Rao, J. Biomater Sci. Polym. Ed, 7:623-645, 1995; as biodegradable and injectable gel formulations (see, e.g., Gao Pharm. Res. 12:857-863, 1995); or, as microspheres for oral administration (see, e.g., Eyles, J. Pharm. Pharmacol. 49:669-674, 1997). Both transdermal and intradermal routes afford constant delivery for weeks or months.

In another embodiment, the compositions of the present invention can be formulated for parenteral administration, such as intravenous (IV) administration or administration into a body cavity or lumen of an organ. The formulations for administration will commonly comprise a solution of the compositions of the present invention dissolved in a pharmaceutically acceptable carrier. Among the acceptable vehicles and solvents that can be employed are water and Ringer's solution, an isotonic sodium chloride. In addition, sterile fixed oils can conventionally be employed as a solvent or suspending medium. For this purpose any bland fixed oil can be employed including synthetic mono- or diglycerides. In addition, fatty acids such as oleic acid can likewise be used in the preparation of injectables. These solutions are sterile and generally free of undesirable matter. These formulations may be sterilized by conventional, well known sterilization techniques. The formulations may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions such as pH adjusting and buffering agents, toxicity adjusting agents, e.g., sodium acetate, sodium chloride, potassium chloride, calcium chloride, sodium lactate and the like. The concentration of the compositions of the present invention in these formulations can vary widely, and will be selected primarily based on fluid volumes, viscosities, body weight, and the like, in accordance with the particular mode of administration selected and the patient's needs. For IV administration, the formulation can be a sterile injectable preparation, such as a sterile injectable aqueous or oleaginous suspension. This suspension can be formulated according to the known art using those suitable dispersing or wetting agents and suspending agents. The sterile injectable preparation can also be a sterile injectable solution or suspension in a nontoxic parenterally-acceptable diluent or solvent, such as a solution of 1,3-butanediol.

In another embodiment, the formulations of the compositions of the present invention can be delivered by the use of liposomes which fuse with the cellular membrane or are endocytosed, i.e., by employing ligands attached to the liposome, or attached directly to the oligonucleotide, that bind to surface membrane protein receptors of the cell resulting in endocytosis. By using liposomes, particularly where the liposome surface carries ligands specific for target cells, or are otherwise preferentially directed to a specific organ, one can focus the delivery of the compositions of the present invention into the target cells in vivo. (See, e.g., Al-Muhammed, J. Microencapsul. 13:293-306, 1996; Chonn, Curr Opin. Biotechnol, 6:698-708, 1995; Ostro, Am. J. Hosp. Pharm. 46:1576-1587, 1989).

Administration

The compositions disclosed herein can be delivered by any suitable means, including oral, parenteral and topical methods. Transdermal administration methods, by a topical route, can be formulated as applicator sticks, solutions, suspensions, emulsions, gels, creams, ointments, pastes, jellies, paints, powders, and aerosols.

The pharmaceutical preparation is preferably in unit dosage form. In such form the preparation is subdivided into unit doses containing appropriate quantities of the GRA and ketoconazole. In embodiments, the GRA is mifepristone. The unit dosage form can be a packaged preparation, the package containing discrete quantities of preparation, such as picketed tablets, capsules, and powders in vials or ampoules. Also, the unit dosage form can be a capsule, tablet, cachet, or lozenge itself, or it can be the appropriate number of any of these in packaged form.

The GRA and ketoconazole can be co-administered or administered separately. Concomitant administration includes administering ketoconazole within 0.5, 1, 2, 4, 6, 8, 10, 12, 16, 20, or 24 hours of the GRA. Concomitant administration also includes administering the GRA and ketoconazole simultaneously, approximately simultaneously (e.g., within about 1, 5, 10, 15, 20, or 30 minutes of each

CORMIFE-T-00086237

**JTX-003.33**

US 10,842,800 B2

53      54

other), or sequentially in any order. Moreover, the GRA and ketoconazole can each be administered once a day, or two, three, or more times per day so as to provide the preferred dosage level per day. In embodiments, the GRA is mifepristone.

In some embodiments, concomitant administration can be accomplished by co-formulation, i.e., preparing a single pharmaceutical composition including both the GRA and ketoconazole. Suitable co-formulations include single pharmaceutical compositions including a GRA, ketoconazole, and a pharmaceutically acceptable excipient. In embodiment, the GRA is mifepristone.

In other embodiments, the GRA and ketoconazole can be formulated separately.

Ketoconazole can be present in any suitable amount, and can depend on various factors including, but not limited to, weight and age of the subject, state of the disease, etc. Suitable dosage ranges for ketoconazole in combination with the GRA, include from about 0.1 mg to about 10,000 mg, or about 1 mg to about 1000 mg, or about 10 mg to about 750 mg, or about 25 mg to about 500 mg, or about 50 mg to about 250 mg. Suitable dosages for ketoconazole in combination with the GRA, include about 1 mg, 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900 or 1000 mg. In embodiments, the GRA is mifepristone.

Similarly, the GRA can be present in combination with ketoconazole in any suitable amount. The amount of GRA can depend on various factors including, but not limited to, weight and age of the subject, state of the disease, etc. Suitable dosage ranges for the GRA in combination with the SI, include from about 0.1 mg to about 10,000 mg, or about 1 mg to about 1000 mg, or about 10 mg to about 750 mg, or about 25 mg to about 500 mg, or about 50 mg to about 250 mg. Suitable dosages for the GRA in combination with ketoconazole, include, but are not limited to, about 1 mg, 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 200, 300, 400, 500, 600, 700, 800, 900 or about 1000 mg. In embodiments, the GRA is mifepristone,

Ketoconazole and the GRA can be present in the compositions of the present invention in any suitable weight ratio, such as from about 1:100 to about 100:1 (w/w), or about 1:50 to about 50:1, or about 1:25 to about 25:1, or about 1:10 to about 10:1, or about 1:5 to about 5:1 (w/w). Ketoconazole and the GRA can be present in any suitable weight ratio, such as about 1:100 (w/w), 1:50, 1:25, 1:10, 1:5, 1:4, 1:3, 1:2, 1:1, 2:1, 3:1, 4:1, 5:1, 10:1, 25:1, 50:1 or 100:1 (w/w). Other dosages and dosage ratios of ketoconazole and the GRA are suitable in the compositions and methods disclosed herein. In embodiments, the GRA is mifepristone.

