NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CORCEPT THERAPEUTICS, INC.,**
*Plaintiff-Appellant*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee*

———————————

2024-1346

———————————

Appeal from the United States District Court for the District of New Jersey in No. 1:18-cv-03632-RMB-LDW, Judge Renee Marie Bumb.

———————————

## ON MOTION

———————————

Before MOORE, *Chief Judge*, STOLL *Circuit Judge,* and WANG, *District Judge[1]*.

PER CURIAM.

———————————

[1]    Honorable Nina Y. Wang, United States District Court for the District of Colorado, sitting by designation.

2                          CORCEPT THERAPEUTICS, INC v.
                          TEVA PHARMACEUTICALS USA, INC.

# O R D E R

Upon consideration of Teva Pharmaceuticals USA, Inc's citation of supplemental authority pursuant to Fed. R. App. P. 28(j) [ECF No. 49].

IT IS ORDERED THAT:

ECF No. 49 is rejected.

FOR THE COURT

July 10, 2025
Date

Jarrett B. Perlow
Clerk of Court