NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CORCEPT THERAPEUTICS, INC.,**
*Plaintiff-Appellant*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee*

---

2024-1346

---

Appeal from the United States District Court for the District of New Jersey in No. 1:18-cv-03632-RMB-LDW, Judge Renee Marie Bumb.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, STARK, *Circuit Judges,*[1] and WANG, *District Judge.*[2]

---

[1]    Circuit Judge Newman did not participate.

[2]    Honorable Nina Y. Wang, District Judge, United States District Court for the District of Colorado, sitting by

PER CURIAM.

# O R D E R

Corcept Therapeutics, Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Teva Pharmaceuticals USA, Inc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

July 10, 2026
    Date

Jarrett B. Perlow
Clerk of Court

---

designation, participated only in the decision on the petition for panel rehearing.

CORCEPT THERAPEUTICS, INC v. TEVA PHARMACEUTICALS USA, INC.    3