The composition can also contain other compatible therapeutic agents. The compounds described herein can be used in combination with one another, or with adjunctive agents that may not be effective alone, but may contribute to the efficacy of the active agent.

Kits

Applicant further provides kits including compositions as disclosed herein. Kits may also include instructions for the use of the compositions.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole; and a pharmaceutical composition containing a GRA. In embodiments, the GRA is mifepristone.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole; and a pharmaceutical composition containing a GRA; and instructions for the use (e.g., administration) of the ketoconazole and the GRA. In

embodiments, the GRA is mifepristone, and the instructions include instructions for the administration of mifepristone. In embodiments, the instructions include instructions regarding one or more of the number of pharmaceutical compositions to be taken each day, the timing of such administration, whether or not the pharmaceuticals are to be taken with food or in a fasted state, contraindications, possible side effects, activities to be avoided during treatment with the pharmaceutical compositions (if any), and foods to be avoided during treatment with the pharmaceutical compositions (if any).

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole and a GRA. In embodiments, the GRA is mifepristone, and the pharmaceutical composition contains ketoconazole and mifepristone.

In embodiments, a kit includes: a pharmaceutical composition containing ketoconazole and a GRA; and instructions for the use (e.g., administration) of the pharmaceutical composition. In embodiments, the GRA is mifepristone. In embodiments of the kits disclosed herein, the pharmaceutical composition includes ketoconazole and mifepristone, and the instructions include instructions for the administration of the pharmaceutical containing ketoconazole and mifepristone. In embodiments, the instructions include instructions regarding one or more of the number of pharmaceutical compositions to be taken each day, the timing of such administration, whether or not the pharmaceutical composition is to be taken with food or in a fasted state, contraindications, possible side effects, activities to be avoided during treatment with the pharmaceutical composition (if any), and foods to be avoided during treatment with the pharmaceutical composition (if any).

EXAMPLES

The following examples are presented by way of illustration of embodiments of the methods disclosed herein, and serve to illustrate, but not to limit, the present disclosure of methods of treating patients suffering from Cushing's syndrome, including Cushing's Disease; or from prostate cancer and other androgen-sensitive cancers; or from breast cancer, ovarian cancer, or other cancer hormone-sensitive cancer (e.g., cancer sensitive to estrogen or progesterone); and patients suffering from other diseases, disorders, or syndromes.

Example 1

A study was performed in order to determine the effect of oral ketoconazole at a dose of 400 mg once per day (OD) or 200 mg twice per day (BID) on the plasma pharmacokinetics of a 300 mg single dose of mifepristone given to a fasted subject, in comparison to previous study data. This study was an open-label study in healthy male subjects.

Healthy male volunteers between the ages of 18 to 45 years of age with a body mass index (BMI) ranging between 19 and 32 kg/m2 and a weight of at least 60 kg (132 lbs) were enrolled. Subjects had no clinically significant abnormal findings on the physical examination, ECG, blood pressure, heart rate, medical history, or clinical laboratory results during screening. The QTc interval at screening was less than 450 msec.

In cohort 1, six subjects received ketoconazole 400 mg OD for 14 days. The cohort 1 subjects participated in a screening visit to assess eligibility, and in a check-in day during which eligibility was re-confirmed and the first dose

US 10,842,800 B2

55

of 400 mg oral ketoconazole given at approximately 8 PM (12 hours prior to expected time of Day 1 mifepristone dose).

The morning of Day 1, subjects received 400 mg oral ketoconazole fasted, 0.5 hour prior to receiving the 300 mg single dose of mifepristone fasted. Subjects remained in the clinic on Days 2 and 3 to receive 400 mg OD oral ketoconazole fasted, and for safety evaluation and collection of blood pharmacokinetic (PK) samples. Subjects were discharged from the clinic on Day 4 following administration of 400 mg OD oral ketoconazole fasted, and returned to the clinic the mornings of Days 5 through 13 to receive 400 mg OD oral ketoconazole fasted.

In cohort 2, six subjects received ketoconazole 200 mg BID for 14 days. The 300 mg single dose of mifepristone was given to all subjects on day 1. All 12 subjects completed the study. Cohort 2 subjects participated in a Screening visit to assess eligibility and a check-in Day (Day −1) during which eligibility was re-confirmed. On Day 0, subjects received 200 mg BID oral ketoconazole: the morning dose after an overnight fast and the evening dose 12 hours prior to expected time of Day 1 Mifepristone dose. The morning of Day 1, subjects received 200 mg oral ketoconazole fasted, 0.5 hour prior to receiving the 300 mg single dose of Mifepristone fasted. The evening of Day 1, subjects received 200 mg oral ketoconazole. Subjects remained in the clinic on Days 2, 3 and 4 to receive 200 mg BID oral ketoconazole, and for safety evaluation and collection of blood pharmacokinetic (PK) samples. Subjects were discharged from the clinic on Day 4 following evening administration of 200 mg oral ketoconazole, and returned to the clinic the morning and evening of Days 5 through 13 to receive 200 mg BID oral ketoconazole. Morning doses of ketoconazole on Days 0-13 were administered in the fasted state.

Subjects in both cohorts had blood sampling for determination of plasma concentrations of mifepristone and its metabolites within 30 minutes before mifepristone dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72 (Day 4), 120 (Day 6), 192 (Day 9), 264 (Day 12), and 336 (Day 15) post mifepristone dose. Subjects in both cohorts returned to the study center on Day 15 for safety monitoring, and completion of the Termination Visit procedures, followed by discharge from the study. Safety was assessed by spontaneously reported adverse events, physical examinations, and routine clinical laboratory tests. To the extent possible, any adverse events deemed study drug-related and that were ongoing at the time of discharge from the study were followed-up to resolution or until a determination is made that the unresolved event was stable.

No subject experienced a serious adverse effect (SAE), or an adverse event (AE) that resulted in discontinuation from the study. Three subjects (25%) experienced at least 1 treatment-emergent adverse event (TEAE). All TEAEs were mild in intensity. No TEAE was considered by the investigator to be related to mifepristone. One TEAE of insomnia was considered by the investigator to be related to ketoconazole.

Minimal changes in laboratory test results were observed during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. Any abnormal values or shifts from baseline were considered not clinically significant. No clinically significant changes in any electrocardiogram (ECG) parameter were observed.

Pharmacokinetics (PK): Blood samples were drawn within 30 minutes before mifepristone dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72 (Day 4), 120 (Day 6), 192 (Day 9), 264 (Day 12), and 336 (Day 15) post

56

mifepristone dose. Pharmacokinetic parameters were calculated for plasma concentrations of mifepristone and its metabolites following the single dose at Day 1. Descriptive statistics (count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. Mifepristone/metabolite concentrations were listed and summarized. Comparisons with previous study data were made. The mean PK parameters from this study are presented in Table 1 ("MIFE" indicates mifepristone). The abbreviations and symbols used in Table 1 have the following meanings: "Tmax" indicates time to maximum observed plasma concentration; "Tmin" indicates time to minimum observed concentration within the 24 hour dosing interval; "Cmax" indicates maximum observed plasma concentration; "Cmin" indicates minimum observed concentration within the 24 hour dosing interval; "Cavg" indicates average steady-state concentration and is defined as drug input rate (Ro) divided by drug removal rate (CLss) (Cavg=Ro/CLss, where f (the fraction absorbed) cancels out (f is a factor of both Ro and CLss); this equation reduces to Cavg=AUCtau/tau); "AUC0-24" indicates area under the plasma concentration versus time curve from time 0 to 24 hours post-dose, calculated using the linear trapezoidal rule (this is the same as AUCtau where tau is 24 hours or 1 day); "% Fluct" indicates percent fluctuation in drug concentrations at steady-state computed as % Fluct=100×(Cmax−Cmin)/Cavg.

PHARMACOKINETIC (PK) RESULTS: Mifepristone plasma concentrations showed a rapid initial decline followed by a slow decline over time. At later time points, concentrations showed an accelerated decline indicative of non-linear kinetics. Metabolites peaked later relative to parent mifepristone as would be expected. Mifepristone metabolite RU 42633 exposure was similar or even greater than that for mifepristone, while RU 42698 (a mifepristone metabolite) exposure was approximately 0.74 to 0.94 relative to mifepristone and RU 42848 (also a mifepristone metabolite) exposure was 0.53 to 0.68 relative to mifepristone. With increase in time interval, the fraction of AUC relative to mifepristone accounted for by metabolite increased.

Cohort 2 Cmax (where Cmax is the maximum observed plasma concentration) and AUCinf (where AUCinf is the area under the concentration-time curve from time of last dose to infinity) were similar to corresponding parameters in Cohort 1. The geometric mean ratio (GMR) for Cmax was 1.15 and that for AUCinf was 1.05. However, the 90% confidence intervals around the GMR were higher than the standard 80:125 reference interval. Thus, there may be a small increase in mifepristone exposure with a divided ketoconazole dose (200 mg BID vs. 400 mg OD), but this was minor. Terminal half-life was approximately the same in Cohort 2 versus Cohort 1 and Tmax was shorter for Cohort 2 versus Cohort 1.

SAFETY RESULTS: Among 12 subjects who received mifepristone, 3 (25%) experienced at least one treatment emergent adverse event (TEAE). All TEAEs were mild in intensity. No TEAE was considered by the investigator to be related to Mifepristone. One TEAE of insomnia was considered by the investigator to be related to ketoconazole. No subject experienced an SAE or an AE that resulted in discontinuation from the study. Minimal changes in laboratory test results were observed for subjects during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. Any abnormal values or shifts

CORMIFE-T-00086239

JTX-003.35

Appx122

US 10,842,800 B2

**57**

from Baseline values were considered not clinically significant. No clinically significant changes in any ECG parameter were observed.

While PK parameters in Cohort 2 were similar to those in Cohort 1, the 90% confidence intervals around the GMR were higher than the standard 80:125 reference interval used for bioequivalence testing. Thus, there may be a small and minor increase in mifepristone exposure with a divided ketoconazole dose (200 mg BID vs. 400 mg OD). Terminal half-life was approximately the same in Cohort 2 versus Cohort 1 and Tmax was shorter for Cohort 2 versus Cohort 1. Mifepristone 300 mg was safe and well tolerated in healthy volunteers under the following treatment regimens: single-dose fasted with ketoconazole 400 mg OD for 14 days or ketoconazole 200 mg BID for 14 days.

Example 2

The primary objective of this study was to determine the effect of a 400 mg single dose of ketoconazole on the PK of an 8-day regimen of 300 mg or 600 mg OD mifepristone given following a moderate fat (34%) breakfast. This was an open-label study in healthy male subjects. In cohort 1, six subjects received mifepristone 300 mg OD for 8 days. In cohort 2, six subjects received mifepristone 600 mg OD for 8 days. The 400 mg single dose of ketoconazole was given to all subjects on day 8. Three subjects discontinued early from the study: one subject in cohort 1 due to new onset sinus bradycardia, and two subjects in cohort 2 due to withdrawn consent.

METHODOLOGY: Twelve subjects were enrolled, six in Cohort 1 and 6 in Cohort 2. Three subjects discontinued early from the study, one subject in Cohort 1 due to an adverse event of sinus bradycardia, and two subjects in Cohort 2 due to withdrawn consent.

Cohort 1: Subjects participated in a Screening visit to assess eligibility, and returned to the clinic on Days 1-6 to receive 300 mg oral mifepristone following a moderate fat breakfast. On Day 7 subjects were admitted to the clinic in the fasted state for a pre-dose PK blood draw, after which they received 300 mg oral mifepristone following a moderate fat breakfast. Subjects had serial blood sampling for determination of mifepristone and its metabolites at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 dose. On Day 8, a pre-dose PK sample was drawn within 30 minutes prior to ketoconazole dosing for determination of plasma concentrations of mifepristone and its metabolites and ketoconazole. Following a moderate fat breakfast on Day 8, subjects received 400 mg ketoconazole 0.5 hours prior to 300 mg mifepristone and had serial blood sampling at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post mifepristone dose for determination of plasma concentrations of mifepristone and its metabolites; and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 post ketoconazole dose for determination of plasma concentrations of ketoconazole. Subjects were discharged on Day 11.

Cohort 2: Subjects participated in a Screening visit to assess eligibility and returned to the clinic on Days 1-6 to receive 600 mg oral mifepristone following a moderate fat breakfast. On Day 7 subjects were admitted to the clinic in the fasted state for a pre-dose PK blood draw, after which they received 600 mg oral mifepristone following a moderate fat breakfast. Subjects had serial blood sampling for determination of mifepristone and its metabolites at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 dose. On Day 8, a pre-dose PK sample was drawn within 30 minutes prior to ketoconazole dosing for determination of plasma concen-

**58**

trations of mifepristone and its metabolites and ketoconazole. Following a moderate fat breakfast on Day 8, subjects received 400 mg ketoconazole 0.5 hours prior to 600 mg mifepristone and had serial blood sampling at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post mifepristone dose for determination of plasma concentrations of mifepristone and its metabolites; and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 post ketoconazole dose for determination of plasma concentrations of ketoconazole. Subjects were discharged on Day 11. Subjects in both cohorts returned to study center on Day 13 for safety monitoring, collection of the 120-hour PK draw, and completion of the Termination Visit procedures, followed by discharge from the study. To the extent possible, any adverse events deemed study drug-related and that were ongoing at the time of discharge from the study were followed-up to resolution or until a determination was made that the unresolved event was stable.

DIAGNOSIS AND MAIN CRITERIA FOR INCLUSION: Healthy male volunteers between the ages of 18 to 45 years of age with a body mass index (BMI) ranging between 19 and 32 kg/m2 and a weight of at least 60 kg (132 lbs) were enrolled. Subjects had no clinically significant abnormal findings on the physical examination, ECG, blood pressure, heart rate, medical history, or clinical laboratory results during screening. The QTc interval at screening was less than 450 msec.

DURATION OF TREATMENT: Up to a total of 28 days, including up to 2 weeks screening, dosing on Days 1-8, safety observation, and PK sample collection through Day 13. For measuring the pharmacokinetics of mifepristone, samples were collected within 30 minutes before Day 7 mifepristone dose and at hours 0.5, 1, 2, 4, 6, 8, and 12 post Day 7 mifepristone dose; within 30 minutes before Day 8 ketoconazole dosing and at hours 0.5, 1, 2, 4, 6, 8, 12, 24, 36, 48, 60, 72, and 120 post Day 8 mifepristone dose. For measuring the pharmacokinetics of ketoconazole, samples were collected predose on Day 8 (24 hr sample from Day 7), and at hours 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 24, 36, and 48 hours post ketoconazole dose.

Safety was assessed by spontaneously reported adverse events, physical examinations, and routine clinical laboratory tests. Adverse event data were tabulated. Physical findings and laboratory test results were listed by subject.

SAFETY RESULTS: No subject experienced an SAE. Among twelve subjects who received mifepristone, six subjects (50%) experienced at least 1 TEAE. TEAEs were predominantly mild in intensity. The majority of subjects (5/6) with TEAEs in Cohort 2 and onset of the majority of TEAEs occurred on or after Day 8 during treatment with both ketoconazole and mifepristone 600 mg. TEAEs considered possibly or probably related to mifepristone administration in four subjects in Cohort 2 were dizziness, nausea, vomiting, dry mouth, and rash. One TEAE of headache was considered by the investigator to be possibly related to both ketoconazole and mifepristone administration. One subject in Cohort 1 with a TEAE of nodal arrhythmia on Day 8 was withdrawn by the investigator. The event was considered mild in severity and not considered related to study medication. The corresponding ECG abnormality noted as "sinus bradycardia" was considered not clinically significant. No subject experienced an SAE.

Minimal changes in laboratory test results were observed for subjects during the course of the study. No laboratory test result was considered by the investigator to be a TEAE. There were no clinically significant changes or abnormalities in vital signs, physical examinations or body weights

CORMIFE-T-00086240
**JTX-003.36**

US 10,842,800 B2

| 59 | 60 |

during the study. Abnormal ECGs occurred in four subjects and no abnormality was considered clinically significant.

STATISTICAL METHODS: Pharmacokinetics (PK): Pharmacokinetic parameters Cmax, Ctrough, and interdosing interval AUC were calculated for plasma concentrations of mifepristone and its metabolites following dose on Days 7 and 8. Descriptive statistics (count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. mifepristone/metabolite concentrations were listed and summarize. GM means of Cmax and AUC0-24 were compared for Day 8 to Day 7 in this study and also to combined data of 300 mg OD mifepristone in previous multiple dose studies. Additionally, comparisons were made between the PK results of cohort 1 and 2 Pharmacokinetic parameters Cmax, T1/2 and total AUC were calculated for plasma concentrations of ketoconazole following the single dose on Day 8. Descriptive statistics count, mean, median, standard deviation, minimum, maximum, and % coefficient of variation) were provided. Ketoconazole concentrations were listed and summarized. GM means of Cmax and total AUC were compared for the single dose in this study to the combined data of reported 400 mg single doses of ketoconazole of healthy subjects from the literature.

The mean (±SD) age of subjects was 29.4±6.8 years, and the mean BMI at screening was 25.61±3.27 kg/m2. Seven of twelve subjects (58.3%) were White, and 5/12 (41.7%) were Black/African American. Five of the 12 subjects (41.7%) were of Hispanic or Latino ethnicity.

PHARMACOKINETIC (PK) RESULTS: PK data for mifepristone and metabolites was available for eleven of the 12 enrolled subjects and data for ketoconazole PK analyses was available for 10 subjects. Concentrations of mifepristone and each metabolite were above the limits of detection during the entire sampling duration from Day 7 predose to Day 13 (end of study). mifepristone plasma concentrations showed a rapid initial decline followed by a slow decline over time and metabolites peaked later relative to parent mifepristone as expected. Mean RU 42633 and RU 42848 exposure was similar or even greater than that for mifepristone, while RU 42698 exposure was lower. Ketoconazole PK after a single dose on Day 8 was readily computed. Co-administration of ketoconazole increased mifepristone and metabolite exposure. In the presence of 400 mg ketoconazole on Day 8, Cohort 1 mifepristone Cmax and AUC0-24 increased by 20% and 25% relative to the prior Day 7 without ketoconazole. This effect was slightly greater at 600 mg OD mifepristone in Cohort 2, where Cmax and AUC0-24 increased by 39% and 28% between Day 7 and Day 8. A dose of 600 mg OD mifepristone (Cohort 2) resulted in higher mifepristone and metabolite exposure relative to a dose of 300 mg OD (Cohort 1) both alone and in the presence of 400 mg ketoconazole. This increase was less than proportionate to the two-fold dose increment. On Day 7 without ketoconazole, mifepristone Cmax and AUC0-24 at 600 mg OD were 42% and 48% greater than at 300 mg OD. This dose effect was greater in the presence of 400 mg ketoconazole. Day 8 mifepristone Cmax and AUCO-24 were 65% and 52% greater at 600 mg OD than at 300 mg OD. mifepristone half-life on Day 8 in the presence of 400 mg ketoconazole was similar between the two mifepristone dose levels. Day 8 half-life was 13% greater at 600 mg OD than at 300 mg OD. Ketoconazole exposure following a single 400 mg dose on Day 8 of a regimen of 600 mg OD mifepristone was 37% and 36% higher (Cmax and AUCinf) relative to a mifepri stone regimen of 300 mg OD. Ketoconazole half-life on either mifepristone regimen was not

appreciably different. The addition of a single dose of 400 mg ketoconazole to 300 mg or 600 mg OD mifepristone on Day 8 resulted in exposure increases in Cmax and AUCO-24 that were similar to historical values at 600 mg or 1200 mg OD in the fasted state and 1200 mg OD in the fed state, respectively. Although the increase in exposure due to the addition of ketoconazole was only between 20% and 39% in absolute terms, the resulting exposure was similar to that of a dose 2 to 3 times greater. This is believed to be due to a lack of dose-proportional kinetics for mifepristone.

The mean PK parameters and results from this study are presented in Table 2.

The abbreviations and symbols used in Table 2 have the following meanings:

"Tmax" indicates time to maximum observed plasma concentration; "Tmin" indicates time to minimum observed concentration within the 24 hour dosing interval; "Cmax" indicates maximum observed plasma concentration; "Cmin" indicates minimum observed concentration within the 24 hour dosing interval; "Cavg" indicates average steady-state concentration and is defined as drug input rate (Ro) divided by drug removal rate (CLss) (Cavg=Ro/CLss, where f cancels out); this equation reduces to Cavg=AUCtau/tau); "AUC0-24" indicates area under the plasma concentration versus time curve from time 0 to 24 hours post-dose, calculated using the linear trapezoidal rule (this is the same as AUCtau where tau is 24 hours or 1 day); "% Fluct" indicates percent fluctuation in drug concentrations at steady-state computed as % Fluct=100×(Cmax−Cmin)/Cavg.

Drug-drug interaction (DDI) effects of ketoconazole on mifepristone and of mifepristone on ketoconazole were studied. A single 400 ma dose of ketoconazole caused a detectable increase in mifepristone exposure at mifepristone doses of 300 and 600 mg OD, and mifepristone at these doses caused a detectable increase in ketoconazole exposure. Although the increase in mifepristone exposure due to the addition of ketoconazole was only between 20% and 39% in absolute terms, the resulting exposure was similar to that of a dose 2 to 3 times greater. This is believed to be due to a lack of dose-proportional kinetics for mifepristone. Predominantly mild AEs occurred and were observed primarily in subjects administered ketoconazole and mifepristone 600 mg.

Example 3

A Phase 1, single-center, open-label study was performed to study the effect of oral twice-daily doses of 200 mg of ketoconazole given with multiple oral once-daily doses of 600 mg of mifepristone in healthy male volunteers, during which all drug administrations were given after a typical meal (34% fat content). An objective of this study was to determine the effect of ketoconazole 200 mg twice daily on the PK of mifepristone 600 mg once daily when both drugs were administered with food. A single dose of ketoconazole was administered on Day −1. During multidose administration, mifepristone was administered on Days 1-17 and ketoconazole on Days 13-17; follow-up continued on Days 18-31. Sixteen subjects were enrolled (mean age 31.9 years; 8 black. 6 white, 2 other), and two subjects discontinued before starting the mifepristone/ketoconazole combination treatment.

The study was a two period study design. In Period 1: 600 mg mifepristone was administered once daily from Day 1 to Day 12; pharmacokinetic samples were taken before each dose for assay of mifepristone and active metabolites

Appx124

US 10,842,800 B2

61

(mono-demethylated metabolite, RU 42633; hydroxylated metabolite, RU 42698; and di-demethylated metabolite, RU 42848) to confirm that steady-state was achieved, and for a dose-interval concentration-profile on Day 12. In Period 2: 600 mg mifepristone once daily was continued in combination with 200 mg ketoconazole twice daily from Days 13 to 17; pharmacokinetic samples were taken for assay of both mifepristone and metabolites, and ketoconazole before dosing on Days 13 to 17, and on Day 17 for a dose-interval concentration-time profile

A secondary objective was to determine if the effect of 200 mg BID ketoconazole on the PK of co-administered 600 mg OD mifepristone at steady-state exceeded exposure to mifepristone and metabolites compared to that of 1200 mg OD mifepristone with food, the labeled dosing regimen with the highest mean observed exposure in healthy subjects.

Effects of Co-Administration with Ketoconazole on Mifepristone and Metabolites: The concentrations of mifepristone and the hydroxylated metabolite, RU 42698, were higher on Day 17 (600 mg mifepristone daily co-administered with 200 mg ketoconazole twice daily) than on Day 12 (mifepristone alone). Concentrations of RU 42633 and RU 42848 were similar on Day 17 and Day 12. Results of the formal statistical analysis are shown in Table 3.

For mifepristone, the geometric mean ratio of test to reference for $C_{max}$ was 127.59% (90% CI: 116.66, 139.54, where "CI" means "confidence interval" and "90% CI" means "90% confidence interval") and for $AUC_{0-24}$ was 138.01% (90% CI: 127.12, 149.84). The lower bound of the 90% confidence intervals exceeded 100% and the upper bound exceeded 125%. Thus, co-administration with ketoconazole increased mifepristone exposure. Similarly, for metabolite RU 42698, the lower bounds of the 90% confidence intervals exceeded 100% and both geometric mean ratios and the upper bound of the 90% confidence interval exceeded 125%, and thus exposure to this metabolite was increased by ketoconazole.

For metabolites RU 42848 and RU 42633, the calculated geometric mean ratios and 90% confidence intervals of exposure ratios were within the standard 80:125 comparison interval and thus not affected by ketoconazole.

Effects of Co-administration with mifepristone on Ketoconazole: The plasma concentration-time profiles of ketoconazole given twice daily with mifepristone on Day 17 were much higher than for ketoconazole given as a single dose alone on Day −1. Results of the formal statistical analysis are shown in Table 4.

The geometric mean ratio of test to reference for $C_{max}$ was 252.71% (90% CI: 214.85, 297.26) and for AUC was 365.36% (90% CI: 333.78, 399.93). Thus, the geometric mean ratio and both lower and upper bounds of the 90% confidence intervals were entirely above the standard 80:125 comparison interval and exposure on Day 17 (with mifepristone) was higher than on Day −1 (ketoconazole alone).

Comparison of Mifepristone Exposure with mifepristone Labeled Doses: The concentration-time plots showed that mean mifepristone concentrations on Day 17 in the present study were less than those in the fed condition in a previous "historic" study in which subjects received 1200 mg mifepristone daily for seven days. Mifepristone was administered to the subjects after thirty minutes following a typical meal (34% fat) in both the present study and in the historic study. Results of the formal statistical analysis are shown in Table 5.

For mifepristone, the geometric mean ratio of test to reference for $C_{max}$ was 84.64% (90% CI: 72.92, 98.23); for $AUC_{0-24}$ it was 87.27% (90% CI: 74.72, 101.94). The 90%

62

confidence intervals were below and overlapping the standard 80:125 comparison interval. The mean mifepristone concentrations in subject receiving 600 mg mifepristone following a 34% fat meal were less than the mifepristone concentrations in the historic study. As shown in Table 5, administration of 600 mg mifepristone in the fed state with ketoconazole resulted in mifepristone concentrations that were less than the mifepristone concentrations measured in subjects receiving 1200 mg mifepristone daily in the absence of ketoconazole. The Geometric Mean Ratio (GMR) values in Table 5 suggest that mifepristone 600 mg co-administered with ketoconazole yields mifepristone exposure 13-15% less than that of 1200 mg mifepristone, in the absence of ketoconazole; for the metabolites, corresponding values range from an 18-19% decrease to a 17-18% increase. Thus, administration of 600 mg mifepristone daily with ketoconazole resulted in mifepristone concentrations that were not higher than the mean observed exposure at 1200 mg mifepristone daily after following typical 34% fat meal. The value of 87% for GMR of the AUCs suggests that 900 mg mifepristone in the presence of ketoconazole would better match the exposure of a subject to 1200 mg mifepristone alone than would 600 mg mifepristone in the presence of ketoconazole. Thus, these data also support the use of 900 mg mifepristone, and higher doses as well, in the presence of ketoconazole.

For metabolite RU 42633, the 90% confidence intervals were within the standard interval for $C_{max}$ (geometric mean ratio 96.31%) and just overlapping the lower bound of the standard interval for $AUC_{0-24}$ (geometric mean ratio 91.34%). For metabolite RU42698, confidence intervals for both $C_{max}$ and $AUC_{0-24}$ were overlapping and above the standard interval (geometric mean ratio $C_{max}$: 116.55%; $AUC_{0-24}$: 118.18%). For metabolite RU 42848, the 90% confidence intervals were overlapping and below the standard interval for $C_{max}$ (geometric mean ratio 82.45%) and $AUC_{0-24}$ (ratio 81.43%).

RU 42698 is a relatively minor metabolite and comprises 9% of the total steady-steady $AUC_{0-24}$ of mifepristone, RU42633, RU42698, RU42848 alone and 13% of the total steady-steady $AUC_{0-24}$ in the presence of ketoconazole. Therefore, the increase in RU 42698 $AUC_{0-14}$ in the presence of ketoconazole is considered to be minor.

FIG. 1 illustrates the results of measurements of plasma levels of mifepristone, RU42633, RU42698, and RU 42848. These measurements were made prior to the daily administration of mifepristone to the subject; thus the mifepristone and metabolite concentrations are "trough" concentrations. These results show that trough concentrations of mifepristone and RU42848 were increasing day-by-day through the start of ketoconazole administration (Day 13). This indicates that steady state conditions may not have been attained at the time of ketoconazole administration (which began on day 13).

FIG. 2 shows the plasma concentration profile of mifepristone before and after inhibition of CYP3A by ketoconazole. Applicant notes that the time 0 values (pre-dose) differ by ~500 ng/ml, a difference that is maintained relatively constant throughout much of the 24-hour sampling interval. Thus, if the daily increase in trough concentrations between days 7 and 12 persevered through day 17, an unknown fraction of the increased AUC (and Cmax) between Day 12 and Day 17 could be due to further mifepristone administration rather than by an effect of ketoconazole alone. Thus, the values reported in Table 3 may overstate the impact of CYP3A inhibition on exposure to mifepristone (and RU42848).

US 10,842,800 B2

63

CONCLUSIONS: Co-administration of 600 mg mifepristone once daily with 200 mg ketoconazole twice daily resulted in a mean increase in exposure to mifepristone of approximately 28% ($C_{max}$; geometric mean ratio 127.59% [90% CI: 116.66, 139.54]) and 38% ($AUC_{0-24}$; geometric mean ratio 138.01% [90% CI: 127.12, 149.84]). These exposures are approximately 85% of those observed following the highest labeled dose of mifepristone (1200 mg daily).

The mean increase in exposure to the hydroxylated metabolite, RU 42698 (approximately 70%), was somewhat greater than the increase in exposure to parent, resulting in exposure that was approximately 15 to 20% higher than that following the highest labeled dose of mifepristone. In contrast, co-administration with ketoconazole resulted in little change in exposure to the mono-demethylated metabolite, RU 42633, or di-demethylated metabolite, RU 42848; exposure to these metabolites was similar to or slightly lower than exposure following the highest labeled dose.

The results presented in this example indicate that, with inhibition of CYP3A (e.g., by co-administration of a strong CYP3A inhibitor such as ketoconazole), a subject administered 900 mg mifepristone daily would experience corresponding increases in mifepristone Cmax and AUC of 27.59% and of 38.01%, respectively, which should yield systemic exposures similar in magnitude to those previously attained with 1200 mg daily. Thus, the results of these measurements indicate that a subject, previously receiving a dose of 1200 mg mifepristone daily, may be safely administered a dose of 900 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen. Similarly, the results of these measurements indicate that a subject, previously receiving a dose of 900 mg mifepristone daily, may be safely administered a dose of 600 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen. In addition, the results of these measurements indicate that a subject, previously receiving a dose of 600 mg mifepristone daily, may be safely administered a dose of 300 mg mifepristone daily when a strong CYP3A inhibitor such as ketoconazole is added to the regimen.

No deaths or SAEs were reported during the study. Two subjects discontinued due to AEs (moderate hypertension in one subject and moderate bilateral rash on the upper arms and thighs in the other subject, both during the mifepristone-only treatment period). At least one TEAE was reported in 55.6% (9 of 16) of the subjects during treatment with mifepristone alone, in 57.1% (8 of 14) of the subjects during the mifepristone/ketoconazole treatment period, and in 7.1% (1 of 14) of the subjects during the washout period.

The majority of TEAEs were mild. Four subjects reported moderate TEAEs: three subjects during treatment with mifepristone alone (1 each reporting hypertension, rash, and vomiting) and 1 subject during treatment with mifepristone/ketoconazole (headache). All four moderate AEs were considered possibly or probably related to mifepristone treatment. Only 1 of the moderate AEs was considered to be possibly related to ketoconazole treatment. No severe TEAEs were reported.

Three subjects had elevated laboratory test results that were reported as drug-related TEAEs. Mildly elevated liver enzymes were noted for one subject starting on the morning of Day 14, and mildly elevated creatinine levels were noted for two subjects starting on the morning of Day 14. Dosing was not interrupted for any of the subjects, and the events resolved without sequelae.

64

No clinically significant effects of multiple-dose mifepristone treatment with or without multiple-dose ketoconazole treatment were observed on hematology or urinalysis parameters, vital signs, or ECGs.

Example 4

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 1200 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 900 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

Example 5

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 900 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 600 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

Example 6

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 600 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 300 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

Example 7

The treatment regimen of a patient suffering from excess cortisol, who is receiving treatment with mifepristone at a daily dose of 1500 mg mifepristone, is altered to include concomitant administration of an effective amount of ketoconazole and a reduced daily dose of mifepristone, where the reduced daily dose of mifepristone is 1200 mg, so that the patient receives concomitant administration of ketoconazole and mifepristone. A measurement indicates that the liver function of the patient is not significantly compromised by the concomitant administration of ketoconazole and the reduced dose of mifepristone.

All patents, patent applications, and publications identified herein are hereby incorporated by reference herein in their entireties.

US 10,842,800 B2

65                66

### TABLE 1

| Product ID/ Batch No. (NME) | Study Objective | Study Design | No. Subjects Complete (M/F) | Age: Mean Range | Treatments Sub-strate | Inter-acting Drug | $C_{max}$ ng/mL | $T_{max}$ h | $AUC_{tot}$ ng · h/ mL | $AUC_t$ ng · h/ mL | $T_{1/2}$ h | Mean Ratio Confidence Interval $C_{max}$ ng/mL | $AUC_{total}$ ng · h/mL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mifepris-tone 300 mg Tablet Keto 200 mg Tablet | Effect of ketoconazole 400 mg OD (or 200 mg BID) on PK of 300 mg Mifepristone given fasted | Phase 1, open-label, parallel group, single MIFE dose, multiple keto doses, in healthy subjects | 12/12 (12 M) | 28 20–44 | MIFE 300 mg C1 | 400 mg/d Keto 400 mg OD | 3398 (6.77) | median 2.00 | 116939 (26850) | 38111 (8768) | 37.1 (9.77) | 1.15 0.81– 1.63 (C2/ C1) | 1.05 0.72– 1.54 (C2/C1) |
| | | | | | MIFE 300 mg C2 | 400 mg/d Keto 200 mg BID | 4143 (1736) | median 1.00 | 130925 (60942) | 40625 (16524) | 37.4 (18.5) | | |

MIFE = mifepristone,
Keto = ketoconazole,
$AUC_{tot} = AUC_{total}$,
$AUC_t = AUC_{0-24}$ hours following single dose of MIFE
C1 = Cohort 1,
C2 = Cohort 2

### TABLE 2

| Product ID# Batch # (NME) | Study Objective | Study Design | # Subjects Complete (M/F) | Age: Mean Range | Treatments Sub-strate | Inter-acting Drug | $C_{max}$ ng/mL | $T_{max}$ h | $AUC_{tot}$ ng · h/ mL | $AUC_t$ ng · h/ mL | $T_{1/2}$ h | Mean Ratio Confidence Interval $C_{max}$ ng/mL | $AUC_t$ ng · h/mL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mifepris-tone 300 mg Tablet Keto 200 mg Tablet | Effect of 400 mg single dose of ketoconazole on PK on 8 day regimen of 300 mg OD Mifepristone (or 600 mg OD Mifepristone) given with moderate fat (34%) breakfast | Phase 1, open-label, parallel group, crossover within group with multiple MIFE dosees, and single keto dose, in healthy subjects | 12/10 (12 M) | 29.8 20–43 | MIFE 300 mg/d C1 Day 7 | 400 mg Keto single dose | 2700 (534) | median 3.0 | NC[a] | 37734 (11905) | | 1.19 0.93–1.53 C1 Day 8/Day 7 | 1.25 0.88–1.76 C1 Day 8/Day 7 |
| | | | | | MIFE 300 mg/d C1 Day 8 | | 3240 (760) | median 2.1 | NC[a] | 47357 (17239) | 84.9 (46.6) | 1.39 1.13–1.70 C2 Day 8/Day 7 | 1.28 1.09–1.49 C2 Day 8/Day 7 |
| | | | | | MIFE 600 mg/d C2 Day 7 | | 3818 (703) | median 4.0 | NC[a] | 54174 (7305) | | 1.42 1.13–1.78 Day 7 C2/C1 | 1.48 1.13–1.94 Day 7 C2/C1 |
| | | | | | MIFE 600 mg/d C2 Day 8 | 400 mg Keto single dose | 5264 (795) | median 4.0 | NC[a] | 69112 (9077) | 96.2 (45.4) | 1.65 1.30–2.08 Day 8 C2/C1 | 1.52 1.14–2.02 Day 8 C2/C1 |

MIFE = mifepristone,
Keto = ketoconazole,
C1 = Cohort 1,
C2 = Cohort 2
$AUC_t = AUC0-24$ hours Following Day 7 or Day 8 dose of MIFE
[a]$AUC_{tot} = AUC_{total}$ not computed (NC) for multiple dosing

### TABLE 3

Effects of Co-Administration with Ketoconazole on Mifepristone and Metabolites
Test: Day 17-600 mg mifepristone OD + 200 mg Ketoconazole BID
Reference: Day 12-600 mg mifepristone OD

| Analyte | Parameter | N | Ratio % Test/ Reference | Lower 90% CI | Upper 90% CI |
|---|---|---|---|---|---|
| Mifepristone | $C_{max}$ | 13 | 127.59 | 116.66 | 139.54 |
| | $AUC_{0-24}$ | 13 | 138.01 | 127.12 | 149.84 |
| RU 42633 | $C_{max}$ | 13 | 105.73 | 95.92 | 116.54 |
| | $AUC_{0-24}$ | 13 | 102.33 | 94.31 | 111.03 |
| RU 42698 | $C_{max}$ | 13 | 169.13 | 156.36 | 182.94 |
| | $AUC_{0-24}$ | 13 | 166.86 | 155.06 | 179.57 |

### TABLE 3-continued

Effects of Co-Administration with Ketoconazole on Mifepristone and Metabolites
Test: Day 17-600 mg mifepristone OD + 200 mg Ketoconazole BID
Reference: Day 12-600 mg mifepristone OD

| Analyte | Parameter | N | Ratio % Test/ Reference | Lower 90% CI | Upper 90% CI |
|---|---|---|---|---|---|
| RU 42848 | $C_{max}$ | 13 | 95.48 | 90.82 | 100.38 |
| | $AUC_{0-24}$ | 13 | 94.88 | 91.33 | 98.56 |

CORMIFE-T-00086244
JTX-003.40

Appx127

US 10,842,800 B2

**67**

TABLE 4

Effects of Co-Administration with Mifepristone on Ketoconazole
Test: Day 17-600 mg mifepristone OD + 200 mg Ketoconazole BID
Reference: Day-1-200 mg Ketoconazole Single Dose

| Parameter | N | Ratio % Test/Reference | Lower 90% CI | Upper 90% CI |
|-----------|-----|------------------------|--------------|--------------|
| $C_{max}$ | 14 | 252.71 | 214.85 | 297.26 |
| AUC | 14 | 365.36 | 333.78 | 399.93 |

TABLE 5

Cross-study Comparison of Exposure to Mifepristone and Metabolites
Test: Present Study Day 17-600 mg mifepristone
OD + 200 mg Ketoconazole BID
Reference: Historic Study Day 7-1200 mg mifepristone OD alone

| Analyte | Parameter | Ratio % Test/Ref | Lower 90% CI | Upper 90% CI |
|---------|-----------|------------------|--------------|--------------|
| Mifepristone | $C_{max}$ | 84.64 | 72.92 | 98.23 |
| | $AUC_{0-24}$ | 87.27 | 74.72 | 101.94 |
| RU 42633 | $C_{max}$ | 96.31 | 80.83 | 114.75 |
| | $AUC_{0-24}$ | 91.34 | 76.95 | 108.43 |
| RU 42698 | $C_{max}$ | 116.55 | 97.47 | 139.38 |
| | $AUC_{0-24}$ | 118.18 | 97.90 | 142.66 |
| RU 42848 | $C_{max}$ | 82.45 | 70.31 | 96.70 |
| | $AUC_{0-24}$ | 81.43 | 69.71 | 95.11 |

All doses given within 30 minutes after typical (34%) fat meal

The invention claimed is:

1. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking an original once-daily dose of 1200 mg per day of mifepristone, the method comprising the steps of:

reducing the original once-daily dose to an adjusted once-daily dose of 900 milligrams (mg) per day of mifepristone, and

administering the adjusted once-daily dose of 900 mg per day of mifepristone and a strong CYP3A inhibitor to the patient,

wherein said strong CYP3A inhibitor is selected from the group consisting of ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, boceprevir, clarithromy-

**68**

cin, conivaptan, lopinavir, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, and paritaprevir.

2. The method of claim 1, wherein said strong CYP3A inhibitor is selected from the group consisting of nefazodone, ritonavir, nelfinavir, boceprevir, clarithromycin, conivaptan, lopinavir, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, and paritaprevir.

3. The method of claim 1, wherein said CYP3A inhibitor is ketoconazole.

4. The method of claim 2, wherein said CYP3A inhibitor is clarithromycin.

5. The method of claim 1, wherein said CYP3A inhibitor is itraconazole.

6. A method of controlling hyperglycemia secondary to hypercortisolism in a patient with endogenous Cushing's syndrome, said patient taking a strong CYP3A inhibitor selected from ketoconazole, itraconazole, nefazodone, ritonavir, nelfinavir, indinavir, boceprevir, clarithromycin, conivaptan, lopinavir, posaconazole, saquinavir, telaprevir, cobicistat, troleandomycin, tipranivir, paritaprevir and voriconazole, the method comprising administering to the patient a once-daily dose of mifepristone of 900 milligrams (mg) per day.

7. The method of claim 6, wherein said CYP3A inhibitor is ketoconazole.

8. The method of claim 6, wherein said CYP3A inhibitor is troleandomycin.

9. The method of claim 6, wherein said CYP3A inhibitor is itraconazole.

10. The method of claim 6, wherein said CYP3A inhibitor is clarithromycin.

11. The method of claim 6, wherein said CYP3A inhibitor is lopinavir, ritonavir, or both.

12. The method of claim 6, wherein said CYP3A inhibitor is nelfinavir.

13. The method of claim 6, wherein said CYP3A inhibitor is cobicistat.

14. The method of claim 6, wherein said CYP3A inhibitor is nefazodone.

\* \* \* \* \*

CORMIFE-T-00086245
**JTX-003.41**

Appx128

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** 24-1346

**Short Case Caption:** Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 13,982 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 03/11/2024          Signature: /s/ Eric C. Stops

                          Name: Eric C. Stops